**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SVOTHI, INC.,

      Plaintiff,

      - v -

DARK ALLEY MEDIA, LLC and
    ROBERT FELT,

      Defendants.

No.  25 CV 0333

## RULE 7.1 STATEMENT OF CORPORATE PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SVOTHI, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

      **NONE**

Dated:    New York, NY
        January 13, 2025

          MULLEN P.C.

          Wesley M. Mullen
          745 Fifth Avenue, Suite 500
          New York, NY 10151
          (646) 632-3718
          wmullen@mullenpc.com