UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SVOTHI INC., <br><br>     Plaintiff, <br><br> v. <br><br> DARK ALLEY MEDIA, LLC and ROBERT FELT, <br><br>     Defendants. | Civil Action No. 25 CV 00333 <br><br> ECF CASE |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action on behalf of defendants Dark Alley Media, Inc. and Robert Felt, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in this action be served upon the undersigned attorney, who is duly admitted to practice before this Court.

Dated:    New York, NY
            January 21, 2025

                                  SHARMALAW – Ravi Ivan Sharma, P.C.

                        By:    _____
                                  Ravi Ivan Sharma (RS2064)
                                  26 Broadway, Suite 1108
                                  New York, NY 10004
                                  (212) 537-5957
                                  ravi@sharmalaw.com

                                  *Counsel for Defendants*