UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SVOTHI INC., <br><br>     Plaintiff, <br><br> v. <br><br> DARK ALLEY MEDIA, LLC and ROBERT FELT, <br><br>     Defendants. | Civil Action No. 25 CV 00333 <br><br> ECF CASE |

### RULE 7.1 STATEMENT OF CORPORATE PLAINTIFF

Under Federal Rule of Civil Procedure 7.1, the undersigned counsel for Dark Alley Media, Inc., a private non-governmental party, certifies that the following are corporate affiliates, subsidiaries, and/or parent corporations and any publicly held corporation owning 10% or more of the stock of said party: **NONE**

Dated:    New York, NY
              January 21, 2025

SHARMALAW – Ravi Ivan Sharma, P.C.

By: _____
Ravi Ivan Sharma (RS2064)
26 Broadway, Suite 1108
New York, NY 10004
(212) 537-5957
ravi@sharmalaw.com

*Counsel for Defendants*