UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SVOTHI, INC.,

    Plaintiff,

    - v -

DARK ALLEY MEDIA, LLC and
  ROBERT FELT,

    Defendants.

No. 25 CV 00333 (ALC)

**PROOF OF SERVICE**

I, Wesley M. Mullen, declare as follows pursuant to 28 U.S.C. § 1746:

    1.    By and through the entity incorporated as Mullen P.C., I am counsel of record to Plaintiff SVOTHI, Inc. in this case.

    2.    On January 17, 2025, Mr. Sharma accepted service of process on behalf of Defendants Dark Alley Media, LLC and Robert Felt. Such process consists of file-stamped copies of the Summonses issued by the Clerk, (ECF Docs. 6 & 11), and the Complaint filed by the Plaintiff, (ECF Doc. 7), in this action.

    3.    Annexed as Exhibit A is a true and correct copy of email correspondence proving service. On January 17, 2025, Mr. Sharma wrote to me that "acceptance of service will only [be] made with the explicit understanding that it does not constitute a waiver of any procedural or substantive rights, claims, or defenses available to our clients, Dark Alley Media, LLC and Robert Felt, including, but not limited to, sufficiency of process, jurisdiction, forum, venue, or any other defenses under the Federal Rules of Civil Procedure, other than that in this proceeding you may effect service of process on my clients via email to me at this email address." (Ex. A at 1.) On behalf of Plaintiff I agreed to those terms by email. (*Id.*)

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 27, 2025

                                                Wesley M. Mullen