# Exhibit A

 Gmail

Bee Echauz <bechauz@mullenpc.com>

___

## Trademark Infringement

**Wesley Mullen** <wmullen@mullenpc.com>                           Fri, Jan 17, 2025 at 8:24 PM
To: Ravi Ivan Sharma <ravi@sharmalaw.com>
Cc: Bee Echauz <bechauz@mullenpc.com>

Agreed with thanks.

MULLEN PC
(646) 632-3718 | mullenpc.com
Confidential | Potentially Privileged

> On Fri, Jan 17, 2025 at 6:33 PM Ravi Ivan Sharma <ravi@sharmalaw.com> wrote:
>
> Wes,
>
> I will modify my previously stated terms as follows
>
> My acceptance of service will only made with the explicit understanding that it does not constitute a waiver of any procedural or substantive rights, claims, or defenses available to our clients, Dark Alley Media, LLC and Robert Felt, including, but not limited to, sufficiency of process, jurisdiction, forum, venue, or any other defenses under the Federal Rules of Civil Procedure, *other than that in this proceeding you may effect service of process on my clients via email to me at this email address.*
>
> If you agree, I will accept service.
>
> Ravi Ivan Sharma
>
> **SHARMALAW** - Ravi Ivan Sharma, P.C.
> NY, CA, MA, USVI
> 26 Broadway, Suite 1108
> New York, New York 10004
> ☎ 213 537 5953 (voicemail)
> ☎ 212 537 5957 (main)
> ☎ 213 537 5957 (cell)
> ☎ 212 537 5956 (fax)
> ☎ 347 797 1938 (conference call-in)
> sharmalaw.com
>
> 
>
> On Jan 17, 2025, at 5:30 PM, Wesley Mullen <wmullen@mullenpc.com> wrote:

Hi Ravi,

Very nice to speak. Further to our conversation:  can you agree that your clients waive personal service, but reserve all other rights and objections, including but not limited to *sufficiency of process*, jurisdiction, venue, etc?

All I am asking is that Plaintiff be excused from sending out a process server to find your clients personally (or as to the corporation, at its office or registered agent).

Many thanks,

Wes

Wesley M. Mullen
**MULLEN P.C.**
745 Fifth Avenue #500
New York, NY 10151
(646) 632-3718
wmullen@mullenpc.com

www.mullenpc.com

On Fri, Jan 17, 2025 at 1:29 PM Wesley Mullen <wmullen@mullenpc.com> wrote:
Thanks Ravi.  This all makes sense except the bit about reserving the right to challenge sufficiency of service.  That I believe is what I am asking your clients to waive.

All other rights of every kind are reserved, including as to venue, jurisdiction and otherwise. Very much just trying to skip the in-person process server.

Is that agreeable?

MULLEN PC
(646) 632-3718 | mullenpc.com
Confidential | Potentially Privileged

On Fri, Jan 17, 2025 at 1:02 PM Ravi Ivan Sharma <ravi@sharmalaw.com> wrote:
Wes,

In response to your request that I accept service of process for the summons and complaint in the case Svothi Inc. v Dark Alley Media, et. al. 1:25-cv-00333-ALC.

My acceptance of service will only made with the explicit understanding that it does not constitute a waiver of any procedural or substantive rights, claims, or defenses available to our clients, Dark Alley Media, LLC and Robert Felt, including but not limited to, the right to challenge the sufficiency of the service, personal jurisdiction, or any other defenses under the Federal Rules of Civil Procedure.

Accordingly, I will accept service of process previously emailed to me on behalf of such clients as of the date of a responsive email from you agreeing to these terms.

I await your response.

Thank you.

Ravi Ivan Sharma

**SHARMALAW** - Ravi Ivan Sharma, P.C.
NY, CA, MA, USVI
26 Broadway, Suite 1108
New York, New York 10004

☎ 213 537 5953 (voicemail)
☎ 212 537 5957 (main)
☎ 213 537 5957 (cell)
☎ 212 537 5956 (fax)
☎ 347 797 1938 (conference call-in)
sharmalaw.com

On Jan 16, 2025, at 11:31 AM, Alleine Castro <acastro@mullenpc.com> wrote:

Dear Mr. Sharma,

Please find attached copies of summonses with annexed complaint.

Thank you.

Regards,

Alleine Castro
Senior Paralegal
**MULLEN P.C.**
745 Fifth Avenue
Suite 500
New York, NY 10151
Office: (646) 632-3718
Direct: (917) 522-1459
acastro@mullenpc.com

www.mullenpc.com

On Thu, Jan 16, 2025 at 11:24 AM Wesley Mullen <wmullen@mullenpc.com> wrote:
Dear Mr Sharma,

Thank you for your letter response. Your clients have not consented to SVOTHI's requests, and indeed our clients' respective positions seem opposed and irreconcilable. I'm therefore obliged to take prompt action to enforce my clients' rights and to protect against the ongoing and irreparable harms described in my letter.

My colleague Ms Castro will shortly send through copies of summonses and a complaint recently filed against DAM and Mr. Felt. Once received, please let me know if you will accept service by email on behalf of your clients — failing which we're obliged to send agents out right away to make personal service.

The content of your letter gives me little hope that our clients might reach an agreement that avoids motion practice, but I am obliged by rule (and encouraged by experience) to make the attempt. Please let me know your availability to meet and confer this afternoon or tomorrow.

Wes

MULLEN PC
(646) 632-3718 | mullenpc.com
Confidential | Potentially Privileged

On Wed, Jan 15, 2025 at 6:16 PM Ravi Ivan Sharma <ravi@sharmalaw.com> wrote:
Mr Mullen,

Attached please find a letter in response to your letter below.

Ravi Ivan Sharma

**SHARMALAW** - Ravi Ivan Sharma, P.C.
NY, CA, MA, USVI
26 Broadway, Suite 1108
New York, New York 10004
☎ 213 537 5953 (voicemail)
☎ **212 537 5957 (main)**
☎ 213 537 5957 (cell)
☎ 212 537 5956 (fax)
☎ 347 797 1938 (conference call-in)
sharmalaw.com

On Jan 13, 2025, at 11:14 AM, Alleine Castro
<acastro@mullenpc.com> wrote:

Dear Mr. Sharma,

Please see the attached correspondence.

Thank you.

Regards,

Alleine Castro
Senior Paralegal
**MULLEN P.C.**
745 Fifth Avenue
Suite 500
New York, NY 10151
Office: (646) 632-3718
Direct: (917) 522-1459
acastro@mullenpc.com

www.mullenpc.com

<2025.01.13.Notice.of.Trademark.Infringement_
OwenHawk_FINAL.pdf>

<2025.01.15.Summons.to.Dark Alley_Doc 11.pdf><2025.01.14.Summons.to.Felt_Doc
6.pdf>