UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SVOTHI, INC.,

    Plaintiff,

       - v -

DARK ALLEY MEDIA, LLC and
   ROBERT FELT,

    Defendants.

No. 25 CV 0333 (ALC)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action on behalf of Plaintiff SVOTHI, Inc. and respectfully requests that all pleadings, notices, orders, correspondence and other papers in this action be served upon the undersigned attorney, who is duly admitted to practice before this Court.

Dated:    New York, NY
            January 31, 2025

MULLEN P.C.

*/s/ Vincent R. FitzPatrick III*

Vincent R. FitzPatrick III
MULLEN P.C.
745 Fifth Avenue, Suite 500
New York, NY 10151
(646) 632-3718
vfitzpatrick@mullenpc.com