# EXHIBIT 1





Domain Research Suite

DRS credits available: 450   Purchase now   ryanj

Search tools

Reverse WHOIS Search

WHOIS History Search

WHOIS Search

Reverse DNS Search

Domain Availability Check

Domains & Subdomains Discovery

Monitoring tools

Domain Monitor

Registrant Monitor

Brand Monitor

+1.6463951227

Fax:

Main Street

Charlestown,

KN

Status: Locked

Name Servers:
  ns1.videoapp.net
  ns2.videoapp.net

Creation date: 02 Aug 2007 19:02:08

Expiration date: 02 Aug 2013 19:02:08

Get Noticed on the Internet!  Increase visibility for this domain name by listing it at

www.whoisbusinesslistings.com

=-=-=-=

The data in this whois database is provided to you for information

purposes only, that is, to assist you in obtaining information about or

related to a domain name registration record. We make this information

available "as is," and do not guarantee its accuracy. By submitting a

whois query, you agree that you will use this data only for lawful

purposes and that, under no circumstances will you use this data to: (1)

enable high volume, automated, electronic processes that stress or load

this whois database system providing you this information; or (2) allow,

enable, or otherwise support the transmission of mass unsolicited,

commercial advertising or solicitations via direct mail, electronic

mail, or by telephone. The compilation, repackaging, dissemination or

other use of this data is expressly prohibited without prior written

consent from us.

We reserve the right to modify these terms at any time. By submitting

this query, you agree to abide by these terms.

Version 6.3 4/3/2002

=-=-=-=

Registration Service Provided By: SuperbRegistrar.net

Contact: hostmaster@superbregistrar.net

Visit: mycp.superb.net

Domain name: RAWFUCKCLUB.com

Registrant Contact:

   Robert Felt ()

   Fax:

   113 Cedar St

   New York, NY 10006

   US

Administrative Contact:

   Video App

   Technical Contact (tech@videoapp.net)

   +1.6463951227

   Fax:

   Main Street

   Charlestown,

   KN

Technical Contact:

   Video App

   Technical Contact (tech@videoapp.net)

   +1.6463951227

   Fax:

   Main Street

   Charlestown,

   KN

Status: Locked

Name Servers:

   ns1.videoapp.net

   ns2.videoapp.net

Creation date: 02 Aug 2007 19:02:08

Expiration date: 02 Aug 2013 19:02:08


Get Noticed on the Internet!  Increase visibility for this

domain name by listing it at

www.whoisbusinesslistings.com

=-=-=-=

The data in this whois database is provided to you for