# EXHIBIT 2

Studio Name:
# DARK ALLEY MEDIA
*RFC 001*
Movie Title:
## "Raw Fuck Club"
Date of Production:
## 8/20/07-10/14/07

Number of Models / Actors:

| # | Alias / Screen Name (performing as) | Legal Name | Date of Birth |
|---|---|---|---|
| 01 | Frederick Berlin | ██ | ██ |
| 02 | Paris (Jay Nash) | | |
| 03 | Jarod Steel | | |
| 04 | Danny Fox | | |
| 05 | Austin Shadow | | |
| 06 | Yves | | |
| 07 | Tim Rusty | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

# DARK ALLEY MEDIA MODEL RELEASE FORM

**NAME OF PROJCET:** _RFC_

I, the undersigned model (hereafter model), do voluntarily authorize and give permission to the below producer, Dark Alley Media, (hereafter producer), to the exclusive ruse of photographs, video, electronic and digital productions in any form of my person or personal property in any media existing today and invented in the future.

From the date of execution of this General Release and Authorization, the undersigned hereto does grant, release, and assign to Producer any and all claims of rights whatsoever in and to all photographs, moving pictures, digital media of any and all kinds, or printed materials of the undersigned by the undersigned and delivered to Producer for any purpose chosen by Producer.

For execution hereto and for value received and acknowledge by Model, Producer shall exclusively and irrevocably own in property all right, title, and interest, including copyright in and to the digitized photographs, reproductions, video, and any digitized material of the undersigned with no rights expressly reserved by the Model.

Model also grants Producer and its designees the right to use his name, likeness, image, voice, appearance, and performance as embodied in the Product whether recorded on or transferred to videotape, film, slides, photographs, audiotapes, or other media, know now to exist or to be later developed. This grant includes without limitation the right to edit, mix, duplicate and to use or re-use the Product in whole or in part as Producer may elect. Producer or its designee will have complete ownership of the Product in which model appears including copyright interests, and Model acknowledges that he has no interest or ownership in the Product or its copyright.

Model affirms that he has the legal right to enter into this Agreement, that he is not restricted by any commitments to any parties, and that Producer has no financial commitments or obligations to meet as a result of this agreement.

Model also affirms that his date of birth is _____ and that the Identifications provided Producer to verify this date of birth are not falsified or altered in any way.

I hereby give all clearance, copyrights and otherwise, for use of my name, likeness, image, voice, appearance, and performance embodied in the product. I expressly release and indemnify Producer and its officers, employees, agents, and designees from any and all claims known and unknown arising out of or in an way connected with the above granted uses and representations. The rights granted herein are perpetual and worldwide and survive my death and any other occurrence.

MODEL's LEGA▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮
SIGNATURE_____ DATE __/7/ 07

PRODUCERS's NAME _____

SIGNATURE __/./_____ DATE ___/

PAGE ONE OF TWO

## MODEL's INFORMATION AND IDENTIFICATION

**LEGAL NAME:** ███ ███

**STAGE NAME:** Owen Hawk

**ADDRESS:** ███████████

**TELEPHONE:**

**SOCIAL SECURITY NUMBER:**

**ANY AND ALL ALIAS's or STAGE NAMES EVER USED:**

### IDENTIFICATION NUMBER ONE

1) Description: NYC Dr

2) Number: ███████

### IDENTIFICATION NUMBER TWO

1) Description: Passport

2) Number: ███████

### PAYMENT RECEIPT

I acknowledge that I have received _____ dollars in the form of _____ and that there are no outstanding balances or other forms for compensation owed to me by Dark Alley Media.

SIGNATURE OF MODEL _____ DATE 9/17/07

PAGE TWO OF TWO

## DARK ALLEY MEDIA MODEL RELEASE FORM

**NAME OF PROJCET:** _RFC_

I, the undersigned model (hereafter model), do voluntarily authorize and give permission to the below producer, Dark Alley Media, (hereafter producer), to the exclusive ruse of photographs, video, electronic and digital productions in any form of my person or personal property in any media existing today and invented in the future.

From the date of execution of this General Release and Authorization, the undersigned hereto does grant, release, and assign to Producer any and all claims of rights whatsoever in and to all photographs, moving pictures, digital media of any and all kinds, or printed materials of the undersigned by the undersigned and delivered to Producer for any purpose chosen by Producer.

For execution hereto and for value received and acknowledge by Model, Producer shall exclusively and irrevocably own in property all right, title, and interest, including copyright in and to the digitized photographs, reproductions, video, and any digitized material of the undersigned with no rights expressly reserved by the Model.

Model also grants Producer and its designees the right to use his name, likeness, image, voice, appearance, and performance as embodied in the Product whether recorded on or transferred to videotape, film, slides, photographs, audiotapes, or other media, know now to exist or to be later developed. This grant includes without limitation the right to edit, mix, duplicate and to use or re-use the Product in whole or in part as Producer may elect. Producer or its designee will have complete ownership of the Product in which model appears including copyright interests, and Model acknowledges that he has no interest or ownership in the Product or its copyright.

Model affirms that he has the legal right to enter into this Agreement, that he is not restricted by any commitments to any parties, and that Producer has no financial commitments or obligations to meet as a result of this agreement.

Model also affirms that his date of birth is _08/20/1969_ and that the Identifications provided Producer to verify this date of birth are not falsified or altered in any way.

I hereby give all clearance, copyrights and otherwise, for use of my name, likeness, image, voice, appearance, and performance embodied in the product. I expressly release and indemnify Producer and its officers, employees, agents, and designees from any and all claims known and unknown arising out of or in an way connected with the above granted uses and representations. The rights granted herein are perpetual and worldwide and survive my death and any other occurrence.

MODEL's LEGAL NAME ███████████

SIGNATURE _Robert A. Young_  DATE _9/7/07_

PRODUCERS's NAME _Robert Felt_

SIGNATURE _RFelt_  DATE _9/7/07_

PAGE ONE OF TWO

## MODEL's INFORMATION AND IDENTIFICATION

LEGAL NAME: ███ ███

STAGE NAME: Austin Shadow

ADDRESS: ███████████

TELEPHONE: ███████

SOCIAL SECURITY NUMBER: ███████

ANY AND ALL ALIAS's or STAGE NAMES EVER USED: Taylor Donovan, Austin Shadow

### IDENTIFICATION NUMBER ONE

1) Description: GA Drivers License

2) Number: ███████

### IDENTIFICATION NUMBER TWO

1) Description: The Gardens Owner IJ

2) Number:

### PAYMENT RECEIPT

I acknowledge that I have received ___500___ dollars in the form of ___Ca$h___ and that there are no outstanding balances or other forms for compensation owed to me by Dark Alley Media.

SIGNATURE OF MODEL ███████ DATE 09/08/2007

PAGE TWO OF TWO

# DARK ALLEY MEDIA MODEL RELEASE FORM

**NAME OF PROJCET:** _____ RFC _____

I, the undersigned model (hereafter model), do voluntarily authorize and give permission to the below producer, Dark Alley Media, (hereafter producer), to the exclusive ruse of photographs, video, electronic and digital productions in any form of my person or personal property in any media existing today and invented in the future.

From the date of execution of this General Release and Authorization, the undersigned hereto does grant, release, and assign to Producer any and all claims of rights whatsoever in and to all photographs, moving pictures, digital media of any and all kinds, or printed materials of the undersigned by the undersigned and delivered to Producer for any purpose chosen by Producer.

For execution hereto and for value received and acknowledge by Model, Producer shall exclusively and irrevocably own in property all right, title, and interest, including copyright in and to the digitized photographs, reproductions, video, and any digitized material of the undersigned with no rights expressly reserved by the Model.

Model also grants Producer and its designees the right to use his name, likeness, image, voice, appearance, and performance as embodied in the Product whether recorded on or transferred to videotape, film, slides, photographs, audiotapes, or other media, know now to exist or to be later developed. This grant includes without limitation the right to edit, mix, duplicate and to use or re-use the Product in whole or in part as Producer may elect. Producer or its designee will have complete ownership of the Product in which model appears including copyright interests, and Model acknowledges that he has no interest or ownership in the Product or its copyright.

Model affirms that he has the legal right to enter into this Agreement, that he is not restricted by any commitments to any parties, and that Producer has no financial commitments or obligations to meet as a result of this agreement.

Model also affirms that his date of birth is _____ and that the Identifications provided Producer to verify this date of birth are not falsified or altered in any way.

I hereby give all clearance, copyrights and otherwise, for use of my name, likeness, image, voice, appearance, and performance embodied in the product. I expressly release and indemnify Producer and its officers, employees, agents, and designees from any and all claims known and unknown arising out of or in an way connected with the above granted uses and representations. The rights granted herein are perpetual and worldwide and survive my death and any other occurrence.

MODEL's LEGAL NAME ███████████████████████████████████

SIGNATURE _____ DATE  8-20-07

PRODUCERS's NAME _____ Robert Felt _____

SIGNATURE  R Felt _____ DATE  8/20/07

PAGE ONE OF TWO

MODEL's INFORMATION AND IDENTIFICATION

LEGAL NAME: ███████ ███████

STAGE NAME: Tim Rusty

ADDRESS: ███████████████████
███████████████████

TELEPHONE: ███████████████

SOCIAL SECURITY NUMBER: ███████████

ANY AND ALL ALIAS's or STAGE NAMES EVER USED:

IDENTIFICATION NUMBER ONE

   1) Description: NY DRIVERS LICENSE

   2) Number: ███████████

IDENTIFICATION NUMBER TWO

   1) Description: SOCIAL SECURITY CARD

   2) Number: ███████████

PAYMENT RECEIPT

I acknowledge that I have received 1000 dollars in the form of Check and that there are no outstanding balances or other forms for compensation owed to me by Dark Alley Media.

SIGNATURE OF MODEL _____ DATE 8-20-07

PAGE TWO OF TWO

# DARK ALLEY MEDIA MODEL RELEASE FORM

**NAME OF PROJCET:** _RFC_

I, the undersigned model (hereafter model), do voluntarily authorize and give permission to the below producer, Dark Alley Media, (hereafter producer), to the exclusive ruse of photographs, video, electronic and digital productions in any form of my person or personal property in any media existing today and invented in the future.

From the date of execution of this General Release and Authorization, the undersigned hereto does grant, release, and assign to Producer any and all claims of rights whatsoever in and to all photographs, moving pictures, digital media of any and all kinds, or printed materials of the undersigned by the undersigned and delivered to Producer for any purpose chosen by Producer.

For execution hereto and for value received and acknowledge by Model, Producer shall exclusively and irrevocably own in property all right, title, and interest, including copyright in and to the digitized photographs, reproductions, video, and any digitized material of the undersigned with no rights expressly reserved by the Model.

Model also grants Producer and its designees the right to use his name, likeness, image, voice, appearance, and performance as embodied in the Product whether recorded on or transferred to videotape, film, slides, photographs, audiotapes, or other media, know now to exist or to be later developed. This grant includes without limitation the right to edit, mix, duplicate and to use or re-use the Product in whole or in part as Producer may elect. Producer or its designee will have complete ownership of the Product in which model appears including copyright interests, and Model acknowledges that he has no interest or ownership in the Product or its copyright.

Model affirms that he has the legal right to enter into this Agreement, that he is not restricted by any commitments to any parties, and that Producer has no financial commitments or obligations to meet as a result of this agreement.

Model also affirms that his date of birth is _7/26/84_ and that the Identifications provided Producer to verify this date of birth are not falsified or altered in any way.

I hereby give all clearance, copyrights and otherwise, for use of my name, likeness, image, voice, appearance, and performance embodied in the product. I expressly release and indemnify Producer and its officers, employees, agents, and designees from any and all claims known and unknown arising out of or in an way connected with the above granted uses and representations. The rights granted herein are perpetual and worldwide and survive my death and any other occurrence.

MODEL's LEGAL NAME ███████████████████

SIGNATURE _[signature]_ DATE _8/20/07_

PRODUCERS's NAME _Robert Felt_

SIGNATURE _RTuA_ DATE _8/20/07_

PAGE ONE OF TWO

## MODEL's INFORMATION AND IDENTIFICATION

LEGAL NAME: ███████

STAGE NAME: Jay Nash

ADDRESS:

TELEPHONE: ███████

SOCIAL SECURITY NUMBER:

ANY AND ALL ALIAS's or STAGE NAMES EVER USED:

### IDENTIFICATION NUMBER ONE

1) Description: NY DC

2) Number: ███████

### IDENTIFICATION NUMBER TWO

1) Description: SSC

2) Number: ███3███

### PAYMENT RECEIPT

I acknowledge that I have received 300 dollars in the form of (cash) and that there are no outstanding balances or other forms for compensation owed to me by Dark Alley Media.

SIGNATURE OF MODEL: _[signature]_   DATE: 8/20/07

PAGE TWO OF TWO

# DARK ALLEY MEDIA MODEL RELEASE FORM

**NAME OF PROJCET:** _RFC_

I, the undersigned model (hereafter model), do voluntarily authorize and give permission to the below producer, Dark Alley Media, (hereafter producer), to the exclusive ruse of photographs, video, electronic and digital productions in any form of my person or personal property in any media existing today and invented in the future.

From the date of execution of this General Release and Authorization, the undersigned hereto does grant, release, and assign to Producer any and all claims of rights whatsoever in and to all photographs, moving pictures, digital media of any and all kinds, or printed materials of the undersigned by the undersigned and delivered to Producer for any purpose chosen by Producer.

For execution hereto and for value received and acknowledge by Model, Producer shall exclusively and irrevocably own in property all right, title, and interest, including copyright in and to the digitized photographs, reproductions, video, and any digitized material of the undersigned with no rights expressly reserved by the Model.

Model also grants Producer and its designees the right to use his name, likeness, image, voice, appearance, and performance as embodied in the Product whether recorded on or transferred to videotape, film, slides, photographs, audiotapes, or other media, know now to exist or to be later developed. This grant includes without limitation the right to edit, mix, duplicate and to use or re-use the Product in whole or in part as Producer may elect. Producer or its designee will have complete ownership of the Product in which model appears including copyright interests, and Model acknowledges that he has no interest or ownership in the Product or its copyright.

Model affirms that he has the legal right to enter into this Agreement, that he is not restricted by any commitments to any parties, and that Producer has no financial commitments or obligations to meet as a result of this agreement.

Model also affirms that his date of birth is _1/27/73_ and that the Identifications provided Producer to verify this date of birth are not falsified or altered in any way.

I hereby give all clearance, copyrights and otherwise, for use of my name, likeness, image, voice, appearance, and performance embodied in the product. I expressly release and indemnify Producer and its officers, employees, agents, and designees from any and all claims known and unknown arising out of or in an way connected with the above granted uses and representations. The rights granted herein are perpetual and worldwide and survive my death and any other occurrence.

MODEL's LEGAL ███████████████████████

SIGNATURE _Freckle_   DATE _8/20/07_

PRODUCERS's NAME _Robert Felt_

SIGNATURE _RFelt_   DATE _8/20/07_

PAGE ONE OF TWO

## MODEL's INFORMATION AND IDENTIFICATION

**LEGAL NAME:** ███████

**STAGE NAME:** FREDERIK BERLIN

**ADDRESS:** ███████

**TELEPHONE:** ███████

**SOCIAL SECURITY NUMBER:**

**ANY AND ALL ALIAS's or STAGE NAMES EVER USED:**

### IDENTIFICATION NUMBER ONE

1) Description: Driver Lic NY

2) Number: ███████

### IDENTIFICATION NUMBER TWO

1) Description: Passport Dutch

2) Number: ███████

### PAYMENT RECEIPT

I acknowledge that I have received 800 dollars in the form of cash and that there are no outstanding balances or other forms for compensation owed to me by Dark Alley Media.

SIGNATURE OF MODEL ___Freddie___ DATE 8/20/07

PAGE TWO OF TWO

## DARK ALLEY MEDIA MODEL RELEASE FORM

**NAME OF PROJCET:** Raw Fuck Club

I, the undersigned model (hereafter model), do voluntarily authorize and give permission to the below producer, Dark Alley Media, (hereafter producer), to the exclusive ruse of photographs, video, electronic and digital productions in any form of my person or personal property in any media existing today and invented in the future.

From the date of execution of this General Release and Authorization, the undersigned hereto does grant, release, and assign to Producer any and all claims of rights whatsoever in and to all photographs, moving pictures, digital media of any and all kinds, or printed materials of the undersigned by the undersigned and delivered to Producer for any purpose chosen by Producer.

For execution hereto and for value received and acknowledge by Model, Producer shall exclusively and irrevocably own in property all right, title, and interest, including copyright in and to the digitized photographs, reproductions, video, and any digitized material of the undersigned with no rights expressly reserved by the Model.

Model also grants Producer and its designees the right to use his name, likeness, image, voice, appearance, and performance as embodied in the Product whether recorded on or transferred to videotape, film, slides, photographs, audiotapes, or other media, know now to exist or to be later developed. This grant includes without limitation the right to edit, mix, duplicate and to use or re-use the Product in whole or in part as Producer may elect. Producer or its designee will have complete ownership of the Product in which model appears including copyright interests, and Model acknowledges that he has no interest or ownership in the Product or its copyright.

Model affirms that he has the legal right to enter into this Agreement, that he is not restricted by any commitments to any parties, and that Producer has no financial commitments or obligations to meet as a result of this agreement.

Model also affirms that his date of birth is 4/16/86 and that the Identifications provided Producer to verify this date of birth are not falsified or altered in any way.

I hereby give all clearance, copyrights and otherwise, for use of my name, likeness, image, voice, appearance, and performance embodied in the product. I expressly release and indemnify Producer and its officers, employees, agents, and designees from any and all claims known and unknown arising out of or in an way connected with the above granted uses and representations. The rights granted herein are perpetual and worldwide and survive my death and any other occurrence.

MODEL's LEGAL NAME ███████████

SIGNATURE _____  DATE 10/2/07

PRODUCERS's NAME Robert Felt

SIGNATURE RFelt  DATE 10/2/07

PAGE ONE OF TWO

## MODEL's INFORMATION AND IDENTIFICATION

LEGAL NAME: ███████

STAGE NAME: Jarod Steel

ADDRESS: ███████

TELEPHONE:

SOCIAL SECURITY NUMBER:

ANY AND ALL ALIAS's or STAGE NAMES EVER USED:

### IDENTIFICATION NUMBER ONE

1) Description:   CO DC

2) Number:   ███████

### IDENTIFICATION NUMBER TWO

1) Description:   Costco card

2) Number:   ███████

### PAYMENT RECEIPT

I acknowledge that I have received __500__ dollars in the form of __cash__ and that there are no outstanding balances or other forms for compensation owed to me by Dark Alley Media.

SIGNATURE OF MODEL ___[signature]___   DATE __10-7-07__

PAGE TWO OF TWO

## DARK ALLEY MEDIA MODEL RELEASE FORM

**NAME OF PROJCET:** _____ R FC _____

I, the undersigned model (hereafter model), do voluntarily authorize and give permission to the below producer, Dark Alley Media, (hereafter producer), to the exclusive ruse of photographs, video, electronic and digital productions in any form of my person or personal property in any media existing today and invented in the future.

From the date of execution of this General Release and Authorization, the undersigned hereto does grant, release, and assign to Producer any and all claims of rights whatsoever in and to all photographs, moving pictures, digital media of any and all kinds, or printed materials of the undersigned by the undersigned and delivered to Producer for any purpose chosen by Producer.

For execution hereto and for value received and acknowledge by Model, Producer shall exclusively and irrevocably own in property all right, title, and interest, including copyright in and to the digitized photographs, reproductions, video, and any digitized material of the undersigned with no rights expressly reserved by the Model.

Model also grants Producer and its designees the right to use his name, likeness, image, voice, appearance, and performance as embodied in the Product whether recorded on or transferred to videotape, film, slides, photographs, audiotapes, or other media, know now to exist or to be later developed. This grant includes without limitation the right to edit, mix, duplicate and to use or re-use the Product in whole or in part as Producer may elect. Producer or its designee will have complete ownership of the Product in which model appears including copyright interests, and Model acknowledges that he has no interest or ownership in the Product or its copyright.

Model affirms that he has the legal right to enter into this Agreement, that he is not restricted by any commitments to any parties, and that Producer has no financial commitments or obligations to meet as a result of this agreement.

Model also affirms that his date of birth is _____ and that the Identifications provided Producer to verify this date of birth are not falsified or altered in any way.

I hereby give all clearance, copyrights and otherwise, for use of my name, likeness, image, voice, appearance, and performance embodied in the product. I expressly release and indemnify Producer and its officers, employees, agents, and designees from any and all claims known and unknown arising out of or in an way connected with the above granted uses and representations. The rights granted herein are perpetual and worldwide and survive my death and any other occurrence.

MODEL's LEGAL ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SIGNATURE _____  DATE _14 IX 2007_

PRODUCERS's NAME _____

SIGNATURE _____Ian_____  DATE _10/14/07_

PAGE ONE OF TWO

## MODEL's INFORMATION AND IDENTIFICATION

LEGAL NAME: ██ ███

STAGE NAME: Dany Tex

ADDRESS: ███████████████

TELEPHONE: ████████████

SOCIAL SECURITY NUMBER:

ANY AND ALL ALIAS's or STAGE NAMES EVER USED:

### IDENTIFICATION NUMBER ONE

1) Description: Visa

2) Number: ████████████

### IDENTIFICATION NUMBER TWO

1) Description: Passport

2) Number: ████████████

PAYMENT RECEIPT

I acknowledge that I have received _100_ dollars in the form of _Cash_ and that there are no outstanding balances or other forms for compensation owed to me by Dark Alley Media.

SIGNATURE OF MODEL _[signature]_  DATE 14. ii 2007

PAGE TWO OF TWO

# DARK ALLEY MEDIA MODEL RELEASE FORM

**NAME OF PROJCET:** _RFC_

I, the undersigned model (hereafter model), do voluntarily authorize and give permission to the below producer, Dark Alley Media, (hereafter producer), to the exclusive ruse of photographs, video, electronic and digital productions in any form of my person or personal property in any media existing today and invented in the future.

From the date of execution of this General Release and Authorization, the undersigned hereto does grant, release, and assign to Producer any and all claims of rights whatsoever in and to all photographs, moving pictures, digital media of any and all kinds, or printed materials of the undersigned by the undersigned and delivered to Producer for any purpose chosen by Producer.

For execution hereto and for value received and acknowledge by Model, Producer shall exclusively and irrevocably own in property all right, title, and interest, including copyright in and to the digitized photographs, reproductions, video, and any digitized material of the undersigned with no rights expressly reserved by the Model.

Model also grants Producer and its designees the right to use his name, likeness, image, voice, appearance, and performance as embodied in the Product whether recorded on or transferred to videotape, film, slides, photographs, audiotapes, or other media, know now to exist or to be later developed. This grant includes without limitation the right to edit, mix, duplicate and to use or re-use the Product in whole or in part as Producer may elect. Producer or its designee will have complete ownership of the Product in which model appears including copyright interests, and Model acknowledges that he has no interest or ownership in the Product or its copyright.

Model affirms that he has the legal right to enter into this Agreement, that he is not restricted by any commitments to any parties, and that Producer has no financial commitments or obligations to meet as a result of this agreement.

Model also affirms that his date of birth is _18Mar 78_ and that the Identifications provided Producer to verify this date of birth are not falsified or altered in any way.

I hereby give all clearance, copyrights and otherwise, for use of my name, likeness, image, voice, appearance, and performance embodied in the product. I expressly release and indemnify Producer and its officers, employees, agents, and designees from any and all claims known and unknown arising out of or in an way connected with the above granted uses and representations. The rights granted herein are perpetual and worldwide and survive my death and any other occurrence.

MODEL's LEGAL NAME _____

SIGNATURE _____  DATE _9/12/207_

PRODUCERS's NAME _Jan_

SIGNATURE _Jan_  DATE _9/12/07_

PAGE ONE OF TWO

MODEL's INFORMATION AND IDENTIFICATION

LEGAL NAME: ███████

STAGE NAME: Yves

ADDRESS: ████████████████████████

TELEPHONE: ████████████

SOCIAL SECURITY NUMBER:

ANY AND ALL ALIAS's or STAGE NAMES EVER USED:

IDENTIFICATION NUMBER ONE

    1) Description: Italian Passport

    2) Number: ████████████

IDENTIFICATION NUMBER TWO

    1) Description: Isreal Passport

    2) Number: ████████████

PAYMENT RECEIPT

I acknowledge that I have received 500 dollars in the form of cash and that there are no outstanding balances or other forms for compensation owed to me by Dark Alley Media.

SIGNATURE OF MODEL _____ DATE 7/12/2017

PAGE TWO OF TWO