# EXHIBIT 3

Notifications / X | Raw Fuck Club | Owen Hawk – Ra | RAW in Paris :: Pr | Post Attendee - Z | Post Attendee - Z | Post Attendee - Z | VideoApp | Marco_star_id_d

web.archive.org/web/20070826184616/http://www.darkalley.com/product.php?productid=16224

Relaunch to update

SHEETS | QQQ 463.53 ▲ +2... | ChatGPT | GMAIL | ALLY | AMEX | F2F | friends2follow | STOCKTWITS | TD | Log-in to Hostinger | Hostinger Webmail | F2F | friends2follow | OnlyFans | All Bookmarks

Go | JUL AUG OCT | 26 | 2006 2007 2009 | About this capture

DARK ALLEY MEDIA

am store dam store

view shoppingbasket checkout

ES
s
round Pack
ecials
nd, Part 1
nd Pack
ion
round Pack
y 9.99!!
k
l
ITLES
s
e Open And
Get Taste It
l: 3 Bulldog

**Dark Alley Store** :: **Dark Alley Titles** :: **Pre Order Specials** :: **RAW in Paris**




> BACK COVER







## RAW in Paris

**OUR PRICE $59.99**

Quantity 1

[redacted]

**Story**

It's not just a little fucking, it's not scripted fucking, it's Fucking Raw. It's men in heat! Driven by testosterone they just follow their instincts night after night. PrimePork's Raw in Paris is here!
PrimePork proudly introduces an incredible fuck-stallion: Charly. In real life he's in the French Army and definitely knows how to handle men. He's a natural top with a solid muscled body, a big fat cock and big full balls. He holds his prey in an iron grip and fucks without mercy.
And welcome back Daniel Fox again - cute face, gorgeous body, big dick and a


muscular
RAW