# EXHIBIT 4

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

# AEBN Sales Report April 2008

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

manufacturer statistics
payout by title
close

manufacturer statistics
payout by title
close

**month:**

Apr-2008

*** Per title payout numbers are estimates ***

Copy CSV Print

Search:

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Bare Under The Sun | $1,746.96 | $1,599.04 | $119.25 | $28.67 | $Dark Alley Media, Raw Fuck Club |
| Street Dogs | $702.09 | $641.79 | $26.24 | $34.07 | $Jalif Studio |
| Fistmeat | $657.85 | $594.33 | $47.70 | $15.83 | $Prime Pork Productions |
| Shockwave Bonus Disc | $496.19 | $468.42 | $14.31 | $13.45 | $Dark Alley Media |
| Passio | $476.48 | $403.98 | $42.93 | $29.57 | $Dark Alley Media |
| Dirty Raw Bastards | $311.95 | $286.28 | $11.93 | $13.74 | $Jalif Studio |
| Please | $234.18 | $210.02 | $14.31 | $9.85 | $Prime Pork Productions |
| Kings Of Piss | $203.31 | $187.20 | $7.16 | $8.96 | $Jalif Studio |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Fisting Underground | $143.67 | $124.27 | $9.54 | $9.85 | $Dark Alley Media |
| Celebrating The Fist 2 | $130.88 | $110.88 | $7.16 | $12.84 | $Prime Pork Productions |
| Fisting Underground 2 | $125.06 | $105.67 | $9.54 | $9.85 | $Dark Alley Media |
| Casting Vol 2: Madrid | $114.31 | $107.54 | $2.38 | $2.99 | $Jalif Studio |
| Gaytanamo | $100.62 | $83.01 | $4.77 | $12.84 | $Dark Alley Media |
| Gaytanamo - Bonus Disc | $98.28 | $84.85 | $9.54 | $3.88 | $Dark Alley Media |
| Celebrating The Fist | $96.53 | $90.26 | $2.38 | $3.88 | $Prime Pork Productions |
| Amsterdam 1651 | $90.75 | $88.36 | $2.38 | $0.00 | $Prime Pork Productions |
| Owen Hawk Unleashed | $76.34 | $70.97 | $2.38 | $2.99 | $Dark Alley Media |
| Casting Vol 1: Barcelona | $60.88 | $55.51 | $2.38 | $2.99 | $Jalif Studio |
| Leather Punks Orgy | $60.13 | $56.25 | $0.00 | $3.88 | $Dark Alley Media |
| Mutiny: Shipmates Revenge | $57.74 | $57.74 | $0.00 | $0.00 | $Dark Alley Media |
| Quickies | $47.86 | $44.87 | $0.00 | $2.99 | $Dark Alley Media |
| Fisting Punks | $47.68 | $45.30 | $2.38 | $0.00 | $Dark Alley Media |
| No Exit | $35.03 | $32.04 | $0.00 | $2.99 | $Dark Alley Media |
| Carnival | $26.38 | $20.39 | $0.00 | $5.99 | $Dark Alley Media |
| Carnival 2 | $9.31 | $9.31 | $0.00 | $0.00 | $Dark Alley Media |

Showing 1 to 25 of 25 entries

Previous 1 Next

Copyright © 1999 - 2025 AEBN. All rights reserved.

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

# MAY 2008

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

manufacturer statistics
payout by title
close

manufacturer statistics
payout by title
close

**month:**
May-2008
*** Per title payout numbers are estimates ***

Copy CSV Print

Search:

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Bare Under The Sun | $2,745.02 | $2,451.50 | $212.26 | $81.26 | $Dark Alley Media, Raw Fuck Club |
| Shockwave | $2,469.05 | $2,295.44 | $114.48 | $59.13 | $Dark Alley Media |
| Raw Fuck Club | $1,066.05 | $970.29 | $64.40 | $31.37 | $Dark Alley Media, Raw Fuck Club |
| Shockwave Bonus Disc | $622.04 | $556.10 | $26.24 | $39.71 | $Dark Alley Media |
| Street Dogs | $444.60 | $399.80 | $11.93 | $32.88 | $Jalif Studio |
| Fistmeat | $422.31 | $374.58 | $31.01 | $16.73 | $Prime Pork Productions |
| Kings Of Piss | $343.81 | $321.43 | $9.54 | $12.84 | $Jalif Studio |
| Casting Vol 2: Madrid | $235.44 | $215.95 | $9.54 | $9.85 | $Jalif Studio |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Dirty Raw Bastards | $219.12 | $205.09 | $7.16 | $6.87 | $Jalif Studio |
| Please | $190.83 | $164.86 | $14.31 | $11.65 | $Prime Pork Productions |
| Passio | $164.33 | $149.09 | $4.77 | $10.47 | $Dark Alley Media |
| Fisting Underground | $150.09 | $132.78 | $9.54 | $7.77 | $Dark Alley Media |
| Celebrating The Fist 2 | $142.63 | $133.97 | $4.77 | $3.88 | $Prime Pork Productions |
| Fisting Underground 2 | $99.25 | $89.99 | $2.38 | $6.87 | $Dark Alley Media |
| Gaytanamo | $98.76 | $73.70 | $14.31 | $10.76 | $Dark Alley Media |
| Amsterdam 1651 | $97.48 | $90.61 | $0.00 | $6.87 | $Prime Pork Productions |
| Gaytanamo - Bonus Disc | $81.20 | $76.43 | $4.77 | $0.00 | $Dark Alley Media |
| Celebrating The Fist | $71.35 | $66.58 | $4.77 | $0.00 | $Prime Pork Productions |
| Owen Hawk Unleashed | $70.71 | $70.71 | $0.00 | $0.00 | $Dark Alley Media |
| Mutiny: Shipmates Revenge | $67.91 | $60.15 | $4.77 | $2.99 | $Dark Alley Media |
| Quickies | $60.06 | $57.68 | $2.38 | $0.00 | $Dark Alley Media |
| Casting Vol 1: Barcelona | $58.00 | $58.00 | $0.00 | $0.00 | $Jalif Studio |
| No Exit | $48.37 | $45.39 | $0.00 | $2.99 | $Dark Alley Media |
| Leather Punks Orgy | $41.19 | $38.81 | $2.38 | $0.00 | $Dark Alley Media |
| Fisting Punks | $31.40 | $29.01 | $2.38 | $0.00 | $Dark Alley Media |
| Carnival | $14.57 | $14.57 | $0.00 | $0.00 | $Dark Alley Media |
| Carnival 2 | $7.28 | $7.28 | $0.00 | $0.00 | $Dark Alley Media |

Showing 1 to 27 of 27 entries

Previous 1 Next

Copyright © 1999 - 2025 AEBN. All rights reserved.

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

# JUNE 2008

manufacturer statistics
payout by title
close

manufacturer statistics
payout by title
close

**month:**

Jun-2008

*** Per title payout numbers are estimates ***

Copy CSV Print

Search:

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Raw Fuck Club | $5,679.16 | $5,101.93 | $374.45 | $202.79 | $Dark Alley Media, Raw Fuck Club |
| Fist Club | $1,263.86 | $1,123.91 | $83.48 | $56.48 | $Jalif Studio |
| Bare Under The Sun | $771.12 | $675.66 | $54.86 | $40.61 | $Dark Alley Media, Raw Fuck Club |
| Shockwave | $639.48 | $582.51 | $45.32 | $11.65 | $Dark Alley Media |
| Street Dogs | $394.73 | $349.35 | $19.08 | $26.30 | $Jalif Studio |
| Shockwave Bonus Disc | $190.72 | $166.55 | $14.31 | $9.85 | $Dark Alley Media |
| Fistmeat | $179.70 | $163.01 | $16.70 | $0.00 | $Prime Pork Productions |
| Please | $177.62 | $149.57 | $14.31 | $13.74 | $Prime Pork Productions |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Casting Vol 2: Madrid | $177.17 | $128.50 | $7.16 | $0.00 | $Jalif Studio |
| Kings Of Piss | $157.28 | $141.44 | $2.38 | $13.45 | $Jalif Studio |
| Dirty Raw Bastards | $146.66 | $132.93 | $4.77 | $8.96 | $Jalif Studio |
| Fisting Underground | $127.78 | $109.29 | $9.54 | $8.96 | $Dark Alley Media |
| Passio | $126.17 | $113.65 | $9.54 | $2.99 | $Dark Alley Media |
| Celebrating The Fist 2 | $100.82 | $96.05 | $4.77 | $0.00 | $Prime Pork Productions |
| Leather Punks Orgy | $95.62 | $85.48 | $7.16 | $2.99 | $Dark Alley Media |
| Gaytanamo - Bonus Disc | $91.04 | $83.29 | $4.77 | $2.99 | $Dark Alley Media |
| Gaytanamo | $88.17 | $78.03 | $7.16 | $2.99 | $Dark Alley Media |
| Owen Hawk Unleashed | $83.09 | $78.32 | $4.77 | $0.00 | $Dark Alley Media |
| Fisting Underground 2 | $74.79 | $62.25 | $4.77 | $7.77 | $Dark Alley Media |
| Mutiny: Shipmates Revenge | $64.52 | $60.63 | $0.00 | $3.88 | $Dark Alley Media |
| Casting Vol 1: Barcelona | $56.63 | $50.66 | $0.00 | $5.97 | $Jalif Studio |
| Amsterdam 1651 | $49.06 | $46.67 | $2.38 | $0.00 | $Prime Pork Productions |
| Celebrating The Fist | $46.99 | $42.22 | $4.77 | $0.00 | $Prime Pork Productions |
| Quickies | $38.45 | $36.06 | $2.38 | $0.00 | $Dark Alley Media |
| No Exit | $38.41 | $38.41 | $0.00 | $0.00 | $Dark Alley Media |
| Fisting Punks | $33.70 | $30.72 | $0.00 | $2.99 | $Dark Alley Media |
| Carnival | $10.55 | $10.55 | $0.00 | $0.00 | $Dark Alley Media |
| Carnival 2 | $5.63 | $5.63 | $0.00 | $0.00 | $Dark Alley Media |

Showing 1 to 28 of 28 entries

Previous 1 Next

Copyright © 1999 - 2025 AEBN. All rights reserved.

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

# JULY 2008

aebn
manufacturer statistics
payout by title
close

aebn
manufacturer statistics
payout by title
close

**month:**
Jul-2008
*** Per title payout numbers are estimates ***

Copy CSV Print

Search:

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| RAW In Paris | $3,117.19 | $2,886.52 | $138.33 | $92.34 | $Dark Alley Media, Raw Fuck Club |
| Raw Fuck Club | $1,956.84 | $1,809.44 | $71.55 | $75.86 | $Dark Alley Media, Raw Fuck Club |
| 20 Fist Weekend | $1,172.32 | $1,117.45 | $42.93 | $11.94 | $Dark Alley Media |
| Fisting Underground 3 | $999.65 | $914.33 | $54.86 | $30.47 | $Dark Alley Media |
| Fist Club | $785.61 | $703.52 | $33.39 | $48.71 | $Jalif Studio |
| Bare Under The Sun | $437.54 | $413.97 | $16.70 | $6.87 | $Dark Alley Media, Raw Fuck Club |
| Shockwave | $382.79 | $364.90 | $11.93 | $5.97 | $Dark Alley Media |
| Quickies | $338.65 | $336.27 | $2.38 | $0.00 | $Dark Alley Media |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Street Dogs | $313.82 | $287.56 | $9.54 | $16.73 | $Jalif Studio |
| Gaytanamo - Bonus Disc | $175.16 | $165.02 | $7.16 | $2.99 | $Dark Alley Media |
| Mutiny: Shipmates Revenge | $146.72 | $138.37 | $2.38 | $5.97 | $Dark Alley Media |
| Fistmeat | $122.18 | $109.65 | $9.54 | $2.99 | $Prime Pork Productions |
| Shockwave Bonus Disc | $122.02 | $118.13 | $0.00 | $3.88 | $Dark Alley Media |
| Please | $121.11 | $104.70 | $9.54 | $6.87 | $Prime Pork Productions |
| Kings Of Piss | $120.98 | $108.74 | $2.38 | $9.85 | $Jalif Studio |
| Passio | $111.39 | $109.00 | $2.38 | $0.00 | $Dark Alley Media |
| Fisting Underground | $105.35 | $91.93 | $9.54 | $3.88 | $Dark Alley Media |
| Dirty Raw Bastards | $104.51 | $96.15 | $2.38 | $5.97 | $Jalif Studio |
| Celebrating The Fist 2 | $100.33 | $93.18 | $7.16 | $0.00 | $Prime Pork Productions |
| Casting Vol 2: Madrid | $99.30 | $83.19 | $7.16 | $8.96 | $Jalif Studio |
| Fisting Underground 2 | $74.28 | $58.77 | $9.54 | $5.97 | $Dark Alley Media |
| Owen Hawk Unleashed | $67.30 | $67.30 | $0.00 | $0.00 | $Dark Alley Media |
| Gaytanamo | $64.30 | $58.93 | $2.38 | $2.99 | $Dark Alley Media |
| Amsterdam 1651 | $48.42 | $48.42 | $0.00 | $0.00 | $Prime Pork Productions |
| Celebrating The Fist | $46.05 | $43.06 | $0.00 | $2.99 | $Prime Pork Productions |
| Casting Vol 1: Barcelona | $40.31 | $31.95 | $2.38 | $5.97 | $Jalif Studio |
| Leather Punks Orgy | $38.76 | $38.76 | $0.00 | $0.00 | $Dark Alley Media |
| Fisting Punks | $38.47 | $38.47 | $0.00 | $0.00 | $Dark Alley Media |
| No Exit | $33.64 | $31.25 | $2.38 | $0.00 | $Dark Alley Media |
| Carnival 2 | $10.16 | $7.17 | $0.00 | $2.99 | $Dark Alley Media |
| Carnival | $8.75 | $8.75 | $0.00 | $0.00 | $Dark Alley Media |

Showing 1 to 31 of 31 entries

Previous 1 Next

Copyright © 1999 - 2025 AEBN. All rights reserved.

statistics

-
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
-
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

statistics

-
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
-
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

# AUG 2008

manufacturer statistics
payout by title
close

manufacturer statistics
payout by title
close

**month:**

Aug-2008

*** Per title payout numbers are estimates ***

Copy CSV Print

Search:

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Papi: Fist Adventures In France | $1,415.49 | $1,314.37 | $71.55 | $29.57 | $Prime Pork Productions |
| Raw Fuck Club | $980.98 | $867.90 | $62.01 | $51.08 | $Dark Alley Media, Raw Fuck Club |
| 20 Fist Weekend 2 | $755.56 | $683.38 | $52.47 | $19.71 | $Dark Alley Media |
| RAW In Paris | $631.51 | $507.73 | $88.25 | $35.53 | $Dark Alley Media, Raw Fuck Club |
| 20 Fist Weekend | $462.05 | $358.53 | $69.17 | $34.35 | $Dark Alley Media |
| Fisting Underground 3 | $429.69 | $342.84 | $42.93 | $43.92 | $Dark Alley Media |
| Bare Under The Sun | $404.77 | $346.00 | $38.16 | $20.61 | $Dark Alley Media, Raw Fuck Club |
| Street Dogs | $283.31 | $244.52 | $19.08 | $19.71 | $Jalif Studio |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Fist Club | $267.79 | $227.52 | $21.47 | $18.81 | $Jalif Studio |
| Shockwave | $212.77 | $190.97 | $7.16 | $14.64 | $Dark Alley Media |
| 8.5 | $206.94 | $184.86 | $14.31 | $7.77 | $Dark Alley Media |
| Kings Of Piss | $167.17 | $154.04 | $7.16 | $5.97 | $Jalif Studio |
| Please | $165.21 | $148.80 | $9.54 | $6.87 | $Prime Pork Productions |
| Dirty Raw Bastards | $122.07 | $105.06 | $7.16 | $9.85 | $Jalif Studio |
| Quickies | $116.25 | $109.98 | $2.38 | $3.88 | $Dark Alley Media |
| Gaytanamo - Bonus Disc | $110.21 | $92.90 | $9.54 | $7.77 | $Dark Alley Media |
| Passio | $99.21 | $79.21 | $7.16 | $12.84 | $Dark Alley Media |
| Fisting Underground | $96.23 | $86.09 | $7.16 | $2.99 | $Dark Alley Media |
| Shockwave Bonus Disc | $94.45 | $74.15 | $9.54 | $10.76 | $Dark Alley Media |
| Fistmeat | $93.52 | $80.10 | $9.54 | $3.88 | $Prime Pork Productions |
| Celebrating The Fist 2 | $92.38 | $74.76 | $7.16 | $10.47 | $Prime Pork Productions |
| Gaytanamo | $82.26 | $68.24 | $7.16 | $6.87 | $Dark Alley Media |
| Casting Vol 2: Madrid | $78.05 | $63.69 | $4.77 | $8.96 | $Jalif Studio |
| Amsterdam 1651 | $72.19 | $69.81 | $2.38 | $0.00 | $Prime Pork Productions |
| Fisting Underground 2 | $71.19 | $71.19 | $0.00 | $0.00 | $Dark Alley Media |
| Celebrating The Fist | $57.95 | $51.08 | $0.00 | $6.87 | $Prime Pork Productions |
| Owen Hawk Unleashed | $47.06 | $47.06 | $0.00 | $0.00 | $Dark Alley Media |
| Mutiny: Shipmates Revenge | $42.52 | $37.75 | $4.77 | $0.00 | $Dark Alley Media |
| Fisting Punks | $42.04 | $35.77 | $2.38 | $3.88 | $Dark Alley Media |
| Casting Vol 1: Barcelona | $38.22 | $32.85 | $2.38 | $2.99 | $Jalif Studio |
| Carnival | $32.18 | $26.20 | $0.00 | $5.99 | $Dark Alley Media |
| Leather Punks Orgy | $30.93 | $27.05 | $0.00 | $3.88 | $Dark Alley Media |
| No Exit | $25.55 | $22.56 | $0.00 | $2.99 | $Dark Alley Media |
| Carnival 2 | $8.71 | $8.71 | $0.00 | $0.00 | $Dark Alley Media |

Showing 1 to 34 of 34 entries

Previous 1 Next

Copyright © 1999 - 2025 AEBN. All rights reserved.

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

SEPT 2008

manufacturer statistics
payout by title
close

manufacturer statistics
payout by title
close

**month:**

Sep-2008

*** Per title payout numbers are estimates ***

Copy CSV Print

Search:

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Tattoo Twinks | $876.31 | $810.08 | $40.54 | $25.68 | $Dark Alley Media |
| Freaks 2 | $603.84 | $527.01 | $19.08 | $26.30 | $Wurstfilm |
| Fisting Underground Berlin | $592.91 | $550.84 | $14.31 | $27.77 | $Dark Alley Media |
| Raw Fuck Club | $573.68 | $531.30 | $23.85 | $18.53 | $Dark Alley Media, Raw Fuck Club |
| 20 Fist Weekend 2 | $469.19 | $434.60 | $28.62 | $5.97 | $Dark Alley Media |
| RAW In Paris | $373.19 | $345.74 | $16.70 | $10.76 | $Dark Alley Media, Raw Fuck Club |
| Bare Under The Sun | $368.49 | $329.68 | $14.31 | $24.50 | $Dark Alley Media, Raw Fuck Club |
| Raw Perverts | $327.70 | $289.21 | $23.85 | $14.64 | $Wurstfilm |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Freaks | $302.70 | $267.81 | $31.01 | $3.88 | $Wurstfilm |
| Shockwave | $261.39 | $240.81 | $16.70 | $3.88 | $Dark Alley Media |
| Papi: Fist Adventures In France | $261.22 | $239.14 | $14.31 | $7.77 | $Prime Pork Productions |
| Fisting Underground 3 | $248.96 | $208.09 | $19.08 | $21.80 | $Dark Alley Media |
| 8.5 | $244.15 | $234.61 | $9.54 | $0.00 | $Dark Alley Media |
| Street Dogs | $235.75 | $209.80 | $19.08 | $6.87 | $Jalif Studio |
| Casting Vol 2: Madrid | $224.57 | $67.65 | $7.16 | $6.87 | $Jalif Studio |
| Young Pigs | $188.81 | $183.44 | $2.38 | $2.99 | $Wurstfilm |
| Fist Club | $185.94 | $163.27 | $16.70 | $5.97 | $Jalif Studio |
| 20 Fist Weekend | $155.58 | $137.08 | $9.54 | $8.96 | $Dark Alley Media |
| Shockwave Bonus Disc | $130.65 | $119.01 | $4.77 | $6.87 | $Dark Alley Media |
| Please | $109.42 | $94.51 | $11.93 | $2.99 | $Prime Pork Productions |
| Sleazy Rider | $107.59 | $102.82 | $4.77 | $0.00 | $Wurstfilm |
| Kings Of Piss | $105.97 | $90.16 | $11.93 | $3.88 | $Jalif Studio |
| Dirty Raw Bastards | $101.99 | $86.31 | $9.70 | $5.97 | $Jalif Studio |
| Fistmeat | $101.29 | $96.52 | $4.77 | $0.00 | $Prime Pork Productions |
| Quickies | $99.18 | $94.41 | $4.77 | $0.00 | $Dark Alley Media |
| Celebrating The Fist 2 | $92.28 | $74.38 | $11.93 | $5.97 | $Prime Pork Productions |
| Gaytanamo - Bonus Disc | $76.00 | $63.48 | $9.54 | $2.99 | $Dark Alley Media |
| Gaytanamo | $71.02 | $66.25 | $4.77 | $0.00 | $Dark Alley Media |
| Passio | $69.70 | $64.93 | $4.77 | $0.00 | $Dark Alley Media |
| Fisting Underground | $66.70 | $50.57 | $2.38 | $13.74 | $Dark Alley Media |
| Maennerclub | $62.86 | $44.35 | $4.77 | $6.87 | $Wurstfilm |
| Schwanzsport | $61.80 | $54.04 | $4.77 | $2.99 | $Wurstfilm |
| Mutiny: Shipmates Revenge | $48.07 | $44.18 | $0.00 | $3.88 | $Dark Alley Media |
| Celebrating The Fist | $44.99 | $44.99 | $0.00 | $0.00 | $Prime Pork Productions |
| Fisting Underground 2 | $43.98 | $39.21 | $4.77 | $0.00 | $Dark Alley Media |
| Amsterdam 1651 | $40.77 | $38.39 | $2.38 | $0.00 | $Prime Pork Productions |
| Kellerloch | $33.88 | $31.50 | $2.38 | $0.00 | $Wurstfilm |
| Maennerclub 2 | $31.72 | $25.45 | $2.38 | $3.88 | $Wurstfilm |
| Owen Hawk Unleashed | $30.40 | $30.40 | $0.00 | $0.00 | $Dark Alley Media |
| Carnival | $27.50 | $21.52 | $0.00 | $5.99 | $Dark Alley Media |
| Casting Vol 1: Barcelona | $26.82 | $24.44 | $2.38 | $0.00 | $Jalif Studio |
| Sex-TV | $25.94 | $25.94 | $0.00 | $0.00 | $Wurstfilm |
| Leather Punks Orgy | $25.91 | $19.04 | $0.00 | $6.87 | $Dark Alley Media |
| Fisting Punks | $23.19 | $19.31 | $0.00 | $3.88 | $Dark Alley Media |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| No Exit | $23.02 | $23.02 | $0.00 | $0.00 | $Dark Alley Media |
| Carnival 2 | $8.03 | $8.03 | $0.00 | $0.00 | $Dark Alley Media |

Showing 1 to 46 of 46 entries

Previous 1 Next

Copyright © 1999 - 2025 AEBN. All rights reserved.

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

OCT 2008

aebn
manufacturer statistics
payout by title
close

aebn
manufacturer statistics
payout by title
close

**month:**
Oct-2008
*** Per title payout numbers are estimates ***

Copy CSV Print

Search:

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Raw City | $1,734.70 | $1,602.57 | $90.63 | $41.51 | $Dark Alley Media, Raw Fuck Club |
| Sneakers And Cocks | $1,264.72 | $1,154.93 | $64.40 | $45.39 | $Jalif Studio |
| Tattoo Twinks | $799.80 | $761.91 | $19.08 | $18.81 | $Dark Alley Media |
| Freaks 2 | $564.98 | $409.62 | $16.70 | $12.84 | $Wurstfilm |
| Bare Under The Sun | $467.58 | $434.47 | $26.24 | $6.87 | $Dark Alley Media, Raw Fuck Club |
| Fisting Underground Berlin | $452.65 | $410.58 | $14.31 | $27.77 | $Dark Alley Media |
| Street Dogs | $447.06 | $414.82 | $9.54 | $22.70 | $Jalif Studio |
| Raw Fuck Club | $403.17 | $382.29 | $11.93 | $8.96 | $Dark Alley Media, Raw Fuck Club |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Fistmeat Part 2 | $386.08 | $336.57 | $35.78 | $13.74 | $Dark Alley Media, Prime Pork Productions |
| RAW In Paris | $347.49 | $337.35 | $7.16 | $2.99 | $Dark Alley Media, Raw Fuck Club |
| Raw Perverts | $296.18 | $266.34 | $19.08 | $10.76 | $Wurstfilm |
| Freaks | $251.73 | $230.83 | $7.16 | $13.74 | $Wurstfilm |
| Shockwave | $203.00 | $188.37 | $4.77 | $9.85 | $Dark Alley Media |
| Papi: Fist Adventures In France | $187.49 | $179.73 | $4.77 | $2.99 | $Prime Pork Productions |
| 20 Fist Weekend 2 | $169.98 | $154.46 | $4.77 | $10.76 | $Dark Alley Media |
| Fisting Underground 3 | $159.25 | $126.71 | $11.93 | $20.61 | $Dark Alley Media |
| Fist Club | $143.26 | $129.54 | $4.77 | $8.96 | $Jalif Studio |
| 20 Fist Weekend | $135.34 | $117.44 | $11.93 | $5.97 | $Dark Alley Media |
| Young Pigs | $133.66 | $120.53 | $7.16 | $5.97 | $Wurstfilm |
| Please | $125.71 | $110.80 | $11.93 | $2.99 | $Prime Pork Productions |
| Fistmeat | $117.38 | $112.01 | $2.38 | $2.99 | $Prime Pork Productions |
| Shockwave Bonus Disc | $106.77 | $89.46 | $9.54 | $7.77 | $Dark Alley Media |
| Sleazy Rider | $88.04 | $85.65 | $2.38 | $0.00 | $Wurstfilm |
| Kings Of Piss | $83.93 | $67.52 | $9.54 | $6.87 | $Jalif Studio |
| Passio | $78.12 | $71.25 | $0.00 | $6.87 | $Dark Alley Media |
| Fisting Underground | $74.66 | $65.40 | $2.38 | $6.87 | $Dark Alley Media |
| Quickies | $71.34 | $68.95 | $2.38 | $0.00 | $Dark Alley Media |
| Dirty Raw Bastards | $69.82 | $67.44 | $2.38 | $0.00 | $Jalif Studio |
| Gaytanamo | $68.05 | $62.68 | $2.38 | $2.99 | $Dark Alley Media |
| Celebrating The Fist 2 | $64.63 | $64.63 | $0.00 | $0.00 | $Prime Pork Productions |
| 8.5 | $62.63 | $62.63 | $0.00 | $0.00 | $Dark Alley Media |
| Gaytanamo - Bonus Disc | $59.69 | $55.81 | $0.00 | $3.88 | $Dark Alley Media |
| Casting Vol 2: Madrid | $57.10 | $51.13 | $0.00 | $5.97 | $Jalif Studio |
| Maennerclub | $52.81 | $43.27 | $9.54 | $0.00 | $Wurstfilm |
| Mutiny: Shipmates Revenge | $46.24 | $41.47 | $4.77 | $0.00 | $Dark Alley Media |
| Schwanzsport | $45.52 | $36.56 | $0.00 | $8.96 | $Wurstfilm |
| Amsterdam 1651 | $42.33 | $38.44 | $0.00 | $3.88 | $Prime Pork Productions |
| Kellerloch | $42.22 | $35.35 | $0.00 | $6.87 | $Wurstfilm |
| Owen Hawk Unleashed | $39.60 | $39.60 | $0.00 | $0.00 | $Dark Alley Media |
| Maennerclub 2 | $37.94 | $32.57 | $2.38 | $2.99 | $Wurstfilm |
| Fisting Underground 2 | $36.98 | $36.98 | $0.00 | $0.00 | $Dark Alley Media |
| Celebrating The Fist | $35.41 | $33.02 | $2.38 | $0.00 | $Prime Pork Productions |
| Casting Vol 1: Barcelona | $30.85 | $27.87 | $0.00 | $2.99 | $Jalif Studio |
| Sex-TV | $28.58 | $26.19 | $2.38 | $0.00 | $Wurstfilm |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Fisting Punks | $27.33 | $24.94 | $2.38 | $0.00 | $Dark Alley Media |
| Carnival | $23.07 | $20.09 | $0.00 | $2.99 | $Dark Alley Media |
| Leather Punks Orgy | $22.75 | $22.75 | $0.00 | $0.00 | $Dark Alley Media |
| No Exit | $19.53 | $19.53 | $0.00 | $0.00 | $Dark Alley Media |
| Carnival 2 | $4.55 | $4.55 | $0.00 | $0.00 | $Dark Alley Media |

Showing 1 to 49 of 49 entries

Previous 1 Next

Copyright © 1999 - 2025 AEBN. All rights reserved.

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

# NOV 2008

manufacturer statistics
payout by title
close

manufacturer statistics
payout by title
close

**month:**

Nov-2008

*** Per title payout numbers are estimates ***

Copy CSV Print

Search:

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Raw City | $3,691.34 | $3,405.83 | $176.49 | $109.02 | $Dark Alley Media, Raw Fuck Club |
| Freaks 3 | $3,142.80 | $2,737.83 | $221.81 | $183.17 | $Wurstfilm, Dark Alley Media |
| Extreme | $1,029.57 | $912.36 | $83.48 | $33.74 | $Dark Alley Media, Prime Pork Productions |
| Sneakers And Cocks | $871.68 | $809.32 | $35.78 | $26.58 | $Jalif Studio |
| Freaks 2 | $638.82 | $540.70 | $14.31 | $20.90 | $Wurstfilm |
| Bare Under The Sun | $515.88 | $459.48 | $31.01 | $25.40 | $Dark Alley Media, Raw Fuck Club |
| Raw Fuck Club | $493.51 | $445.48 | $26.24 | $21.80 | $Dark Alley Media, Raw Fuck Club |
| Freaks | $348.40 | $314.37 | $9.54 | $24.50 | $Wurstfilm |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Wanted | $329.43 | $313.02 | $9.54 | $6.87 | $Dark Alley Media |
| Street Dogs | $315.91 | $288.76 | $14.31 | $12.84 | $Jalif Studio |
| Raw Perverts | $282.04 | $263.25 | $11.93 | $6.87 | $Wurstfilm |
| RAW In Paris | $275.81 | $259.40 | $9.54 | $6.87 | $Dark Alley Media, Raw Fuck Club |
| Fistmeat Part 2 | $217.60 | $193.43 | $14.31 | $9.85 | $Dark Alley Media, Prime Pork Productions |
| Papi: Fist Adventures In France | $196.73 | $160.92 | $19.08 | $16.73 | $Prime Pork Productions |
| Fisting Underground Berlin | $180.76 | $167.03 | $4.77 | $8.96 | $Dark Alley Media |
| Tattoo Twinks | $172.72 | $165.85 | $0.00 | $6.87 | $Dark Alley Media |
| 20 Fist Weekend | $167.74 | $142.07 | $11.93 | $13.74 | $Dark Alley Media |
| Shockwave | $151.36 | $133.17 | $14.31 | $3.88 | $Dark Alley Media |
| Young Pigs | $146.31 | $138.55 | $4.77 | $2.99 | $Wurstfilm |
| 20 Fist Weekend 2 | $143.72 | $133.57 | $2.38 | $7.77 | $Dark Alley Media |
| Fisting Underground 3 | $133.00 | $108.84 | $14.31 | $9.85 | $Dark Alley Media |
| Fist Club | $132.49 | $111.31 | $14.31 | $6.87 | $Jalif Studio |
| Dirty Raw Bastards | $120.11 | $112.36 | $4.77 | $2.99 | $Jalif Studio |
| Sleazy Rider | $98.10 | $93.33 | $4.77 | $0.00 | $Wurstfilm |
| Please | $93.98 | $88.61 | $2.38 | $2.99 | $Prime Pork Productions |
| Kings Of Piss | $90.08 | $78.44 | $4.77 | $6.87 | $Jalif Studio |
| Fistmeat | $88.76 | $81.00 | $4.77 | $2.99 | $Prime Pork Productions |
| 8.5 | $74.02 | $71.63 | $2.38 | $0.00 | $Dark Alley Media |
| Gaytanamo | $69.46 | $50.67 | $11.93 | $6.87 | $Dark Alley Media |
| Fisting Underground | $66.57 | $56.41 | $2.38 | $7.77 | $Dark Alley Media |
| Schwanzsport | $63.94 | $61.56 | $2.38 | $0.00 | $Wurstfilm |
| Casting Vol 2: Madrid | $63.61 | $56.90 | $4.77 | $0.00 | $Jalif Studio |
| Celebrating The Fist 2 | $61.23 | $58.84 | $2.38 | $0.00 | $Prime Pork Productions |
| Shockwave Bonus Disc | $55.88 | $47.23 | $4.77 | $3.88 | $Dark Alley Media |
| Quickies | $54.09 | $54.09 | $0.00 | $0.00 | $Dark Alley Media |
| Gaytanamo - Bonus Disc | $51.42 | $49.03 | $2.38 | $0.00 | $Dark Alley Media |
| Passio | $50.11 | $47.13 | $0.00 | $2.99 | $Dark Alley Media |
| Owen Hawk Unleashed | $49.35 | $49.35 | $0.00 | $0.00 | $Dark Alley Media |
| Celebrating The Fist | $42.66 | $39.68 | $0.00 | $2.99 | $Prime Pork Productions |
| Maennerclub | $41.01 | $41.01 | $0.00 | $0.00 | $Wurstfilm |
| Amsterdam 1651 | $40.54 | $38.15 | $2.38 | $0.00 | $Prime Pork Productions |
| Maennerclub 2 | $39.13 | $33.76 | $2.38 | $2.99 | $Wurstfilm |
| Mutiny: Shipmates Revenge | $37.83 | $34.84 | $0.00 | $2.99 | $Dark Alley Media |
| Kellerloch | $37.73 | $37.73 | $0.00 | $0.00 | $Wurstfilm |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Fisting Underground 2 | $36.74 | $34.36 | $2.38 | $0.00 | $Dark Alley Media |
| Sex-TV | $30.34 | $27.96 | $2.38 | $0.00 | $Wurstfilm |
| Leather Punks Orgy | $27.24 | $27.24 | $0.00 | $0.00 | $Dark Alley Media |
| Casting Vol 1: Barcelona | $26.23 | $26.23 | $0.00 | $0.00 | $Jalif Studio |
| Fisting Punks | $24.31 | $18.94 | $2.38 | $2.99 | $Dark Alley Media |
| No Exit | $15.30 | $12.31 | $0.00 | $2.99 | $Dark Alley Media |
| Carnival | $12.19 | $12.19 | $0.00 | $0.00 | $Dark Alley Media |
| Carnival 2 | $9.45 | $6.46 | $0.00 | $2.99 | $Dark Alley Media |

Showing 1 to 52 of 52 entries

Previous 1 Next

Copyright © 1999 - 2025 AEBN. All rights reserved.

statistics

-
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
-
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

statistics

-
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
-
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

# DEC 2008

aebn
manufacturer statistics
payout by title
close

aebn
manufacturer statistics
payout by title
close

**month:**
Dec-2008

*** Per title payout numbers are estimates ***

Copy CSV Print

Search:

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Gaytanamo: Raw | $1,751.33 | $1,537.98 | $112.10 | $101.25 | $Dark Alley Media |
| Freaks 3 | $1,668.27 | $1,506.85 | $83.48 | $77.94 | $Wurstfilm, Dark Alley Media |
| Siliconed | $1,309.13 | $1,172.18 | $81.09 | $55.86 | $Dark Alley Media, Prime Pork Productions |
| Raw City | $1,018.32 | $872.16 | $97.79 | $48.38 | $Dark Alley Media, Raw Fuck Club |
| Wanted Part 2 | $782.42 | $737.96 | $23.85 | $20.61 | $Dark Alley Media |
| Freaks 2 | $554.33 | $440.36 | $23.85 | $16.73 | $Wurstfilm |
| Wanted | $516.21 | $496.53 | $16.70 | $2.99 | $Dark Alley Media |
| Bare Under The Sun | $383.65 | $353.53 | $26.24 | $3.88 | $Dark Alley Media, Raw Fuck Club |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Raw Fuck Club | $368.19 | $347.01 | $14.31 | $6.87 | $Dark Alley Media, Raw Fuck Club |
| Raw Perverts | $365.31 | $344.73 | $16.70 | $3.88 | $Wurstfilm |
| Extreme | $286.86 | $226.62 | $45.32 | $14.93 | $Dark Alley Media, Prime Pork Productions |
| Freaks | $262.98 | $230.46 | $16.70 | $15.83 | $Wurstfilm |
| RAW In Paris | $255.33 | $242.81 | $9.54 | $2.99 | $Dark Alley Media, Raw Fuck Club |
| Street Dogs | $219.54 | $204.03 | $9.54 | $5.97 | $Jalif Studio |
| Sneakers And Cocks | $210.05 | $165.59 | $16.70 | $27.77 | $Jalif Studio |
| Fisting Underground Berlin | $184.97 | $159.60 | $9.54 | $15.83 | $Dark Alley Media |
| Fistmeat Part 2 | $175.80 | $170.43 | $2.38 | $2.99 | $Dark Alley Media, Prime Pork Productions |
| Fisting Underground 3 | $154.78 | $124.63 | $9.54 | $20.61 | $Dark Alley Media |
| Shockwave | $143.12 | $143.12 | $0.00 | $0.00 | $Dark Alley Media |
| 20 Fist Weekend 2 | $130.15 | $123.00 | $7.16 | $0.00 | $Dark Alley Media |
| No Exit | $127.93 | $127.93 | $0.00 | $0.00 | $Dark Alley Media |
| Papi: Fist Adventures In France | $125.71 | $120.94 | $4.77 | $0.00 | $Prime Pork Productions |
| 20 Fist Weekend | $125.42 | $108.12 | $14.31 | $2.99 | $Dark Alley Media |
| Tattoo Twinks | $109.13 | $98.39 | $4.77 | $5.97 | $Dark Alley Media |
| Fist Club | $108.49 | $94.47 | $7.16 | $6.87 | $Jalif Studio |
| Passio | $108.17 | $103.40 | $4.77 | $0.00 | $Dark Alley Media |
| Fistmeat | $106.00 | $91.38 | $4.77 | $9.85 | $Prime Pork Productions |
| Young Pigs | $105.59 | $97.84 | $4.77 | $2.99 | $Wurstfilm |
| Dirty Raw Bastards | $95.38 | $82.25 | $7.16 | $5.97 | $Jalif Studio |
| Please | $94.04 | $88.07 | $0.00 | $5.97 | $Prime Pork Productions |
| Gaytanamo | $83.76 | $65.56 | $14.31 | $3.88 | $Dark Alley Media |
| Sleazy Rider | $78.11 | $67.07 | $7.16 | $3.88 | $Wurstfilm |
| Schwanzsport | $74.03 | $71.04 | $0.00 | $2.99 | $Wurstfilm |
| Shockwave Bonus Disc | $68.79 | $61.04 | $4.77 | $2.99 | $Dark Alley Media |
| Quickies | $66.82 | $62.94 | $0.00 | $3.88 | $Dark Alley Media |
| Celebrating The Fist 2 | $66.36 | $66.36 | $0.00 | $0.00 | $Prime Pork Productions |
| Kings Of Piss | $64.39 | $60.50 | $0.00 | $3.88 | $Jalif Studio |
| Gaytanamo - Bonus Disc | $62.61 | $62.61 | $0.00 | $0.00 | $Dark Alley Media |
| Owen Hawk Unleashed | $60.49 | $55.12 | $2.38 | $2.99 | $Dark Alley Media |
| Mutiny: Shipmates Revenge | $60.24 | $56.35 | $0.00 | $3.88 | $Dark Alley Media |
| 8.5 | $59.66 | $59.66 | $0.00 | $0.00 | $Dark Alley Media |
| Casting Vol 2: Madrid | $55.90 | $53.51 | $2.38 | $0.00 | $Jalif Studio |
| Fisting Underground | $53.96 | $51.57 | $2.38 | $0.00 | $Dark Alley Media |
| Maennerclub | $53.85 | $51.47 | $2.38 | $0.00 | $Wurstfilm |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Amsterdam 1651 | $53.10 | $48.33 | $4.77 | $0.00 | $Prime Pork Productions |
| Fisting Underground 2 | $51.23 | $44.96 | $2.38 | $3.88 | $Dark Alley Media |
| Leather Punks Orgy | $48.21 | $37.45 | $0.00 | $10.76 | $Dark Alley Media |
| Celebrating The Fist | $36.51 | $31.74 | $4.77 | $0.00 | $Prime Pork Productions |
| Fisting Punks | $33.14 | $26.27 | $0.00 | $6.87 | $Dark Alley Media |
| Maennerclub 2 | $31.37 | $24.22 | $7.16 | $0.00 | $Wurstfilm |
| Kellerloch | $28.96 | $26.57 | $2.38 | $0.00 | $Wurstfilm |
| Casting Vol 1: Barcelona | $24.42 | $24.42 | $0.00 | $0.00 | $Jalif Studio |
| Sex-TV | $20.76 | $20.76 | $0.00 | $0.00 | $Wurstfilm |
| Carnival | $17.02 | $17.02 | $0.00 | $0.00 | $Dark Alley Media |
| Carnival 2 | $7.66 | $7.66 | $0.00 | $0.00 | $Dark Alley Media |

Showing 1 to 55 of 55 entries

Previous 1 Next

Copyright © 1999 - 2025 AEBN. All rights reserved.

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

# JAN 2009

manufacturer statistics
payout by title
close

manufacturer statistics
payout by title
close

**month:**

Jan-2009

*** Per title payout numbers are estimates ***

Copy CSV Print

Search:

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Gaytanamo: Raw | $2,408.19 | $2,146.26 | $150.26 | $111.68 | $Dark Alley Media |
| Siliconed | $800.66 | $706.37 | $42.93 | $51.36 | $Dark Alley Media, Prime Pork Productions |
| Casting Sweaty Sneakers 3 | $696.23 | $657.44 | $19.08 | $19.71 | $Jalif Studio |
| Anal Detention | $666.53 | $622.68 | $31.01 | $12.84 | $Wurstfilm, Dark Alley Media |
| Freaks 3 | $586.24 | $513.15 | $40.54 | $32.55 | $Wurstfilm, Dark Alley Media |
| Junkyard Cumholes | $444.15 | $412.20 | $9.54 | $22.41 | $Dark Alley Media, Raw Fuck Club |
| Wanted Part 2 | $438.98 | $402.87 | $21.47 | $14.64 | $Dark Alley Media |
| Raw City | $378.51 | $334.35 | $21.47 | $22.70 | $Dark Alley Media, Raw Fuck Club |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Bare Under The Sun | $329.52 | $304.17 | $21.47 | $3.88 | $Dark Alley Media, Raw Fuck Club |
| Freaks 2 | $324.56 | $273.96 | $4.77 | $3.88 | $Wurstfilm |
| RAW In Paris | $275.26 | $251.38 | $7.16 | $16.73 | $Dark Alley Media, Raw Fuck Club |
| Street Dogs | $266.27 | $234.35 | $19.08 | $12.84 | $Jalif Studio |
| Raw Perverts | $252.33 | $242.19 | $7.16 | $2.99 | $Wurstfilm |
| Raw Fuck Club | $247.56 | $228.77 | $11.93 | $6.87 | $Dark Alley Media, Raw Fuck Club |
| Sneakers And Cocks | $246.81 | $220.86 | $19.08 | $6.87 | $Jalif Studio |
| Extreme | $194.64 | $173.16 | $9.54 | $11.94 | $Dark Alley Media, Prime Pork Productions |
| Freaks | $158.07 | $141.06 | $7.16 | $9.85 | $Wurstfilm |
| Papi: Fist Adventures In France | $149.21 | $135.79 | $9.54 | $3.88 | $Prime Pork Productions |
| Shockwave | $132.50 | $127.13 | $2.38 | $2.99 | $Dark Alley Media |
| Fisting Underground Berlin | $126.94 | $113.21 | $4.77 | $8.96 | $Dark Alley Media |
| 20 Fist Weekend 2 | $123.96 | $112.62 | $2.38 | $8.96 | $Dark Alley Media |
| Fistmeat Part 2 | $120.03 | $97.96 | $19.08 | $2.99 | $Dark Alley Media, Prime Pork Productions |
| Fisting Underground 3 | $112.05 | $98.03 | $7.16 | $6.87 | $Dark Alley Media |
| Fist Club | $108.22 | $103.45 | $4.77 | $0.00 | $Jalif Studio |
| Passio | $105.68 | $89.27 | $9.54 | $6.87 | $Dark Alley Media |
| Please | $99.14 | $83.33 | $11.93 | $3.88 | $Prime Pork Productions |
| 20 Fist Weekend | $95.14 | $81.72 | $9.54 | $3.88 | $Dark Alley Media |
| Wanted | $93.12 | $85.37 | $4.77 | $2.99 | $Dark Alley Media |
| Young Pigs | $92.75 | $85.59 | $7.16 | $0.00 | $Wurstfilm |
| Sleazy Rider | $85.41 | $80.64 | $4.77 | $0.00 | $Wurstfilm |
| Tattoo Twinks | $80.41 | $78.02 | $2.38 | $0.00 | $Dark Alley Media |
| Kings Of Piss | $76.29 | $64.95 | $2.38 | $8.96 | $Jalif Studio |
| Fistmeat | $70.84 | $67.86 | $0.00 | $2.99 | $Prime Pork Productions |
| Dirty Raw Bastards | $66.24 | $66.24 | $0.00 | $0.00 | $Jalif Studio |
| Fisting Underground | $64.28 | $64.28 | $0.00 | $0.00 | $Dark Alley Media |
| Celebrating The Fist 2 | $62.43 | $62.43 | $0.00 | $0.00 | $Prime Pork Productions |
| Casting Vol 2: Madrid | $60.43 | $60.43 | $0.00 | $0.00 | $Jalif Studio |
| Gaytanamo | $56.91 | $49.75 | $7.16 | $0.00 | $Dark Alley Media |
| Gaytanamo - Bonus Disc | $56.63 | $56.63 | $0.00 | $0.00 | $Dark Alley Media |
| 8.5 | $47.72 | $45.33 | $2.38 | $0.00 | $Dark Alley Media |
| Fisting Underground 2 | $47.11 | $41.74 | $2.38 | $2.99 | $Dark Alley Media |
| Shockwave Bonus Disc | $46.38 | $46.38 | $0.00 | $0.00 | $Dark Alley Media |
| Quickies | $45.25 | $42.87 | $2.38 | $0.00 | $Dark Alley Media |
| Amsterdam 1651 | $41.77 | $39.39 | $2.38 | $0.00 | $Prime Pork Productions |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Celebrating The Fist | $40.79 | $38.40 | $2.38 | $0.00 | $Prime Pork Productions |
| Maennerclub | $39.96 | $36.98 | $0.00 | $2.99 | $Wurstfilm |
| Mutiny: Shipmates Revenge | $39.82 | $39.82 | $0.00 | $0.00 | $Dark Alley Media |
| Maennerclub 2 | $37.56 | $35.17 | $2.38 | $0.00 | $Wurstfilm |
| Schwanzsport | $37.43 | $35.05 | $2.38 | $0.00 | $Wurstfilm |
| Owen Hawk Unleashed | $36.38 | $33.40 | $0.00 | $2.99 | $Dark Alley Media |
| Kellerloch | $31.51 | $26.14 | $2.38 | $2.99 | $Wurstfilm |
| Casting Vol 1: Barcelona | $28.93 | $28.93 | $0.00 | $0.00 | $Jalif Studio |
| Leather Punks Orgy | $28.08 | $25.69 | $2.38 | $0.00 | $Dark Alley Media |
| Fisting Punks | $24.59 | $24.59 | $0.00 | $0.00 | $Dark Alley Media |
| Carnival | $20.08 | $14.10 | $0.00 | $5.99 | $Dark Alley Media |
| Sex-TV | $17.27 | $17.27 | $0.00 | $0.00 | $Wurstfilm |
| Carnival 2 | $14.89 | $6.52 | $2.38 | $5.99 | $Dark Alley Media |
| No Exit | $8.19 | $8.19 | $0.00 | $0.00 | $Dark Alley Media |

Showing 1 to 58 of 58 entries

Previous 1 Next

Copyright © 1999 - 2025 AEBN. All rights reserved.

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

# JAN 2010

# 8 RFC Titles commercialized

manufacturer statistics
payout by title
close

manufacturer statistics
payout by title
close

**month:**
Jan-2010
*** Per title payout numbers are estimates ***

Copy CSV Print

Search: raw fuck club

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Bareback Frathouse Dungeon | $867.54 | $820.44 | $24.13 | $22.97 | $Dark Alley Media, Raw Fuck Club |
| Bred In Captivity | $291.69 | $259.09 | $17.22 | $15.38 | $Dark Alley Media, Raw Fuck Club |
| Load Factory: Hardcore Director's Cut | $174.17 | $160.59 | $7.42 | $6.16 | $Dark Alley Media, Raw Fuck Club |
| Raw Fuck Club | $95.47 | $84.55 | $4.95 | $5.97 | $Dark Alley Media, Raw Fuck Club |
| Bare Under The Sun | $92.22 | $83.79 | $2.46 | $5.97 | $Dark Alley Media, Raw Fuck Club |
| Junkyard Cumholes | $75.58 | $75.34 | $0.00 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Raw City | $68.45 | $68.40 | $0.00 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| RAW In Paris | $63.15 | $63.15 | $0.00 | $0.00 | $Dark Alley Media, Raw Fuck Club |

Showing 1 to 8 of 8 entries (filtered from 83 total entries)

Previous 1 Next

Copyright © 1999 - 2025 AEBN. All rights reserved.

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

# AEBN All Time Sales Report

statistics

- 
- manufacturer
- payout by month
- activity by month
- payout by title
- activity by title
- play events by title
- play events by scene
- title status
- 
- affiliate
- dashboard
- payout by month
- transaction log
- activity by campaign
- activity by theater

## 156 RFC Titles commercialized

manufacturer statistics
payout by title
close

manufacturer statistics
payout by title
close

**month:**
All Time
*** Per title payout numbers are estimates ***

Copy CSV Print

Search: raw fuck club

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Raw Fuck Club | $16,445.00 | $15,035.56 | $876.90 | $519.86 | $Dark Alley Media, Raw Fuck Club |
| Load Factory: Hardcore Director's Cut | $14,896.18 | $13,625.14 | $855.46 | $380.12 | $Dark Alley Media, Raw Fuck Club |
| A Monster Inside Me | $14,278.98 | $12,433.99 | $848.30 | $598.02 | $Dark Alley Media, Raw Fuck Club |
| Bare Under The Sun | $12,625.77 | $11,441.52 | $762.50 | $403.04 | $Dark Alley Media, Raw Fuck Club |
| Bred In Captivity | $10,421.35 | $8,949.77 | $843.91 | $420.57 | $Dark Alley Media, Raw Fuck Club |
| Raw City | $10,056.81 | $9,128.59 | $574.68 | $337.45 | $Dark Alley Media, Raw Fuck Club |
| The Real Pump N Dumps Of New York City | $9,833.48 | $9,308.85 | $367.77 | $149.76 | $Dark Alley Media, Raw Fuck Club |
| Gang Fucked 3 | $9,569.52 | $9,148.49 | $401.56 | $18.80 | $Dark Alley Media, Raw Fuck Club |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Work Loads | $9,100.25 | $8,154.21 | $604.10 | $340.75 | $Dark Alley Media, Raw Fuck Club |
| A Monster Inside Me 2 | $8,089.27 | $7,020.36 | $521.36 | $307.34 | $Dark Alley Media, Raw Fuck Club |
| A Monster Inside Me 3 | $7,627.12 | $6,847.27 | $467.92 | $259.47 | $Dark Alley Media, Raw Fuck Club |
| RAW In Paris | $7,471.98 | $6,850.77 | $384.09 | $237.11 | $Dark Alley Media, Raw Fuck Club |
| Power Sluts | $7,465.05 | $6,763.60 | $396.49 | $225.28 | $Dark Alley Media, Raw Fuck Club |
| Inner Devil | $7,320.01 | $6,559.64 | $445.32 | $302.17 | $Dark Alley Media, Raw Fuck Club |
| Born To Be Bred | $7,258.42 | $6,592.91 | $495.36 | $144.64 | $Dark Alley Media, Raw Fuck Club |
| Slut Bangers | $6,853.84 | $6,490.58 | $249.50 | $113.77 | $Dark Alley Media, Raw Fuck Club |
| The Real Pump N Dumps Of Los Angeles | $6,656.82 | $5,968.22 | $350.47 | $154.53 | $Dark Alley Media, Raw Fuck Club |
| Junkyard Cumholes | $6,652.92 | $6,232.90 | $272.58 | $133.76 | $Dark Alley Media, Raw Fuck Club |
| Raw City 2 | $6,527.07 | $6,060.28 | $340.13 | $99.60 | $Dark Alley Media, Raw Fuck Club |
| The Real Pump N Dumps Of San Diego | $6,310.96 | $6,060.96 | $247.48 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Bareback Gear Jocks | $6,064.48 | $5,354.68 | $360.77 | $170.56 | $Dark Alley Media, Raw Fuck Club |
| Call Of Buty | $5,940.00 | $5,244.48 | $449.00 | $240.02 | $Dark Alley Media, Raw Fuck Club |
| Gang Fucked 2 | $5,926.33 | $5,392.07 | $382.21 | $144.64 | $Dark Alley Media, Raw Fuck Club |
| Bareback Frathouse Dungeon | $5,828.82 | $5,458.18 | $258.89 | $101.85 | $Dark Alley Media, Raw Fuck Club |
| A Monster Inside Me 6 | $5,327.92 | $4,829.04 | $496.85 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| A Monster Inside Me 5: Swamp Ass Breeders | $5,229.73 | $4,806.43 | $323.78 | $85.70 | $Dark Alley Media, Raw Fuck Club |
| Bottom Feeders | $5,204.24 | $4,731.46 | $355.39 | $117.40 | $Dark Alley Media, Raw Fuck Club |
| Danger Zone 2 | $4,974.17 | $4,777.04 | $155.64 | $41.48 | $Dark Alley Media, Raw Fuck Club |
| Dame La Pinga Gimme That Cock | $4,961.91 | $4,619.52 | $212.80 | $115.66 | $Dark Alley Media, Raw Fuck Club |
| Gang Fucked 4 | $4,910.00 | $4,320.00 | $386.59 | $128.90 | $Dark Alley Media, Raw Fuck Club |
| Turnt Up | $4,714.07 | $4,474.14 | $122.89 | $116.56 | $Dark Alley Media, Raw Fuck Club |
| Hung Breeders | $4,592.27 | $4,249.71 | $340.72 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Cummin' Inside | $4,569.05 | $4,185.88 | $248.47 | $102.78 | $Dark Alley Media, Raw Fuck Club |
| Gloryhole Cruising 2 | $4,118.24 | $3,627.25 | $292.95 | $187.79 | $Dark Alley Media, Raw Fuck Club |
| Load Sharks | $4,029.55 | $3,781.61 | $162.86 | $85.08 | $Dark Alley Media, Raw Fuck Club |
| Bottom Feeders 2 | $3,928.86 | $3,584.76 | $260.67 | $80.67 | $Dark Alley Media, Raw Fuck Club |
| Load Factory 2 | $3,927.05 | $3,582.62 | $338.81 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Street Meat: San Diego | $3,769.06 | $3,445.60 | $239.57 | $81.63 | $Dark Alley Media, Raw Fuck Club |
| The Real Pump N Dumps Of Chicago | $3,726.02 | $3,495.29 | $229.20 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Super Bum Love | $3,667.98 | $3,348.20 | $231.78 | $44.91 | $Dark Alley Media, Raw Fuck Club |
| Pure Bred | $3,626.59 | $3,374.65 | $212.66 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Gang Fucked 5 | $3,623.55 | $3,277.83 | $345.72 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Super Charged | $3,541.12 | $3,333.73 | $157.70 | $40.61 | $Dark Alley Media, Raw Fuck Club |
| Fucking Crazy | $3,484.87 | $3,165.01 | $254.65 | $64.30 | $Dark Alley Media, Raw Fuck Club |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Fire Island Fuck Boy | $3,462.51 | $3,054.84 | $325.24 | $82.43 | $Dark Alley Media, Raw Fuck Club |
| Alex's Birthday Gangbang | $3,244.37 | $2,814.04 | $292.90 | $64.52 | $Dark Alley Media, Raw Fuck Club |
| Pussyboi Gang Bang | $3,220.20 | $2,773.90 | $286.34 | $159.97 | $Dark Alley Media, Raw Fuck Club |
| Danger Zone | $3,073.75 | $2,710.16 | $261.07 | $84.63 | $Dark Alley Media, Raw Fuck Club |
| Deep Dick | $3,059.88 | $2,837.45 | $222.21 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Sex Club Sluts | $3,051.21 | $2,699.33 | $351.88 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Desperate Householes 2 | $3,024.86 | $2,743.50 | $192.38 | $88.39 | $Dark Alley Media, Raw Fuck Club |
| Cummin' Inside 2 | $3,021.54 | $2,732.36 | $223.19 | $65.05 | $Dark Alley Media, Raw Fuck Club |
| Packin' | $2,970.78 | $2,646.12 | $266.38 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Eat Pray Load | $2,924.11 | $2,649.81 | $213.42 | $60.14 | $Dark Alley Media, Raw Fuck Club |
| Happy Endings | $2,885.18 | $2,541.15 | $255.21 | $88.82 | $Dark Alley Media, Raw Fuck Club |
| Born To Be Bred 2 | $2,883.53 | $2,649.26 | $234.26 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Big Raw Bones | $2,844.48 | $2,619.17 | $224.12 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Damaged Bottom Gang Bang | $2,791.28 | $2,511.94 | $201.97 | $77.37 | $Dark Alley Media, Raw Fuck Club |
| Ganged Up | $2,789.75 | $2,425.49 | $298.35 | $64.90 | $Dark Alley Media, Raw Fuck Club |
| Hung Daddy Breeders | $2,750.50 | $2,481.32 | $186.47 | $82.71 | $Dark Alley Media, Raw Fuck Club |
| Load'em Up | $2,712.63 | $2,529.33 | $182.18 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Gang Bang Proposal | $2,706.35 | $2,339.94 | $238.25 | $119.55 | $Dark Alley Media, Raw Fuck Club |
| Desperate Householes | $2,563.07 | $2,281.23 | $183.12 | $74.83 | $Dark Alley Media, Raw Fuck Club |
| Butt Hurt | $2,520.06 | $2,401.39 | $118.00 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Load Bearing Whores | $2,507.93 | $2,311.49 | $196.44 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Wild Side | $2,487.11 | $2,176.82 | $206.91 | $103.38 | $Dark Alley Media, Raw Fuck Club |
| Manhole | $2,483.01 | $2,236.91 | $172.62 | $73.49 | $Dark Alley Media, Raw Fuck Club |
| Gloryhole Cruising | $2,459.38 | $2,115.33 | $215.28 | $107.10 | $Dark Alley Media, Raw Fuck Club |
| High Rise | $2,424.65 | $2,087.58 | $231.29 | $105.78 | $Dark Alley Media, Raw Fuck Club |
| Pig Week Orgy | $2,412.52 | $2,139.33 | $206.11 | $67.08 | $Dark Alley Media, Raw Fuck Club |
| Logan Moore Gang Bang | $2,329.92 | $2,065.77 | $182.04 | $82.10 | $Dark Alley Media, Raw Fuck Club |
| Michael Roman's Gang Bang | $2,267.56 | $1,978.10 | $184.15 | $105.31 | $Dark Alley Media, Raw Fuck Club |
| Rawnonymous | $2,203.83 | $2,052.96 | $150.76 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Load Hoarder | $2,197.54 | $2,045.44 | $152.10 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Raw Fuck Revelations | $2,196.08 | $1,782.83 | $280.25 | $132.99 | $Dark Alley Media, Raw Fuck Club |
| Seth Santoro Gang Bang | $2,173.17 | $1,898.96 | $168.65 | $105.56 | $Dark Alley Media, Raw Fuck Club |
| Call Of Buty 3: Going Commando | $2,172.98 | $1,958.87 | $214.11 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Hung Daddy Breeders 2 | $2,166.06 | $1,931.23 | $169.96 | $64.87 | $Dark Alley Media, Raw Fuck Club |
| Michael Boston Creampie | $2,114.54 | $1,864.45 | $159.65 | $90.45 | $Dark Alley Media, Raw Fuck Club |
| Gaytanamo 2: Resist Part 1 | $2,112.67 | $1,826.50 | $235.36 | $40.03 | $Dark Alley Media, Raw Fuck Club |

| Title | Total | PPM | Rental | Download | Studio |
|---|---|---|---|---|---|
| Pumped | $2,097.39 | $1,879.09 | $185.92 | $32.38 | $Dark Alley Media, Raw Fuck Club |
| Folsom Loading Zone | $2,096.59 | $1,878.01 | $213.59 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Miami Sex Machines | $2,086.64 | $1,880.75 | $204.85 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Designated Bottom: Ian Greene | $2,054.09 | $1,868.05 | $133.68 | $52.36 | $Dark Alley Media, Raw Fuck Club |
| Jack Vidra Gang Bang | $1,976.49 | $1,754.03 | $146.49 | $75.97 | $Dark Alley Media, Raw Fuck Club |
| Hairy Raw Pigs | $1,940.41 | $1,802.53 | $136.68 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| 13 Tops 1 Raw Ass | $1,930.48 | $1,689.09 | $170.74 | $61.43 | $Dark Alley Media, Raw Fuck Club |
| Street Meat: New York | $1,917.48 | $1,788.49 | $128.99 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Saturated: Jackson Radiz Gang Bang | $1,873.74 | $1,627.13 | $180.67 | $65.94 | $Dark Alley Media, Raw Fuck Club |
| Hell's Kitchen Cum Sluts 2 | $1,860.25 | $1,661.76 | $118.79 | $79.70 | $Dark Alley Media, Raw Fuck Club |
| Daddy Heaven | $1,855.39 | $1,626.19 | $148.88 | $80.32 | $Dark Alley Media, Raw Fuck Club |
| Resurgence | $1,831.03 | $1,659.16 | $117.84 | $54.03 | $Dark Alley Media, Raw Fuck Club |
| Hot Boy Summer 2 | $1,826.62 | $1,604.30 | $108.71 | $113.61 | $Dark Alley Media, Raw Fuck Club |
| Sex Club Sluts 2 | $1,804.11 | $1,645.49 | $158.62 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Interracial Dungeon | $1,778.95 | $1,559.55 | $150.99 | $64.81 | $Dark Alley Media, Raw Fuck Club |
| Desert Dick Pigs | $1,778.92 | $1,509.47 | $177.55 | $91.90 | $Dark Alley Media, Raw Fuck Club |
| Used | $1,752.08 | $1,502.40 | $133.43 | $116.25 | $Dark Alley Media, Raw Fuck Club |
| Desert Dick Pigs 2 | $1,688.20 | $1,457.48 | $152.74 | $77.98 | $Dark Alley Media, Raw Fuck Club |
| Pound Town | $1,676.37 | $1,563.47 | $112.90 | $0.00 | $Dark Alley Media, Raw Fuck Club |
| Dark Alley Breeders | $1,659.14 | $1,382.66 | $163.50 | $112.98 | $Dark Alley Media, Raw Fuck Club |

Showing 1 to 100 of 156 entries (filtered from 398 total entries)

Previous 1 2 Next

Copyright © 1999 - 2025 AEBN. All rights reserved.