# EXHIBIT 5

| DVD_id | Title | file | resolution | Ids | papers | director | Release DAte |
|---|---|---|---|---|---|---|---|
| **DVD_id: RFC-001** | | | | | | | |
| RFC-001 | Raw Fuck Club | ✅ Hard Dr… | 720 | ✅ OK | ✅ Docs Ok | OHX | 2008 |
| **DVD_id: RFC-002** | | | | | | | |
| RFC-002 | Junkyard Cumholes | Luis Drive | 720 | ✅ OK | partial | MVF | 2008 |
| **DVD_id: RFC-003** | | | | | | | |
| RFC-003 | Load Factory | ✅ Hard Dr… | 720 | ✅ OK | ✅ Docs O… | OHX | 2008 |
| **DVD_id: RFC-004** | | | | | | | |
| RFC-004 | Raw City | Luis Drive | | ✅ OK | ✅ Docs Ok | Rick Strauss | 2008 |
| **DVD_id: RFC-005** | | | | | | | |
| RFC-005 | Raw in Paris | Luis Drive | | ✅ OK | ✅ Docs Ok | Rick Strauss | 2008 |
| **DVD_id: RFC-006** | | | | | | | |
| RFC-006 | Bare Under the Sun | Luis Drive | | ✅ OK | ✅ Docs Ok | Rick Strauss | 2008 |
| **DVD_id: RFC-007** | | | | | | | |
| RFC-007 | Bred in Captivity | ✅ Hard Dr… | 720 | ✅ OK | ✅ Docs Ok | Joe Budai | 2008 |
| **DVD_id: RFC-008** | | | | | | | |
| RFC-008 | BB Frathouse Dungeon | ✅ Hard Dr… | 720 | ❌ 1 | ✅ Docs Ok | OHX IQG | 2009 |
| **DVD_id: RFC-009** | | | | | | | |
| RFC-009 | Slut Bangers | ✅ Hard Dr… | 720 | ✅ OK | ✅ Docs Ok | OHX IQG | 2009 |
| **DVD_id: RFC-010** | | | | | | | |
| RFC-010 | Dame La Pinga | Luis Drive | | ✅ OK | ✅ Docs Ok | OHX IQG | 2009 |
| **DVD_id: RFC-011** | | | | | | | |
| RFC-011 | Supercharged | ✅ Hard Dr… | 720 | ✅ OK | ✅ Docs Ok | OHX IQG | 2009 |
| **DVD_id: RFC-012** | | | | | | | |
| RFC-012 | Real PND New York | ✅ Hard Dr… | 720 | ❌ 2 | ✅ Docs Ok | OHX IQG | 2010 |
| **DVD_id: RFC-013** | | | | | | | |
| RFC-013 | Bang it Out | ✅ Hard Dr… | 720 | ✅ OK | ✅ Docs Ok | OHX IQG | 2010 |
| **DVD_id: RFC-014** | | | | | | | |
| RFC-014 | BB Gear Jocks | ✅ Hard Dr… | 720 | ✅ OK | ✅ Docs Ok | OHX IQG | 2010 |
| **DVD_id: RFC-015** | | | | | | | |
| RFC-015 | Power Sluts | ✅ Hard Dr… | 720 | ✅ OK | ✅ Docs Ok | OHX IQG | 2010 |
| **DVD_id: RFC-016** | | | | | | | |
| RFC-016 | Monster Inside Me 1 | ✅ Hard Dr… | 720 | ✅ OK | ✅ Docs Ok | MVF | 2010 |
| **DVD_id: RFC-017** | | | | | | | |
| RFC-017 | Monster Inside Me 2 | ✅ Hard Dr… | 720 | ✅ OK | ✅ Docs Ok | MVF | 2010 |
| **DVD_id: RFC-018** | | | | | | | |
| RFC-018 | Fucking Trash | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | OHX IQG IQ( | 2010 |
| **DVD_id: RFC-019** | | | | | | | |
| RFC-019 | Gut Feelings | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | OHX IQG | 2010 |
| **DVD_id: RFC-020** | | | | | | | |
| RFC-020 | Real PND LA | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | OHX IQG | 2011 |
| **DVD_id: RFC-021** | | | | | | | |

| DVD_id | Title | file | resolution | Ids | papers | director | Release DAte |
|---|---|---|---|---|---|---|---|
| RFC-021 | Work Loads | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | OHX IQG | 2011 |
| **DVD_id: RFC-022** | | | | | | | |
| RFC-022 | Power Studs | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | OHX IQG | 2011 |
| **DVD_id: RFC-023** | | | | | | | |
| RFC-023 | Danger Zone | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | OHX IQG | 2011 |
| **DVD_id: RFC-025** | | | | | | | |
| RFC-025 | Gloryhole Crusing 1 | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | OHX IQG | 2011 |
| RFC-025 | Gloryhole Crusing 2 | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | OHX IQG | 2011 |
| **DVD_id: RFC-026** | | | | | | | |
| RFC-026 | Raw Ciy 2 | ✅ Hard Dr… | 720 | ✅ OK | ✅ Docs Ok | OHX IQG IQ( | 2011 |
| **DVD_id: RFC-027** | | | | | | | |
| RFC-027 | Born to be Bred | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | OHX IQG IQ( | 2011 |
| **DVD_id: RFC-028** | | | | | | | |
| RFC-028 | Work Loads 2 | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | IQG NICK | 2012 |
| **DVD_id: RFC-029** | | | | | | | |
| RFC-029 | Call of Buty | Luis Drive | 1080 | ✅ OK | ✅ Docs Ok | IQG | 2012 |
| **DVD_id: RFC-030** | | | | | | | |
| RFC-030 | Call of Buty 2 Black Tops | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | IQG | 2012 |
| **DVD_id: RFC-031** | | | | | | | |
| RFC-031 | Monster 3 | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | IQG | 2012 |
| **DVD_id: RFC-032** | | | | | | | |
| RFC-032 | Gangfucked 2 | Luis Drive | 1080 | ✅ OK | ✅ Docs Ok | IQG | 2012 |
| **DVD_id: RFC-033** | | | | | | | |
| RFC-033 | Inner Devil 1 | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | IQG | 2012 |
| **DVD_id: RFC-034** | | | | | | | |
| RFC-034 | Inner Devil 2 | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | IQG | 2012 |
| **DVD_id: RFC-035** | | | | | | | |
| RFC-035 | Eat Pray Load | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2012 |
| **DVD_id: RFC-036** | | | | | | | |
| RFC-036 | Deep Woods | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | IQG | 2012 |
| **DVD_id: RFC-037** | | | | | | | |
| RFC-037 | Super Bum Love | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2012 |
| **DVD_id: RFC-038** | | | | | | | |
| RFC-038 | Bottom Feeders | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | IQG | 2013 |
| **DVD_id: RFC-039** | | | | | | | |
| RFC-039 | Desperate Householes 1 | ✅ Hard Dr… | 1080 | ✅ OK | ❌ Missing | IQG NICK | 2013 |
| **DVD_id: RFC-040** | | | | | | | |
| RFC-040 | Desperate Householes 2 | ✅ Hard Dr… | 720 | ✅ OK | ❌ Missing | IQG NICK | 2013 |
| **DVD_id: RFC-041** | | | | | | | |
| RFC-041 | Monster 4 | ✅ Hard Dr… | 1080 | ✅ OK | ❌ Missing | MVF | 2013 |
| **DVD_id: RFC-042** | | | | | | | |

| DVD_id | Title | file | resolution | Ids | papers | director | Release DAte |
|---|---|---|---|---|---|---|---|
| RFC-042 | Cummin Inside | ✅ Hard Dr… | 720 | ✅ OK | ✅ Docs Ok | IQG | 2013 |
| **DVD_id: RFC-043** | | | | | | | |
| RFC-043 | Load Sharks | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | IQG | 2013 |
| **DVD_id: RFC-045** | | | | | | | |
| RFC-045 | Danger Zone 2 | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2013 |
| **DVD_id: RFC-046** | | | | | | | |
| RFC-046 | Monster 5 | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2013 |
| **DVD_id: RFC-047** | | | | | | | |
| RFC-047 | Real PND San Diego | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | IQG | 2013 |
| **DVD_id: RFC-048** | | | | | | | |
| RFC-048 | Butt Hurt | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2013 |
| **DVD_id: RFC-049** | | | | | | | |
| RFC-049 | Pure Bred | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | IQG | 2013 |
| **DVD_id: RFC-050** | | | | | | | |
| RFC-050 | Deep Dick | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2013 |
| **DVD_id: RFC-051** | | | | | | | |
| RFC-051 | Load Em Up | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2014 |
| **DVD_id: RFC-052** | | | | | | | |
| RFC-052 | Bottom Feeders 2 | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2014 |
| **DVD_id: RFC-053** | | | | | | | |
| RFC-053 | Thirsty Sluts | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | IQG | 2014 |
| **DVD_id: RFC-054** | | | | | | | |
| RFC-054 | Hairy Raw Pigs | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2014 |
| **DVD_id: RFC-055** | | | | | | | |
| RFC-055 | Load Factory 2 | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | IQG | 2014 |
| **DVD_id: RFC-056** | | | | | | | |
| RFC-056 | Hung Breeders | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2014 |
| **DVD_id: RFC-057** | | | | | | | |
| RFC-057 | Street Meat San Diego | ✅ Hard Dr… | 1080 | ✅ OK | check data… | IQG | 2014 |
| **DVD_id: RFC-058** | | | | | | | |
| RFC-058 | Folsom Loading Zone | ✅ Hard Dr… | 1080 | ✅ OK | check data… | NICK | 2014 |
| **DVD_id: RFC-059** | | | | | | | |
| RFC-059 | GoGo Gangbang | ✅ Hard Dr… | 1080 | ✅ OK | partial | IQG Nick | 2014 |
| **DVD_id: RFC-060** | | | | | | | |
| RFC-060 | Monster 6 | ✅ Hard Dr… | 1080 | ✅ OK | check data… | MVF | 2014 |
| **DVD_id: RFC-061** | | | | | | | |
| RFC-061 | Big Raw Bones | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2015 |
| **DVD_id: RFC-062** | | | | | | | |
| RFC-062 | Miami Sex machines | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2015 |
| **DVD_id: RFC-063** | | | | | | | |
| RFC-063 | Fucking Crazy | ✅ Hard Dr… | 1080 | ✅ OK | ❌ Missing | IQG NICK | 2015 |

| DVD_id | Title | file | resolution | Ids | papers | director | Release DAte |
|---|---|---|---|---|---|---|---|
| **DVD_id: RFC-064** | | | | | | | |
| RFC-064 | Packin' | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2015 |
| **DVD_id: RFC-065** | | | | | | | |
| RFC-065 | Steet Meet NYC | ✅ Hard Dr… | 1080 | ✅ OK | check data… | IQG | 2015 |
| **DVD_id: RFC-066** | | | | | | | |
| RFC-066 | Call of Buty 3: commando | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2015 |
| **DVD_id: RFC-067** | | | | | | | |
| RFC-067 | Real PND Chicago | ✅ Hard Dr… | 1080 | ✅ OK | ❌ Missing | IQG | 2015 |
| **DVD_id: RFC-068** | | | | | | | |
| RFC-068 | Rawnonyus | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2015 |
| **DVD_id: RFC-069** | | | | | | | |
| RFC-069 | Load Bearing Whores | ✅ Hard Dr… | 1080 | ✅ OK | ❌ Missing | IQG | 2015 |
| **DVD_id: RFC-070** | | | | | | | |
| RFC-070 | Alex Birthday Gangbang | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2015 |
| **DVD_id: RFC-071** | | | | | | | |
| RFC-071 | Steet Meet LA | ✅ Hard Dr… | 1080 | ✅ OK | ❌ Missing | IQG | 2016 |
| **DVD_id: RFC-072** | | | | | | | |
| RFC-072 | Born to be Bred 2 | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | IQG | 2016 |
| **DVD_id: RFC-073** | | | | | | | |
| RFC-073 | Load Hoarder | ✅ Hard Dr… | 1080 | ✅ OK | ❌ Missing | IQG | 2016 |
| **DVD_id: RFC-074** | | | | | | | |
| RFC-074 | Sex Club Sluts | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | IQG | 2016 |
| **DVD_id: RFC-075** | | | | | | | |
| RFC-075 | Pound Town | ✅ Hard Dr… | 1080 | ✅ OK | ❌ Missing | IQG | 2016 |
| **DVD_id: RFC-076** | | | | | | | |
| RFC-076 | Sex Club Sluts 2 | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2016 |
| **DVD_id: RFC-077** | | | | | | | |
| RFC-077 | Breeding Las Vegas | ✅ Hard Dr… | 1080 | ❌ 1 | ❌ Missing | IQG | 2016 |
| **DVD_id: RFC-078** | | | | | | | |
| RFC-078 | Pumped! | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2016 |
| **DVD_id: RFC-079** | | | | | | | |
| RFC-079 | Trump n Dump | ✅ Hard Dr… | 1080 | ✅ OK | ❌ Missing | IQG | 2016 |
| **DVD_id: RFC-080** | | | | | | | |
| RFC-080 | Pumped 2 | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2016 |
| **DVD_id: RFC-081** | | | | | | | |
| RFC-081 | Dirty Thots | ✅ Hard Dr… | 1080 | ✅ OK | ❌ Missing | IQG | 2017 |
| **DVD_id: RFC-082** | | | | | | | |
| RFC-082 | Hot Tub Time Machine | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2017 |
| **DVD_id: RFC-083** | | | | | | | |
| RFC-083 | Gaytanamo 2 part 1 | ✅ Hard Dr… | 1080 | ✅ OK | ❌ Missing | NICK | 2017 |
| **DVD_id: RFC-084** | | | | | | | |

| DVD_id | Title | file | resolution | Ids | papers | director | Release DAte |
|---|---|---|---|---|---|---|---|
| RFC-084 | Gaytanamo 2 part 2 | ✅ Hard Dr… | 1080 | ✅ OK | ❌ Missing | NICK | 2017 |
| **DVD_id: RFC-085** | | | | | | | |
| RFC-085 | Ganged Up | ✅ Hard Dr… | 1080 | ✅ OK | ❌ Missing | IQG | 2017 |
| **DVD_id: RFC-086** | | | | | | | |
| RFC-086 | Cummin Inside 2 | ✅ Hard Dr… | 1080 | ✅ OK | ❌ Missing | IQG | 2017 |
| **DVD_id: RFC-087** | | | | | | | |
| RFC-087 | The Cage | ✅ Hard Dr… | 1080 | ✅ OK | check data… | MVF | 2017 |
| **DVD_id: RFC-088** | | | | | | | |
| RFC-088 | Load Lounge | ✅ Hard Dr… | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2017 |
| **DVD_id: RFC-089** | | | | | | | |
| RFC-089 | Fire Island Fuckboy | ✅ Hard Dr… | 1080 | ✅ OK | ❌ Missing | IQG | 2017 |
| **DVD_id: RFC-089b** | | | | | | | |
| RFC-089b | Fucking Famous | Luis Drive | | ✅ OK | ❌ Missing | IQG | 2017 |
| **DVD_id: RFC-090** | | | | | | | |
| RFC-090 | Logan Moore Gangbang | Luis Drive | | ✅ OK | ✅ Docs Ok | NICK | 2018 |
| **DVD_id: RFC-091** | | | | | | | |
| RFC-091 | Manhole | Luis Drive | | ✅ OK | ❌ Missing | IQG | 2018 |
| **DVD_id: RFC-092** | | | | | | | |
| RFC-092 | Designated Bottom | Luis Drive | | ✅ OK | ❌ Missing | IQG | 2018 |
| **DVD_id: RFC-093** | | | | | | | |
| RFC-093 | Hung Breeders 2 | Luis Drive | | ✅ OK | ✅ Docs Ok | NICK | 2018 |
| **DVD_id: RFC-094** | | | | | | | |
| RFC-094 | Wild Side | Luis Drive | | ✅ OK | ✅ Docs Ok | NICK | 2018 |
| **DVD_id: RFC-095** | | | | | | | |
| RFC-095 | Deep State | Luis Drive | | ✅ OK | ❌ Missing | IQG | 2018 |
| **DVD_id: RFC-096** | | | | | | | |
| RFC-096 | Michael Roman Gangbar | Luis Drive | | ✅ OK | ✅ Docs Ok | NICK | 2018 |
| **DVD_id: RFC-097** | | | | | | | |
| RFC-097 | High Rise | Luis Drive | | ✅ OK | ❌ Missing | IQG | 2018 |
| **DVD_id: RFC-098** | | | | | | | |
| RFC-098 | Seth Santoro Gagbang | Luis Drive | | ❌ 2 | ❌ Missing | MVF NICK | 2018 |
| **DVD_id: RFC-099** | | | | | | | |
| RFC-099 | Dark Alley Breeders 1 | Luis Drive | | ❌ 1 | partial | MVF NICK | 2019 |
| **DVD_id: RFC-100** | | | | | | | |
| RFC-100 | Dark Alley Breeders 2 | Luis Drive | | ❌ 1 | ✅ Docs Ok | MVF NICK | 2019 |
| **DVD_id: RFC-101** | | | | | | | |
| RFC-101 | Interracial Dungeon | Luis Drive | | ✅ OK | ✅ Docs Ok | MVF NICK | 2019 |
| **DVD_id: RFC-102** | | | | | | | |
| RFC-102 | Gang Bang Proposal | Luis Drive | | ✅ OK | ✅ Docs Ok | NICK | 2019 |
| **DVD_id: RFC-103** | | | | | | | |
| RFC-103 | Hung Raw Tops | Luis Drive | | ✅ OK | ✅ Docs Ok | MVF Nick | 2019 |

| DVD_id | Title | file | resolution | Ids | papers | director | Release DAte |
|---|---|---|---|---|---|---|---|
| **DVD_id: RFC-104** | | | | | | | |
| RFC-104 | Group Fuck Boys | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | MVF Nick | 2019 |
| **DVD_id: RFC-105** | | | | | | | |
| RFC-105 | Pig Week Orgy | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | MVF Nick | 2019 |
| **DVD_id: RFC-106** | | | | | | | |
| RFC-106 | Jonah Fontana Gangban | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | MVF Nick | 2019 |
| **DVD_id: RFC-107** | | | | | | | |
| RFC-107 | Happy Endings | Luis Drive | | ✅ OK | partial | IQG | 2019 |
| **DVD_id: RFC-108** | | | | | | | |
| RFC-108 | Fully Loaded | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS Gio | 2019 |
| **DVD_id: RFC-109** | | | | | | | |
| RFC-109 | Backroom Fuckboys | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS Gio | 2019 |
| **DVD_id: RFC-110** | | | | | | | |
| RFC-110 | Endgame 1 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS Gio | 2019 |
| **DVD_id: RFC-111** | | | | | | | |
| RFC-111 | Endgame 2 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS Gio | 2019 |
| **DVD_id: RFC-112** | | | | | | | |
| RFC-112 | DamagedBttm Gangbang | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS IQG | 2019 |
| **DVD_id: RFC-113** | | | | | | | |
| RFC-113 | Resurgence | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2020 |
| **DVD_id: RFC-114** | | | | | | | |
| RFC-114 | Hung Daddy Breeders | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2020 |
| **DVD_id: RFC-115** | | | | | | | |
| RFC-115 | Hot Boy Summer | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2020 |
| **DVD_id: RFC-116** | | | | | | | |
| RFC-116 | Jack Vida Gangbang | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2020 |
| **DVD_id: RFC-117** | | | | | | | |
| RFC-117 | I Am Hole | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2020 |
| **DVD_id: RFC-118** | | | | | | | |
| RFC-118 | Cum Hungry Fuckboys | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2020 |
| **DVD_id: RFC-119** | | | | | | | |
| RFC-119 | Desert Dick Pigs 1 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2020 |
| **DVD_id: RFC-120** | | | | | | | |
| RFC-120 | Desert Dick Pigs 2 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2020 |
| **DVD_id: RFC-121** | | | | | | | |
| RFC-121 | Pig Week Orgy 2020 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2020 |
| **DVD_id: RFC-122** | | | | | | | |
| RFC-122 | Daddy Heaven | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2020 |
| **DVD_id: RFC-123** | | | | | | | |
| RFC-123 | Saturated | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2020 |
| **DVD_id: RFC-124** | | | | | | | |

| DVD_id | Title | file | resolution | Ids | papers | director | Release DAte |
|---|---|---|---|---|---|---|---|
| RFC-124 | Hung Daddy Breeders 2 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2020 |
| **DVD_id: RFC-125** | | | | | | | |
| RFC-125 | Penthouse Pigs | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2021 |
| **DVD_id: RFC-126** | | | | | | | |
| RFC-126 | Michaek Boston Gangbai | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2021 |
| **DVD_id: RFC-127** | | | | | | | |
| RFC-127 | Penthouse Pigs 2 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2021 |
| **DVD_id: RFC-128** | | | | | | | |
| RFC-128 | Storm Season | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2021 |
| **DVD_id: RFC-129** | | | | | | | |
| RFC-129 | Hung Miami | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2021 |
| **DVD_id: RFC-130** | | | | | | | |
| RFC-130 | Daddy's House 1 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2021 |
| **DVD_id: RFC-131** | | | | | | | |
| RFC-131 | Daddy's House 2 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2021 |
| **DVD_id: RFC-132** | | | | | | | |
| RFC-132 | Original Works | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2021 |
| **DVD_id: RFC-133** | | | | | | | |
| RFC-133 | Manpower | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2021 |
| **DVD_id: RFC-134** | | | | | | | |
| RFC-134 | Hot Boy Summer 2 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2021 |
| **DVD_id: RFC-135** | | | | | | | |
| RFC-135 | Raw Fuck Revelations 1 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2022 |
| **DVD_id: RFC-136** | | | | | | | |
| RFC-136 | Raw Fuck Revelations 2 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2022 |
| **DVD_id: RFC-137** | | | | | | | |
| RFC-137 | Hung Miami 2 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | |
| **DVD_id: RFC-138** | | | | | | | |
| RFC-138 | Gang Bang Orgy | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2022 |
| **DVD_id: RFC-139** | | | | | | | |
| RFC-139 | Used | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2022 |
| **DVD_id: RFC-140** | | | | | | | |
| RFC-140 | Meat Market 1 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2022 |
| **DVD_id: RFC-141** | | | | | | | |
| RFC-141 | Meat Market 2 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2022 |
| **DVD_id: RFC-142** | | | | | | | |
| RFC-142 | Hell's Kitchen Cumsluts 1 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2022 |
| **DVD_id: RFC-143** | | | | | | | |
| RFC-143 | Hell's Kitchen Cumsluts 2 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2022 |
| **DVD_id: RFC-144** | | | | | | | |
| RFC-144 | Fucked in the Club | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2022 |

| DVD_id | Title | file | resolution | Ids | papers | director | Release DAte |
|---|---|---|---|---|---|---|---|
| **DVD_id: RFC-145** | | | | | | | |
| RFC-145 | Used Harder | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2022 |
| **DVD_id: RFC-146** | | | | | | | |
| RFC-146 | Raw Fuck Kings | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2022 |
| **DVD_id: RFC-147** | | | | | | | |
| RFC-147 | Award Show Orgy | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2023 |
| **DVD_id: RFC-148** | | | | | | | |
| RFC-148 | Seed City | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2023 |
| **DVD_id: RFC-149** | | | | | | | |
| RFC-149 | Gang Bang Orgy | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2023 |
| **DVD_id: RFC-150** | | | | | | | |
| RFC-150 | Gangbang Season 1 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2023 |
| **DVD_id: RFC-151** | | | | | | | |
| RFC-151 | Gangbang Season 2 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2023 |
| **DVD_id: RFC-152** | | | | | | | |
| RFC-152 | Dick Down | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2023 |
| **DVD_id: RFC-153** | | | | | | | |
| RFC-153 | Assension 1 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2023 |
| **DVD_id: RFC-154** | | | | | | | |
| RFC-154 | Assension 2 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2023 |
| **DVD_id: RFC-155** | | | | | | | |
| RFC-155 | Dick Heaven | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2023 |
| **DVD_id: RFC-156** | | | | | | | |
| RFC-156 | Hung Thick | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2023 |
| **DVD_id: RFC-157** | | | | | | | |
| RFC-157 | Gangbang Lottery | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2023 |
| **DVD_id: RFC-158** | | | | | | | |
| RFC-158 | XL Kings | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2024 |
| **DVD_id: RFC-159** | | | | | | | |
| RFC-159 | Trick or Treat Gangbang | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2024 |
| **DVD_id: RFC-160** | | | | | | | |
| RFC-160 | Atlanta Loads | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2024 |
| **DVD_id: RFC-161** | | | | | | | |
| RFC-161 | Fucked Out | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2024 |
| **DVD_id: RFC-162** | | | | | | | |
| RFC-162 | Cock Whores | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2024 |
| **DVD_id: RFC-163** | | | | | | | |
| RFC-163 | Gangbang Squad 1 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | F4GS | 2024 |
| **DVD_id: RFC-164** | | | | | | | |
| RFC-164 | Gangbang Squad 2 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | NICK | 2024 |
| **DVD_id: RFC-165** | | | | | | | |

| DVD_id | Title | file | resolution | Ids | papers | director | Release DAte |
|---|---|---|---|---|---|---|---|
| RFC-165 | Zane Bang | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | OHX | 2024 |
| **DVD_id: RFC-166** | | | | | | | |
| RFC-166 | Chicago Orgy | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | OHX | |
| **DVD_id: RFC-167** | | | | | | | |
| RFC-167 | Fucked Over 1 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | OHX | |
| **DVD_id: RFC-168** | | | | | | | |
| RFC-168 | Fucked Over 2 | Dropbox | 1080 | ✅ OK | ✅ Docs Ok | OHX | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | RFC | | | | | DAM | |
| 166 | Origial Works | | | | | Orignal Works | |
| 1 | Compilation | | | | | Compilations | |
| | | | | | | | |
| | TOTAL | | | | | | |
| #REF! | Original Works | | | | | | |
| 49 | Compilations | | | | | | |