# EXHIBIT 6

EXHIBIT 6: History of the RFC Mark




Original Mark, 2007 - 2008 RFC-001 - RFC-007




Resdesign, used briefly in 2009




RFC -New Logo introduced in 2010. Still in use today on DVD covers and watermark on scenes




Redesigned mark, introduced in 2019 with the deployment of new “RFC Channels” platform