# EXHIBIT 7

# SKYPE CONVERSATION BETWEEN ROBERT FELT (GETFELT) and DAMIAN TODARAO

Origins and Development of RFC Channels

Dialogue reads bottom up

better than OF because they not only get to see the models content but all of RFC content

getfelt 11/8/2017, 3:13:37 PM
they promote that link and every member who joins through the link model gets 50% after billing

getfelt 11/8/2017, 3:13:15 PM
that page has all their RFC scenes, plus we allow them to update a feed with their own content and social media

getfelt 11/8/2017, 3:12:48 PM
All models who work for RFC get a page wwww.rawfuckclub.com/SuperBotModel

getfelt 11/8/2017, 3:12:14 PM
so what if we subsumbed this model like this

getfelt 11/8/2017, 3:12:05 PM
So you know how models are all trying to do their own shit on ONLY FANS and wahtever

getfelt 11/8/2017, 3:11:52 PM
hey I had a great idea you there

I. BEGIN HERE ⬆️

Initial conversations initiated by Robert Felt discussed what would become RFC Channels. Elements of this initial pitch are used today, including each model has a page on the site rawfuckclub.com/model , the model link with 50% revenue share, and the inclusion of model's content with RFC content.

damian.j.todaro 11/16/2017, 10:57:15 AM
ok

getfelt 11/16/2017, 10:57:10 AM
exactly

getfelt 11/16/2017, 10:57:08 AM
I will beta it with af ew other hand selected models

damian.j.todaro 11/16/2017, 10:56:58 AM
they will drive traffic to their scenes if they are getting a revshare

damian.j.todaro 11/16/2017, 10:56:27 AM
okok... some good idea here. this one is realistic.

getfelt 11/16/2017, 10:56:23 AM
asking me to do only fans etc, I won't because its tacky. I also have like almost 1000 viewing my snapchat stories

damian.j.todaro 11/16/2017, 10:56:11 AM
i'll do a scene lmao. yes. i know. they beg me too.

getfelt 11/16/2017, 10:55:45 AM
they are practivally begging me for videos

damian.j.todaro 11/16/2017, 10:55:30 AM
ie. we have the capability already built in.

getfelt 11/16/2017, 10:55:24 AM
I have 44K followers on tumblr

getfelt 11/16/2017, 10:55:24 AM
I have 44K followers on tumblr

damian.j.todaro 11/16/2017, 10:55:21 AM
we can proof of concept it without any tech

getfelt 11/16/2017, 10:55:14 AM
so lets demo it

damian.j.todaro 11/16/2017, 10:55:09 AM
yes

getfelt 11/16/2017, 10:55:01 AM
RFC.com/OwenHawk and I upload my sex videos with David and whatever and send people there from IG and tumblr

damian.j.todaro 11/16/2017, 10:54:59 AM
we can set them up as producers... .and they get paid a revenue share.

damian.j.todaro 11/16/2017, 10:54:47 AM
we can even do that now, you know.

damian.j.todaro 11/16/2017, 10:54:42 AM
we can do that

getfelt 11/16/2017, 10:54:26 AM
Honestly I just think getting models to sort of use RFC like an Xtube premium will add value to the site

II.BEGIN HERE ⬆️

Follow up conversations on 11.16.17 discussing beta testing and proof of concept

damian.j.todaro 11/22/2017, 4:05:09 PM
im brainstorming all day on this new site. maybe tonite i'll get you a comp idea... i'm really like this new direction, especially in terms of the integrated social media engagement. THIS is how you do social media... note we can also create channels and what on tube sites and add them to this mix. we do currently do a lot of this, but this is bringing it all together. also, new performers can be introduced with posts too... even with video... like "hey guys, i'm owen. i love spreading disease, supporting pollacks and take loads.

damian.j.todaro 11/22/2017, 3:55:41 PM
yes i want to come down there

getfelt 11/22/2017, 3:42:37 PM
we should talk more before we set a development agenda, no? Are you gonna come down here with BK or another time? We are here except the weekend of the 10th we go to Vegas for Davids birthday.

damian.j.todaro 11/22/2017, 11:46:44 AM
ok. hey. i really want to spend a few minutes with you brainstorming on our new platform. i realize we can't solve everything right now. but... i'm talking to "the team" right now...

III.BEGIN HERE ⬆️

11.22.17 Damian expressing enthusiasm for the new site and direction.

mentat-to-mentat

getfelt 12/4/2017, 11:28:19 PM
and I just need to explain it

getfelt 12/4/2017, 11:28:13 PM
I just see the big picture now

getfelt 12/4/2017, 11:28:00 PM
well not all of them

damian.j.todaro 12/4/2017, 11:27:58 PM
im glad ur involved... lol... ALL my problems?

getfelt 12/4/2017, 11:27:54 PM
I know im overselling but idc

getfelt 12/4/2017, 11:27:46 PM
i solved all your problems

damian.j.todaro 12/4/2017, 11:27:29 PM
lol

getfelt 12/4/2017, 11:27:26 PM
lol

getfelt 12/4/2017, 11:27:25 PM
youll thank me one day

IVI.BEGIN HERE ⬆️

12.4.17 Robet express he sees the big picture and just needs to explain it

## V. Development discussion on 12.5.17

V. Development discussions on 12.5..17 show discussion on possibility of creating a parent brand, the concept of using the RFC library to "back up" channels producers and assist in retaining members. Crucial aspects of revenue sharing, promotion of model

ie. Raw Fuck Club and Damian y Elvis are treated the same as far as technology is concerned...

damian.j.todaro 12/5/2017, 12:54:35 PM
ok so, all "premium" content is effectively equal? just different?

getfelt 12/5/2017, 12:54:33 PM
so a MODEL

getfelt 12/5/2017, 12:54:30 PM
can launch with 4-5 scenes, send traffic, get the 50% for their sing ups, and be BACKED UP by the libraries of RFC and all the others

getfelt 12/5/2017, 12:54:13 PM
Damian and Evlis Channel

getfelt 12/5/2017, 12:54:06 PM
well this gives you that

getfelt 12/5/2017, 12:54:02 PM
beacuse you have to be attached to a sucessful membership site

getfelt 12/5/2017, 12:53:53 PM
remember why you told me you could not start your own produciton?

getfelt 12/5/2017, 12:53:43 PM
well no

damian.j.todaro 12/5/2017, 12:53:37 PM
ok, so... performers could have channels too... and they could charge for their content... but they wouldn't be "premium" ? maybe another word like "Preferred Content" or someshit

**damian todaro**

damian.j.todaro 12/5/2017, 12:53:37 PM
ok, so... performers could have channels too... and they could charge for their content... but they wouldn't be "premium" ? maybe another word like "Preferred Content" or someshit

getfelt 12/5/2017, 12:53:35 PM
so if you are a model with hoem videos

getfelt 12/5/2017, 12:53:27 PM
pay would work something like, all RFC members go 50% to RFC, 50% to PPV, but would have access to all channels. a certain % would be divided up and allocated to content providers based on use

getfelt 12/5/2017, 12:52:29 PM
you could also create theme channels.. BBC... etc which could be tailored towards specific affilaites

getfelt 12/5/2017, 12:52:13 PM
so RFC is a channel, Black Breeders, XT... are all classed "preimum channels" . you can then create any other sort of channel based around a model, who would submit their own content but also any of their subscribers would have acess to all channels, including RFC

getfelt 12/5/2017, 12:51:31 PM
the idea is to put RFC, Black Breeders, et as Premium Channles with PPV library (everything) as the back library. so, PPV (rebranded something sexier) is the overaching site with different channels acting as landing pages

getfelt 12/5/2017, 12:50:23 PM
ok so go there, you can click only in the menu bar and then to black breeders from channels

getfelt 12/5/2017, 12:50:07 PM
<a href="https://xd.adobe.com/view/e418b502-5d9a-4e11-9ae0-e2677f7d0436/?fullscreen">https://xd.adobe.com/view/e418b502-5d9a-4e11-9ae0-e2677f7d0436/?fullscreen</a>

damian.j.todaro 12/5/2017, 1:23:27 PM
i spent a lot of time working out our current revenue models to make them fair

getfelt 12/5/2017, 1:23:10 PM
this favors producers

damian.j.todaro 12/5/2017, 1:23:10 PM
ok, i'll think about this. this is crtical part <ss type="smile">:)</ss>

getfelt 12/5/2017, 1:23:06 PM
whats important is that its a % of the total revenue thats divided based on % of views

getfelt 12/5/2017, 1:22:54 PM
but whatever, we can figuer that out

getfelt 12/5/2017, 1:22:23 PM
I want us to make $

getfelt 12/5/2017, 1:22:07 PM
I would agrue, we set aside 10% of whats left to pay ourselves, maybe 5% each, thats $ in our pockets as owners. Then 30% left, lets say 10% goes to overhead, and 20% gets divided and paid to pefomers based on % of total use, like Nakesword

getfelt 12/5/2017, 1:21:05 PM
so we have 40%

damian.j.todaro 12/5/2017, 1:26:08 PM
yep yep the idea is great. let me think about the revenue aspects of it.

getfelt 12/5/2017, 1:25:33 PM
it jsut keeps incentivizing everyone to make good content to get featured on a big channel, boost their subscribers, etc,.

getfelt 12/5/2017, 1:24:53 PM
ie more popular channels

getfelt 12/5/2017, 1:24:46 PM
its about putting conent we want into the heavier streams

getfelt 12/5/2017, 1:24:24 PM
we feature it on RFC, to the 2000 members, and the views go up and D and E make more $

damian.j.todaro 12/5/2017, 1:24:25 PM
(oh trust me, they will)

getfelt 12/5/2017, 1:24:13 PM
so lets say that Damian and Elvis make a super hot scene

damian.j.todaro 12/5/2017, 1:26:08 PM
yep yep the idea is great. let me think about the revenue aspects of it.

getfelt 12/5/2017, 1:25:33 PM
it jsut keeps incentivizing everyone to make good content to get featured on a big channel, boost their subscribers, etc,.

getfelt 12/5/2017, 1:24:53 PM
ie more popular channels

getfelt 12/5/2017, 1:24:46 PM
its about putting conent we want into the heavier streams

getfelt 12/5/2017, 1:24:24 PM
we feature it on RFC, to the 2000 members, and the views go up and D and E make more $

damian.j.todaro 12/5/2017, 1:24:25 PM
(oh trust me, they will)

getfelt 12/5/2017, 1:24:13 PM
so lets say that Damian and Elvis make a super hot scene

getfelt 12/5/2017, 1:04:30 PM
and I think it gives us so many possibilites that address the problems we face in the industry

damian.j.todaro 12/5/2017, 1:04:23 PM
i like it

getfelt 12/5/2017, 1:04:16 PM
we can develop more, but its the big picture I am presenting

getfelt 12/5/2017, 1:04:06 PM
well they can upload their content and it doesnt have to be all the time, their members will still stay beacuse there is a huge library to explore

damian.j.todaro 12/5/2017, 1:04:02 PM
right, amateurs ... models...

getfelt 12/5/2017, 1:03:42 PM
and models

damian.j.todaro 12/5/2017, 1:03:40 PM
amateur and pro alike. yes.

getfelt 12/5/2017, 1:03:38 PM
and use those to tailor marketing

getfelt 12/5/2017, 1:03:32 PM
so using the huge library, we can create unlimited # of channels

damian.j.todaro 12/5/2017, 1:03:22 PM
well, theres another good thing about this idea. its new and fresh. we can probably get more producers engaged.

**damian todaro**

getfelt 12/5/2017, 12:59:05 PM
yes if you bring the customer, you own 50% of their revenue

damian.j.todaro 12/5/2017, 12:59:02 PM
what about if they come in thru ericraw.com/damianyelvis

getfelt 12/5/2017, 12:58:41 PM
expect something good

getfelt 12/5/2017, 12:58:37 PM
so PPVnetworks.com/channel name

damian.j.todaro 12/5/2017, 12:58:34 PM
and i suppose if a user lands on that... the user gets tagged as belong to that'

getfelt 12/5/2017, 12:58:26 PM
I think we need a parent brand

damian.j.todaro 12/5/2017, 12:58:15 PM
they can use "rawfuckclub.com/damianyelvis" i assume (or something similar) ...

damian.j.todaro 12/5/2017, 12:57:44 PM
they want to promote their stuff

getfelt 12/5/2017, 12:57:37 PM
ok

damian.j.todaro 12/5/2017, 12:57:32 PM
let's take damian y elvis

V. .BEGIN HERE ⬆️

VI. Importance of RFC Brands discussed.

ns

**damian todaro**

I need to keep the brand strong and independent and make more money

damian.j.todaro 12/13/2017, 11:53:58 AM
ok, and we'll have room to further develop

getfelt 12/13/2017, 11:53:46 AM
as we develop the idea

getfelt 12/13/2017, 11:53:38 AM
I guess it will become clear in the future comps

damian.j.todaro 12/13/2017, 11:53:28 AM
i think its a great idea, to be honest

getfelt 12/13/2017, 11:53:28 AM
ok

damian.j.todaro 12/13/2017, 11:52:53 AM
i think we can pull it off, keeping the brand strong. just offering the other channels.

damian.j.todaro 12/13/2017, 11:52:31 AM
i didnt like the idea of losing RFC brand

damian.j.todaro 12/13/2017, 11:52:22 AM
the site loads up, you remain on rawfuckclub.com. there's an RFC logo. perhaps an RFC-themed slideshow. and some rows of content, similar to your comp, like... new releases, most popular, etc. the site is all RFC content until user choo to browse other channels. if they subscribe to a particular channel, then they can see that content on that channel page... but clicking the header or home icon or whatever brings them back to RFC main page and content.

**damian todaro**

damian.j.todaro 12/13/2017, 11:50:13 AM
ok so... you go to <a href="http://www.rawfuckclub.com">www.rawfuckclub.com</a>

getfelt 12/13/2017, 11:50:02 AM
im not sure I follow that

damian.j.todaro 12/13/2017, 11:49:52 AM
and are pre-subscribed to RFC

damian.j.todaro 12/13/2017, 11:49:35 AM
i said that first. and thats why i made the suggestion that you remain on an RFC branded site

getfelt 12/13/2017, 11:49:29 AM
so I have to think about this more

getfelt 12/13/2017, 11:48:56 AM
the idea that it would devalue my brand, RFC, by making it just another channel on a larger site

damian.j.todaro 12/13/2017, 11:48:39 AM
ok speak up or forever hold ur piece

getfelt 12/13/2017, 11:48:24 AM
I had a slightly problematic thought about this project for

getfelt 12/13/2017, 11:48:09 AM
ok im here

VI BEGIN HERE ⬆️

The concept of a parent brand is abandoned. Both agree on the importance of maintaining strong and independent RFC.