# EXHIBIT 8

Exhibit IV: skype messages regarding impact of Robert Felt on RFC

1. Damian stating Robert “has been heavily involved since day 1”



2. Damian acknowledging Robert's work on repairing brand reputation is working



3. Damian acknowledges “RFC is actually synergy of 2 companies”

