# EXHIBIT 9



Marc Edisad, F4G✨NYC, damian todaro
4 participants

Notifications

1/25/2021
11/22/2020
11/16/2020
11/9/2020
6/18/2020
4/28/2020
3/17/2020
2/16/2020
1/30/2019
12/11/2018
9/21/2018

yah i think that may be where the disconnect is, to damian that Monday, September 17, 2018 entirely different module?

damian, 9:43 PM
what i meant to say was.... "let me add that to asana." lol done
oh. so those are exclusively for scenes? i don't think you'll have that quality of artwork every week

F4G✨NYC, 9:44 PM
yah that's the bigger issue

damian, 9:44 PM
like for example, the current shitshow of sepiatone porn

F4G✨NYC, 9:45 PM
RFC

Marc, 9:45 PM
We actually didn't know if this is going to be a slider for several scenes or one static image that stays there forever.

F4G✨NYC, 9:45 PM
is this 500x500px avi good for you?

damian, 9:45 PM
looks great
avi?