# EXHIBIT 10

Exhibit X: Skype Messages surrounding Trademarks

1. Statements by Damian Todaro on 3.7.27 show he does not believe he should own the brands.

ok

damian.j.todaro 3/7/2018, 9:50:22 AM
i don't believe i should either. that was for matt.

getfelt 3/7/2018, 9:50:58 AM
I dont think that you should have ownership of the name RFC or brand since these things were invented by me etc.

getfelt 3/7/2018, 9:50:43 AM
however

getfelt 3/7/2018, 9:50:41 AM
you need assurances

2. Statements by Robert Felt Demonstrates unequivocal stance that the domain, brands and content belong to Dark Alley as they were invented by him while acknowledging that Damian needs assurances given the investment of time and money.

damian todaro

damian.j.todaro 3/7/2018, 9:49:26 AM
and there is a "real" one.

getfelt 3/7/2018, 9:50:22 AM
in consideration of the substantial time and money you have put it, you need rights and assurances.

damian.j.todaro 3/7/2018, 9:49:20 AM
well there are 2 agreements. there is the make-believe one we were discussing for matt.

getfelt 3/7/2018, 9:49:55 AM
sure, but I am saying that I would want all this spelled out in some kind of JV agreement

damian.j.todaro 3/7/2018, 9:48:41 AM
well. i consider RFC to be a joint venture, although its obviously hard to define. just saying i do "web tech" is a bit of an understatement.

getfelt 3/7/2018, 9:48:43 AM
I invented the brand and made all the content, so to me those are easily things I own, following that, I should own the URL since I own the brand. That means you own the Web Tech

getfelt 3/7/2018, 9:48:01 AM
ok well who owns what? The site is comprised of: URL, BRand, Content, and web infrastructure

damian.j.todaro 3/7/2018, 9:46:50 AM
any issues moving forward?

damian.j.todaro 3/7/2018, 9:46:19 AM
what do you mean exactly

MESSAGES READ BOTTOM TO TOP ⬆️

3. Robert Felt statement on 4.9.18 demonstrates intent to trademark the marcs. Damian agrees, makes clear statement “I wasn’t asking to own the trademark:”.

damian.j.todaro 4/9/2018, 5:03:02 PM
although its a partnership of sorts, that wasn’t my intent

damian.j.todaro 4/9/2018, 5:02:11 PM
i wasnt asking to own the trademark

damian.j.todaro 4/9/2018, 5:01:45 PM
do all 3 marks

damian.j.todaro 4/9/2018, 5:01:32 PM
ask him what to trademark... i think you trademark the words Raw Fuck Club and RFC also

getfelt 4/9/2018, 5:01:04 PM
Might as well

getfelt 4/9/2018, 5:00:55 PM
Will do it with the new logo I guess

damian.j.todaro 4/9/2018, 5:00:41 PM
lol

getfelt 4/9/2018, 5:00:32 PM
Sold at free

damian.j.todaro 4/9/2018, 4:59:58 PM
you might want to work with nick to do it. (1) he’s doing all this work for free and (2) he’s very qualified

getfelt 4/9/2018, 3:07:03 PM
ok

getfelt 4/9/2018, 3:06:55 PM
I wrote you email I will trademark RFC

MESSAGES READ BOTTOM TO TOP ⬆️