# EXHIBIT 12

By using the Service, you consent to receiving electronic communications from PPVNetworks. These communications will include notices about your subscription and information concerning or related to the Service. You agree that any notice, agreements, disclosure or other communications that we send to you electronically will satisfy any legal communication requirements, including that such communications be in writing.

This Agreement is governed by the laws of the state of New York, in the country of the United States of America, excluding conflicts of law principles. Any legal actions against us must be commenced within one year after the claim arose. You irrevocably consent to the exclusive jurisdiction of the courts located in New York.

## Contacting PPVNetworks

If you have any questions about this Agreement or the Site or the Service, please contact us:

By emailing us at support@ppvnetworks.com.
By writing us at SVOTHI Inc. DBA PPVNetworks, 228 Park Avenue S, Unit 40543, NY, NY 10003, USA.
PPVNetworks is a DBA of SVOTHI Inc., a New York Corporation.

About | Become a Producer | Report Content | Terms | Privacy | DMCA | 18 USC 2257 | Publishing Rules