# EXHIBIT 13

SVOTHI

# We're hard at work...



... behind the glass curtain, making the magic happen for some of your favorite social media and streaming sites. We are the brains and brawn behind the brands.



# We are committed.

We embody a blend of innovation and tenacity, working tirelessly to deliver exceptional results for the long haul.



# We are innovators.

With a commitment to cutting-edge technology and seamless collaboration, we ensure our platform remains at the forefront of the industry.

## Thanks for stopping by.

SVOTHI Inc.
228 Park Ave S
Unit 40543
New York, NY

10003

646-475-2550
x703
hello@svothi.com

©2024 SVOTHI Inc

video app

# We're the secret sauce...



... behind the scenes,
banging keyboards
and the occasional
head, developing

exciting social and streaming video platforms.



# We are driven.

We embody a blend of innovation, drive and tenacity, working tirelessly to deliver exceptional products.



# We are innovators.

With a commitment to cutting-edge technology and synergistic collaboration, we strive to deliver absolutely innovative products.

## “ Brilliant minds converge, Crafting sites that stream all-night,

# Dreams in code take flight!

c/o VideoApp Team
228 Park Ave S
Unit 40543
New York, NY
10003

646-475-2550
x703
hello@videoapp.net

VideoApp

# You've got the looks... let's make lots of money!



PPVNetworks powers leading streaming websites that feature independently managed channels from hundreds of producers, all served as a unified experience for endusers.




# Sizzling sites

Our sites offer the best quality and breadth of streaming content for an incomparable value.

Read More




# Top producers

Our sites attract the best models and producers from around the world. We have the meats!

Read More



# Highest converting affiliate programs

Eyeball for eyeball, our sites generate more money.

Get Started

**Learn More**



# Unparalled social and streaming platform

Engineered for the ultimate quality of service, features, revenue generating capability, scalability,

security, reliability, and compliance.

# Who is PPVNetworks?

### I am an enduser.

PPVNetworks operates many streaming websites that you may use. As an enduser, you have no real reason to interact directly with PPVNetworks.

### I am a content creator.

PPVNetworks operates many streaming websites. If you have a channel on one of these sites, you have a legal relationship with PPVNetworks. The sites are brands that are owned or licensed by PPVNetworks. That said, you can interact with us through the respective sites that you have your channel account with.

### I am an affiliate.

PPVNetworks operates many streaming websites that you may promote. As an affiliate, you have a legal relationship with PPVNetworks. The sites are brands that are owned or licensed by PPVNetworks. That said, you can interact with us through the respective sites that you have your affiliate account with. Some of our older legacy products require affiliates to login on this site to run reports.

© PPVNetworks 2024

Login Contact