# EXHIBIT 14

(https://avn.com)

(/)

SUBSCRIBE ➔ (/SUBSCRIBE)

(https://server.avn.com/server/tag/link/66f041e16a60928b05a7e228a89c3799/IW6rQmL0X9vBsIi2-VkEJqph03XnqyLmF?visitorHash=)

# 2022 GayVN Award Winners Announced

3 years ago

GAYVN (HTTPS://AVN.COM/NEWS/G

January 20, 2022 12:30 AM EST — GayVN (https://avn.com/news/gay) - By

(https://avn.com/profiles/avn-staff-146964) AVN Staff (https://avn.com/profiles/avn-staff-146964)



**LOS ANGELES** — The 2022 GayVN Award winners were announced on Wednesday night in an all-digital ceremony presented by Chaturbate (http://www.chaturbate.com/) on GayVNAwards.com (http://gayvnawards.com).

The legendary Alec Mapa and drag superstar Jackie Beat co-hosted the ceremony in which winners (https://avn.com/gayvnawards/winners) were revealed in 28 GayVN Awards categories—14 of which were voted on (https://stars.gayvn.com/gayvn_awards/voting) by the fans.

The duo was joined on stage by the official 2022 GayVN Awards Trophy Boys—Beau Butler, Reign, Travis Stevens and Asher Haynes.

The 2022 GayVN Award winners are:

**Best Newcomer**
Cole Connor

**Performer of the Year**
Max Konnor

**Best All-Sex Movie**
Fuck Me I'm Famous (BelAmi/TLAGay)

**Best Bi Sex Scene**
My Wife Found Out I'm Bi! (Devil's Film)
Draven Navarro, Joel Someone & Vanessa Vega

**Best Director - Feature**
Alex Roman
Return to Helix Academy Parts 1 & 2 (Helix Studios)

**Best Director - Non-Feature**
Steve Cruz & Leo Forte
Born to Porn (Falcon Studios)

**Best Duo Sex Scene**
Ai Ward & Jacen Zhu (CockyBoys.com (http://CockyBoys.com))

**Best Feature**
Return to Helix Academy Parts 1 & 2 (Helix Studios)

**Best Fetish Scene**
Scream - A ColbyKnox Parody (ColbyKnox.com (http://ColbyKnox.com))
Colby Chambers & Troye Jacobs

**Best Group Sex Scene**
All Star Orgy (RawFuckClub.com (http://RawFuckClub.com))
Boomer Banks, Damaged Bottom, Romeo Davis, Drew Dixon, Sean Duran, Owen Hawk, Jake Nicola, Vince Parker, Chandler Scott, Tyler Roberts, Aaron Trainer & Zario Travezz

**Best Leading Actor**
(TIE)
Michael DelRay
The Last Course (Disruptive Films)
&
Alex Riley
Return to Helix Academy Parts 1 & 2 (Helix Studios)

**Best Supporting Actor**
Dante Colle
The Last Course (Disruptive Films)

**Best Three-Way Sex Scene**
Into the Woods (Falcon Studios)
Trent King, Skyy Knox & Derek Thibeau

**GayVN Hall of Fame**
Howard Andrew, FabScout Entertainment

**Fan-Voted Winners**