# EXHIBIT 15



There is a small notice from last year in the affiliate area:

> PRODUCT FOCUS
>
> Our primary focus for the recent past and foreseeable future is our flagship product, Raw Fuck Club. All other VOD and membership products are actively maintained, but they will be ultimately phased out, or in some cases, relaunched under the new platform. We encourage affiliates to phase out referrals to all sites other than Raw Fuck Club by the end of 2023.
>
> PAYOUTS
>
> The industry has evolved, and so have we. If you haven't taken a look at RFC in a while, please check it out and acquaint yourself with our new model that features constantly updated channels from hundreds of independent producers.
>
> In order to maintain our platform's competitive edge while also adjusting for more demanding efficiencies of scale, we've also standardized and updated how affiliates are compensated.
>
> The changes are as follows:
>
> - Pay-per-signup (PPS) is now $30 per signup across the board. It was previously $25-$35.
> - Revenue share is now 40% for initial purchases, and 20% for recurring purchases. It was previously 25-50%.
>
> Other changes are more esoteric:
>
> - The waiting period before a user who has canceled or expired is eligible for affiliate referral is now 6 months. Previously there was no waiting period.
> - The concept of "user" for above waiting period is any of username, email address or credit card on a per-site basis

Oct 2023
2 / 12
Oct 2023
Oct 2023