# EXHIBIT 16




# 🚨NEW SITE COMING🚨

This is just a dummy site until we get everything going. To stay informed, drop us an email on our contact page.

## New Releases



