# EXHIBIT 17

"Raw fuck club" + "owen haw ×   Studio Statistics - Payout by ×   +

google.com/search?q="Raw+fuck+club"+%2B+"owen+hawk"&sca_esv=978533b3da03208b&ei=O5uQZ8rqGYDj5NoP_JKxQQ&ved=0ahUKEwiK9J2I5IiLAxWAMVkFHXxJLA...

Relaunch to update

SHEETS | QQQ 463.53 ▲ +2... | ChatGPT | GMAIL | ALLY | AMEX | F2F | friends2follow | STOCKTWITS | TD | Log-in to Hostinger | Hostinger Webmail | F2F | friends2follow | OnlyFans | All Bookmarks

Google

"Raw fuck club" + "owen hawk"

All Videos Images News Shopping Forums Web More

Tools

Any time
All results
Advanced Search

About 31,100 results (0.17 seconds)

SafeSearch Off Blur Filter

owenhawk.com
https://owenhawk.com › ...

What's going on with Raw Fuck Club? )This is a draft ...

Nov 17, 2024 — As recent as last week, you may have noticed that on a site called **Raw Fuck Club** ... Copyright © 2025 — **Owen Hawk**. Designed by WPZOOM. **Owen Hawk** ...

x.com
https://x.com › owenhawkxxx

Owen Hawk (@OwenHawkXXX) / X

**Owen Hawk** · @OwenHawkXXX. ·. Dec 22, 2024. I was going to say "please" don't use my content to promote the site that calls itself **Raw Fuck club**, but fuck that.

Pornhub
https://www.pornhub.com › gay › video › search

Owen Hawk Raw Fuck Club Gay Porn Videos

Watch **Owen Hawk Raw Fuck Club** gay porn videos for free, here on Pornhub.com. Discover the growing collection of high quality Most Relevant gay XXX movies ...

Men Of Porn .blog
https://www.menofporn.blog › 2024 › November

Owen Hawk "Spending 20 years building Raw Fuck Club ...

Nov 17, 2024 — **Owen Hawk** "Spending 20 years building **Raw Fuck Club** from nothing to have it suddenly and unfairly taken from me by people I trusted has been shocking.

Raw Fuck Club
https://www.rawfuckclub.com › video › O3IR-august-ale...

Part 1 with Owen Hawk & David Eck : August Alexander

Jun 13, 2020 — **Raw Fuck Club**. Videos. Explore · What's Hot · New · Feed; Watch Again. Channels ... Fort Lauderdale Fuck Down : Part 1 with **Owen Hawk** & David Eck.
$9.94