# EXHIBIT 18

"RFC" + "Svothi" - Google Se × Studio Statistics - Payout by ×

google.com/search?q="RFC"+%2B+"Svothi"&sca_esv=978533b3da03208b&ei=rZuQZ4axleXbptQPh8mlgQo&ved=0ahUKEwjGu9Pb5liLAxXlrYkEHYcklqAQ4dUDCBA&uact... Relaunch to update

SHEETS QQQ 463.53 ▲ +2... ChatGPT GMAIL ALLY AMEX F2F | friends2follow STOCKTWITS TD Log-in to Hostinger Hostinger Webmail F2F | friends2follow OnlyFans All Bookmarks

Google "RFC" + "Svothi"

All Images Shopping Videos News Forums Maps More Tools

It looks like there aren't many great matches for your search

Try using words that might appear on the page you're looking for. For example, "cake recipes" instead of "how to make a cake."

**Need help?** Check out other tips for searching on Google.

You can also try these searches:

How do you write a request for comments?

How do I ask for comments?

What is the request for comment process?

PacerMonitor
https://www.pacermonitor.com › public › filings › SVO...

SVOTHI_INC_v_DARK_ALLEY_...

... - Filed 01/13/2025: COMPLAINT against **SVOTHI**, INC.. Document filed by ... **RFC**?; ?**RFC**.com?; and (together, the ?**RFC** Marks?). 3. **SVOTHI** has invested ...

*In order to show you the most relevant results, we have omitted some entries very similar to the 3 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

Results are not personalized

"Raw fuck club" + "Svothi" - | Studio Statistics - Payout by | +

google.com/search?q="Raw+fuck+club"+%2B+"Svothi"&sca_esv=978533b3da03208b&ei=epqQZ6-lK7yp5NoP2YjzyAE&ved=0ahUKEwivyqvJ44iLAxW8FFkFHVnEHBkQ4d... Relaunch to update

SHEETS QQQ 463.53 ▲ +2... ChatGPT GMAIL ALLY AMEX F2F | friends2follow STOCKTWITS TD Log-in to Hostinger Hostinger Webmail F2F | friends2follow OnlyFans All Bookmarks

Google "Raw fuck club" + "Svothi"

All Images Videos Shopping News Forums Web More Tools

Any time
All results
Advanced Search
About 3 results (0.17 seconds)

SafeSearch Off Blur Filter

Raw Fuck Club
https://www.rawfuckclub.com › Channels › Users

DMCA

**Raw Fuck Club**. Videos. Explore · What's Hot · New · Feed; Watch Again. Channels ... **SVOTHI** Inc. DBA PPVNetworks 228 Park Avenue S, Unit 40543. New York, NY 10003

Raw Fuck Club
https://www.rawfuckclub.com › Channels › Users

Terms

**Raw Fuck Club**. Videos. Explore · What's Hot · New · Feed; Watch Again. Channels ... By writing us at **SVOTHI** Inc. DBA PPVNetworks, 228 Park Avenue S, Unit 40543 ...

Raw Fuck Club
https://www.rawfuckclub.com › Channels › Users

18 U.S.C. 2257

... Compliance Statements for licensed content and user-submitted content for RFC **Raw Fuck Club** website. ... **SVOTHI** Inc. DBA PPVNetworks 228 Park Avenue S, Unit 40543

*In order to show you the most relevant results, we have omitted some entries very similar to the 3 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

Results are not personalized