# EXHIBIT 20

Gmail

Robert Felt [redacted]

# working on ideas

5 messages

**Damian Todaro** <[redacted] Tue, Aug 13, 2024 at 7:20 PM
To: Robert Felt <[redacted]
Cc: Marc Edisad [redacted]

in addition to the goal of making sites compliant, i am also working on other ingenious alternatives that could possibly buy time or even better, an escape plan. to be determined.

that said, one of these ideas focuses around the use of RFC content as a front for bank audits. do you have ID's and model releases for all scenes? if not all, for what subset of scenes? are your releases scene specific or blanket releases, like we use and OnlyFans uses? do the releases specifically, or indirectly, allow for exploitation on RFC?

maintaining ID's and consent is one of the areas I am struggling with the most because there are literally hundreds of producers and thousands of models. i have e-signed releases for the producers, obviously, but for the models I only have e-signed attestations of compliance with our requirements.

i have TWO (2) banks asking for documents for random models. statistically, we're going to strike out at some point. this is part of my multi-part conversation with Wes.

anyway, let me know.

THIS IS SUPPOSED TO BE

NOTICE OF BREACH

--
**Damian Todaro** | VideoApp
[redacted]

"Brilliant minds converge,
Crafting sites that stream all-night,
Dreams in code take flight."

---
This email message, including any attachments, is for the sole use of the intended recipient (s) and may contain information that is confidential, proprietary, legally privileged, or otherwise protected by law from disclosure. Any unauthorized review, use, copying, disclosure, or distribution is prohibited. If you are not the intended recipient, or the person responsible for delivering this to an addressee, you should notify the sender immediately by telephone or by reply e-mail, and destroy all copies of the original message.

---

**Robert Felt** [redacted] Tue, Aug 13, 2024 at 8:12 PM
To: Damian Todaro [redacted]
Cc: Marc Edisad [redacted]

I have identification (ID) records for all models we've worked with over the last six years, from when David and I started producing. However, I don't have IDs for models appearing in older scenes (7+ years ago). While I do have paperwork dating back to the start of the business, it doesn't include IDs for those earlier models. That said, I have industry contacts, such as agents and other production companies, who might be able to assist in locating these.

The paperwork we have is scene-specific or, in some cases, covers two or three scenes shot over a weekend. The title on the paperwork is listed as "RAW FUCK CLUB," not the name of the individual scenes. Beginning early this year, I switched to using DocSign for paperwork, so recent release forms are already digitized. Paperwork prior to the switch to Docusign is printed and stored in a filing cabinet. These files would need to be scanned in, which is possible but will take some time.

Gathering both IDs and paperwork into digital form is possible, and I can start working on this ASAP. What would be most helpful is if you could provide a list of models who appear in RFC scenes but do not have channels. Since you already