# EXHIBIT 1



**From:** **Ravi Ivan Sharma** ravi@sharmalaw.com
**Subject:** Svothi v Dark Alley Media et al. - Request to Meet and Confer re motion/OSC for Injunctive Relief
**Date:** January 31, 2025 at 2:25 PM
**To:** Wesley Mullen wmullen@mullenpc.com
**Cc:** Alleine Castro acastro@mullenpc.com, Martin Arms marms@mullenpc.com, Vincent FitzPatrick vfitzpatrick@mullenpc.com

Dear Wes,

As you know, My clients have answered the complaint and have asserted counterclaims; and like you, must move rapidly for injunctive relief. We have already spoken a number of times, and as a result I see no reason to make the motion or request for OSC ex parts under the circumstances. If you think there is a reason we need not file, i.e. your client will agree to abide by the demands made in my latter earlier this moth to cease and desist — or some other reason, inclusive of extending and continuing our tolling agreement if you think there is any chance of a settlement—which I remain optimistic on despite the need to assert and preserve my client's positions, I remain available to discuss the same with you.

Failing a resolution, I want to give you an opportunity to discuss an expedited briefing schedule before I request the same of Judge Carter.

I suggest we speak Monday morning. But let me know your thoughts.

Please advise.

Ravi Ivan Sharma

**SHARMALAW** - Ravi Ivan Sharma, P.C.
NY, CA, MA, USVI
26 Broadway, Suite 1108
New York, New York 10004
☎ 213 537 5953 (voicemail)
☎ 212 537 5957 (main)
☎ 213 537 5957 (cell)
☎ 212 537 5956 (fax)
☎ 347 797 1938 (conference call-in)
sharmalaw.com