# EXHIBIT 2



**From:** **Ravi Ivan Sharma** ravi@sharmalaw.com
**Subject:** Re: Svothi v Dark Alley Media et al. - Request to Meet and Confer re motion/OSC for Injunctive Relief
**Date:** February 4, 2025 at 7:45 PM
**To:** Wesley Mullen wmullen@mullenpc.com
**Cc:** Alleine Castro acastro@mullenpc.com, Martin Arms marms@mullenpc.com, Vincent FitzPatrick vfitzpatrick@mullenpc.com

---

Wes,

You and I spoke on Friday following our correspondence below. We discussed settlement to some extent but I did not hear you indicate your clients would in the meantime desist from using the marks belonging to my client and the subject of the counterclaim and now the amended counterclaim that you have received and to which I provided you a redline yesterday for clarity.

If you wish to further meet and confer on this specific topic prior to my filing for injunctive relief (on notice) I will make myself affable tomorrow morning, Wednesday February 5, 2025.

Please let me know if so. Thank you.

Ravi Ivan Sharma

**SHARMALAW** - Ravi Ivan Sharma, P.C.
NY, CA, MA, USVI
26 Broadway, Suite 1108
New York, New York 10004
☎ 213 537 5953 (voicemail)
☎ 212 537 5957 (main)
☎ 213 537 5957 (cell)
☎ 212 537 5956 (fax)
☎ 347 797 1938 (conference call-in)
sharmalaw.com

> On Jan 31, 2025, at 2:56 PM, Ravi Ivan Sharma <ravi@sharmalaw.com> wrote:
>
> Wes,
>
> My letter to you of 1/15 indicates DAMs claims against Svothi. Also the Counterclaim as to injunctive relief makes clear what DAM is asserting and, as said below, will need to move for such injunctive relief very soon.
>
> Ravi Ivan Sharma
>
> **SHARMALAW** - Ravi Ivan Sharma, P.C.
> NY, CA, MA, USVI
> 26 Broadway, Suite 1108
> New York, New York 10004
> ☎ 213 537 5953 (voicemail)
> ☎ 212 537 5957 (main)
> ☎ 213 537 5957 (cell)
> ☎ 212 537 5956 (fax)
> ☎ 347 797 1938 (conference call-in)
> sharmalaw.com
>
> <Ravi Ivan Sharma_popcode_1717706728582 smaller.png>
>
>> On Jan 31, 2025, at 2:34 PM, Wesley Mullen <wmullen@mullenpc.com> wrote:
>>
>> Hi Ravi,
>>
>> I'm not clear on what specifically your clients are requesting, or what relief your proposed motion will seek. If you have a specific request I will get you a specific response: consent or non.
>>
>> If re the tolling agreement, it needs to be extended, if at all, today.
>>
>> Happy to talk.
>>
>> MULLEN PC
>> (646) 632-3718 | mullenpc.com
>> Confidential | Potentially Privileged

Confidential / Potentially Privileged

On Fri, Jan 31, 2025 at 2:26 PM Ravi Ivan Sharma <ravi@sharmalaw.com> wrote:

Dear Wes,

As you know, My clients have answered the complaint and have asserted counterclaims; and like you, must move rapidly for injunctive relief. We have already spoken a number of times, and as a result I see no reason to make the motion or request for OSC ex parts under the circumstances. If you think there is a reason we need not file, i.e. your client will agree to abide by the demands made in my latter earlier this moth to cease and desist — or some other reason, inclusive of extending and continuing our tolling agreement if you think there is any chance of a settlement—which I remain optimistic on despite the need to assert and preserve my client's positions, I remain available to discuss the same with you.

Failing a resolution, I want to give you an opportunity to discuss an expedited briefing schedule before I request the same of Judge Carter.

I suggest we speak Monday morning. But let me know your thoughts.

Please advise.

Ravi Ivan Sharma

**SHARMALAW** - Ravi Ivan Sharma, P.C.
NY, CA, MA, USVI
26 Broadway, Suite 1108
New York, New York 10004
☎ 213 537 5953 (voicemail)
☎ 212 537 5957 (main)
☎ 213 537 5957 (cell)
☎ 212 537 5956 (fax)
☎ 347 797 1938 (conference call-in)
sharmalaw.com