# EXHIBIT 6

SHARMALAW
LAW OFFICES OF RAVI IVAN SHARMA, P.C.
26 BROADWAY, SUITE 1108, NEW YORK, NEW YORK 10004

**212 537 5957**
Facsimile 212 537 5956
Voice Mail 213 537 5953
RAVI@SHARMALAW.COM

December 4, 2024

**BY USPS PRIORITY MAIL 9405511206211976353428**
**AND EMAIL: wmullen@mullenpc.com**

Wesley M. Mullen
Mullen P.C.
745 Fifth Avenue, Suite 500
New York, NY 10151

**NOTICE OF TERMINATION: Joint Venture Agreement between Dark Alley Media, LLC and VideoApp, Inc; AND DEMAND**

Dear Counsel,

This letter serves as formal notification that the Joint Venture Agreement ("Agreement") between Dark Alley Media, LLC (DAM) and VideoApp Inc., doing business as PPVNetworks (PPVN), is terminated effective December 4, 2024 ("Termination Date"), pursuant to Section 12.1 of the Agreement. This termination results from PPVN's failure to cure its breach of Section 4 of the Agreement within the 30-day cure period following your receipt of the Notice of Default dated November 1, 2024, specifically regarding PPVN's failure to disburse the full profit share amounts due for the period from July 1, 2024, through September 20, 2024, as detailed in such notice.

In accordance with subsection 12.4a of the Agreement, effective immediately as of the Termination Date, PPVN is required to cease the utilization of all digital assets previously exchanged as part of the joint venture. Furthermore, PPVN is obligated to transfer all such digital assets to DAM, including, but not limited to, metadata, source video, encoded stream files, and customer database tables.

Moreover, as stipulated in subsection 12.4b, PPVN must immediately discontinue any monetization or other forms of utilization of the RFC Brands, Content, and Domain names. All rights associated with these intellectual properties now exclusively revert to DAM for its sole monetization and use. Accordingly PPVN must immediately transfer the credentials to all assets previously owned by DAM, including, but not limited to, the RFC domain and webhosting credentials and the Twitter/X account credentials.

PPVN is also instructed to halt all operations related to the joint venture's online presence and any commercial activities tied to it. Any use or exploitation of the RFC Brands, Domains, and Content without the explicit written consent of DAM is strictly prohibited.

Based on calculations performed by DAM in accordance with the terms of Agreement, PPVN owes DAM a total of not less than $146,959 (the "Outstanding Amount") as of the termination date. This Outstanding Amount includes all underpaid royalties and other amounts due under the Agreement for the period from July 1, 2024, through November 30, 2024.

DAM hereby demands that PPVN remit payment of the full Outstanding Amount of $146,959 within five (5) business days of receipt of this notice. Payment shall be made by wire transfer to the following account:

Bank name: [redacted]
Bank Address: [redacted]
SWIFT code: [redacted]
Routing number: [redacted]
Account number: [redacted]
Account Name: [redacted]

PPVN is further hereby directed to engage with the undersigned through legal counsel if it desires within five (5) business days from the receipt of this letter to propose and discuss the orderly transfer of all digital assets and metadata previously belonging to the joint venture to DAM.

Failure to adhere to the above demand for payment and directive will compel DAM to pursue all available remedies under the Agreement and applicable law to enforce its rights and safeguard its interests, including, among other remedies: (a) Seeking disgorgement of any profits improperly retained by PPVN; (b) Requesting the imposition of a constructive trust over any assets or funds wrongfully withheld; (c) Obtaining injunctive relief to prevent further unauthorized use of DAM's intellectual property; (d) Recovering compensatory and punitive damages; and (e) Recouping all attorneys' fees and costs incurred in enforcing DAM's rights.

Nothing in this letter shall be construed as a waiver of any other rights or remedies available to DAM under the Agreement, at law, or in equity. DAM expressly reserves all such rights and remedies.

Your prompt attention to this matter is anticipated.

Very truly yours,

Ravi Ivan Sharma