# EXHIBIT 7

SHARMALAW
LAW OFFICES OF RAVI IVAN SHARMA, P.C.
26 BROADWAY, SUITE 1108, NEW YORK, NEW YORK 10004

**212 537 5957**
Facsimile 212 537 5956
Voice Mail 213 537 5953
RAVI@SHARMALAW.COM

January 15, 2025

**BY EMAIL: wmullen@mullenpc.com**

Wesley M. Mullen
Mullen P.C.
745 Fifth Avenue, Suite 500
New York, NY 10151

**Re: Svothi, Inc. Trademark Claim; Dark Alley Media Trademark Claim; Notice to Cease and Desist.**

Dear Counsel,

I respond to your emailed letter to me dated January, 13, 2025 wherein you make a number of claims against my clients Dark Alley Media, LLC ("DAM") and Robert Felt on behalf of your client Svothi, Inc. ("SVOTHI") dba PPVNetworks ("PPVN") in regard to DAM's protected marks "RFC", "RFC.COM" (the "DAM RFC Wordmarks"), and DAM's protected stylized graphical mark,

(the "DAM RFC Graphical Mark" together with the DAM RFC Wordmarks, the "DAM RFC Marks") as well as other claims.

Please take notice that DAM is the exclusive owner of not only the DAM RFC Marks, but also its protected marks, "DARK ALLEY" (the "DAM Wordmark") and DAM's protected stylized graphical mark,

(the "DAM Graphical Mark", together with the DAM Wordmark and the DAM RFC Marks, the "DAM Marks").

As you should know, DAM entered into a Joint Venture Agreement (the "JV Agreement") with your related client VideoApp Inc. under its dba PPVNetworks to which DAM temporarily contributed its exclusively owned DAM RFC Marks (which DAM established in 2007, 12 years prior to the establishment of the JV Agreement in 2019) and licensed to its

intellectual property in the form of video content to the joint venture within which your client's role was to professionally and securely host such content, collect revenue, and divide such revenue with DAM, among other obligations, all according to the terms and conditions of the JV Agreement.

However, as you are aware, on December 4, 2024, via my letter (the "Notice of Termination") as per the terms of the JV Agreement, DAM terminated such agreement on account of your client's failure to cure within 30 days its breaches of the JV Agreement as noticed to to your client via my letter of November 1, 2024 ("Notice of Breach"). The Notice of Breach duly notified your client of, and demanded it cure, its numerous breaches of the JV Agreement including, but not limited to, its failure to pay due amounts to DAM for the period from July 1, 2024, through September 20, 2024, as detailed in such notice.

In accordance with the Notice of Termination, your client was required to (a) cease the utilization of all digital assets previously exchanged as part of the joint venture, (b) transfer all such digital assets to DAM, including, but not limited to, metadata, source video, encoded stream files, and customer database tables, and (c) immediately discontinue any monetization or other forms of utilization of the DAM brands, DAM content and DAM domain names including the DAM RFC Marks. As per the termination notice, all rights associated with such intellectual property reverted to exclusive DAM use.

Since that time, your client, via its various websites including rawtop.tv, barebackbox.com and dickwadd.com, has failed to cease using and exploiting the DAM Marks and DAM videos, continues to do so as of the date of this letter without permission or payment therefore, and has failed to provide the credentials to all assets reverted to DAM, including, but not limited to, the RFC.COM domain and webhosting credentials and the Twitter/X account credentials. Your client also failed to halt all operations related to the joint venture's online presence and any commercial activities tied to the joint venture as required by the JV Agreement.

Accordingly, your clients and/or its affiliates, including, Videoapp Inc, SVOTHI, and Damian Todaro, are hereby directed to immediately (a) immediately cease and desist from the infringing use of the DAM Marks and the continued exploitation of DAM videos on its websites, (b) remove and/or destroy all infringing instances of the DAM Marks (including those contained and/or distributed on or in marketing materials, social media, and e-commerce websites); and (c) acknowledge within 48 hours that it and its affiliates have complied and will continue to comply with these demands.

Turning to the claims in your letter that SVOTHI is the owner of the DAM RFC Marks, such is conclusory and unsupported by any supplied facts. Conversely, given the facts provided herein based on the terms of the JV Agreement and the fact that your client is displaying and exploiting DAM's content on its own sites the claims and demands made in your letter are without merit and indeed specious. Further, given it appears such claims are based on your client's ineffectual attempt to terminate JV Agreement via your letter of October 25, 2024, based claimed notices of breach that failed to adhere to the requirements therefore contained in the JV Agreement, any disputes between your clients or DAM as to the DAM RFC Marks are subject to mandatory arbitration under the JV Agreement.

Accordingly, other than a claim in arbitration, please be advised that the maintenance of any actions by your client(s) as threatened in your letter will be frivolous and subject your client and its counsel to a motion for dismissal and sanctions, including monetary sanctions.

Your remaining various assertions of various matters regarding DAM, the content of its videos, and Mr. Felt are denied in full. Beyond being patently specious, many of your statements constitute actionable liable and will expose your client to liability should such falsehoods be published.

**DAM's Intellectual Property**. DAM is a leading producer in the adult video industry. For more than 20 years DAM has built its reputation on premium quality videos.

DAM is the exclusive owner of the DAM Marks. These marks are prominently featured on all of DAM's videos and, during and since the existence of the joint venture between our clients, were and continue to be prominently displayed and exploited on your client's operated websites without permission. The DAM Marks identify DAM's videos worldwide. DAM's customers and business partners including content creators, have all, due to DAM's sustained and substantial investment in its reputation, brand, and the DAM Marks, come to associate such marks exclusively with DAM as a reputable and consistent source of premium adult media.

**SVOTHI's willful infringement**. SVOTHI, since termination of the JV Agreement due to its breach, is engaged in unauthorized, willful infringement of the DAM Marks and unpermitted exploitation of DAM Videos on SVOTHI's social media pages and websites it operates. To wit, numerous DAM videos, the DAM Marks, and the DAM RFC Marks as of the date of this letter are exploited and featured by SVOTHI on rawtop.tv, barebackbox.com and dickwadd.com. All such illegal use of DAM's property must cease. Additionally, all accounting and due payment for all such use prior to SVOTHI's expected removal of DAM's content and marks is hereby demanded. Please immediately forward all records of use and sale of all such material on such websites and any others operated by SVOTHI to date. Failure to do so will be evidence SVOTHI'S willful infringement of DAM's marks and theft of DAM's videos and intellectual property.

**Preservation of Data**. SVOTHI, as well as any agent or entity involved in or related to the infringing conduct described above, as well as its, predecessors, successors, parents, subsidiaries, divisions, affiliates, and each of their respective officers, directors, agents, attorneys, accountants, employees, partners, contractors, and other persons occupying similar positions or performing similar functions, are hereby instructed and obligated to preserve all data, documents, records, and electronically stored information ("ESI") that may be relevant to the matters involving DAM, including but not limited to all forms of electronic data, such as emails, text messages, instant messages, social media posts, and any other digital communications; all paper documents and records; all audio and video recordings; all metadata associated with any ESI; and all backup tapes, archives, and other storage media containing potentially relevant information. This preservation obligation applies to all data created, modified, or received from the inception of contact between SVOTHI and DAM to the present and continuing until further notice, and extends to all SVOTHI employees, agents, contractors, and third-party service providers

who may possess relevant information. SVOTHI must immediately suspend all data deletion, overwriting, or destruction policies; preserve all potentially relevant data in its original form; take affirmative steps to prevent the alteration or deletion of relevant data; and notify all relevant personnel of this preservation obligation. Failure to comply with these preservation obligations may result in severe legal consequences, including but not limited to sanctions, adverse inferences, or other penalties as deemed appropriate by the court, and potential claims for spoliation of evidence. SVOTHI shall confirm receipt of this notice and compliance with the outlined instructions within 7 days of receipt; designate a point of contact for all matters related to this preservation obligation; and cooperate fully in any subsequent requests for information or data related to this matter. Should you or your clients require any further clarification or assistance in complying with these obligations, please contact the undersigned.

The irreparable harm described above must cease immediately. If SVOTHI fails to comply, my client shall take appropriate action to enjoin the unlawful conduct described. Your failure to respond may be used as evidence of SVOTHI's willful infringement and bad faith when seeking damages, attorney's fees, sanctions, and equitable relief.

Nothing in this letter shall be construed as a waiver of any other rights or remedies available to DAM under the JV Agreement, at law, or in equity. DAM expressly reserves all such rights and remedies.

Very truly yours,

Ravi Ivan Sharma