**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

**SVOTHI, INC.,**

        Plaintiff

    -against-                        25-cv-00333 (ALC)

**DARK ALLEY MEDIA AND ROBERT FELT,**                **ORDER**

        Defendants.

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

        The Court is in receipt of Defendant/Counterclaim Plaintiff's February 5, 2025 application for a temporary restraining order and a preliminary injunction, ECF No. 21, and the Parties' correspondence in connection with Defendant/Counterclaim Plaintiff's request for a premotion conference ahead of its anticipated motion to stay the case, ECF Nos. 17, 20, 22.

        At this time, the Court hereby **DENIES** Defendant/Counterclaim Plaintiff's application for a temporary restraining order. Plaintiff/Counterclaim Defendant is **ORDERED** to respond to Defendant/Counterclaim Plaintiff's application for injunctive relief by February 12, 2025. Defendant/Counterclaim Plaintiff is **ORDERED** to file a reply, if any, by February 14, 2025. The Court **GRANTS** Defendant/Counterclaim Plaintiff's request for a premotion conference.

        The Parties are **ORDERED** to appear before the Court by telephone on Wednesday, February 19, 2025 at 4 p.m. The Court shall hear the Parties on the request for injunctive relief and will also hold a conference in connection with Defendant/Counterclaim Plaintiff's anticipated motion. The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

Dated:   **February 8, 2025**
            **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**