**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SVOTHI INC., <br><br> Plaintiff, <br><br> v. <br><br> DARK ALLEY MEDIA, LLC and ROBERT FELT, <br><br> Defendants. | Civil Action No. 25 CV 00333 <br><br> **REPLY DECLARATION OF RAVI IVAN SHARMA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCITON AND ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER** |

COMES NOW, counsel Ravi Ivan Sharma, under 28 U.S.C. § 1746, and hereby declares under penalty of perjury that the following is true and correct:

**INTRODUCTION**

1. I am counsel for Counterclaim Plaintiff Dark Alley Media, LLC ("DAM") in this action. I submit this reply affirmation in support of DAM's motion for injunctive relief against Plaintiff Svothi, Inc. ("Counterclaim Defendant") and its alter ego, VideoApp, Inc.

2. This affirmation is based on my personal knowledge, my review of the relevant documents, and my direct involvement in the matters at issue.

3. **EXHIBIT 1** is a true and correct copy of an email thread between Wesley Mullen and myself agreeing to a tolling period from January 18, 2025 through January 31, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
February 14, 2025

/s/
Ravi Ivan Sharma
26 Broadway, Suite 1108
New York, NY 10004
(212) 537-5957
ravi@sharmalaw.com

*Counsel for Defendants and Counterclaim Plaintiff*