# EXHIBIT 1



# Staxus Sets All-Male October Slate

**JC Adams**
Sep 20, 2009 8:00 AM PDT

AMSTERDAM — Adult wholesaler Staxus Sales has announced its October slate of all-male sexpics. Euro-labels in the spotlight include twink-centric Bottom Boys, Fit Lads, Punkz, Raw and Twinkz. Euro-stars Johan Volny and Jeffrey Radden topline "Bareback C▆▆ Sl▆▆ 2" on the Punkz label.

"Some boys were just born with the taste for cum," the studio said. "Two of the Czech Republic's biggest sluts are back. They give performances that will have you jerking off like crazy."

Another condomless title set for release is "Bareback Twink Sl▆▆" from the Twinkz label. "Julian Breeze leads a fabulous collection of sex-starved twinks who seem unable to think of anything other than sucking each other's meaty, uncut shafts and ▆▆▆▆▆▆ the living daylights out of each other," said the studio rep.

Sexpic is a mix of "hot action and sordid solos" featuring Paul Bruckmann, Alan Capier, Simon Clay, Dave Diesel, Thomas Dyk and Tom Reed, among others.

Staxus notes how "Fit Lads 2" from helmer Zack Hadley "once again makes 'Britain' the watchword for chavvish debauchery." This follow-up to the popular original installment follows "horny members of the U.K.'s underclass as they engage in a lurid series of ▆▆▆▆▆▆▆▆, ▆▆▆▆▆▆▆▆ encounters."

The cast of mostly slender, smooth young men includes Matt Anderson, Kallum Ash, Troy Bolton, Anthony Clarke, Craig Freeman, Lukas Layton, Preston Matthews and Aaron Slater.

"Open Wide" was shot on location in the Czech Republic for the Bottom Boys line. Popular performer Johnny Hunter is given the star treatment but "there isn't a single one of these young harlots who won't have you reaching for your crotch," Staxus notes.

The studio said "Raw Speed" via the Raw subsidiary line offers "an explicit foray into the sexy world of sleek cars and high-speed bikes, with some of the Czech Republic's spunkiest lads going hell-for-leather in pursuit of the next hard-hitting ▆▆▆▆."

Performers Marco Bill, Nick Daniels and Robin Few anchor the condomless sexcapades.

In related news, Staxus recently inked an exclusive distro pact with New York-based raunch studio Dark Alley Media that covers Continental Europe. The deal includes the flagship Dark Alley label as well as subsidiary lines PrimePork, Raw F▆▆▆ Club and Raw Riders.

For sales inquiries, visit their revamped official website StaxusSales.com.

Copyright © 2025 Adnet Media. All Rights Reserved. XBIZ is a trademark of Adnet Media.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.