# EXHIBIT 3

*Svothi, Inc. v. Dark Alley Media, LLC, et. al*. No. 25 CV 00333 | Reply Decl. of Robert Felt

☰ **ADULT DVD TALK** 🔍

# Load Factory
## Raw Fuck Club

 Tweet

Movie Studios / Raw Fuck Club / Page 2 / Load Factory



Studio: **Raw Fuck Club**

Category: Gay

Director: Owen Hawk

Starring: Aiden, Austin Shadow, Lars Svenson, James Roscoe, Adam Burr, Ben Armstrong, Sebastian Carle

Release Date: 2/6/2009

large cover

## New DVD

| Seller | Base Price | Total Price | |
|---|---|---|---|
| gaydvdempire | $24.99 +Free Shipping | $24.99 | Shop |
| Simply-Adult The UK's Biggest | $42.78 +$3.85 shipping | $46.63 | Shop |

Prices do not include any sales or VAT taxes

☐ Use International Shipping Rates

## Related Movies


Call Of Buty: Black Tops


Gangbang Squad 1: Owen Hawk


Atlanta Loads


XL Kings


Gangbang Lottery

 About   Email   Twitter

Copyright © 1999 - 2025 AdultDVDTalk.com

Terms of Service   Privacy Statement

Adult DVD Talk earns commission on many of the shopping links on the site. Thank you for using our links to buy porn!