# EXHIBIT 4

*Svothi, Inc. v. Dark Alley Media, LLC, et. al.* No. 25 CV 00333 | Reply Decl. of Robert Felt

https://darkalleydvd.com/ Go

Case 1:25-cv-00333-ALC   Document 30-4   Filed 02/15/25   Page 2 of 11

79 captures
20 Sep 2012 – 28 May 2024

SEP | FEB | MAR
2022 | 08 2023 | 2024

The Best Source For Hardcore Gay DVDS! - Always Offering Free Shipping On Domestic Orders Over $50!

# DARK ALLEY DVD

HOME    SHOP    ACCOUNT    CONTACT    STREAM    CART



# NEW RELEASES

  
INTERNET ARCHIVE WayBackMachine
https://darkalleydvd.com/   Go
79 captures
20 Sep 2012 – 28 May 2024

Case 1:25-cv-00333-ALC    Document 30-4    Filed 02/15/25    Page 3 of 11

JAN | MAR 09 | MAY
2021 | 2022 | 2023
About this capture

   

## BEST SELLERS



**FIRE ISLAND FUCK BOY**
~~$49.95~~ **$10.00**

  

**SETH SANTORO GANG BANG**
~~$49.95~~ **$39.95**
Add to cart

 

**LOAD LOUNGE**
~~$39.95~~ **$5.00**
Add to cart

  

**HIGH RISE**
~~$49.95~~ **$39.95**
Add to cart



**THE CAGE**
~~$49.95~~ **$10.00**



**MANHOLE**
~~$49.95~~ **$10.00**



**LOGAN MOORE GANG BANG**
~~$39.95~~ **$5.00**



**HUNG BREEDERS VOL. 2**
~~$39.95~~ **$5.00**



**MICHAEL ROMAN'S GANG BANG**
~~$49.95~~ **$10.00**



**WILDSIDE**
~~$39.95~~ **$5.00**



**FURRY MUSCLE STUDS**
~~$49.95~~ **$10.00**



**DARK ALLEY BREEDERS 2**
~~$39.95~~ **$5.00**





# Dark Alley Touts 2 Raw Fuck Club, Fist Alley Films on VOD

Oct 26, 2018 3:23 PM PDT

NEW YORK CITY — Dark Alley Media is touting a pair of hardcore-fetish all-male sex films for VOD release.

"Dark Alley Breeders 2," via their Raw Fuck Club imprint, takes "a second trip back to the local strip club's back alley," reads the promotional text. "All the big dicks, ass-eating, cocksucking and deep-dick fucking action happens at night. If you're lucky, you might get a nice, hot load up your ass."

The interracial cast includes Jon Galt, Sean Harding, Nate Grimes, Cade Maddox, Vic Rocco, Sebastian Velmont, Saxon West and Rikk York with newcomer Wade Wolfgar.

Click here for a hardcore trailer, screencaps and VOD details.

Dark Alley is also promoting "Fist Alley Manifesto" on the Fist Alley imprint. "From legendary fisting superstar Matthias Von Fistenberg comes the ultimate fisting fantasy," notes the promo text.

The cast includes Von Fistenberg with Ray Diesel, Jay Donahue, Yorkk and others. For a hardcore trailer, screencaps and VOD information, click here.

Other recent titles include "Dark Alley Breeders" toplined by Seth Santoro, and Eric Videos import "Plowed and Filled" featuring Dani Robles, among others.

Find Raw Fuck Club on Twitter here.

Copyright © 2025 Adnet Media. All Rights Reserved. XBIZ is a trademark of Adnet Media.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.



# NakedSword Reveals 2018's Most-Watched All-Male Movies

**JC Adams**

Jul 26, 2018 3:47 PM PDT

SAN FRANCISCO — NakedSword is touting its July 2018 Binge Report, collecting together the VOD network's most-consumed sexflicks of the year to date.

Sister Roma, creative director for NakedSword and Falcon Studios Group, spoke to XBIZ about the fact that all but one of the films have a specific commonality.

"I love seeing what our members are watching and it never fails that bareback content is by far the most popular on NakedSword," Roma said.

Treasure Island Media placed four sexpics on the Binge Report: "TIMFuck, Volume 12," "TIMFuck, Volume 11: Group Fuckers," "Kenny's Raw Fucks" and "Liam Cole's Slammed."

Dark Alley Media also claims four films: "Manhole," "Gang Breeders 2" and "Designated Bottom: Ian Greene" plus "Logan Moore Gang Bang" via the studio's Raw Fuck Club label.

Eric Videos and EricRaw.com have two titles on the list: "Raw Loads" and "Cum Hungry" and Kristen Bjorn's Sarava Productions placed their title "Hot Stuff."

To close out the list, NakedSword Originals landed their erotic spoof "The Slutty Professor."

"I have to say that I'm very pleased to see our original production 'The Slutty Professor' up there," Roma said. "[Directors] Chi Chi LaRue and mr. Pam always deliver. It's a sexy, fun flick that really stands out from the rest."

Click here to view box art and hardcore previews of all of the titles on the Binge Report.

Follow NakedSword on Twitter here.

Copyright © 2025 Adnet Media. All Rights Reserved. XBIZ is a trademark of Adnet Media.
Reproduction in whole or in part in any form or medium without express written permission is prohibited.

Advertise | Press Releases | contact us



Home ☐ | Products ☐ | Movie Trailers ☐ | ECN Advantage | Eldorado Edge | Williams Trading ☐ ☐

## Search results for: dark alley

Home » You searched for dark alley

## Need a new search?

If you didn't find what you were looking for, try a new search!

☐ dark alley

## Top Stories

Falcon|NakedSword signs Seth Peterson to Six Scene Deal

Cowboys Do It Better DVD arrives in Adult Stores Mar. 6

Pipedream introduces Fuck-O-Matic Pro XL

Andrew Christian adds Six New Designs to ECO





### Pig Week Orgy 2020 from Raw F*ck Club & Dark Alley Ships

By JRL Charts | July 30th, 2020 | Categories: Gay Adult News | Tags: Aaron Trainer, bareback, BDSM, Breeding, creampie, Furry Stud, gangbang, gay orgies, gay porn DVD new release, gay porn new release, Hairy, Interracial, Julian Torres, Leather, Pig Week Orgy 2020 DVD, Pulse Distribution, Ray Diesel, Rikk York, Riley Mitchel, Rogue Status, Zack Acland

NEW YORK, NY — (07-30-20) — Raw Fuck Club and Dark Alley Media finally unveil "Pig Week Orgy 2020" on DVD. The bareback gay porn gang bang

### Hung Daddy Breeders from Dark Alley streets Jan. 14, 2020

By JRL Charts | December 30th, 2019 | Categories: Gay Adult News | Tags: Adam Avery, Adam Russo, bareback gay porn, Billy Warren, Cam Christou, Cutler X, dark alley media, Dylan Hyde, free gay porn, gay porn movies, gay porn news, Hung Daddy Breeders, interracial bareback gay porn, Jon Galt, Max Cameron, Pulse Distribution, raw fuck club, Rikk York, Shane Frost, Vic Rocco

NEW YORK, NY — (12-30-19) — Raw Fuck Club and Dark Alley Media are set to release "Hung Daddy Breeders" through

### Dark Alley Endgame Part One: Pheonix Fellington First Look [NSFW]

By JRL Charts | August 13th, 2019 | Categories: Gay Adult News, LGBT News | Tags: AEBN, AJ Marshall, bareback gay porn movies, dark alley endgame part one, dark alley media, drew dixon, gay porn news, gio caruso, Interracial gay porn movies, Jake Marshall, Joe Gillis, Julian Torres, Leo Grinn, nakedsword, Pheonix Fellington, raw fuck club, Riley Mitchell, Rogue Status, Romeo Davis, Seamus O'Reilley

NEW YORK — (08-13-19) — Raw Fuck Club and NakedSword drop an instant hit with Grabby Award-winner

Collection

Screaming O Vows to Absorb Potential Tariffs

## Categories

Adult News

Bisexual News

ECN Advantage

Eldorado Edge

Gay Adult News

Gay Music News

Interviews

Lesbian News

LGBT News

LGBT Politics

LGBT Politics Asia

2/13/25, 5:53 PM
You searched for dark alley - JRL CHARTS
Case 1:25-cv-00333-ALC    Document 30-4    Filed 02/15/25    Page 8 of 11

production features Rikk York, Ray Diesel, Rogue Status, Zack



**Dark Alley Media Brings the Big Guns In Gang Bang Proposal**

Riley, Mitchel, Furry Stud, Aaron Trainer and Julian Torres. This reporter hasn't been this excited over a gay [...]

Read More

By JRL Charts | January 24th, 2019 | Categories: Gay Adult News, LGBT News | Tags: bareback gay porn movies, Bentley Michaels, D. Arclyte, dark alley media, gang bang proposal, gangbang gay porn movies, gay porn movies, Jace Chambers, Jack Andy, Mason Lear, Osiris Blade, Pheonix Fellington, raw fuck club, Ray Dalton, rian Bonds, Saxon West, Scott DeMarco, Sean Harding, Sebastian Valmont

---

Pulse Distribution in January. I haven't been this excited since Dark Alley's Endgame Part One and Part



**Dark Alley Breeders 2 Introduces Wade Wolfgar**

two were released back in October and November. "Hung Daddy Breeders" features bareback gay porn stars Adam [...]

Read More

By JRL Charts | December 19th, 2018 | Categories: Gay Adult News, LGBT News | Tags: Cade maddox, Dark Alley Breeders 2, dark alley media, gayporn news, I. Que Grande, Jon Galt, Nate Grimes, raw fuck club, Rikk York, Saxon West, Sean Harding, Sebastian Valmont, Vic Rocco, vimpex gay media

---

NEW YORK, NY — (12-19-18) — Dark

Pheonix Fellington, Seamus O'Reilley and Joe Gillis starring in Dark Alley Endgame Part One. Sizzling

**Dark Alley Breeders – Phoenix Fellington, Seth Santoro, Rikk York**

the Raw Fuck Club gay porn label to deliver one raunchy non-stop bareback sizzler with co-stars Drew Dixon, Rogue Status, [...]

Read More

By JRL Charts | September 28th, 2018 | Categories: Gay Adult News, LGBT News | Tags: bareback, Darin Silvers, dark alley breeders, dark alley media, Declan Moore, Dustin Steele, gay porn movie, gay porn news, Interracial gay porn, Jack Andy, Osiris Blade, Pheonix Fellington, raw fuck club, Rikk York, Seth

---

LGBT Politics Europe

LGBT Politics USA

Movie Trailers

New Movie Trailers

New Music Videos

New Music Videos Hip-Hop

New Music Videos K-Pop

New On Demand Movies

New Releases

New TV Show Trailers

Pleasure Product Commercials

Pleasure Products Headline News

Pleasure Products Press Releases

NEW YORK — (01-24-19) — When Dark Alley Media dropped Gang Bang Proposal on DVD this week, gay porn bloggers took notice. Drenched with Interracial musclebound gay porn action, director I. Que Grande has delivered the Raw Fuck Club gay porn label another hit featuring Brian Bonds, Mason Lear, Saxon West, Osiris Blade, Scott DeMarco [...]

Read More

### Penthouse Pigs 2 DVD Streets starring Boomer Banks

Alley Media introduces Wade Wolfgar in the fresh new DVD release now shipping, Dark Alley Breeders 2. Director I. Que Grande is back with a fresh new gay porn breeders genre production that also stars Jon Galt, Sean Harding, Cade Maddox, Vic Rocco, Sebastian Valmont, Saxon West, Rikk [...]



Read More

### STAXUS Begins Shipping Dark Alley' PUMPED

By JRL Charts | June 27th, 2017 | Categories: World LGBT News | Tags: ace era, adult bookstores, adult Retailers, adult video stores, Alejandro Santoro, video on demand, VOD

NEW YORK, NY — (09-28-18) — Dark Alley Breeders starring Phoenix Fellington, Seth Santoro and Rikk York now available on Video on Demand (VOD). While director Nick Moretti is excited that the DVD version of Dark Alley Breeders, it has to be even more thrilling to see the gay bareback Interracial film debut on VOD. [...]



Read More

### Malik Delgaty Tops Angel Santana in Bowling Alley Fuckdown

By JRL Charts | April 16th, 2024 | Categories:

Press Releases

Sex Toys

Transgender News

Williams Trading

Williams Trading Weekly New Releases

World LGBT News

2/13/25, 5:53 PM
You searched for dark alley - JRL CHARTS
Case 1:25-cv-00333-ALC    Document 30-4    Filed 02/15/25    Page 10 of 11

By JRL Charts | December 12th, 2020 | Categories: Gay Adult News | Tags: Anal, August Alexander, bareback, Boomer Banks, Cesar Rossi, Damian Crosse, Deep throat, Ecksmen, gangbang, Gay Porn, gay porn new, Interracial, Jackson Cooper, Jacob Woods, Leo Forte, new releases, Nick Milani, Oral, orgy, Penthouse Pigs 2 DVD, raw fuck club

NEW YORK, NY — (12-12-20) — Gay adult film superstar Boomer Banks headlines Raw Fuck Club and Dark Alley Media's "Penthouse Pigs 2 on DVD'. The raunchy gay erotica production directed by Ecksmen, also

Fusco, Alessio Romero, bareback, Big Dicks, Brett Bradley, dark alley media, Daxton Ryker, Gay Porn, Interracial, Nick Moretti, Oral, Osiris Blade, Owen Powers, Pumped, raw fuck club, rimming, Romance, Scott DeMarco, Scott Riley and Milan Gamiani, sean duran, staxus sales, Trey Turner, vimpex media, wholesale distributor

By: William Lopez, Staff Writer THE NETHERLANDS - With a cast of gay porn stars consisting of Ace Era, Scott DeMarco, Alessio Romero, Osiris Blade, Daxton Ryker, Brett Bradley, Trey Turner, Sean Duran, Romance, Alejandro Fusco, Owen Powers, Scott Riley and

Gay Adult News | Tags: Angel Santana, bareback, Big Dicks, Bowling Alley Fuckdown, gay porn news, Kissing, Latin Twinks, Malik Delgaty, Men.com, rimming

LOS ANGELES, CA — (04-16-24) — MEN.com exclusive superstar Malik Delgaty fucks gorgeous gay porn Twink newcomer Angel Santana in 'Bowling Alley Fuckdown', of the latest gay xxx productions unleashed by the multi award-winning MEN.com Network. Synopsis: "Angel Santana asks his pal's hot BF Malik Delgaty for some

2/13/25, 5:53 PM
Case 1:25-cv-00333-ALC    Document 30-4    Filed 02/15/25    Page 11 of 11
You searched for dark alley - JRL CHARTS

stars Leo Forte, Nick Milani, Jackson Cooper, Cesar Rossi, August Alexander, Damian Crosse and Jacob Woods. Synopsis: " Boomer Banks and [...]

Read More

Milan Gamiani, Dark Alley Media is sure to generate huge reviews for their army [...]

Read More


pointers on his bowling form, and gets [...]

Read More

# Desert Dick Pigs 2 DVD – Boomer Banks, Drew Sebastian

By JRL Charts | July 31st, 2020 | Categories: Gay Adult News | Tags: and Cain Marko, bareback, Boomer Banks, Breeding, Brian Bonds, creampie, dark alley media, Desert Dick Pigs Part 2, Digger, Drew Sebastian, Ecksman, gay porn DVD new release, gay porn new release, Gay porn scene, Mason Lear, orgies, raw fuck club, Ryan Carter

---

NEW YORK, NY — (07-31-20) — One of the hottest gay porn movies of the summer is without a doubt,