# EXHIBIT 5

# distributors : dark alley media

| Movie Title | Label | Year | Rev | Buy |
|---|---|---|---|---|
| Last Call: A Story of Deceit | Dark Ink | 2003 | | |
| Mutiny | Dark Alley Media | 2005 | | |
| Mutiny: Shipmates Revenge | Dark Alley Media | 2005 | 1 | |
| No Exit | Dark Alley Media | 2005 | | X |
| Owen Hawk: Unleashed | Dark Alley Media | 2005 | | |
| Ass Fucked | Wurstfilm | 2006 | 1 | X |
| Fisting Punks | Dark Alley Media | 2006 | | |
| Fisting Underground 1 | Dark Alley Media | 2006 | | |
| Fisting Underground 2 | Dark Alley Media | 2006 | | |
| Leather Punks | Dark Alley Media | 2006 | | |
| Paris Behind Closed Doors | Dark Alley Media | 2006 | | |
| Quickies | Dark Alley Media | 2006 | | X |
| Show | Dark Alley Media | 2006 | | |
| Show 2 | Dark Alley Media | 2006 | 1 | |
| Show: Part 1 | Dark Alley Media | 2006 | | |
| Weekend | Dark Alley Media | 2006 | | X |
| 20 Fist Weekend | Dark Alley Media | 2007 | | |
| 20 Fist Weekend 2 | Dark Alley Media | 2007 | | |
| 8.5 | Dark Alley Media | 2007 | | |
| Extreme | Prime Pork | 2007 | | X |
| Fistmeat | Prime Pork | 2007 | | |
| Fuck Freight | Wurstfilm | 2007 | | |
| Gaytanamo | Dark Alley Media | 2007 | 2 | |

| Movie Title | Label | Year | Rev | Buy |
|---|---|---|---|---|
| Papi's Fist | Dark Alley Media | 2007 | | |
| Passio | Dark Alley Media | 2007 | | |
| Raw in Paris | Dark Alley Media | 2007 | | |
| Shockwave | Dark Alley Media | 2007 | | |
| Take My Fist | Prime Pork | 2007 | | X |
| Von Fistenberg's 8 1-2 | Dark Alley Media | 2007 | | |
| Wanted: The Owen Hawk Collection | Dark Alley Media | 2007 | | |
| Cunt Wreckers: The Folsom Pig Fest | Dark Alley Media | 2008 | | |
| Fisting Underground 3 | Dark Alley Media | 2008 | | |
| Fisting Underground Berlin | Dark Alley Media | 2008 | | |
| Junkyard Cumholes | Dark Alley Media | 2008 | | |
| Raw Fuck Club | Dark Alley Media | 2008 | | |
| Tattoo Twinks | Dark Alley Media | 2008 | | |
| Water Rats | Wurstfilm | 2008 | | |
| 3 Da Raw Way | Dark Alley Media | 2009 | | |
| Bareback Frathouse Dungeon | Dark Alley Media | 2009 | 1 | |
| Bred in Captivity | Dark Alley Media | 2009 | 1 | |
| Crude | Dark Alley Media | 2009 | | X |
| Cum Dump Hotel | Dark Alley Media | 2009 | | |
| Cunt Wreckers | Dark Alley Media | 2009 | | |
| Gang Fucked | Dark Alley Media | 2009 | 1 | X |
| Gaytanamo Raw | Dark Alley Media | 2009 | | |
| Hole Abuse | Dark Alley Media | 2009 | | |
| L.A. Raw | Dark Alley Media | 2009 | | X |
| Shockwave 2: Silence of the Pigs | Dark Alley Media | 2009 | | |

| Movie Title | Label | Year | Rev | Buy |
|---|---|---|---|---|
| Toy Stories | Dark Alley Media | 2009 | | X |
| Uber-Pig: The Danny Fox Collection | Dark Alley Media | 2009 | | |
| Ass Alert | Wurstfilm | 2010 | | |
| Bareback Whores | Raw Riders Studios | 2010 | | |
| Barebacking With Lars Svenson | Raw Riders Studios | 2010 | | |
| BlackBreeders.com: The Auditions | Forbidden Funk Media | 2010 | | |
| Breeding Grounds | Raw Riders Studios | 2010 | | |
| Dame La Pinga Gimme That Cock | Raw Fuck Club | 2010 | | |
| Dinge: Dirty, Funky, RAW | Forbidden Funk Media | 2010 | 1 | |
| Fist And Fuck: A Hardcore Collection | Dark Alley Media | 2010 | | |
| Freaks 5 | Wurstfilm | 2010 | 1 | |
| Fuck Marriage | Wurstfilm | 2010 | | |
| Hard On: London Underground | Dark Alley Media | 2010 | | |
| Hard On: Raw | Dark Alley Media | 2010 | | |
| L.A. Zombie Hardcore | Wurstfilm | 2010 | | |
| Pigs Don't Stop | Dark Alley Media | 2010 | | |
| Raw Jock House | Raw Riders Studios | 2010 | 1 | |
| Raw Magnum Fuckas | Forbidden Funk Media | 2010 | | |
| Rio After Dark | Halcyon Video | 2010 | | |
| Slut Bangers | Raw Fuck Club | 2010 | | |
| Super Charged | Raw Fuck Club | 2010 | | X |
| White Boy Bottom Sluts | Dark Alley Media | 2010 | 1 | |
| White Hot (II) | Halcyon Video | 2010 | | |
| White Hot (II) (new) | Halcyon Video | 2010 | | |
| Bad Seed | Dark Alley Media | 2011 | | |

| Movie Title | Label | Year | Rev | Buy |
|---|---|---|---|---|
| Bang It Out | Dark Alley Media | 2011 | | X |
| Bareback Amateurs 1: Raw and Ready | Dark Alley Media | 2011 | | |
| Bareback Gut Fuckers 1 | Dark Alley Media | 2011 | | |
| Code Raw | Raw Riders Studios | 2011 | | |
| Darkside | Dark Alley Media | 2011 | 2 | X |
| Fisting Amazons | Dark Alley Media | 2011 | | |
| Hole Puncher | Dark Alley Media | 2011 | | |
| Inter Breeders | Raw Riders Studios | 2011 | | |
| Ipanema Heat | Halcyon Video | 2011 | | |
| Masked Men: Matthias' Fist Fantasies 1 | Dark Alley Media | 2011 | | |
| Max and the City | Wurstfilm | 2011 | | |
| Monster Inside Me | Raw Fuck Club | 2011 | | |
| Shockwave 3 | Dark Alley Media | 2011 | | |
| Bareback Amateurs 3: Ruff Enuff | Raw Riders Studios | 2012 | | |
| Bareback Gut Fuckers 2 | Dark Alley Media | 2012 | | |
| Bareback Gut Fuckers 3 | Dark Alley Media | 2012 | | |
| Danger Zone | Raw Fuck Club | 2012 | | |
| Dark Room 1 | Dark Alley Media | 2012 | | |
| Dark Room 2 | Dark Alley Media | 2012 | | |
| Fist Animals | Dark Alley Media | 2012 | | |
| Fuck Freaks | Wurstfilm | 2012 | | X |
| Fuckin' Trash | Dark Alley Media | 2012 | | |
| Gloryhole Cruising | Raw Fuck Club | 2012 | | |
| Gut Feelings | Dark Alley Media | 2012 | | |
| Machismo | Dark Alley Media | 2012 | | |

| Movie Title | Label | Year | Rev | Buy |
|---|---|---|---|---|
| Mason Wyler Raw | Dark Alley Media | 2012 | | |
| Mayhem | Dark Alley Media | 2012 | | X |
| Pig Out | Dark Alley Media | 2012 | | |
| Pig Papi | Dark Alley Media | 2012 | | |
| Power Studs | Raw Fuck Club | 2012 | | |
| Raw Perverts 3 | Wurstfilm | 2012 | | |
| Real Pump N Dumps of Los Angeles | Raw Fuck Club | 2012 | | |
| Rugged | Dark Alley Media | 2012 | | |
| Work Loads | Raw Fuck Club | 2012 | | X |
| Antonio Biaggi vs. Lito Cruz | Dark Alley Media | 2013 | | |
| Berlin Horse Market | Wurstfilm | 2013 | | |
| Call Of Buty: Black Tops | Dark Alley Media | 2013 | | |
| Call of Büty | Dark Alley Media | 2013 | | |
| Dark Room 3 | Dark Alley Media | 2013 | | |
| Dark Room 4 | Dark Alley Media | 2013 | | |
| Dark Room 5 | Dark Alley Media | 2013 | | |
| Deep Woods | Raw Fuck Club | 2013 | | |
| Desperate Householes 2 | Raw Entry Club | 2013 | | |
| Eat Pray Load | Raw Fuck Club | 2013 | | |
| Gang Fucked 2 | Raw Fuck Club | 2013 | | X |
| Gloryhole Cruising 2 | Raw Fuck Club | 2013 | | |
| Inner Devil | Raw Fuck Club | 2013 | | |
| Inner Devil 2 | Raw Fuck Club | 2013 | | |
| Piss Prison | Wurstfilm | 2013 | | |
| Raw City 2 | Dark Alley Media | 2013 | | |

| Movie Title | Label | Year | Rev | Buy |
|---|---|---|---|---|
| Raw Muscle Pig | Dark Alley Media | 2013 | | |
| Work Loads 2 | Dark Alley Media | 2013 | | |
| 2 For 1 Tag Team Breeding | Dark Alley Media | 2014 | | |
| After Shock | Dark Alley Media | 2014 | | X |
| Bareback Gut Fuckers 4 | Dark Alley Media | 2014 | | |
| Berlin Raw to the Bone | Dark Alley Media | 2014 | | |
| Bottom Feeder | Dark Alley Media | 2014 | | X |
| Cummin' Inside 1 | Raw Fuck Club | 2014 | | |
| Danger Zone 2 | Dark Alley Media | 2014 | | |
| Dark Room 6 | Dark Alley Media | 2014 | | |
| Desperate Householes | Dark Alley Media | 2014 | | |
| Gang Fucked 3 | Dark Alley Media | 2014 | | X |
| Hawked | Dark Alley Media | 2014 | | |
| Load Sharks | Dark Alley Media | 2014 | | |
| Monster Inside Me 4: Return to Rio | Dark Alley Media | 2014 | | |
| Once You Go Black | Dark Alley Media | 2014 | | X |
| Raw Is the New Black | Forbidden Funk Media | 2014 | | |
| Sex Crimes | Dark Alley Media | 2014 | | X |
| Super Bum Love | Raw Fuck Club | 2014 | | |
| Turnt Up | Dark Alley Media | 2014 | | |
| When Black Men Attack | Forbidden Funk Media | 2014 | | |
| Blue's Balls: The Blue Bailey Collection | Dark Alley Media | 2015 | | |
| Bottom Feeders 2 | Raw Fuck Club | 2015 | | X |
| Butt Hurt | Dark Alley Media | 2015 | | X |
| Daddy Issues (IV) | Dark Alley Media | 2015 | | X |

| Movie Title | Label | Year | Rev | Buy |
|---|---|---|---|---|
| Fistenberg Returns | Dark Alley Media | 2015 | | |
| Fucking Hostile 2 | Dark Alley Media | 2015 | | |
| Gang Fucked 4 | Raw Fuck Club | 2015 | | X |
| Gang Fucked 5 | Dark Alley Media | 2015 | | X |
| Hairy Raw Pigs | Raw Fuck Club | 2015 | | |
| Hung Breeders | Raw Films | 2015 | | X |
| Meat | Dark Alley Media | 2015 | | |
| Monster 5: Swamp Ass Breeders | Raw Films | 2015 | | |
| On Edge | Dark Alley XT | 2015 | | X |
| Pure Bred | Raw Fuck Club | 2015 | | |
| Raw Rooftop Renegades | Dark Alley Media | 2015 | | |
| Rough Ride | Dark Alley XT | 2015 | 1 | |
| Thirsty Sluts | Raw Fuck Club | 2015 | | |
| Twisted | Dark Alley Media | 2015 | | X |
| Wildlife 1 | Dark Alley Media | 2015 | | |
| Amped Up | Dark Alley Media | 2016 | | |
| Bareback Gutfuckers 5 | Dark Alley Media | 2016 | | |
| Born to Be Bred 2 | Dark Alley Media | 2016 | | |
| Bunker 2 | Dark Alley Media | 2016 | | |
| Call of Buty 3: Going Commando | Raw Fuck Club | 2016 | | |
| Folsom Loading Zone | Raw Fuck Club | 2016 | | |
| Fuck You | Dark Alley Media | 2016 | | X |
| Fucking Hostile 3 | Dark Alley Media | 2016 | 1 | X |
| GoGo Gangbang | Dark Alley Media | 2016 | | |
| Limelight | Dark Alley Media | 2016 | | |

Dark Alley Media distributor lookup - iafd.com

| Movie Title | Label | Year | Rev | Buy |
|---|---|---|---|---|
| Load Bearing Whores | Dark Alley Media | 2016 | | |
| Monster Inside Me 6 | Raw Fuck Club | 2016 | | |
| Raw Black Power | blackbreeders.com | 2016 | | |
| Raw Harlem Holes 1 | Forbidden Funk Media | 2016 | | |
| Rawnonymous | Raw Fuck Club | 2016 | | |
| Slut Drive | Dark Alley Media | 2016 | | |
| Territorial Fuckover | Dark Alley Media | 2016 | | |
| BBC 4: Black By Popular Demand | Dark Alley Media | 2017 | | |
| Blacker They Are the Harder They Cum | Forbidden Funk Media | 2017 | | |
| Cage | Dark Alley Media | 2017 | | X |
| Creaming Twinks | Dark Alley Media | 2017 | | |
| Cummin' Inside 2 | Dark Alley Media | 2017 | | |
| Fire Island Fuck Boy | Dark Alley Media | 2017 | | |
| Furry Muscle Studs | Dark Alley Media | 2017 | | |
| Gang Bang Breeders 2 | Dark Alley Media | 2017 | | |
| Ganged Up | Dark Alley Media | 2017 | | |
| Gaytanamo 2: Resist 2 | Dark Alley Media | 2017 | | |
| Gutted | Dark Alley Media | 2017 | | |
| Gutted 2 | Dark Alley Media | 2017 | | |
| Hacked | Dark Alley Media | 2017 | 1 | |
| Hard Blak Raw | Black Breeders | 2017 | | |
| Hard Blak Raw 3: Loaded! | Black Breeders | 2017 | | |
| HBR 2 | Black Breeders | 2017 | | |
| Hot Tub Fuck Machine (II) | Dark Alley Media | 2017 | | |
| Pumped | Raw Fuck Club | 2017 | | X |

| Movie Title | Label | Year | Rev | Buy |
|---|---|---|---|---|
| Pumped 2 | Dark Alley Media | 2017 | | |
| Raw Black Power 2: Black Torpedoes | blackbreeders.com | 2017 | | |
| Raw Black Power 3: Triple Raw Soul | blackbreeders.com | 2017 | | |
| Sex Beasts | Dark Alley Media | 2017 | | |
| Sex Club Sluts 1 | Dark Alley Media | 2017 | | |
| Sex Club Sluts 2 | Raw Fuck Club | 2017 | | |
| Tag-Team Breeders | Dark Alley Media | 2017 | | |
| Cock Hammer: The Tex Davidson Collection | Dark Alley Media | 2018 | | |
| Daddy Issues 2 (II) | Dark Alley Media | 2018 | | |
| Dark Alley Breeders | Dark Alley Media | 2018 | | |
| Dark Alley Breeders 2 | Raw Fuck Club | 2018 | | |
| Deep State | Raw Fuck Club | 2018 | | |
| Designated Bottom: Ian Greene | Dark Alley Media | 2018 | | |
| Fucking Famous | Raw Fuck Club | 2018 | | |
| Gang Bang Breeders 3 | Dark Alley Media | 2018 | | |
| Gang Bang Proposal (II) | Raw Fuck Club | 2018 | | |
| Gutted 3 | Dark Alley Media | 2018 | | |
| He's Gotta Have It | Black Breeders | 2018 | | |
| High Rise | Raw Fuck Club | 2018 | | X |
| Hung Raw Tops | Dark Alley Media | 2018 | | |
| Interracial Dungeon | Raw Fuck Club | 2018 | | |
| Load Lounge | Dark Alley Media | 2018 | | |
| Logan Moore Gang Bang | Raw Fuck Club | 2018 | | |
| Michael Roman's Gang Bang | Dark Alley Media | 2018 | | |
| Orgy Fest | Dark Alley Media | 2018 | | X |

| Movie Title | Label | Year | Rev | Buy |
|---|---|---|---|---|
| Seth Santoro Gang Bang | Dark Alley Media | 2018 | | |
| Star Fuckers: Andy Star Collection | Dark Alley Media | 2018 | | |
| Wild Side | Dark Alley Media | 2018 | | X |
| Backroom Fuck Boys | Raw Fuck Club | 2019 | | X |
| Damaged Bottom Gang Bang | Dark Alley Media | 2019 | | X |
| Dolf Dietrich Collection | Dark Alley Media | 2019 | | X |
| Endgame | Dark Alley Media | 2019 | | X |
| Fully Loaded | Raw Fuck Club | 2019 | | X |
| Group Fuck Boys | Dark Alley Media | 2019 | | |
| Hung Daddy Breeders | Raw Fuck Club | 2019 | | |
| Jonah Fontana Gang Bang | Dark Alley Media | 2019 | | |
| Pig Week Orgy | Raw Fuck Club | 2019 | | |
| Black Dicktators | Black Breeders | 2020 | | X |
| Cum Hungry Fuckboys | Raw Fuck Club | 2020 | | X |
| Daddy Heaven | Dark Alley Media | 2020 | | X |
| Desert Dick Pigs 1 | Dark Alley Media | 2020 | | |
| Desert Dick Pigs 2 | Dark Alley Media | 2020 | | X |
| Hot Boy Summer | Raw Fuck Club | 2020 | | X |
| Hung Daddy Breeders 2 | Raw Fuck Club | 2020 | | |
| I Am Hole | Raw Fuck Club | 2020 | | X |
| Jack Vidra Gang Bang | Dark Alley Media | 2020 | | X |
| Michael Boston Creampie (II) | Dark Alley Media | 2020 | | |
| Penthouse Pigs | Raw Fuck Club | 2020 | | |
| Penthouse Pigs 2 | Dark Alley Media | 2020 | | X |
| Pig Week Orgy 2020 | Raw Fuck Club | 2020 | | X |

| Movie Title | Label | Year | Rev | Buy |
|---|---|---|---|---|
| Pussyboi Gang Bang | Dark Alley Media | 2020 | | X |
| Saturated: Jackson Radiz Gang Bang | Raw Fuck Club | 2020 | | |
| Storm Season | Dark Alley Media | 2020 | | X |
| Daddy's House | Dark Alley Media | 2021 | | X |
| Daddy's House 2 | Dark Alley Media | 2021 | | X |
| Gang Bang Orgy | Raw Fuck Club | 2021 | | X |
| Hot Boy Summer 2 | Dark Alley Media | 2021 | | X |
| Hung Miami | Dark Alley Media | 2021 | | X |
| Hung Miami 2 | Dark Alley Media | 2021 | | X |
| Man Power | Raw Fuck Club | 2021 | | X |
| Manpower | Dark Alley Media | 2021 | | X |
| Fucked in the Club (II) | Dark Alley Media | 2022 | | |
| Gang Bang Loads | Dark Alley Media | 2022 | | X |
| Hell's Kitchen Cum Sluts | Dark Alley Media | 2022 | | X |
| Hell's Kitchen Cum Sluts 2 | Dark Alley Media | 2022 | | X |
| Meat Market | Raw Fuck Club | 2022 | | |
| Meat Market 2 | Dark Alley Media | 2022 | | X |
| Used | Raw Fuck Club | 2022 | | X |
| Used Harder | Dark Alley Media | 2022 | | X |
| ASSension | Dark Alley Media | 2023 | | X |
| ASSension 2 | Dark Alley Media | 2023 | | |
| Atlanta Loads | Dark Alley Media | 2023 | | |
| Dick Down (II) | Dark Alley Media | 2023 | | |
| Dick Heaven | Dark Alley Media | 2023 | | X |
| Gangbang Lottery | Dark Alley Media | 2023 | | X |

| Movie Title | Label | Year | Rev | Buy |
|---|---|---|---|---|
| Gangbang Season 1 | Dark Alley Media | 2023 | | |
| Hung Thick | Dark Alley Media | 2023 | | X |
| Seed City | Dark Alley Media | 2023 | | X |
| Cock Whores | Raw Fuck Club | 2024 | | X |
| Gangbang Squad 2: Jesse Stone | Dark Alley Media | 2024 | | |
| XL Kings | Dark Alley Media | 2024 | | X |
| Zane Bang (II) | Raw Fuck Club | 2024 | | |

Showing 1 to 280 of 280 entries

**Copyright 1999-2025 iafd.com**

Archiving, reproduction, re-distribution or transmission of this site by any means without the prior permission of iafd.com is prohibited. All rights reserved