# EXHIBIT 6



Domain Research Suite

DRS credits available: 450 Purchase now

ryanj

Search tools

- Reverse WHOIS Search
- WHOIS History Search
- WHOIS Search
- Reverse DNS Search
- Domain Availability Check
- Domains & Subdomains Discovery

Monitoring tools

- Domain Monitor
- Registrant Monitor
- Brand Monitor

1 request costs 50 DRS credits.
API integration available.
Read the tutorial

# WHOIS History Search

Find the domain's ownership history.

Enter domain name | Search

## Historical WHOIS record(s) for rawfuckclub.com

Download PDF

### Website's contacts

Contacts API

**Meta**

- **Title:** Raw Fuck Club
- **Description:** RFC Original + Top Fan Content. Hands down the best gay porn site on the internet featuring professionally produced content from top bareback studios and amateurs
- **Country code:** US

**Social links**

- **Facebook:** -
- **Instagram:** -

Retrieving website categorization

| | | |
|---|---|---|
| 37 Historical record(s) found | 3 Different domain registrar(s) | 38% Records with public ownership data |
| 1,949 Change(s) detected | 5 Different domain owner(s) | 5,035 Day(s) of tracking the domain |

Record(s) by date

WHOIS record on January 10, 2025

Compare with WHOIS record: Sep 14, 2024

Jan 10, 2025

Sep 14, 2024

Domain age

Changed fields are highlighted in orange. Raw Text, Clean Text fields are excluded from comparison. Hover over the changed fields to see the past value.

Created Date: August 2, 2007 19:02:08 UTC

## Domain Research Suite

Aug 03, 2024
DRS credits available: 450
May 02, 2024

Purchase now

Updated Date: August 3, 2024 00:02:03 UTC
August 2, 2034 19:02:08 UTC

ryanj

**Search tools**

- Reverse WHOIS Search
- WHOIS History Search
- WHOIS Search
- Reverse DNS Search
- Domain Availability Check
- Domains & Subdomains Discovery

**Monitoring tools**

- Domain Monitor
- Registrant Monitor
- Brand Monitor

Dec 19, 2023
Sep 16, 2023
Apr 25, 2023
Oct 17, 2022
Sep 06, 2022
Jul 26, 2022
Apr 17, 2022
Mar 25, 2022
Mar 25, 2022
Dec 22, 2021
Dec 21, 2021
Oct 01, 2021
Apr 03, 2021
Apr 03, 2020
Feb 04, 2020
Nov 09, 2019
Aug 23, 2019
Dec 22, 2018
Jul 14, 2018
Apr 02, 2018
Aug 12, 2017
Apr 11, 2017
Oct 20, 2016
Jul 29, 2016
Apr 10, 2016
Dec 29, 2015
Sep 24, 2015
Feb 07, 2015
Mar 08, 2014
Dec 01, 2013
Jul 27, 2013
May 20, 2012
Mar 30, 2011

### Registrar Name

Hosting Concepts B.V. d/b/a Registrar.eu ›

### WHOIS Server

whois.registrar.eu ›

### Name Servers

ns-1832.awsdns-37.co.uk|ns-477.awsdns-59.com|ns-1092.awsdns-08.org|ns-727.awsdns-26.net    ›

### Status

clientTransferProhibited

### Registrant Contact

Registrant Name: REDACTED FOR PRIVACY ›
Registrant Organization: PPVNetworks ›
Registrant Street: REDACTED FOR PRIVACY ›
Registrant City: REDACTED FOR PRIVACY ›
Registrant State/Province: O R ›
Registrant Postal Code: REDACTED FOR PRIVACY ›
Registrant Country: UNITED STATES ›
Registrant Email: ---
Registrant Phone: ---
Registrant Phone Extension: ---
Registrant Fax: ---
Registrant Fax Extension: ---

### Administrative Contact

Administrative Name: REDACTED FOR PRIVACY ›
Administrative Organization: REDACTED FOR PRIVACY ›
Administrative Street: REDACTED FOR PRIVACY ›
Administrative City: REDACTED FOR PRIVACY ›
Administrative State/Province: REDACTED FOR PRIVACY ›
Administrative Postal Code: REDACTED FOR PRIVACY ›
Administrative Country: REDACTED FOR PRIVACY ›
Administrative Email: ---
Administrative Phone: ---
Administrative Phone Extension: ---
Administrative Fax: ---
Administrative Fax Extension: ---

### Technical Contact

Technical Name: REDACTED FOR PRIVACY ›
Technical Organization: REDACTED FOR PRIVACY ›
Technical Street: REDACTED FOR PRIVACY ›



Domain Research Suite

DRS credits available: 450    Purchase now    ryanj

**Search tools**

Reverse WHOIS Search

WHOIS History Search

WHOIS Search

Reverse DNS Search

Domain Availability Check

Domains & Subdomains Discovery

**Monitoring tools**

Domain Monitor

Registrant Monitor

Brand Monitor

Technical City: REDACTED FOR PRIVACY
Technical State/Province: REDACTED FOR PRIVACY
Technical Postal Code: REDACTED FOR PRIVACY ›
Technical Country: REDACTED FOR PRIVACY ›
Technical Email: ---
Technical Phone: ---
Technical Phone Extension: ---
Technical Fax: ---
Technical Fax Extension: ---

Clean Text ⌄

Raw Text ⌄

WHOIS record on September 14, 2024 ⌄

WHOIS record on August 3, 2024 ⌄

WHOIS record on May 2, 2024 ⌄

WHOIS record on December 19, 2023 ⌄

WHOIS record on September 16, 2023 ⌄

WHOIS record on April 25, 2023 ⌄

WHOIS record on October 17, 2022 ⌄

WHOIS record on September 6, 2022 ⌄

WHOIS record on July 26, 2022 ⌃

Compare with    WHOIS record: Apr 17, 2022 ⌄

**Domain age**                Changed fields are highlighted in orange. Raw Text,
Created Date: August 2, 2007 19:02:08 UTC    Clean Text fields are excluded from comparison.
                              Blue means changed to the past value.
Updated Date: June 23, 2022 18:35:52 UTC
Expires Date: August 2, 2024 19:02:08 UTC



Registrar Name

DRS credits available: 450    Purchase now    ryanj

Hosting Concepts B.V. d/b/a Registrar.eu ⚑

WHOIS Server

whois.registrar.eu ›

Name Servers

NS-1092.AWSDNS-08.ORG ›
NS-1832.AWSDNS-37.CO.UK ›
NS-477.AWSDNS-59.COM ›
NS-727.AWSDNS-26.NET ›

Status

clientTransferProhibited

Registrant Contact

Registrant Name: REDACTED FOR PRIVACY ›
Registrant Organization: PPVNetworks ›
Registrant Street: REDACTED FOR PRIVACY ›
Registrant City: REDACTED FOR PRIVACY ›
Registrant State/Province: O R ›
Registrant Postal Code: REDACTED FOR PRIVACY ›
Registrant Country: UNITED STATES ›
Registrant Email: ---
Registrant Phone: ---
Registrant Phone Extension: REDACTED FOR PRIVACY ›
Registrant Fax: ---
Registrant Fax Extension: REDACTED FOR PRIVACY ›

Administrative Contact

Administrative Name: REDACTED FOR PRIVACY ›
Administrative Organization: REDACTED FOR PRIVACY ›
Administrative Street: REDACTED FOR PRIVACY ›
Administrative City: REDACTED FOR PRIVACY ›
Administrative State/Province: REDACTED FOR PRIVACY ›
Administrative Postal Code: REDACTED FOR PRIVACY ›
Administrative Country: REDACTED FOR PRIVACY ›
Administrative Email: ---
Administrative Phone: ---
Administrative Phone Extension: REDACTED FOR PRIVACY ›
Administrative Fax: ---
Administrative Fax Extension: REDACTED FOR PRIVACY ›

Technical Contact

Technical Name: REDACTED FOR PRIVACY ›
Technical Organization: REDACTED FOR PRIVACY ›

## Domain Research Suite

### Search tools

Reverse WHOIS Search
WHOIS History Search
WHOIS Search
Reverse DNS Search
Domain Availability Check
Domains & Subdomains Discovery

### Monitoring tools

Domain Monitor
Registrant Monitor
Brand Monitor



**Domain Research Suite**

DRS credits available: 450    Purchase now    ryanj

**Search tools**

Reverse WHOIS Search
WHOIS History Search
WHOIS Search
Reverse DNS Search
Domain Availability Check
Domains & Subdomains Discovery

**Monitoring tools**

Domain Monitor
Registrant Monitor
Brand Monitor

Technical Street: REDACTED FOR PRIVACY
Technical City: REDACTED FOR PRIVACY
Technical State/Province: REDACTED FOR PRIVACY ›
Technical Postal Code: REDACTED FOR PRIVACY ›
Technical Country: REDACTED FOR PRIVACY ›
Technical Email: ---
Technical Phone: ---
Technical Phone Extension: REDACTED FOR PRIVACY ›
Technical Fax: ---
Technical Fax Extension: REDACTED FOR PRIVACY ›

Clean Text ⌄

Raw Text ⌄

WHOIS record on April 17, 2022 ⌄

WHOIS record on March 25, 2022 ⌄

WHOIS record on March 25, 2022 ⌄

WHOIS record on December 22, 2021 ⌄

WHOIS record on December 21, 2021 ⌄

WHOIS record on October 1, 2021 ⌄

WHOIS record on April 3, 2021 ⌄

WHOIS record on April 3, 2020 ⌄

WHOIS record on February 4, 2020 ⌄

WHOIS record on November 9, 2019 ⌄



## Domain Research Suite

DRS credits available: 450    Purchase now    ryanj

**Search tools**

Reverse WHOIS Search

WHOIS History Search

WHOIS Search

Reverse DNS Search

Domain Availability Check

Domains & Subdomains Discovery

**Monitoring tools**

Domain Monitor

Registrant Monitor

Brand Monitor

---

WHOIS record on August 23, 2019

WHOIS record on December 22, 2018

WHOIS record on July 14, 2018

WHOIS record on April 2, 2018

### Domain age

Compare with    WHOIS record: Aug 12, 2017

Changed fields are highlighted in orange. Raw Text, Clean Text fields are excluded from comparison.

Created Date: August 2, 2007 19:02:08 UTC
Updated Date: August 13, 2015 13:52:46 UTC
Expires Date: August 2, 2022 19:02:08 UTC

### Registrar Name

ENOM, INC.

### WHOIS Server

whois.enom.com

### Name Servers

NS-1092.AWSDNS-08.ORG
NS-1832.AWSDNS-37.CO.UK
NS-477.AWSDNS-59.COM
NS-727.AWSDNS-26.NET

### Status

clientTransferProhibited

### Registrant Contact

Registrant Name: ROBERT FELT
Registrant Organization: DARK ALLEY MEDIA
Registrant Street: 250 WEST 40TH ST, 4TH FLOOR
Registrant City: NEW YORK
Registrant State/Province: NY
Registrant Postal Code: 10018
Registrant Country: UNITED STATES
Registrant Email: LICENSING@PPVNETWORKS.COM
Registrant Phone: 12123801010
Registrant Phone Extension: ---
Registrant Fax: ---
Registrant Fax Extension: ---



## Administrative Contact

DRS credits available: 450    **Purchase now**    ryanj

Administrative Name: JOHN GANES  ›
Administrative Organization: PPVNETWORKS  ›
Administrative Street: 9450 SW GEMINI DR #40453  ›
Administrative City: BEAVERTON  ›
Administrative State/Province: OR  ›
Administrative Postal Code: 97008  ›
Administrative Country: UNITED STATES  ›
Administrative Email: LICENSING@PPVNETWORK  ›
S.COM
Administrative Phone: 16463951227  ›
Administrative Phone Extension: ---
Administrative Fax: ---
Administrative Fax Extension: ---

## Technical Contact

Technical Name: JOHN GANES  ›
Technical Organization: PPVNETWORKS  ›
Technical Street: 9450 SW GEMINI DR #40453  ›
Technical City: BEAVERTON  ›
Technical State/Province: OR  ›
Technical Postal Code: 97008  ›
Technical Country: UNITED STATES  ›
Technical Email: LICENSING@PPVNETWORKS.COM  ›
Technical Phone: 16463951227  ›
Technical Phone Extension: ---
Technical Fax: ---
Technical Fax Extension: ---

Clean Text ›

Raw Text ›

### WHOIS record on August 12, 2017  ^

Compare with    WHOIS record: Apr 11, 2017  ⌄

## Domain age

Changed fields are highlighted in orange. Raw Text,
Clean Text fields are excluded from comparison.
Created Date: August 2, 2007 19:02:08 UTC the past value.

Updated Date: March 4, 2017 03:13:11 UTC

Expires Date: August 2, 2022 19:02:08 UTC

## Registrar Name

eNom, Inc. ›

## WHOIS Server

whois.enom.com ›

## Name Servers

# Domain Research Suite

DRS credits available: **450**        **Purchase now**        ryanj

## Search tools

- Reverse WHOIS Search
- WHOIS History Search
- WHOIS Search
- Reverse DNS Search
- Domain Availability Check
- Domains & Subdomains Discovery

## Monitoring tools

- Domain Monitor
- Registrant Monitor
- Brand Monitor

NS-1092.AWSDNS-08.ORG
NS-1502.AWSDNS-37.CO.UK
NS-477.AWSDNS-59.COM
NS-727.AWSDNS-26.NET

## Status

clientTransferProhibited

## Registrant Contact

Registrant Name: ROBERT FELT
Registrant Organization: DARK ALLEY MEDIA
Registrant Street: 250 WEST 40TH ST, 4TH FLOOR
Registrant City: NEW YORK
Registrant State/Province: NY
Registrant Postal Code: 10018
Registrant Country: UNITED STATES
Registrant Email: LICENSING@PPVNETWORKS.COM
Registrant Phone: 12123801010
Registrant Phone Extension: ---
Registrant Fax: ---
Registrant Fax Extension: ---

## Administrative Contact

Administrative Name: JOHN GANES
Administrative Organization: PPVNETWORKS
Administrative Street: 9450 SW GEMINI DR #40453
Administrative City: BEAVERTON
Administrative State/Province: OR
Administrative Postal Code: 97008
Administrative Country: UNITED STATES
Administrative Email: LICENSING@PPVNETWORKS.COM
Administrative Phone: 16463951227
Administrative Phone Extension: ---
Administrative Fax: ---
Administrative Fax Extension: ---

## Technical Contact

Technical Name: JOHN GANES
Technical Organization: PPVNETWORKS
Technical Street: 9450 SW GEMINI DR #40453
Technical City: BEAVERTON
Technical State/Province: OR
Technical Postal Code: 97008
Technical Country: UNITED STATES
Technical Email: LICENSING@PPVNETWORKS.COM
Technical Phone: 16463951227
Technical Phone Extension: ---
Technical Fax: ---
Technical Fax Extension: ---

## Clean Text

Raw Text



# Domain Research Suite

DRS credits available: 450      **Purchase now**      ⊙ ryanj

## Search tools

- ⦿ Reverse WHOIS Search
- ⦿ WHOIS History Search
- ⦿ WHOIS Search
- ⦿ Reverse DNS Search
- ⦿ Domain Availability Check
- ⦿ Domains & Subdomains Discovery

## Monitoring tools

- ⦿ Domain Monitor
- ⦿ Registrant Monitor
- ⦿ Brand Monitor

---

WHOIS record on **April 11, 2017**      ⌃

Compare with      | WHOIS record: Oct 20, 2016 ⌄ |

### Domain age

Created Date: August 2, 2007 00:00:00 UTC

Changed fields are highlighted in orange. Raw Text, Clean Text fields are excluded from comparison. Hover over the field to see the past value.

Updated Date: March 4, 2017 00:00:00 UTC

Expires Date: August 2, 2022 00:00:00 UTC

### Registrar Name

ENOM, INC.  ›

### WHOIS Server

whois.enom.com  ›

### Name Servers

NS-1092.AWSDNS-08.ORG  ›
NS-1832.AWSDNS-37.CO.UK  ›
NS-477.AWSDNS-59.COM  ›
NS-727.AWSDNS-26.NET  ›

### Status

clientTransferProhibited

https://icann.org/epp#clientTransferProhibited

### Registrant Contact

Registrant Name: ROBERT FELT  ›
Registrant Organization: DARK ALLEY MEDIA  ›
Registrant Street: 250 WEST 40TH ST, 4TH FLOOR  ›
Registrant City: NEW YORK  ›
Registrant State/Province: NY  ›
Registrant Postal Code: 10018  ›
Registrant Country: UNITED STATES  ›
Registrant Email: LICENSING@PPVNETWORKS.CO M  ›
Registrant Phone: 12123801010  ›
Registrant Phone Extension: ---
Registrant Fax: ---
Registrant Fax Extension: ---

### Administrative Contact

Administrative Name: JOHN GANES  ›
Administrative Organization: PPVNETWORKS  ›
Administrative Street: 9450 SW GEMINI DR #40453  ›

Domain Research Suite

DRS credits available: 450    Purchase now    👤 ryanj

**Search tools**

🔘 Reverse WHOIS Search

🔘 WHOIS History Search

🔘 WHOIS Search

🔘 Reverse DNS Search

🔘 Domain Availability Check

🔘 Domains & Subdomains Discovery

**Monitoring tools**

🔘 Domain Monitor

🔘 Registrant Monitor

🔘 Brand Monitor

Administrative City: BEAVERTON
Administrative State/Province: OR
Administrative Postal Code: 97008 ›
Administrative Country: UNITED STATES ›
Administrative Email: LICENSING@PPVNETWORK S.COM ›
Administrative Phone: 16463951227 ›
Administrative Phone Extension: ---
Administrative Fax: ---
Administrative Fax Extension: ---

Technical Contact

Technical Name: JOHN GANES ›
Technical Organization: PPVNETWORKS ›
Technical Street: 9450 SW GEMINI DR #40453 ›
Technical City: BEAVERTON ›
Technical State/Province: OR ›
Technical Postal Code: 97008 ›
Technical Country: UNITED STATES ›
Technical Email: LICENSING@PPVNETWORKS.COM ›
Technical Phone: 16463951227 ›
Technical Phone Extension: ---
Technical Fax: ---
Technical Fax Extension: ---

Clean Text ⌄

Raw Text ⌄

WHOIS record on October 20, 2016 ⌃

Compare with    WHOIS record: Jul 29, 2016 ⌄

Domain age    Changed fields are highlighted in orange. Raw Text, Clean Text are excluded from comparison.
Created Date: August 2, 2007 00:00:00 UTC over the past value.
Updated Date: December 14, 2015 00:00:00 UTC
Expires Date: August 2, 2022 00:00:00 UTC

Registrar Name

ENOM, INC. ›

WHOIS Server

whois.enom.com ›

Name Servers

NS-1092.AWSDNS-08.ORG ›
NS-1832.AWSDNS-37.CO.UK ›
NS-477.AWSDNS-59.COM ›
NS-727.AWSDNS-26.NET ›



clientTransferProhibited

https://icann.org/epp#clientTransferProhibited

## Registrant Contact

Registrant Name: ROBERT FELT ›
Registrant Organization: DARK ALLEY MEDIA ›
Registrant Street: 250 WEST 40TH ST, 4TH FLOOR ›
Registrant City: NEW YORK ›
Registrant State/Province: NY ›
Registrant Postal Code: 10018 ›
Registrant Country: UNITED STATES ›
Registrant Email: LICENSING@PPVNETWORKS.COM ›
Registrant Phone: 12123801010 ›
Registrant Phone Extension: ---
Registrant Fax: ---
Registrant Fax Extension: ---

## Administrative Contact

Administrative Name: JOHN GANES ›
Administrative Organization: PPVNETWORKS ›
Administrative Street: 9450 SW GEMINI DR #40453 ›
Administrative City: BEAVERTON ›
Administrative State/Province: OR ›
Administrative Postal Code: 97008 ›
Administrative Country: UNITED STATES ›
Administrative Email: LICENSING@PPVNETWORKS.COM ›
Administrative Phone: 16463951227 ›
Administrative Phone Extension: ---
Administrative Fax: ---
Administrative Fax Extension: ---

## Technical Contact

Technical Name: JOHN GANES ›
Technical Organization: PPVNETWORKS ›
Technical Street: 9450 SW GEMINI DR #40453 ›
Technical City: BEAVERTON ›
Technical State/Province: OR ›
Technical Postal Code: 97008 ›
Technical Country: UNITED STATES ›
Technical Email: LICENSING@PPVNETWORKS.COM ›
Technical Phone: 16463951227 ›
Technical Phone Extension: ---
Technical Fax: ---
Technical Fax Extension: ---

Clean Text ⌄

Raw Text ⌄



Domain Research Suite

DRS credits available: 450    Purchase now    ryanj

**Search tools**

Reverse WHOIS Search

WHOIS History Search

WHOIS Search

Reverse DNS Search

Domain Availability Check

Domains & Subdomains Discovery

**Monitoring tools**

Domain Monitor

Registrant Monitor

Brand Monitor

## WHOIS record on July 29, 2016

Compare with    WHOIS record: Apr 10, 2016

**Domain age**

Created Date: August 2, 2007 00:00:00 UTC

Updated Date: December 14, 2015 00:00:00 UTC

Expires Date: August 2, 2022 00:00:00 UTC

Changed fields are highlighted in orange. Raw Text, Clean Text fields are excluded from comparison. Hover to see the past value.

### Registrar Name

ENOM, INC. ›

### WHOIS Server

whois.enom.com ›

### Name Servers

NS-1092.AWSDNS-08.ORG ›

NS-1832.AWSDNS-37.CO.UK ›

NS-477.AWSDNS-59.COM ›

NS-727.AWSDNS-26.NET ›

### Status

clientTransferProhibited

https://icann.org/epp#clientTransferProhibited

### Registrant Contact

Registrant Name: ROBERT FELT ›

Registrant Organization: DARK ALLEY MEDIA ›

Registrant Street: 250 WEST 40TH ST, 4TH FLOOR ›

Registrant City: NEW YORK ›

Registrant State/Province: NY ›

Registrant Postal Code: 10018 ›

Registrant Country: US ›

Registrant Email: LICENSING@PPVNETWORKS.COM ›

Registrant Phone: 12123801010 ›

Registrant Phone Extension: ---

Registrant Fax: ---

Registrant Fax Extension: ---

### Administrative Contact

Administrative Name: JOHN GANES ›

Administrative Organization: PPVNETWORKS ›

Administrative Street: 9450 SW GEMINI DR #40453 ›

Administrative City: BEAVERTON ›

Administrative State/Province: OR ›

Administrative Postal Code: 97008 ›

Domain Research Suite

DRS credits available: 450    Purchase now

ryanj

**Search tools**

Reverse WHOIS Search

WHOIS History Search

WHOIS Search

Reverse DNS Search

Domain Availability Check

Domains & Subdomains Discovery

**Monitoring tools**

Domain Monitor

Registrant Monitor

Brand Monitor

Administrative Country: US

Administrative Email: LICENSING@PPVNETWORKS.COM

Administrative Phone: 16463951227 ›

Administrative Phone Extension: ---

Administrative Fax: ---

Administrative Fax Extension: ---

## Technical Contact

Technical Name: JOHN GANES ›

Technical Organization: PPVNETWORKS ›

Technical Street: 9450 SW GEMINI DR #40453 ›

Technical City: BEAVERTON ›

Technical State/Province: OR ›

Technical Postal Code: 97008 ›

Technical Country: US ›

Technical Email: LICENSING@PPVNETWORKS.COM ›

Technical Phone: 16463951227 ›

Technical Phone Extension: ---

Technical Fax: ---

Technical Fax Extension: ---

Clean Text ⌄

Raw Text ⌄

WHOIS record on April 10, 2016 ⌃

Compare with    WHOIS record: Dec 29, 2015 ⌄

Changed fields are highlighted in orange. Raw Text,
Clean Text fields are excluded from comparison.
Hover over a field to see the past value.

**Domain age**

Created Date: August 2, 2007 00:00:00 UTC

Updated Date: December 14, 2015 00:00:00 UTC

Expires Date: August 2, 2022 00:00:00 UTC

## Registrar Name

ENOM, INC. ›

## WHOIS Server

whois.enom.com ›

## Name Servers

NS-1092.AWSDNS-08.ORG ›

NS-1832.AWSDNS-37.CO.UK ›

NS-477.AWSDNS-59.COM ›

NS-727.AWSDNS-26.NET ›

## Status



Domain Research Suite

DRS credits available: 450    Purchase now    ryanj

Search tools

Reverse WHOIS Search

WHOIS History Search

WHOIS Search

Reverse DNS Search

Domain Availability Check

Domains & Subdomains Discovery

Monitoring tools

Domain Monitor

Registrant Monitor

Brand Monitor

clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited

## Registrant Contact

Registrant Name: ROBERT FELT ›
Registrant Organization: DARK ALLEY MEDIA ›
Registrant Street: 250 WEST 40TH ST, 4TH FLOOR ›
Registrant City: NEW YORK ›
Registrant State/Province: NY ›
Registrant Postal Code: 10018 ›
Registrant Country: US ›
Registrant Email: LICENSING@PPVNETWORKS.CO M ›
Registrant Phone: 12123801010 ›
Registrant Phone Extension: ---
Registrant Fax: ---
Registrant Fax Extension: ---

## Administrative Contact

Administrative Name: JOHN GANES ›
Administrative Organization: PPVNETWORKS ›
Administrative Street: 9450 SW GEMINI DR #40453 ›
Administrative City: BEAVERTON ›
Administrative State/Province: OR ›
Administrative Postal Code: 97008 ›
Administrative Country: US ›
Administrative Email: LICENSING@PPVNETWORK S.COM ›
Administrative Phone: 16463951227 ›
Administrative Phone Extension: ---
Administrative Fax: ---
Administrative Fax Extension: ---

## Technical Contact

Technical Name: JOHN GANES ›
Technical Organization: PPVNETWORKS ›
Technical Street: 9450 SW GEMINI DR #40453 ›
Technical City: BEAVERTON ›
Technical State/Province: OR ›
Technical Postal Code: 97008 ›
Technical Country: US ›
Technical Email: LICENSING@PPVNETWORKS.COM ›
Technical Phone: 16463951227 ›
Technical Phone Extension: ---
Technical Fax: ---
Technical Fax Extension: ---

Clean Text ⌄

Raw Text ⌄



## Domain Research Suite

DRS credits available: 450   Purchase now   ryanj

**Search tools**

- Reverse WHOIS Search
- WHOIS History Search
- WHOIS Search
- Reverse DNS Search
- Domain Availability Check
- Domains & Subdomains Discovery

**Monitoring tools**

- Domain Monitor
- Registrant Monitor
- Brand Monitor

WHOIS record on December 29, 2015

Compare with   WHOIS record: Sep 24, 2015

Changed fields are highlighted in orange. Raw Text,
Clean Text fields are excluded from comparison.
Orange background shows the past value.

### Domain age

Created Date: August 2, 2007 00:00:00 UTC
Updated Date: December 14, 2015 00:00:00 UTC
Expires Date: August 2, 2022 00:00:00 UTC

### Registrar Name

ENOM, INC. ›

### WHOIS Server

whois.enom.com ›

### Name Servers

NS-1092.AWSDNS-08.ORG ›
NS-1832.AWSDNS-37.CO.UK ›
NS-477.AWSDNS-59.COM ›
NS-727.AWSDNS-26.NET ›

### Status

clientTransferProhibited

http://www.icann.org/epp#clientTransferProhibited

### Registrant Contact

Registrant Name: ROBERT FELT ›
Registrant Organization: DARK ALLEY MEDIA ›
Registrant Street: 250 WEST 40TH ST, 4TH FLOOR ›
Registrant City: NEW YORK ›
Registrant State/Province: NY ›
Registrant Postal Code: 10018 ›
Registrant Country: UNITED STATES ›
Registrant Email: LICENSING@PPVNETWORKS.COM ›
Registrant Phone: 12123801010 ›
Registrant Phone Extension: ---
Registrant Fax: ---
Registrant Fax Extension: ---

### Administrative Contact

Administrative Name: JOHN GANES ›
Administrative Organization: PPVNETWORKS ›
Administrative Street: 9450 SW GEMINI DR #40453 ›
Administrative City: BEAVERTON ›
Administrative State/Province: OR ›
Administrative Postal Code: 97008 ›
Administrative Country: UNITED STATES ›

Domain Research Suite

DRS credits available: 450    Purchase now    ryanj

Administrative Email: LICENSING@PPVNETWORKS.COM

Administrative Phone: 16463951227

Administrative Phone Extension: ---

Administrative Fax: ---

Administrative Fax Extension: ---

## Technical Contact

Technical Name: JOHN GANES ›

Technical Organization: PPVNETWORKS ›

Technical Street: 9450 SW GEMINI DR #40453 ›

Technical City: BEAVERTON ›

Technical State/Province: OR ›

Technical Postal Code: 97008 ›

Technical Country: UNITED STATES ›

Technical Email: LICENSING@PPVNETWORKS.COM ›

Technical Phone: 16463951227 ›

Technical Phone Extension: ---

Technical Fax: ---

Technical Fax Extension: ---

Clean Text ⌄

Raw Text ⌄

### WHOIS record on September 24, 2015 ⌃

Compare with    WHOIS record: Feb 07, 2015 ⌄

### Domain age

Changed fields are highlighted in orange. Raw Text, Clean Text fields are excluded from comparison.

Created Date: August 2, 2007 00:00:00 UTC the past value.

Updated Date: August 13, 2015 00:00:00 UTC

Expires Date: August 2, 2022 00:00:00 UTC

### Registrar Name

ENOM, INC. ›

### WHOIS Server

whois.enom.com ›

### Name Servers

NS-1092.AWSDNS-08.ORG ›

NS-1832.AWSDNS-37.CO.UK ›

NS-477.AWSDNS-59.COM ›

NS-727.AWSDNS-26.NET ›

### Status

## Search tools

Reverse WHOIS Search

WHOIS History Search

WHOIS Search

Reverse DNS Search

Domain Availability Check

Domains & Subdomains Discovery

## Monitoring tools

Domain Monitor

Registrant Monitor

Brand Monitor



clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited

Registrant Contact

Registrant Name: ROBERT FELT ›
Registrant Organization: DARK ALLEY MEDIA ›
Registrant Street: 250 WEST 40TH ST, 4TH FLOOR ›
Registrant City: NEW YORK ›
Registrant State/Province: NY ›
Registrant Postal Code: 10018 ›
Registrant Country: UNITED STATES ›
Registrant Email: LICENSING@PPVNETWORKS.CO
M ›
Registrant Phone: 12123801010 ›
Registrant Phone Extension: ---
Registrant Fax: ---
Registrant Fax Extension: ---

Administrative Contact

Administrative Name: JOHN GANES ›
Administrative Organization: PPVNETWORKS ›
Administrative Street: 9450 SW GEMINI DR #40453 ›
Administrative City: BEAVERTON ›
Administrative State/Province: OR ›
Administrative Postal Code: 97008 ›
Administrative Country: UNITED STATES ›
Administrative Email: LICENSING@PPVNETWORK
S.COM ›
Administrative Phone: 16463951227 ›
Administrative Phone Extension: ---
Administrative Fax: ---
Administrative Fax Extension: ---

Technical Contact

Technical Name: JOHN GANES ›
Technical Organization: PPVNETWORKS ›
Technical Street: 9450 SW GEMINI DR #40453 ›
Technical City: BEAVERTON ›
Technical State/Province: OR ›
Technical Postal Code: 97008 ›
Technical Country: UNITED STATES ›
Technical Email: LICENSING@PPVNETWORKS.COM ›
Technical Phone: 16463951227 ›
Technical Phone Extension: ---
Technical Fax: ---
Technical Fax Extension: ---

Clean Text ⌄

Raw Text ⌄



Domain Research Suite

DRS credits available: 450    Purchase now

ryanj

## Search tools

Reverse WHOIS Search

WHOIS History Search

WHOIS Search

Reverse DNS Search

Domain Availability Check

Domains & Subdomains Discovery

## Monitoring tools

Domain Monitor

Registrant Monitor

Brand Monitor

WHOIS record on February 7, 2015

Compare with    WHOIS record: Mar 08, 2014 ⌄

### Domain age

Changed fields are highlighted in orange. Raw Text, Clean Text fields are excluded from comparison.

Created Date: August 2, 2007 00:00:00 UTC the past value.

Updated Date: August 29, 2013 00:00:00 UTC

Expires Date: August 2, 2022 00:00:00 UTC

### Registrar Name

ENOM, INC. ›

### WHOIS Server

whois.enom.com ›

### Name Servers

NS-1092.AWSDNS-08.ORG ›
NS-1832.AWSDNS-37.CO.UK ›
NS-477.AWSDNS-59.COM ›
NS-727.AWSDNS-26.NET ›

### Status

ok

http://www.icann.org/epp#OK

### Registrant Contact

Registrant Name: ROBERT FELT ›
Registrant Organization: ---
Registrant Street: 250 WEST 40TH ST, 4TH FLOOR ›
Registrant City: NEW YORK ›
Registrant State/Province: NY ›
Registrant Postal Code: 10018 ›
Registrant Country: UNITED STATES ›
Registrant Email: GETFELT2000@YAHOO.COM ›
Registrant Phone: 12123801010 ›
Registrant Phone Extension: ---
Registrant Fax: ---
Registrant Fax Extension: ---

### Administrative Contact

Administrative Name: JOHN GANES ›
Administrative Organization: PPVNETWORKS ›
Administrative Street: 9450 SW GEMINI DR #40453 ›
Administrative City: BEAVERTON ›
Administrative State/Province: OR ›
Administrative Postal Code: 97008 ›
Administrative Country: UNITED STATES ›
Administrative Email: LICENSING@PPVNETWORK

S.COM

## Domain Research Suite

DRS credits available: 450    Purchase now    ...ative Phone: 16463951227    👤 ryanj

Administrative Phone Extension: ---
Administrative Fax: ---
Administrative Fax Extension: ---

**Search tools**

○ Reverse WHOIS Search

◎ WHOIS History Search

○ WHOIS Search

⊕ Reverse DNS Search

◎ Domain Availability Check

◎ Domains & Subdomains Discovery

**Monitoring tools**

○ Domain Monitor

○ Registrant Monitor

Ⓗ Brand Monitor

### Technical Contact

Technical Name: ROBERT FELT  ›
Technical Organization: ---
Technical Street: 250 WEST 40TH ST, 4TH FLOOR  ›
Technical City: NEW YORK  ›
Technical State/Province: NY  ›
Technical Postal Code: 10018  ›
Technical Country: UNITED STATES  ›
Technical Email: GETFELT2000@YAHOO.COM  ›
Technical Phone: 12123801010  ›
Technical Phone Extension: ---
Technical Fax: ---
Technical Fax Extension: ---

Clean Text  ⌄

Raw Text  ⌄

### WHOIS record on March 8, 2014  ⌃

Compare with    WHOIS record: Dec 01, 2013  ⌄

**Domain age**    Changed fields are highlighted in orange. Raw Text,
Clean Text fields are excluded from comparison.
Created Date: August 2, 2007 00:00:00 UTC the past value.
Created Date: August 2, 2007 00:00:00 UTC
Updated Date: August 29, 2013 00:00:00 UTC
Expires Date: August 2, 2022 00:00:00 UTC

**Registrar Name**

ENOM, INC.  ›

**WHOIS Server**

whois.enom.com  ›

**Name Servers**

NS-1092.AWSDNS-08.ORG  ›
NS-1832.AWSDNS-37.CO.UK  ›
NS-477.AWSDNS-59.COM  ›
NS-727.AWSDNS-26.NET  ›

**Status**

ok



## Domain Research Suite

DRS credits available: 450    **Purchase now**    👤 ryanj

**Search tools**

🔍 Reverse WHOIS Search

🔴 WHOIS History Search

⚫ WHOIS Search

🌐 Reverse DNS Search

◎ Domain Availability Check

◎ Domains & Subdomains Discovery

**Monitoring tools**

◎ Domain Monitor

◎ Registrant Monitor

Ⓗ Brand Monitor

## Registrant Contact

Registrant Name: ROBERT FELT ›
Registrant Organization: ---
Registrant Street: 250 WEST 40TH ST, 4TH FLOOR ›
Registrant City: NEW YORK ›
Registrant State/Province: NY ›
Registrant Postal Code: 10018 ›
Registrant Country: UNITED STATES ›
Registrant Email: GETFELT2000@YAHOO.COM ›
Registrant Phone: 12123801010 ›
Registrant Phone Extension: ---
Registrant Fax: ---
Registrant Fax Extension: ---

## Administrative Contact

Administrative Name: JOHN GANES ›
Administrative Organization: PPVNETWORKS ›
Administrative Street: 9450 SW GEMINI DR #40453 ›
Administrative City: BEAVERTON ›
Administrative State/Province: OR ›
Administrative Postal Code: 97008 ›
Administrative Country: UNITED STATES ›
Administrative Email: LICENSING@PPVNETWORKS.COM ›
Administrative Phone: 16463951227 ›
Administrative Phone Extension: ---
Administrative Fax: ---
Administrative Fax Extension: ---

## Technical Contact

Technical Name: ROBERT FELT ›
Technical Organization: ---
Technical Street: 250 WEST 40TH ST, 4TH FLOOR ›
Technical City: NEW YORK ›
Technical State/Province: NY ›
Technical Postal Code: 10018 ›
Technical Country: UNITED STATES ›
Technical Email: GETFELT2000@YAHOO.COM ›
Technical Phone: 12123801010 ›
Technical Phone Extension: ---
Technical Fax: ---
Technical Fax Extension: ---

Clean Text ⌄

Raw Text ⌄

WHOIS record on December 1, 2013    ⌃

Compare with    WHOIS record: Jul 27, 2013 ⌄

Domain age    Changed fields are highlighted in orange. Raw Text

Domain Research Suite

DRS credits available: 450        Purchase now        ryanj

## Search tools

- Reverse WHOIS Search
- WHOIS History Search
- WHOIS Search
- Reverse DNS Search
- Domain Availability Check
- Domains & Subdomains Discovery

## Monitoring tools

- Domain Monitor
- Registrant Monitor
- Brand Monitor

Created Date: August 2, 2007 00:00:00 UTC

Updated Date: August 29, 2013 00:00:00 UTC

Expires Date: August 2, 2022 00:00:00 UTC

## Registrar Name

ENOM, INC.  ›

## WHOIS Server

whois.enom.com  ›

## Name Servers

NS-1092.AWSDNS-08.ORG  ›

NS-1832.AWSDNS-37.CO.UK  ›

NS-477.AWSDNS-59.COM  ›

NS-727.AWSDNS-26.NET  ›

## Status

ok

## Registrant Contact

Registrant Name: ROBERT FELT  ›

Registrant Organization: ---

Registrant Street: 250 WEST 40TH ST, 4TH FLOOR  ›

Registrant City: NEW YORK  ›

Registrant State/Province: NY  ›

Registrant Postal Code: 10018  ›

Registrant Country: UNITED STATES  ›

Registrant Email: ---

Registrant Phone: ---

Registrant Phone Extension: ---

Registrant Fax: ---

Registrant Fax Extension: ---

## Administrative Contact

Administrative Name: JOHN GANES  ›

Administrative Organization: PPVNETWORKS  ›

Administrative Street: 9450 SW GEMINI DR #40453  ›

Administrative City: BEAVERTON  ›

Administrative State/Province: OR  ›

Administrative Postal Code: 97008  ›

Administrative Country: UNITED STATES  ›

Administrative Email: LICENSING@PPVNETWORKS.COM  ›

Administrative Phone: 16463951227  ›

Administrative Phone Extension: ---

Administrative Fax: ---

Administrative Fax Extension: ---

## Technical Contact



Technical Name: ROBERT FELT

Technical Organization: ---

Technical Street: 250 WEST 40TH ST, 4TH FLOOR ›

Technical City: NEW YORK ›

Technical State/Province: NY ›

Technical Postal Code: 10018 ›

Technical Country: UNITED STATES ›

Technical Email: GETFELT2000@YAHOO.COM ›

Technical Phone: 12123801010 ›

Technical Phone Extension: ---

Technical Fax: --- ›

Technical Fax Extension: ---

Clean Text ⌄

Raw Text ⌄

## WHOIS record on July 27, 2013 ⌃

Compare with [ WHOIS record: May 20, 2012 ⌄ ]

### Domain age

Changed fields are highlighted in orange. Raw Text, Clean Text fields are excluded from comparison.

Created Date: August 2, 2007 00:00:00 UTC — the past value.

Updated Date: July 3, 2013 00:00:00 UTC

Expires Date: August 2, 2022 00:00:00 UTC

### Registrar Name

ENOM, INC. ›

### WHOIS Server

whois.enom.com ›

### Name Servers

NS1.VIDEOAPP.NET ›
NS2.VIDEOAPP.NET ›

### Status

ok

### Registrant Contact

Registrant Name: Robert Felt () ›

Registrant Organization: ---

Registrant Street: 250 West 40th St, 4th Floor New ›

Registrant City: York ›

Registrant State/Province: NY ›

Registrant Postal Code: 10018 ›

Registrant Country: US ›



**Domain Research Suite**

DRS credits available: 450    Purchase now    ryanj

**Search tools**

Reverse WHOIS Search

WHOIS History Search

WHOIS Search

Reverse DNS Search

Domain Availability Check

Domains & Subdomains Discovery

**Monitoring tools**

Domain Monitor

Registrant Monitor

Brand Monitor

Registrant Email: ---
Registrant Phone: ---
Registrant Phone Extension: ---
Registrant Fax: ---
Registrant Fax Extension: ---

**Administrative Contact**

Administrative Name: Video App  ›
Administrative Organization: ---
Administrative Street: ---
Administrative City: ---
Administrative State/Province: ---
Administrative Postal Code: ---
Administrative Country: ---
Administrative Email: ---
Administrative Phone: ---
Administrative Phone Extension: ---
Administrative Fax: ---
Administrative Fax Extension: ---

**Technical Contact**

Technical Name: +1.6463951227  ›
Technical Organization: ---
Technical Street: Main Street Charlestown, KN Robert Felt  ›
Technical City: York  ›
Technical State/Province: NY  ›
Technical Postal Code: 10018  ›
Technical Country: US  ›
Technical Email: getfelt2000@yahoo.com  ›
Technical Phone: 16463951227  ›
Technical Phone Extension: ---
Technical Fax: 12123801010  ›
Technical Fax Extension: ---

Clean Text  ⌄

Raw Text  ⌄

WHOIS record on May 20, 2012  ⌃

Compare with    WHOIS record: Mar 30, 2011  ⌄

**Domain age**    Changed fields are highlighted in orange. Raw Text,
Clean Text fields are excluded from comparison.
Created Date: August 2, 2007 00:00:00 UTC the past value.

Updated Date: February 22, 2010 00:00:00 UTC

Expires Date: August 2, 2013 00:00:00 UTC

**Registrar Name**

ENOM, INC.  ⌄



Domain Research Suite

DRS credits available: 450    Purchase now    ryanj

### Search tools

Reverse WHOIS Search

WHOIS History Search

WHOIS Search

Reverse DNS Search

Domain Availability Check

Domains & Subdomains Discovery

### Monitoring tools

Domain Monitor

Registrant Monitor

Brand Monitor

WHOIS Server

whois.enom.com ›

## Name Servers

NS1.VIDEOAPP.NET ›

NS2.VIDEOAPP.NET ›

## Status

ok

## Registrant Contact

Registrant Name: Robert Felt () ›
Registrant Organization: ---
Registrant Street: 113 Cedar St ›
Registrant City: New York ›
Registrant State/Province: NY ›
Registrant Postal Code: 10006 ›
Registrant Country: UNITED STATES ›
Registrant Email: ---
Registrant Phone: ---
Registrant Phone Extension: ---
Registrant Fax: ---
Registrant Fax Extension: ---

## Administrative Contact

Administrative Name: ---
Administrative Organization: ---
Administrative Street: ---
Administrative City: ---
Administrative State/Province: ---
Administrative Postal Code: ---
Administrative Country: ---
Administrative Email: ---
Administrative Phone: ---
Administrative Phone Extension: ---
Administrative Fax: ---
Administrative Fax Extension: ---

## Technical Contact

Technical Name: ---
Technical Organization: ---
Technical Street: Main Street Charlestown, KN Video App ›
Technical City: ---
Technical State/Province: ---
Technical Postal Code: ---
Technical Country: ---
Technical Email: ---
Technical Phone: 16463951227 ›
Technical Phone Extension: ---
Technical Fax: 16463951227 ›



### Domain Research Suite

DRS credits available: 450    Purchase now    ryanj

**Search tools**

- Reverse WHOIS Search
- WHOIS History Search
- WHOIS Search
- Reverse DNS Search
- Domain Availability Check
- Domains & Subdomains Discovery

**Monitoring tools**

- Domain Monitor
- Registrant Monitor
- Brand Monitor

Technical Fax Extension: ---

Clean Text ⌄

Raw Text ⌄

WHOIS record on March 30, 2011 ⌃

## Domain age

Created Date: August 2, 2007 00:00:00 UTC
Updated Date: February 22, 2010 00:00:00 UTC
Expires Date: August 2, 2013 00:00:00 UTC

## Registrar Name

ENOM, INC. ›

## WHOIS Server

whois.enom.com ›

## Name Servers

NS1.VIDEOAPP.NET ›
NS2.VIDEOAPP.NET ›

## Status

ok

## Registrant Contact

Registrant Name: Robert Felt () ›
Registrant Organization: ---
Registrant Street: 113 Cedar St ›
Registrant City: New York ›
Registrant State/Province: NY ›
Registrant Postal Code: 10006 ›
Registrant Country: UNITED STATES ›
Registrant Email: ---
Registrant Phone: ---
Registrant Phone Extension: ---
Registrant Fax: ---
Registrant Fax Extension: ---

## Administrative Contact

Administrative Name: Video App ›
Administrative Organization: ---



### Domain Research Suite

DRS credits available: **450**   **Purchase now**   ⊙ ryanj

**Search tools**

- Reverse WHOIS Search
- WHOIS History Search
- WHOIS Search
- Reverse DNS Search
- Domain Availability Check
- Domains & Subdomains Discovery

**Monitoring tools**

- Domain Monitor
- Registrant Monitor
- Brand Monitor

---

Administrative Street: ---
Administrative City: ---
Administrative State/Province: ---
Administrative Postal Code: ---
Administrative Country: UNITED STATES ›
Administrative Email: ---
Administrative Phone: ---
Administrative Phone Extension: ---
Administrative Fax: ---
Administrative Fax Extension: ---

### Technical Contact

Technical Name: +1.6463951227 ›
Technical Organization: ---
Technical Street: Main Street Charlestown, KN Video App ›
Technical City: ---
Technical State/Province: ---
Technical Postal Code: ---
Technical Country: UNITED STATES ›
Technical Email: ---
Technical Phone: 16463951227 ›
Technical Phone Extension: ---
Technical Fax: 16463951227 ›
Technical Fax Extension: ---

### Clean Text ⌃

=-=-=-=

Registration Service Provided By: SuperbRegistrar.net
Contact: hostmaster@superbregistrar.net
Visit: mycp.superb.net

Domain name: RAWFUCKCLUB.com

Registrant Contact:

    Robert Felt ()

    Fax:
    113 Cedar St
    New York, NY 10006
    US

Administrative Contact:
    Video App
    Technical Contact (tech@videoapp.net)
    +1.6463951227
    Fax:
    Main Street
    Charlestown,
    KN

Technical Contact:



DRS credits available: 450

Purchase now

ryanj

Video App

Technical Contact (tech@videoapp.net)

+1.6463951227

Fax:

Main Street

Charlestown,

KN

Status: Locked

Name Servers:

ns1.videoapp.net

ns2.videoapp.net

Creation date: 02 Aug 2007 19:02:08

Expiration date: 02 Aug 2013 19:02:08

Get Noticed on the Internet!  Increase visibility for this

domain name by listing it at

www.whoisbusinesslistings.com

=-=-=-=

The data in this whois database is provided to you for

information

purposes only, that is, to assist you in obtaining

information about or

related to a domain name registration record. We make

this information

available "as is," and do not guarantee its accuracy. By

submitting a

whois query, you agree that you will use this data only

for lawful

purposes and that, under no circumstances will you use

this data to: (1)

enable high volume, automated, electronic processes

that stress or load

this whois database system providing you this

information; or (2) allow,

enable, or otherwise support the transmission of mass

unsolicited,

commercial advertising or solicitations via direct mail,

electronic

mail, or by telephone. The compilation, repackaging,

dissemination or

other use of this data is expressly prohibited without

prior written

consent from us.

We reserve the right to modify these terms at any time.

By submitting

this query, you agree to abide by these terms.

Version 6.3 4/3/2002

Raw Text



=-=-=

Registration Service Provided By: SuperbRegistrar.net

Contact: hostmaster@superbregistrar.net

Visit: mycp.superb.net

Domain name: RAWFUCKCLUB.com

Registrant Contact:

  Robert Felt ()

  Fax:

  113 Cedar St

  New York, NY 10006

  US

Administrative Contact:

  Video App

  Technical Contact (tech@videoapp.net)

  +1.6463951227

  Fax:

  Main Street

  Charlestown,

  KN

Technical Contact:

  Video App

  Technical Contact (tech@videoapp.net)

  +1.6463951227

  Fax:

  Main Street

  Charlestown,

  KN

Status: Locked

Name Servers:

  ns1.videoapp.net

  ns2.videoapp.net

Creation date: 02 Aug 2007 19:02:08

Expiration date: 02 Aug 2013 19:02:08

Get Noticed on the Internet!  Increase visibility for this

domain name by listing it at

www.whoisbusinesslistings.com

=-=-=-=

The data in this whois database is provided to you for



DRS credits available: 450     Purchase now

ryanj

information

purposes only, that is, to assist you in obtaining

information about or

related to a domain name registration record. We make

this information

available "as is," and do not guarantee its accuracy. By

submitting a

whois query, you agree that you will use this data only

for lawful

purposes and that, under no circumstances will you use

this data to: (1)

enable high volume, automated, electronic processes

that stress or load

this whois database system providing you this

information; or (2) allow,

enable, or otherwise support the transmission of mass

unsolicited,

commercial advertising or solicitations via direct mail,

electronic

mail, or by telephone. The compilation, repackaging,

dissemination or

other use of this data is expressly prohibited without

prior written

consent from us.

We reserve the right to modify these terms at any time.

By submitting

this query, you agree to abide by these terms.

Version 6.3 4/3/2002