# EXHIBIT 7

The Wayback Machine - https://web.archive.org/web/20121004180653/http://www.rawfuckclub.com/vod/RFC/info.php?page=about



## The Company

- Terms of Service
- 2257 Statement
- Contact Us
- Privacy Policy
- Copyrights

### QUICK LINKS

- New Releases
- Most Popular
- All Scenes

### TAGS

- Uncut
- Breeding
- Muscle
- Latino
- Interracial

see more →

### ACTORS

- Brandon Hawk
- Owen Hawk
- Antonio Biaggi
- Marco Cruise
- Michael Hengst

see more →

I need help!
Become a Model

Sign up for free newsletter!
Email Address
[Submit]

### About The Company

RawFuckClub.com is an edgy new membership site from the 'always outrageous' Directors at Dark Alley Media. RFC offers loads of ejaculation-inducing scenes, served fresh and raw daily, for a low monthly price. Tons of scenes, featuring guys in real, hot, unstaged raw sex acts, are exclusive to RFC for many months before being made available elsewhere. Streaming quality is exceptional, up to 16:9 high-definition, and the site is fun and easy to navigate, with many innovative features that make it a snap to find the action you want.

Works on PC, Mac, iPad and most browsers without a hitch. Powered by PPVNetworks 2.0, the revolutionary new web2.0 adult platform from VideoApp. Affiliate programs and marketing tools are available to webmasters.



about us | terms of service | privacy policy | contact | help | affiliates | 18 U.S.C. 2257

Content © 2012 Dark Alley Media. Site powered by PPVNetworks 2.0.