# EXHIBIT 9

| | |
|---|---|
| Company Name: | SVOTHI INC. |
| Date of Incorporation: | 2000-07-03 |
| Status: | Active |
| Type: | DOMESTIC BUSINESS CORPORATION |
| Jurisdiction | NEW YORK |
| County | NEW YORK |
| DOS Process (Address to which DOS will mail process if accepted on behalf of the entity) | REGISTERED AGENTS INC.<br>418 BROADWAY STER<br>ALBANY, NY, 12207 |
| CEO | DAMIAN TODARO<br>DAMIAN TODARO<br>FIRE ISLAND PINES, NY, 11782 |
| Registered Agent Name: | DAMIAN TODARO |