# EXHIBIT 12

---------- Forwarded message ---------
From: **Damian Todaro** <damian@videoapp.net>
Date: Fri, Jun 7, 2019 at 2:01 PM
Subject: Re: Confirm Company Info
To: Robert Felt <robert@darkalleymail.com>
Cc: Cynthia <cynthia@videoapp.net>

yes yes, you have 2 companies. we have 1. well, 5 with about a dozen accounts... but only one that deals with you lol.

On Fri, Jun 7, 2019 at 1:49 PM Robert Felt <robert@darkalleymail.com> wrote:
> Its what I use for Eric DVD payments, I just want to confirm. Those come from my WF account, these will come from my TD
>
>> On Jun 7, 2019, at 1:37 PM, Damian Todaro <damian@videoapp.net> wrote:
>>
>> i dont want to overstep cynthia here, but i think that's correct. That is our inbound ACH account.
>>
>>> On Fri, Jun 7, 2019 at 1:24 PM Robert Felt <robert@darkalleymail.com> wrote:
>>> Hi,
>>>
>>> Can you confirm the banking details for the payment I will make this month for the independent producer royalty are the same as the payment details I use for the Eric Videos money?
>>>
>>> Here is what I have.
>>>
>>> Thanks
>>>
>>> Rob
>>> <Screen Shot 2019-06-07 at 1.21.22 PM.png>
>>
>>
>> --
>>
>> Video App, Inc.
>>  www.videoapp.net
>> —————————————————————————————————————————————
>> Damian Todaro
>> mobile 917-319-3149
>> damian@videoapp.net
>> Skype: damian.j.todaro
>> —————————————————————————————————————————————
>> This email message, including any attachments, is for the sole use of the intended recipient (s) and may contain information that is confidential, proprietary, legally privileged, or otherwise protected by la

--

Video App, Inc.
 www.videoapp.net
—————————————————————————————————————————————
Damian Todaro
mobile 917-319-3149
damian@videoapp.net
Skype: damian.j.todaro
—————————————————————————————————————————————
This email message, including any attachments, is for the sole use of the intended recipient (s) and may contain information that is confidential, proprietary, legally privileged, or otherwise protected by law fr

---------- Forwarded message ---------
From: **Robert Felt** <robert@darkalleymail.com>
Date: Fri, Jun 7, 2019 at 1:24 PM
Subject: Confirm Company Info
To: Damian Todaro <damian@videoapp.net>
Cc: Cynthia <cynthia@videoapp.net>

Hi,

Can you confirm the banking details for the payment I will make this month for the independent producer royalty are the same as the payment details I use for the Eric Videos money?

Here is what I have.

Thanks

Rob

| | | | | | |
|---|---|---|---|---|---|
| Svothi | Company | PPV NET | Checking | 026013673 | 4283408 |