# EXHIBIT 16

---------- Forwarded message ---------
From: **Damian Todaro** <damian@videoapp.net>
Date: Thu, Jan 17, 2019 at 1:54 PM
Subject: Fwd: Are you one staff change away from disaster? 7 avoidable risks
To: Robert Felt <robert@darkalleymail.com>

interesting idea... to provide a support blog like this for producers...

---------- Forwarded message ---------
From: **Harbor Compliance** <info@harborcompliance.com>
Date: Thu, Jan 17, 2019 at 1:00 PM
Subject: Are you one staff change away from disaster? 7 avoidable risks
To: <damian@svothi.com>