# EXHIBIT 17

---------- Forwarded message ---------
From: **Cynthia Corso** <cynthia@videoapp.net>
Date: Mon, Jul 6, 2020 at 9:53 AM
Subject: ACH return
To: <bbondsxxx@yahoo.com>
Cc: Damian Todaro <damian@videoapp.net>, Robert Felt <robert@darkalleymail.com>

Hi Derek,

My apologies for not getting back to you sooner. I took most of last week off for the July 4th holiday.

The ACH that was sent to you on June 23 was returned. It looks like the banking info is correct according to what you entered in our database. Here's a screen shot. Can you confirm and let me know if there's an error? If so please correct in database and I'll resend.

LMK,
Cynthia

