# EXHIBIT 20

---------- Forwarded message ---------
From: **Damian Todaro** <damian@videoapp.net>
Date: Thu, Jul 2, 2020 at 2:55 PM
Subject: Re: Mullen P.C. l Invoice
To: Mullen P.C. <billing@mullenpc.com>
Cc: Cynthia <cynthia@videoapp.net>, Wesley Mullen <wmullen@mullenpc.com>

Cyn, as discussed can we get a payment to Wes for this.

@Wes: Have a great holiday!

XX Damian


On Thu, Jul 2, 2020 at 2:12 PM Mullen P.C. <billing@mullenpc.com> wrote:
>
> PRIVILEGED & CONFIDENTIAL
>
> Dear Mr. Todaro,
>
> Attached is your current invoice and trust account statement.  Please review and contact this office if you have any questions.
>
> Separately attached is a trust request for the open retainer balance pursuant to a new engagement letter.
>
> Please make payment on both accounts at your earliest convenience.
>
>

--

Video App, Inc.
www.videoapp.net
---------------------------------------------------------------
Damian Todaro
mobile 917-319-3149
damian@videoapp.net
Skype: damian.j.todaro
---------------------------------------------------------------
This email message, including any attachments, is for the sole use of
the intended recipient (s) and may contain information that is
confidential, proprietary, legally privileged, or otherwise protected
by law from disclosure. Any unauthorized review, use, copying,
disclosure, or distribution is prohibited.  If you are not the
intended recipient, or the person responsible for delivering this to
an addressee, you should notify the sender immediately by telephone or
by reply e-mail, and destroy all copies of the original message.