# EXHIBIT 22

*Svothi, Inc. v. Dark Alley Media, LLC, et. al*. No. 25 CV 00333 | Reply Decl. of Robert Felt

---------- Forwarded message ---------
From: **Wesley Mullen** <wmullen@mullenpc.com>
Date: Tue, Jul 28, 2020 at 6:54 PM
Subject: EMBV Case
To: <damian@videoapp.net>, <robert@darkalleymail.com>

Dear Clients,

Judge Vyskocil wants us to have a phone hearing on August 4 concerning the Plaintiff's opposition to our request for time to answer.

I expect she may just want to yell at Plaintiff's counsel for being unreasonable.

In any event, I will attend and let you know what happens.

Wes

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMBV MEDIA, S.A., a French public limited company,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMBV MEDIA, S.A., a French public limited company,

                Plaintiff,

-against-

VIDEOAPP, INC., a Nevis corporation d/b/a PPVNETWORKS, and DARK ALLEY DISTRIBUTION, a Florida limited liability company,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2020

1:20-cv-4228-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Defendants' request for an extension of time to respond to the Complaint [ECF # 18] and Plaintiff's opposition to the same [ECF # 20]. It is therefore ORDERED that the parties are to attend a hearing on August 4, 2020 at 12:00PM. The conference will be held telephonically and may be accessed by dialing (888) 278-0296 at the scheduled time. When prompted, enter access code 5195844#. The Court will join once all parties are on the line.

**SO ORDERED.**

**Date: July 28, 2020**
**New York, NY**

                              _____
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**