# EXHIBIT 24

---------- Forwarded message ---------
From: **Robert Felt** <robert@darkalleymail.com>
Date: Mon, Feb 8, 2021 at 2:09 PM
Subject: Signed letter and destruction documents
To: Wesley Mullen <wmullen@mullenpc.com>
Cc: Damian Todaro <damian@videoapp.net>

Hello,

Attached are the signed documents and inventory of the DVDs destroyed. I am also including here the link to download the 2 hour video of the shredding event here: https://www.dropbox.com/s/b95qms42w38hibf/shredding%20eric.mp4?dl=0

I think this satisfies all my requirements under the settlement agreement.

Best,

Rob



Signed Eric Docs.pdf

To whom it may concern,

I, Robert Felt, Sole Proprietor of Dark Alley Distribution, LLC do state, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that on January 29, 2021 at approximately 1pm All Points Direct Corp came to our warehouse location at 1458 NW 23rd Ave, Fort Lauderdale, FL with a mobile shredding truck and destroyed approximately 12,899 DVDs of "Eric Videos." An inventory of those DVD's is attached to this letter along with a Certificate of Destruction provided by All Points Direct.

Additionally I have provided counsel with 2 hours of video recording of the event.

Sincerely,

Robert Felt

**All Points Direct Corp**
PO Box 1768
Stuart, FL  34995
Phone: 772-283-4152
E-mail: dawne@shredwithme.com

**Certificate of Destruction**
1/29/2021

**Service Information**
Fabscout
1458 Nw 23Rd Ave
Ft Lauderdale, FL  33311-5147
Contact: Howard
Phone: (954) 290-6283 1

**Job Name**
Fabscout

| Job Type | PO # | Invoice # | Scheduled | Start | End |
|---|---|---|---|---|---|
| Purge | | 10548012921 | 01/29/2021 | 1:05 PM | 3:05 PM |

| Item | Description | | | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| Media Destruction | DVD's | | | 1.0000 | $1,000.0000 | $1,000.00 |

|  |  | Payment Total: | $0.00 |
|---|---|---|---|
|  |  | **Total:** | **$1,000.00** |

**Job Notes and Instructions:**
25,000 DVD's Howard is the contact 954-290-6831
Must be empty
 AFTERNOON IS A MUST
No CC on File

I/WE HEREBY CERTIFY THAT THE DOCUMENTS LISTED ABOVE HAVE BEEN FULLY AND COMPLETELY DESTROYED ON-SITE BY
SHREDDING ON THE DATE SHOWN PER CUSTOMERS INSTRUCTIONS AND ACCORDING TO FACTA,HIPAA & GLBA REGULATIONS FOR
THE ABOVE MENTIONED COMPANY.

Payment is expected at time of service.

Late payments are subject to 1.5% late fee per month calculated from the day of service.

Returned checks result in a $35 returned check charge.

Signature:    x _____

Robert Felt

| ERV-01 | Eric in the Raw | 219 |
|--------|-----------------|-----|
| ERV-02 | Bones Thugs and Thuggery | 274 |
| ERV-03 | Underbelly | 358 |
| ERV-04 | ██ck and Load | 269 |
| ERV-05 | Pouhded Tagged and Bred | 271 |
| ERV-06 | Raw Footage: breed and seed | 284 |
| ERV-07 | ██al Impalers | 243 |
| ERV-08 | ██ck Punched | 346 |
| ERV-09 | NYDP | 448 |
| ERV-10 | Weapons of Mass Dickstruction | 324 |
| ERV-11 | ██ck Addict | 378 |
| ERV-12 | Need for Seed | 271 |
| ERV-13 | C██ S██ | 274 |
| ERV-14 | Slave 4 ██ | 277 |
| ERV-15 | C██ | 334 |
| ERV-16 | Raw Gone Wild | 383 |
| ERV-17 | RAW Loads | 384 |
| ERV-18 | ██ Hungry | 461 |
| ERV-19 | ██ Pounded | 337 |
| ERV-20 | Hung Street Hoes | 353 |
| ERV-21 | Thirsty for Juice | 374 |
| ERV-22 | Conosseur of ██ | 497 |
| ERV-23 | Filled Up | 362 |
| ERV-24 | ██ Feast | 471 |
| ERV-25 | Smashing Bottoms | 464 |
| ERV-26 | Raw Deviants | 502 |
| ERV-27 | Crusing for Loads | 496 |
| ERV-28 | Plowed and Filled | 503 |
| ERV-29 | Pigs on the Prowl | 298 |
| ERV-30 | Orgy Porgy | 317 |
| ERV-31 | CREAM | 293 |
| ERV-32 | ██ Machines | 293 |
| ERV-33 | Milk Money | 342 |
| ERV-34 | Explosive Loads | 401 |
| ERV-35 | Balls Deep | 273 |
| ERV-36 | Street Breeders | 361 |
| ERV-37 | Seeded Holes | 27 |
| ERV-38 | There will be ██ | 91 |
| ERV-39 | Unscripted Raw | 46 |
| | | |
| | | 12899 |