# EXHIBIT 26

EXHIBIT 10 - Skype Messages relating to Independent Producer payments

READS FROM LAST PAGE UP

END OF MESSAGES

damian.j.todaro 5/10/2019, 2:24:16 PM
ok we can discuss in further details
damian.j.todaro 5/10/2019, 2:24:06 PM
they give us more than one video though
damian.j.todaro 5/10/2019, 2:23:49 PM
we have tthis written... in pieces... but not posted on site. i dont think. need to check specifically... but i need that for the pitos of the world
getfelt 5/10/2019, 2:23:50 PM
lol
getfelt 5/10/2019, 2:23:49 PM
you should just film scenes fror that
getfelt 5/10/2019, 2:23:35 PM
thats like a scene
getfelt 5/10/2019, 2:23:32 PM
has to be worth it also $500 is too high dont offer that
damian.j.todaro 5/10/2019, 2:23:23 PM
yep all that
getfelt 5/10/2019, 2:23:22 PM
yep
getfelt 5/10/2019, 2:23:19 PM
yes anal vids
damian.j.todaro 5/10/2019, 2:23:16 PM
must link twitter
damian.j.todaro 5/10/2019, 2:23:10 PM
i am working on adding more requirements for these bonuses... like... must upload 5 approved videos, etc etc.
getfelt 5/10/2019, 2:22:58 PM
oh ok
damian.j.todaro 5/10/2019, 2:22:08 PM
i think the total was 500 for pito.... and 500 for someone else and 250 for aaron

damian.j.todaro 5/10/2019, 2:21:44 PM
ok report doesnt say.... i'll add a tab for that too so we track those better

damian.j.todaro 5/10/2019, 2:20:30 PM
lemme look

getfelt 5/10/2019, 2:20:30 PM
you paid 3

damian.j.todaro 5/10/2019, 2:20:27 PM
oh

damian.j.todaro 5/10/2019, 2:20:25 PM
1500?

damian.j.todaro 5/10/2019, 2:20:17 PM
well... we can decide what they are worth

getfelt 5/10/2019, 2:20:16 PM
Who did we get for that $1500

damian.j.todaro 5/10/2019, 2:20:03 PM
i think i even split one with him cuz i had already been talking to the person

getfelt 5/10/2019, 2:19:52 PM
these arent worth $500

damian.j.todaro 5/10/2019, 2:19:51 PM
pito, and like 2 sean referred

getfelt 5/10/2019, 2:19:46 PM
yes dont overpay that

damian.j.todaro 5/10/2019, 2:19:42 PM
there have only been a handful so far

damian.j.todaro 5/10/2019, 2:19:35 PM
i will seek your approval for any bonuses

damian.j.todaro 5/10/2019, 2:19:28 PM
ok. plus remember, these producer payouts are ongoing. duh.

getfelt 5/10/2019, 2:19:29 PM
its like... over 3K monthly

getfelt 5/10/2019, 2:19:12 PM
and you should start to keep on top of this monthly

getfelt 5/10/2019, 2:19:00 PM
so let me have the full amount this month and I will create a payment plan

damian.j.todaro 5/10/2019, 2:18:43 PM
so i can tell cynthia

damian.j.todaro 5/10/2019, 2:18:39 PM
tell me how much to take for this pay period

getfelt 5/10/2019, 2:18:39 PM
I have over 10K in production at IML plus moving expenses this month

damian.j.todaro 5/10/2019, 2:18:28 PM
ok fair enough

getfelt 5/10/2019, 2:18:22 PM
Ill make a decent payment towards this in June

damian.j.todaro 5/10/2019, 2:18:17 PM
yes i agree

damian.j.todaro 5/10/2019, 2:18:11 PM
4. my cash flow is poor right now too... but i can transfer from belize to keep me alive

getfelt 5/10/2019, 2:18:02 PM
so the thing is you need to develop a process to do this monthly

damian.j.todaro 5/10/2019, 2:17:52 PM
3. i dont want to rape you

damian.j.todaro 5/10/2019, 2:17:46 PM
i have been keeping it a spreadsheet

damian.j.todaro 5/10/2019, 2:17:38 PM
2. i should have dealt with this sooner but... site is new.... blah blah blah

getfelt 5/10/2019, 2:17:32 PM
Ill was thinkign more like 10K

damian.j.todaro 5/10/2019, 2:17:18 PM
1. we knew this was happening but didn't know exact numbers... etc etc etc.

damian.j.todaro 5/10/2019, 2:16:59 PM
yeah so.... here's my take

getfelt 5/10/2019, 2:16:52 PM
ok let me think here

damian.j.todaro 5/10/2019, 2:16:45 PM
HAHAHAHAHAHHAHAHAHAHA

getfelt 5/10/2019, 2:16:40 PM
I dont wnat producers on the site anymore lol

damian.j.todaro 5/10/2019, 2:16:39 PM
yes, basically. i can give you a full unredacted report in 2020

getfelt 5/10/2019, 2:15:29 PM
so basically I owe you 17K

damian.j.todaro 5/10/2019, 2:15:09 PM
ugh that will take me 5 minutes... the columns arent organized right... checking one more thing

damian.j.todaro 5/10/2019, 2:14:01 PM
i'll check last pay period's numbers

damian.j.todaro 5/10/2019, 2:13:50 PM
okokok here's a better way to look at it...

**getfelt**5/10/2019, 2:13:49 PM
October 12

**damian.j.todaro**5/10/2019, 2:13:41 PM
it must be less ... when did we launchj

**damian.j.todaro**5/10/2019, 2:13:30 PM
no

**damian.j.todaro**5/10/2019, 2:13:27 PM
those numbers are close but not exact

**getfelt**5/10/2019, 2:13:22 PM
so its something like 5700 per month... this is 6 months right

**damian.j.todaro**5/10/2019, 2:13:12 PM
this is based on PAYMENTS not revenues earned

**damian.j.todaro**5/10/2019, 2:12:54 PM
revised total is 33987.30

**getfelt**5/10/2019, 2:12:50 PM
2. is this including &quot;signing bonus&quot; and &quot;referral bonus&quot;

**getfelt**5/10/2019, 2:12:28 PM
1. is the pamyne based or revenue based

**damian.j.todaro**5/10/2019, 2:12:08 PM
please hold, re-redacting

**getfelt**5/10/2019, 2:11:59 PM
yeah fuckt him now right lol

**damian.j.todaro**5/10/2019, 2:11:56 PM
now he deserved my anal juice

**damian.j.todaro**5/10/2019, 2:11:45 PM
i was being overly good to him

**damian.j.todaro**5/10/2019, 2:11:40 PM
and he's not getting a cent over 30% moving forward

**damian.j.todaro**5/10/2019, 2:11:28 PM
i am not going to charge that to you

**damian.j.todaro**5/10/2019, 2:11:20 PM
i WAS paying eric more than 30%

**damian.j.todaro**5/10/2019, 2:11:07 PM
one sec

**getfelt**5/10/2019, 2:11:04 PM
or is that revenue based

**damian.j.todaro**5/10/2019, 2:11:02 PM
but wait. there's one thing im going to change. for your benefit.

**getfelt**5/10/2019, 2:11:00 PM
including prepayments

damian.j.todaro 5/10/2019, 2:10:28 PM
thats total

getfelt 5/10/2019, 2:10:28 PM
hwo much per month is that

getfelt 5/10/2019, 2:10:23 PM
whatttttt

damian.j.todaro 5/10/2019, 2:10:11 PM
since the launch of the site thru 4/30.... total producer payments are 38437.25

getfelt 5/10/2019, 2:09:38 PM
SUBPEONA

damian.j.todaro 5/10/2019, 2:09:16 PM
ok here's the AG summary of the full redacted report

damian.j.todaro 5/10/2019, 1:46:51 PM
almost done

getfelt 5/10/2019, 1:46:30 PM
Im prepped for the pain

getfelt 5/10/2019, 1:46:25 PM
ok hit me with it

damian.j.todaro 5/10/2019, 1:45:30 PM
just some notes on this spreadsheet... i keep track of payments separate from whats due, etc. so... the number i give u will be based on payments made... ie. if we owe someone and didnt pay them, that wont be included. just a detail... we dont owe anyone a lot.

damian.j.todaro 5/10/2019, 1:39:54 PM
okokok spreadsheet

damian.j.todaro 5/10/2019, 1:39:43 PM
[redacted]

damian.j.todaro 5/10/2019, 1:39:14 PM
[redacted]

getfelt 5/10/2019, 1:38:34 PM
[redacted]

getfelt 5/10/2019, 1:38:14 PM
[redacted]

damian.j.todaro 5/10/2019, 1:38:06 PM
[redacted]

damian.j.todaro 5/10/2019, 1:37:56 PM
[redacted]

**damian.j.todaro** 5/10/2019, 1:37:35 PM
i just sucked him back to get him out of your hair... and i'll spit him back out somewhere else

**damian.j.todaro** 5/10/2019, 1:37:14 PM
yes

**getfelt** 5/10/2019, 1:37:04 PM
Useles and ungrateful

**damian.j.todaro** 5/10/2019, 1:36:57 PM
i havent been able to have a single meal with him... we fight and he leaves

**getfelt** 5/10/2019, 1:36:47 PM
Jes garbage

**damian.j.todaro** 5/10/2019, 1:36:35 PM
meanwhile... elvis is cursing and calling me a selfish cunt because i wont get a hotel

**getfelt** 5/10/2019, 1:36:31 PM
At lease you have $ offshore

**damian.j.todaro** 5/10/2019, 1:36:18 PM
that makes me unhappy

**damian.j.todaro** 5/10/2019, 1:36:11 PM
flow

**damian.j.todaro** 5/10/2019, 1:36:09 PM
i have to wire money from offshore for cash glow

**damian.j.todaro** 5/10/2019, 1:35:58 PM
ok let me do this spreadsheet

**damian.j.todaro** 5/10/2019, 1:35:44 PM
i played nice nice with him last time

**damian.j.todaro** 5/10/2019, 1:35:38 PM
care

**damian.j.todaro** 5/10/2019, 1:35:36 PM
if he goes away i dont are

**getfelt** 5/10/2019, 1:35:25 PM
I dont even want to read hi message they are so cry baby

**getfelt** 5/10/2019, 1:35:11 PM
ok thanks

**damian.j.todaro** 5/10/2019, 1:35:00 PM
his

**damian.j.todaro** 5/10/2019, 1:34:58 PM
i paid sebastian rio is $48

**damian.j.todaro** 5/10/2019, 1:34:50 PM
hahahaha

getfelt 5/10/2019, 1:34:46 PM
I have given you lots of practice
damian.j.todaro 5/10/2019, 1:34:34 PM
so i guess i need to just deal with people that are assholes
damian.j.todaro 5/10/2019, 1:34:19 PM
but i did that to eric with mixed results
damian.j.todaro 5/10/2019, 1:34:13 PM
i would love to tell him to go fuck off
damian.j.todaro 5/10/2019, 1:34:06 PM
meanwhile i need to write up something for pito to understand what prepayment means.... before we lose him
damian.j.todaro 5/10/2019, 1:33:22 PM
lol
getfelt 5/10/2019, 1:33:15 PM
I mean that nicely
getfelt 5/10/2019, 1:33:12 PM
lol
getfelt 5/10/2019, 1:33:07 PM
I get it but you cant rape all my cash flow at one time I will have problems managing it
damian.j.todaro 5/10/2019, 1:33:02 PM
ok let me work on this right now. she's doing payments today.
damian.j.todaro 5/10/2019, 1:32:33 PM
im only one person... .and ive been prioritizing the product over administrative shit like this
getfelt 5/10/2019, 1:32:18 PM
I do need to get paid by the 10th though, shes pushing it this month I wont get until the 14th ot 15th thats the last date I can pay my corp cards
damian.j.todaro 5/10/2019, 1:32:12 PM
yes im quite aware of all this
getfelt 5/10/2019, 1:31:31 PM
you should bill me on a regular schedule and not randomly lol
damian.j.todaro 5/10/2019, 1:31:23 PM
yes i get it
getfelt 5/10/2019, 1:31:20 PM
prepayment is whatever
getfelt 5/10/2019, 1:31:15 PM
I want a say in them if I am being billed for them, thats my point

**damian.j.todaro** 5/10/2019, 1:30:53 PM
i get it. its a cash infusion to get the model going. ill get u a list of the bonuses paid. like i said... its relatively insignificant

**getfelt** 5/10/2019, 1:30:43 PM
he has no case what tf is wrong with him

**getfelt** 5/10/2019, 1:29:59 PM
the issue I have is the bonus awards for signing up channels

**getfelt** 5/10/2019, 1:29:49 PM
Prepayment isnt theissue

**damian.j.todaro** 5/10/2019, 1:29:40 PM
i hate models

**damian.j.todaro** 5/10/2019, 1:29:37 PM
meanwhile... he passive aggressively threatened to talk to his lawyer today

**damian.j.todaro** 5/10/2019, 1:29:17 PM
and pito i gave a signup bonus and $100 prepayment... but he's earning... so thats just a loan

**getfelt** 5/10/2019, 1:29:09 PM
Okay but you aren't going to plop this all on me at once lol I need to plan for these

**damian.j.todaro** 5/10/2019, 1:28:51 PM
ok re referral fees. there havent been too many of them ... 2 or 3

**damian.j.todaro** 5/10/2019, 1:28:26 PM
ill try to do this spreadsheet and we'll discuss before i send to her

**getfelt** 5/10/2019, 1:28:24 PM
Not all at worth that

**getfelt** 5/10/2019, 1:28:16 PM
If you're going to bill me for referral fees at $500 I need to approve them

**damian.j.todaro** 5/10/2019, 1:28:08 PM
[redacted]

**getfelt** 5/10/2019, 1:27:47 PM
[redacted]

**damian.j.todaro** 5/10/2019, 1:27:36 PM
[redacted].

**damian.j.todaro** 5/10/2019, 1:27:22 PM
i really need to share that revenue spreadsheet with you and cynthia. im trying to cut expenses... and meanwhile im overpaying for months and months... my bad for being so blaze about it.

BEGINNING OF MESSAGES