# EXHIBIT 27



**Robert Felt <robert@darkalleymail.com>**

## Payment
2 messages

**Robert Felt** <robert@darkalleymail.com>                                          Wed, Jun 26, 2019 at 10:23 AM
To: Damian Todaro <damian@videoapp.net>
Cc: Cynthia <cynthia@videoapp.net>

Hello,

I sent $7,923.52 to your account to be delivered tomorrow.

This brings the balance to 10,000.  I will inform you on future payments towards this balance.

Best,

Rob

---

**Cynthia Corso** <cynthia@videoapp.net>                                            Fri, Jun 28, 2019 at 3:23 PM
To: Robert Felt <robert@darkalleymail.com>
Cc: Damian Todaro <damian@videoapp.net>

Thanks Rob, monies received.

Have a good weekend.
Cynthia

On Wed, Jun 26, 2019 at 10:23 AM Robert Felt <robert@darkalleymail.com> wrote:
> Hello,
>
> I sent $7,923.52 to your account to be delivered tomorrow.
>
> This brings the balance to 10,000.  I will inform you on future payments towards this balance.
>
> Best,
>
> Rob



Robert Felt &lt;robert@darkalleymail.com&gt;

## the magic number is...
2 messages

**Damian Todaro** &lt;damian@videoapp.net&gt;  Tue, Feb 11, 2020 at 12:51 PM
To: Cynthia &lt;cynthia@videoapp.net&gt;, Robert Felt &lt;robert@darkalleymail.com&gt;

5828.05

its a bit high this month, likely because we had like 10 new
producers, a shit-ton of new content... bats in the belfry and
gremlins eating the engine.


--
Video App, Inc.
www.videoapp.net
-------------------------------------------------------------
Damian Todaro
mobile 917-319-3149
damian@videoapp.net
Skype: damian.j.todaro
-------------------------------------------------------------
This email message, including any attachments, is for the sole use of
the intended recipient (s) and may contain information that is
confidential, proprietary, legally privileged, or otherwise protected
by law from disclosure. Any unauthorized review, use, copying,
disclosure, or distribution is prohibited.  If you are not the
intended recipient, or the person responsible for delivering this to
an addressee, you should notify the sender immediately by telephone or
by reply e-mail, and destroy all copies of the original message.

**Cynthia Corso** &lt;cynthia@videoapp.net&gt;  Tue, Feb 11, 2020 at 12:58 PM
To: Damian Todaro &lt;damian@videoapp.net&gt;
Cc: Robert Felt &lt;robert@darkalleymail.com&gt;

OK, I'll keep you all posted, let me see if I can get this in the system at TD before 5??

[Quoted text hidden]

 Robert Felt &lt;robert@darkalleymail.com&gt;

## Re: RFC Payouts for Non US model on US account
3 messages

**Damian Strong** &lt;damian@ppvnetworks.com&gt;     Tue, Jul 7, 2020 at 11:50 AM
To: Angel Maxence &lt;maxenceangel@gmail.com&gt;
Bcc: robert@darkalleymail.com

Hey Maxence,

Sorry for the belated reply. Our supported payment method for non-US producers is PayPal because most producers aren't aware of and/or they get confused by services like Transferwise. That said, our system allowed you to enter ACH details and they will work for you. The warning notices can be ignored.

Damian

On Sat, Jun 27, 2020 at 8:07 PM Angel Maxence &lt;maxenceangel@gmail.com&gt; wrote:
> Hi Damian,
>
> My Channel is https://www.rawfuckclub.com/maxenceangel?afid=IP004L
> I am NOT a USA citizen/resident however I have a bank account in the USA.
> I would prefer not using PayPal due to the huge currency exchange fees.
>
> Would that be okay for me to use my US account despite not being in the US? I've used it with studio Creek Side Boys and CumClub:



> I've entered those details on RFC. Can you let me know if it's all good or if I must use PayPal ?
>
> Kind regards,
> Maxence Angel

**Damian Strong** &lt;damian@ppvnetworks.com&gt;     Tue, Jul 7, 2020 at 1:49 PM
To: Angel Maxence &lt;maxenceangel@gmail.com&gt;
Cc: John Ganes &lt;john@videoapp.net&gt;, Can Ayter &lt;can@videoapp.net&gt;
Bcc: robert@darkalleymail.com

@John/Can, please force revenue sharing for the video indicated by Angel below.

@Angel:
RE: referral bonus. How many qualifying videos do you have available for upload? What's your rate of production? Be aware that not everyone qualifies for the bonus, nor the full amount of the bonus, but I'll glad have your account reviewed.

The RFC producer admin interface allows you to run revenue reports by payment period or date range. It does not indicate actual payments as that's done with an internal account system, however, the revenue reports should correlate with accounting.

You refer a model by telling me you have a model that you'd like to refer... then having that person submit an app :)

XX
Damian

On Tue, Jul 7, 2020 at 1:26 PM Angel Maxence <maxenceangel@gmail.com> wrote:
> Hey Damian,
>
> Thank you very much for the reply . I think I may have bothered everyone to have an answer about the ACH payment.
>
> Thank you very much for the clarification about ACH payment. I'm glad it's the case!
>
> I want to say I am very pleased with the revenue in just a few days for a single video. This is a really good start!
>
> 
>
> Would you be able to set this video I'm tagged in to shared revenue : https://www.rawfuckclub.com/video/O14C-dancekja-maxence-angel-was-town-from-paris-i-had-to-grab-him
>
> Have you started reviewing my account for the signup bonus ?
>
> Is there a place on RFC displaying all payouts after they have been sent ?
>
> Lastly, how do I refer a model / studio to RFC ? I can't find a referral field in the application process,
>
> Kind regards,
> Maxence Angel
> [Quoted text hidden]

---

**Damian Strong** <damian@ppvnetworks.com>                                                    Tue, Jul 7, 2020 at 1:52 PM
To: Robert Felt <robert@darkalleymail.com>

FYI

---------- Forwarded message ---------
From: **Can Ayter** <can@videoappmail.com>
Date: Tue, Jul 7, 2020 at 1:51 PM
Subject: Re: RFC Payouts for Non US model on US account
To: Damian Strong <damian@ppvnetworks.com>
Cc: Angel Maxence <maxenceangel@gmail.com>, John Ganes <john@videoapp.net>

Okay. Revenue sharing is now enabled for O14C.

[Quoted text hidden]

 Gmail

**Robert Felt <robert@darkalleymail.com>**

## updated deduction amount
4 messages

**Damian Todaro** <damian@videoapp.net>  
To: Cynthia <cynthia@videoapp.net>, Robert Felt <robert@darkalleymail.com>  
Wed, Jan 8, 2020 at 10:32 AM

sorry for the change, i usually don't do like "updates" but since this happened prior to cynthia making rob's payment, i figured we might as well get it right.

the deduction is updated due to payment to new producer, Chase Person, whom we were previously unable to pay due to reaching a weekly limit with venmo. he provided us with paypal details. rob is aware of this.

updated amount: 4799.61

carry on my wayward children

--  
Video App, Inc.  
www.videoapp.net  
------------------------------------------------------------  
Damian Todaro  
mobile 917-319-3149  
damian@videoapp.net  
Skype: damian.j.todaro  
------------------------------------------------------------  
This email message, including any attachments, is for the sole use of the intended recipient (s) and may contain information that is confidential, proprietary, legally privileged, or otherwise protected by law from disclosure. Any unauthorized review, use, copying, disclosure, or distribution is prohibited.  If you are not the intended recipient, or the person responsible for delivering this to an addressee, you should notify the sender immediately by telephone or by reply e-mail, and destroy all copies of the original message.

**Robert Felt** <robert@darkalleymail.com>  
To: Damian Todaro <damian@videoapp.net>  
Cc: Cynthia <cynthia@videoapp.net>  
Wed, Jan 8, 2020 at 11:20 AM

When can you make the deposit ?

Thank you.

Best,

Rob

> On Jan 8, 2020, at 10:32 AM, Damian Todaro <damian@videoapp.net> wrote:  
>  
> sorry for the change, i usually don't do like "updates" but since this

[Quoted text hidden]

**Cynthia Corso** <cynthia@videoapp.net>  
To: Robert Felt <robert@darkalleymail.com>  
Thu, Jan 9, 2020 at 12:05 PM

This should have hit your account today.

LKM if it didn't.
Cyn
[Quoted text hidden]

---

**Robert Felt** <robert@darkalleymail.com>    Thu, Jan 9, 2020 at 12:56 PM
To: Cynthia Corso <cynthia@videoapp.net>

I checked just now and I do see the payment! Thank you very much and enjoy your vacation.

Best,

Rob

> On Jan 9, 2020, at 12:05 PM, Cynthia Corso <cynthia@videoapp.net> wrote:
>
>
> [Quoted text hidden]