# EXHIBIT 28

---------- Forwarded message ----------
From: **Damian Todaro** <damian@videoapp.net>
Date: Wed, Jan 31, 2018 at 10:30 PM
Subject: Re: today's RFC email
To: Robert Felt <robert@darkalleymail.com>
Cc: David Eck <david@darkalleymail.com>

i'll run a senderscore and see what's what... hopefully we're okay. when was the last time you sent from RFC? i'll check my email history and see what happened last time.

i'm also going to add rawfuckclub and darkalley domains to my google postmaster account, which runs all sorts of metrics from googles point of view. yanno, cuz they can do that... cuz they're google.

google has been blocking all emails from my old mailserver... which i don't use much any more... but i had a few accounts on it like customer service and SVOTHI crap, etc. it's not like google comes out and tells you why they're upset and how to fix it. i just migrated those accounts to goog

btw, another thing on my list of talking points... is how to make communicating with the company more fun and friendly. like.... customerservice@ppvnetworks.com isn't fun. maybe hello@rawfuckclub.com, care@rawfuckclub.com, help@rawfuckclub.com... or maybe we make up a name of a

On Wed, Jan 31, 2018 at 10:08 PM, Robert Felt <robert@darkalleymail.com> wrote:
> Probably because it was sent addressed from RFC newsletter and not Dark Alley newsletter and one is not in your cleated contacts
>
> Best,
>
> Rob
>
> On Jan 31, 2018, at 10:04 PM, David Eck <david@darkalleymail.com> wrote:
>
>> yah got a normal 3.8, and weird if we already got burned through it as we're sending less email
>>
>> http://isnotspam.com/newlatestreport.php?email=ins-aubcen26%40isnotspam.com
>>
>> On Wed, Jan 31, 2018 at 10:00 PM, Damian Todaro <damian@videoapp.net> wrote:
>>> went into my spam folder. did you spamtest it? i'll check that our senderscore reputation wasn't compromised :( really need to be careful with this shit... the ISPs are not forgiving.
>>>
>>> i should probably start warming up another IP address for when we burn thru this one. ugh, 14 hour work days.
>>>
>>> --
>>> Video App, Inc.
>>> www.videoapp.net
>>> _____
>>> Damian Todaro
>>> mobile 917-319-3149
>>> damian@videoapp.net
>>> Skype: damian.j.todaro
>>> _____
>>> This email message, including any attachments, is for the sole use of the intended recipient (s) and may contain information that is confidential, proprietary, legally privileged, or otherwise protected by l

--
Video App, Inc.
www.videoapp.net
_____
Damian Todaro
mobile 917-319-3149
damian@videoapp.net
Skype: damian.j.todaro
_____
This email message, including any attachments, is for the sole use of the intended recipient (s) and may contain information that is confidential, proprietary, legally privileged, or otherwise protected by law fr