# EXHIBIT 30



Robert Felt <robert@darkalleymail.com>

# RFC.COM
2 messages

---

**Adolfo Mireles** <amireles@godaddy.com>     Thu, Dec 29, 2022 at 8:44 AM
To: "robert@darkalleymail.com" <robert@darkalleymail.com>

Good morning Robert, I hope you are doing well. I researched this domain name and found the owner to be someone to be a large corporation who very seldom sells their domain names. I was advised by the owner's account manager that they will only respond to serious offers as these domains are held for internal projects or seen as company assets. The account manager stated that this company would only look at offers that are in the 6 figures otherwise to simply state the domain name is not for sale.

Are you interested in increasing your offer or would you prefer to end negotiations? Just give me a call or respond to this email) with your decision.

Best regards,

Adolfo Mireles
GoDaddy Domain Broker



480.463.8551
Amireles@godaddy.com
Ref ID: [0063j000017XQGzAAO]

---

**Robert Felt** <robert@darkalleymail.com>     Thu, Dec 29, 2022 at 1:32 PM
To: Adolfo Mireles <amireles@godaddy.com>

Thanks kind of what I thought but I just needed to know. Im not going to offer 6 figures.

Best,

Rob

[Quoted text hidden]