# EXHIBIT 31



Robert Felt <robert@darkalleymail.com>

---

## working on ideas
5 messages

---

**Damian Todaro** <damian@videoapp.net>	Tue, Aug 13, 2024 at 7:20 PM
To: Robert Felt <robert@darkalleymail.com>
Cc: Marc Edisad <marc.edisad@gmail.com>

in addition to the goal of making sites compliant, i am also working on other ingenious alternatives that could possibly buy time or even better, an escape plan. to be determined.

that said, one of these ideas focuses around the use of RFC content as a front for bank audits. do you have ID's and model releases for all scenes? if not all, for what subset of scenes? are your releases scene specific or blanket releases, like we use and OnlyFans uses? do the releases specifically, or indirectly, allow for exploitation on RFC?

maintaining ID's and consent is one of the areas I am struggling with the most because there are literally hundreds of producers and thousands of models. i have e-signed releases for the producers, obviously, but for the models I only have e-signed attestations of compliance with our requirements.

i have TWO (2) banks asking for documents for random models. statistically, we're going to strike out at some point. this is part of my multi-part conversation with Wes.

anyway, let me know.

--
**Damian Todaro** | VideoApp
damian@videoapp.net
c 917-319-3149   w 646-475-2550 x703

"Brilliant minds converge,
Crafting sites that stream all-night,
Dreams in code take flight."

---
This email message, including any attachments, is for the sole use of the intended recipient (s) and may contain information that is confidential, proprietary, legally privileged, or otherwise protected by law from disclosure. Any unauthorized review, use, copying, disclosure, or distribution is prohibited.  If you are not the intended recipient, or the person responsible for delivering this to an addressee, you should notify the sender immediately by telephone or by reply e-mail, and destroy all copies of the original message.

---

**Robert Felt** <robert@darkalleymail.com>	Tue, Aug 13, 2024 at 8:12 PM
To: Damian Todaro <damian@videoapp.net>
Cc: Marc Edisad <marc.edisad@gmail.com>

I have identification (ID) records for all models we've worked with over the last six years, from when David and I started producing. However, I don't have IDs for models appearing in older scenes (7+ years ago). While I do have paperwork dating back to the start of the business, it doesn't include IDs for those earlier models. That said, I have industry contacts, such as agents and other production companies, who might be able to assist in locating these.

The paperwork we have is scene-specific or, in some cases, covers two or three scenes shot over a weekend. The title on the paperwork is listed as "RAW FUCK CLUB," not the name of the individual scenes. Beginning early this year, I switched to using DocSign for paperwork, so recent release forms are already digitized. Paperwork prior to the switch to Docusign is printed and stored in a filing cabinet. These files would need to be scanned in, which is possible but will take some time.

Gathering both IDs and paperwork into digital form is possible, and I can start working on this ASAP. What would be most helpful is if you could provide a list of models who appear in RFC scenes but do not have channels. Since you already

have IDs for models with channels, this would significantly narrow the scope of the work down for me. I can then start collecting and collating the remaining IDs as thoroughly as possible.

Additionally, I'm aware that there are third-party companies that offer ID verification solutions. For example, when I created an account on Friends 2 Follow, their ID verification used such a program. A quick Google search shows multiple options for third-party ID verification programs. While I'm not entirely sure if this would be a suitable solution for our immediate needs, it's an option worth considering.

Please let me know if you can provide the list, and I will begin gathering the IDs I have in the meantime.

Best,

Rob

[Quoted text hidden]

---

**Damian Todaro** <damian@videoapp.net>                                                    Tue, Aug 13, 2024 at 8:43 PM
To: Robert Felt <robert@darkalleymail.com>
Cc: Marc Edisad <marc.edisad@gmail.com>

OK, re docs. i only need these, and can of course provide whatever reports and tools are required, if we proceed with my idea. i'll stir it in a pot a little more and let you know if i think it tastes good.

I need to get legal advice to the question of whether i need to have all of the IDs and releases on file, OR, if i can rely on the producers to maintain the records, so long as they contractually agreed that they have said documents. i'll start with wes tomorrow and i also have a contact at FSC from jay who is working with XBIZ.

i know onlyfans is going with the former, so thats not entirely a good indicator of fair winds ahead.

that said, pornhub has a lot of content for which they dont have docs. how do i know this? they have been asking ME for releases for pirated content on their site. yes, you read that correctly. illegally uploaded content that they dumped into some of my affiliate channels, like 10 years ago... they are asking me for docs. i told them that really have a remarkable set of balls and to remove all the content.

and again last week they asked me for more docs for another channel. this shit its just coming hot and hard from all directions.

.

[Quoted text hidden]

---

**Robert Felt** <robert@darkalleymail.com>                                                 Tue, Aug 13, 2024 at 8:48 PM
To: Damian Todaro <damian@videoapp.net>, Marc Edisad <marc.edisad@gmail.com>

when you say "you only need these" what are you referring to? It was not clear to me specifically what you needed. The photo IDs, or the paperwork?

Let me know so that I can start gathering.

Thank you again for all your hard work on getting this done, I greatly appreciate it.

Best,

Rob

[Quoted text hidden]

---

**Damian Todaro** <damian@videoapp.net>                                                    Tue, Aug 13, 2024 at 8:57 PM
To: Robert Felt <robert@darkalleymail.com>
Cc: Marc Edisad <marc.edisad@gmail.com>

there was a comma after that. i don't need them yet so don't gather anything! stay tuned i'll let you know.
[Quoted text hidden]