# EXHIBIT 32

*Svothi, Inc. v. Dark Alley Media, LLC, et. al*. No. 25 CV 00333 | Reply Decl. of Robert Felt



**America's Most Convenient Bank®**    E    **STATEMENT OF ACCOUNT**



DARK ALLEY MEDIA LLC
2316 NW 6TH AVE
WILTON MANORS FL 33311-3714

Page: 1 of 3
Statement Period: Jan 01 2024-Jan 31 2024
Cust Ref #:
Primary Account #:

## TD Business Convenience Plus

DARK ALLEY MEDIA LLC                                                    Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,501.13 | Average Collected Balance | 11,064.25 |
| Electronic Deposits | 41,280.86 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 36,725.25 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 30.00 | Days in Period | 31 |
| Ending Balance | 9,026.74 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/10 | CCD DEPOSIT, SVOTHI INC JAN | 36,679.80 |
| 01/11 | ACH DEPOSIT, AERONA LLC CONTENT 010831633 | 712.94 |
| 01/17 | ACH DEPOSIT, WELLS FARGO IFI DDA TO DDA F20LXXCHNW | 1,500.00 |
| 01/18 | CCD DEPOSIT, F/K/A AEBN COMACH2401 MF02710 | 1,326.56 |
| 01/18 | CCD DEPOSIT, F/K/A AEBN COMACH2401 MF01557 | 1,061.56 |
| | Subtotal: | 41,280.86 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/08 | ELECTRONIC PMT-WEB, VENMO PAYMENT 1031745554227 | 100.00 |
| 01/10 | ACH SETTLEMENT, ACH BATCH DARK ALLEY MEDIA | 15,000.00 |
| 01/12 | ACH SETTLEMENT, ACH BATCH DARK ALLEY MEDIA | 6,000.00 |
| 01/16 | CCD DEBIT, AMEX EPAYMENT ACH PMT W1550 | 8,525.25 |
| 01/18 | ACH SETTLEMENT, ACH BATCH DARK ALLEY MEDIA | 6,000.00 |
| 01/31 | TD ZELLE SENT, 403100E0LCR8 Zelle EJEMBI ADAKOLE | 1,100.00 |
| | Subtotal: | 36,725.25 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

  

**STATEMENT OF ACCOUNT**

DARK ALLEY MEDIA LLC
2316 NW 6TH AVE
WILTON MANORS FL  33311-3714

Page: 1 of 3
Statement Period: Feb 01 2024-Feb 29 2024
Cust Ref #:
Primary Account #:

## TD Business Convenience Plus

DARK ALLEY MEDIA LLC

Account # 432-5212853

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,026.74 | Average Collected Balance | 16,073.08 |
| Deposits | 2,605.11 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 42,671.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 41,842.33 | Days in Period | 29 |
| Other Withdrawals | 30.00 | | |
| Ending Balance | 12,430.52 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/06 | SBB MDEPOSIT | 2,605.11 |
| | Subtotal: | 2,605.11 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/09 | CCD DEPOSIT, SVOTHI INC FEB ACH | 39,567.27 |
| 02/20 | ACH DEPOSIT, AERONA LLC CONTENT 010831633 | 749.89 |
| 02/21 | CCD DEPOSIT, F/K/A AEBN COMACH2402 MF02710 | 1,265.84 |
| 02/21 | CCD DEPOSIT, F/K/A AEBN COMACH2402 MF01557 | 1,088.00 |
| | Subtotal: | 42,671.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | TD ZELLE SENT, 403200E02930 Zelle SCOTT FITZGERAL | 600.00 |
| 02/01 | TD ZELLE SENT, 403200H0AHQF Zelle SCOTT FITZGERAL | 400.00 |
| 02/01 | ELECTRONIC PMT-WEB, VENMO PAYMENT 1032237033986 | 200.00 |
| 02/02 | TD ZELLE SENT, 403300P07O00 Zelle ECKS MEDIA, LL | 1,000.00 |
| 02/05 | TD ZELLE SENT, 403600K0BMFZ Zelle Robert Felt | 1,200.00 |
| 02/09 | ACH SETTLEMENT, ACH BATCH<br>DARK ALLEY MEDIA | 15,000.00 |
| 02/13 | CCD DEBIT, AMEX EPAYMENT ACH PMT W2962 | 5,642.33 |
| 02/15 | ACH SETTLEMENT, ACH BATCH<br>DARK ALLEY MEDIA | 12,000.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



E    **STATEMENT OF ACCOUNT**



DARK ALLEY MEDIA LLC
2316 NW 6TH AVE
WILTON MANORS FL  33311-3714

Page: 1 of 3
Statement Period: Mar 01 2024-Mar 31 2024
Cust Ref #:
Primary Account #: 

## TD Business Convenience Plus

DARK ALLEY MEDIA LLC

Account #:

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,430.52 | Average Collected Balance | 15,964.97 |
| Deposits | 5,043.26 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 38,117.64 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 43,628.63 | Days in Period | 31 |
| Other Withdrawals | 50.00 | | |
| Ending Balance | 11,912.79 | | |

|  | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | SBB MDEPOSIT | 2,252.57 |
| 03/21 | SBB MDEPOSIT | 2,790.69 |
| | Subtotal: | 5,043.26 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/11 | CCD DEPOSIT, SVOTHI INC FEB ACH | 36,104.22 |
| 03/18 | ACH DEPOSIT, AERONA LLC CONTENT 010831633 | 642.25 |
| 03/19 | CCD DEPOSIT, F/K/A AEBN COMACH2403 MF02710 | 1,101.34 |
| 03/19 | CCD DEPOSIT, F/K/A AEBN COMACH2403 MF01557 | 269.83 |
| | Subtotal: | 38,117.64 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/05 | ACH SETTLEMENT, ACH BATCH  DARK ALLEY MEDIA | 2,000.00 |
| 03/07 | ACH SETTLEMENT, ACH BATCH  DARK ALLEY MEDIA | 7,500.00 |
| 03/13 | ACH SETTLEMENT, ACH BATCH  DARK ALLEY MEDIA | 7,500.00 |
| 03/13 | CCD DEBIT, AMEX EPAYMENT ACH PMT W1034 | 7,042.13 |
| 03/18 | ACH SETTLEMENT, ACH BATCH  DARK ALLEY MEDIA | 13,000.00 |
| 03/21 | ACH SETTLEMENT, ACH BATCH  DARK ALLEY MEDIA | 5,000.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



E    **STATEMENT OF ACCOUNT**



DARK ALLEY MEDIA LLC
2316 NW 6TH AVE
WILTON MANORS FL  33311-3714

Page:                                    1 of 4
Statement Period:   Apr 01 2024-Apr 30 2024
Cust Ref #:
Primary Account #: 

## TD Business Convenience Plus

DARK ALLEY MEDIA LLC                                                                                       Account #

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 11,912.79 | Average Collected Balance | 16,702.91 |
| Electronic Deposits | 42,642.07 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 39,835.06 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 20.00 | Days in Period | 30 |
| Ending Balance | 14,699.80 | | |

| | Total for this cycle | Total Year to Date |
|---|---:|---:|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/11 | CCD DEPOSIT, SVOTHI INC MARCH ACH | 38,553.28 |
| 04/11 | ACH DEPOSIT, AERONA LLC CONTENT 010831633 | 587.65 |
| 04/19 | CCD DEPOSIT, F/K/A AEBN COMACH2404 MF02710 | 1,361.67 |
| 04/19 | CCD DEPOSIT, F/K/A AEBN COMACH2404 MF01557 | 639.47 |
| 04/29 | ACH DEPOSIT, WELLS FARGO IFI DDA TO DDA F20MZK2WQG | 1,500.00 |
| | Subtotal: | 42,642.07 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 04/03 | ELECTRONIC PMT-TEL, QHPONLINE WEB PAY HFIC | 1,210.63 |
| 04/12 | ACH SETTLEMENT, ACH BATCH<br>     DARK ALLEY MEDIA | 15,000.00 |
| 04/15 | CCD DEBIT, AMEX EPAYMENT ACH PMT W1838 | 7,011.43 |
| 04/15 | NONTD ATM DB AP, AUT 041424 DDA WITHDRAW AP<br>     BANK OF AMERICA         NEW YORK     * NY<br>     4085404028755092 | 504.00 |
| 04/15 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 04/16 | ACH SETTLEMENT, ACH BATCH<br>     DARK ALLEY MEDIA | 13,000.00 |
| 04/18 | TD ZELLE SENT, 410900E0I7DI Zelle DEMAR SOUTH | 1,000.00 |
| 04/22 | TD ZELLE SENT, 411100D0ILRC Zelle ECKS MEDIA, LL | 1,000.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



E   **STATEMENT OF ACCOUNT**



DARK ALLEY MEDIA LLC
2316 NW 6TH AVE
WILTON MANORS FL  33311-3714

Page: 1 of 5
Statement Period: May 01 2024-May 31 2024
Cust Ref #:
Primary Account #:

## TD Business Convenience Plus

DARK ALLEY MEDIA LLC                                       Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 14,699.80 | Average Collected Balance | 13,611.96 |
| Deposits | 2,011.48 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 39,388.13 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 49,805.12 | Days in Period | 31 |
| Other Withdrawals | 60.00 | | |
| Ending Balance | 6,234.29 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/16 | SBB MDEPOSIT | 2,011.48 |
| | Subtotal: | 2,011.48 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/08 | TD ZELLE SENT REVERSAL, 412900F09E7A Zelle | 150.00 |
| 05/09 | CCD DEPOSIT, SVOTHI INC APR ACH | 37,441.57 |
| 05/13 | ACH DEPOSIT, AERONA LLC CONTENT 010831633 | 495.17 |
| 05/20 | CCD DEPOSIT, F/K/A AEBN COMACH2405 MF02710 | 1,123.97 |
| 05/20 | CCD DEPOSIT, F/K/A AEBN COMACH2405 MF01557 | 177.42 |
| | Subtotal: | 39,388.13 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | ACH SETTLEMENT, ACH BATCH<br>  DARK ALLEY MEDIA | 7,750.00 |
| 05/08 | TD ZELLE SENT, 412900F09E7A Zelle Christoph Johnson | 150.00 |
| 05/08 | NONTD ATM DB AP, AUT 050824 DDA WITHDRAW AP<br>  BANK OF AMERICA       NEW YORK       * NY<br>  4085404028755092 | 504.00 |
| 05/08 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 05/09 | TD ZELLE SENT, 413000A04LBW Zelle BRYCE TRUHLAR | 1,000.00 |
| 05/10 | ACH SETTLEMENT, ACH BATCH<br>  DARK ALLEY MEDIA | 7,000.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



E   **STATEMENT OF ACCOUNT**



DARK ALLEY MEDIA LLC
2316 NW 6TH AVE
WILTON MANORS FL  33311-3714

Page: 1 of 4
Statement Period: Jun 01 2024-Jun 30 2024
Cust Ref #:
Primary Account #:

## TD Business Convenience Plus

DARK ALLEY MEDIA LLC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,234.29 | Average Collected Balance | 8,771.90 |
| Deposits | 2,341.84 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 34,507.57 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 38,644.24 | Days in Period | 30 |
| Other Withdrawals | 20.00 | | |
| Ending Balance | 4,419.46 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/17 | SBB MDEPOSIT | 2,341.84 |
| | Subtotal: | 2,341.84 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | CCD DEPOSIT, SVOTHI INC MAY ACH | 32,138.62 |
| 06/12 | ACH DEPOSIT, AERONA LLC CONTENT 010831633 | 656.94 |
| 06/18 | CCD DEPOSIT, F/K/A AEBN COMACH2406 MF02710 | 1,235.66 |
| 06/18 | CCD DEPOSIT, F/K/A AEBN COMACH2406 MF01557 | 476.35 |
| | Subtotal: | 34,507.57 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | ELECTRONIC PMT-TEL, QHPONLINE WEB PAY HFIC | 1,210.63 |
| 06/03 | NONTD ATM DB AP, AUT 060124 DDA WITHDRAW AP BANK OF AMERICA        NEW YORK    * NY 4085404028755092 | 304.00 |
| 06/03 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 06/11 | TD ZELLE SENT, 416300O04JRI Zelle ECKS MEDIA, LL | 1,000.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender





E    STATEMENT OF ACCOUNT

DARK ALLEY MEDIA LLC
2316 NW 6TH AVE
WILTON MANORS FL  33311-3714

Page: 1 of 3
Statement Period: Jul 01 2024-Jul 31 2024
Cust Ref #:
Primary Account #:

## TD Business Convenience Plus
DARK ALLEY MEDIA LLC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,419.46 | Average Collected Balance | 9,412.37 |
| Deposits | 2,373.43 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 36,020.52 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 37,328.11 | Days in Period | 31 |
| Other Withdrawals | 20.00 | | |
| Ending Balance | 5,465.30 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/15 | SBB MDEPOSIT | 2,373.43 |
| | Subtotal: | 2,373.43 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/09 | ACH DEPOSIT, AERONA LLC CONTENT 010831633 | 541.49 |
| 07/10 | CCD DEPOSIT, SVOTHI INC JUNE ACH | 33,714.24 |
| 07/18 | CCD DEPOSIT, F/K/A AEBN COMACH2407 MF02710 | 1,214.79 |
| 07/29 | ACH DEPOSIT, VENMO CASHOUT 1035924074011 | 550.00 |
| | Subtotal: | 36,020.52 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | ELECTRONIC PMT-WEB, VENMO PAYMENT 1035307141874 | 200.00 |
| 07/02 | ELECTRONIC PMT-TEL, QHPONLINE WEB PAY HFIC | 1,210.63 |
| 07/11 | ACH SETTLEMENT, ACH BATCH DARK ALLEY MEDIA | 12,250.00 |
| 07/11 | CCD DEBIT, AMEX EPAYMENT ACH PMT W6642 | 6,367.88 |
| 07/16 | TD ZELLE SENT, 419800N03KB2 Zelle BRYCE TRUHLAR | 1,000.00 |
| 07/17 | ACH SETTLEMENT, ACH BATCH DARK ALLEY MEDIA | 13,000.00 |
| 07/18 | ELECTRONIC PMT-WEB, VENMO PAYMENT 1035705962156 | 200.00 |
| 07/29 | TD ZELLE SENT, 420900G0F2KL Zelle CLARENCE BUSH | 1,000.00 |
| 07/29 | TD ZELLE SENT, 420900M04XB1 Zelle KENNETH COCHRAN | 500.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank  Housing Lender





**STATEMENT OF ACCOUNT**

DARK ALLEY MEDIA LLC
2316 NW 6TH AVE
WILTON MANORS FL  33311-3714

Page: 1 of 3
Statement Period: Sep 01 2024-Sep 30 2024
Cust Ref #:
Primary Account #:

## TD Business Convenience Plus

DARK ALLEY MEDIA LLC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 5,947.71 | Average Collected Balance | 11,988.95 |
| Deposits | 2,025.44 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 40,746.97 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 33,337.71 | Days in Period | 30 |
| Other Withdrawals | 20.00 | | |
| Ending Balance | 15,362.41 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/16 | SBB MDEPOSIT | 2,025.44 |
| | Subtotal: | 2,025.44 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/11 | ACH DEPOSIT, AERONA LLC CONTENT 010831633 | 560.46 |
| 09/17 | CCD DEPOSIT, F/K/A AEBN COMACH2409 MF02710 | 1,186.51 |
| 09/18 | CCD DEPOSIT, SVOTHI INC DAM | 39,000.00 |
| | Subtotal: | 40,746.97 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | ELECTRONIC PMT-TEL, QHPONLINE WEB PAY HFIC | 1,210.63 |
| 09/06 | TD ZELLE SENT, 425000G0J1E0 Zelle LEOPOLD WICHT | 500.00 |
| 09/16 | CCD DEBIT, AMEX EPAYMENT ACH PMT W1798 | 2,000.00 |
| 09/18 | ACH SETTLEMENT, ACH BATCH<br>    DARK ALLEY MEDIA | 14,000.00 |
| 09/18 | CCD DEBIT, AMEX EPAYMENT ACH PMT W0502 | 4,681.97 |
| 09/24 | ELECTRONIC PMT-TEL, COMENITY PAY CP PHONE PYMT P24267361417299 | 3,945.11 |
| 09/26 | ACH SETTLEMENT, ACH BATCH<br>    DARK ALLEY MEDIA | 7,000.00 |
| | Subtotal: | 33,337.71 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



E   **STATEMENT OF ACCOUNT**



DARK ALLEY MEDIA LLC
2316 NW 6TH AVE
WILTON MANORS FL 33311-3714

Page: 1 of 3
Statement Period: Oct 01 2024-Oct 31 2024
Cust Ref #: *
Primary Account #:

## TD Business Convenience Plus

DARK ALLEY MEDIA LLC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 15,362.41 | Average Collected Balance | 20,351.50 |
| Deposits | 1,687.41 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 27,640.45 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 24,751.00 | Days in Period | 31 |
| Other Withdrawals | 30.00 | | |
| Ending Balance | 19,909.27 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/28 | SBB MDEPOSIT | 1,687.41 |
| | Subtotal: | 1,687.41 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | CCD DEPOSIT, SVOTHI INC OCT ACH | 25,000.00 |
| 10/10 | ACH DEPOSIT, AERONA LLC CONTENT 010831633 | 597.20 |
| 10/17 | CCD DEPOSIT, F/K/A AEBN COMACH2410 MF02710 | 1,116.70 |
| 10/17 | CCD DEPOSIT, F/K/A AEBN COMACH2410 MF01557 | 926.55 |
| | Subtotal: | 27,640.45 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | ELECTRONIC PMT-TEL, QHPONLINE WEB PAY HFIC | 1,210.63 |
| 10/07 | TD ZELLE SENT, 428100L08IVM Zelle LEOPOLD WICHT | 1,100.00 |
| 10/07 | ACH SETTLEMENT, ACH BATCH<br>    DARK ALLEY MEDIA | 7,350.00 |
| 10/09 | CCD DEBIT, AMEX EPAYMENT ACH PMT W9386 | 8,690.37 |
| 10/09 | ACH SETTLEMENT, ACH BATCH<br>    DARK ALLEY MEDIA | 2,250.00 |
| 10/25 | TD ZELLE SENT, 429900J0BWBL Zelle MICHAEL AIGOTTI | 1,000.00 |
| 10/28 | ACH SETTLEMENT, ACH BATCH<br>    DARK ALLEY MEDIA | 3,150.00 |
| | Subtotal: | 24,751.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender





E   **STATEMENT OF ACCOUNT**

DARK ALLEY MEDIA LLC
2316 NW 6TH AVE
WILTON MANORS FL  33311-3714

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | |
| Primary Account #: | |

## TD Business Convenience Plus

DARK ALLEY MEDIA LLC                                    Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,909.27 | Average Collected Balance | 16,508.10 |
| Electronic Deposits | 2,083.45 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 8,701.69 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 13,291.03 | Days in Period | 30 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | ACH DEPOSIT, AERONA LLC CONTENT 010831633 | 505.74 |
| 11/19 | CCD DEPOSIT, F/K/A AEBN COMACH2411 MF02710 | 1,107.23 |
| 11/19 | CCD DEPOSIT, F/K/A AEBN COMACH2411 MF01557 | 470.48 |
| | Subtotal: | 2,083.45 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | ELECTRONIC PMT-TEL, QHPONLINE WEB PAY HFIC | 1,210.63 |
| 11/18 | CCD DEBIT, AMEX EPAYMENT ACH PMT W2016 | 7,491.06 |
| | Subtotal: | 8,701.69 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 19,909.27 | 11/18 | 11,713.32 |
| 11/04 | 18,698.64 | 11/19 | 13,291.03 |
| 11/13 | 19,204.38 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 




America's Most Convenient Bank®   E   **STATEMENT OF ACCOUNT**

DARK ALLEY MEDIA LLC
2316 NW 6TH AVE
WILTON MANORS FL  33311-3714

Page: 1 of 2
Statement Period: Dec 01 2024-Dec 31 2024
Cust Ref #:
Primary Account #:

## TD Business Convenience Plus
DARK ALLEY MEDIA LLC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 13,291.03 | Average Collected Balance | 10,411.19 |
| Electronic Deposits | 550.66 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 6,525.63 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 7,316.06 | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | ACH DEPOSIT, AERONA LLC CONTENT 010831633 | 550.66 |
| | Subtotal: | 550.66 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | ELECTRONIC PMT-TEL, QHPONLINE WEB PAY HFIC | 1,210.63 |
| 12/13 | CCD DEBIT, AMEX EPAYMENT ACH PMT W7800 | 2,000.00 |
| 12/24 | CCD DEBIT, RAVI IVAN SHARMA OPPAYM POJ 243560997577 | 3,315.00 |
| | Subtotal: | 6,525.63 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 13,291.03 | 12/13 | 10,631.06 |
| 12/02 | 12,080.40 | 12/24 | 7,316.06 |
| 12/11 | 12,631.06 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender