# EXHIBIT 33

Forwarded message ---------
From: **Owen Hawk** <email@owenhawk.com>
Date: Fri, Feb 7, 2025 at 1:38 PM
Subject: New message from &quot;Owen Hawk&quot;
To: <robert@darkalleymail.com>

Name: Les Rutt
Email: lesrutt01@yahoo.com
Message: FINALLY!

Been wondering what the hell was going on with RFC and you. Been a member of RFC for a bit. Went looking for a few fav videos with you, Tyler Roberts (RIP), Damagedbttm and Archer Croft. Nada. Then noticed pretty much every video with you disappeared. So…just googled, "what's going on with Owen Hawks and Raw Fuck Club?". BAM! Here I am.

Please keep me up to date with things. Would love to join when you get to that point. Hoping to see some of your old collabs again (if you're legally able to do so).

Oh…if, as your site grows, you decide to do "themes" to help navigate and find stuff, consider a poppers theme. I know. Controversial. Or lame. But love watching videos with guys hitting poppers while fucking (not popper training shit). Finding those videos ain't easy. Just me.

Anywho, glad I found this site. Looking forward to what becomes of it.