

# SHARMALAW
LAW OFFICES OF RAVI IVAN SHARMA, P.C.
26 BROADWAY, SUITE 1108, NEW YORK, NEW YORK 10004

212 537 5957
Facsimile 212 537 5956
Voice Mail 213 537 5953
RAVI@SHARMALAW.COM

February 17, 2025

**VIA ECF and EMAIL: ALCarterNYSDChambers@nysd.uscourts.gov**

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:** *Svothi Inc. v. Dark Alley Media*, 25 CV 0333 – Defendants' Request For Acceptance of Late Filed Reply Papers

Dear Judge Carter:

This office represents Defendants, Dark Alley Media, LLC ("**DAM**") and its LLC Manager and founder, Robert Felt. I write to respectfully request that the Court accept Defendants' late-filed Reply papers in Support of Defendants' Order To Show Cause for Temporary Restraining Order and Preliminary Injunction.

The deadlines set for filing of Plaintiff's Opposition was February 12, 2025, and for filing of Defendant's Reply was February 14, 2025.

We have made no prior requests for this relief in this matter.

Plaintiff's counsel has consented to this application while reserving Plaintiff's rights to object on any other grounds.

Good cause for this request is as follows: Due a lengthy declaration with a larger number of exhibits than planned for, many of which required redaction,

2

although working diligently, we were nonetheless not able to file the reply papers until after the midnight that evening.

    For all the foregoing, we respectfully request you grant this request.

Respectfully submitted.

Ravi Ivan Sharma
SHARMALAW – Ravi Ivan Sharma, P.C.
26 Broadway, Suite 1108
New York, NY 10004
(212) 537-5957
ravi@sharmalaw.com
*Attorneys for Defendants*

cc. Marms@mullenpc.com, wmullen@mullenpc.com; vfitzpatrick@mullenpc.com