**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------- x

**SVOTHI, INC.,**

           **Plaintiff**

       **-against-**

**DARK ALLEY MEDIA AND ROBERT FELT,**

          **Defendants.**

----------------------------------------------------------- x

**25-cv-00333 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

During this afternoon's preliminary injunction hearing the Court **DENIED** Defendant/ Counterclaim Plaintiff's request for preliminary injunction.  Defendant's motion leave to file untimely its Reply papers is **GRANTED**.  The Clerk of Court is respectfully directed to terminate the motion at ECF No. 31.

In follow-up from this afternoon's premotion conference, the Court **ORDERS** the Parties to provide a joint status report on March 6, 2025 in which the Parties shall advise the Court as to whether the matter has been settled and, if not, whether the Parties request referral to a magistrate judge or court-annexed mediation.  The Parties shall also advise the Court as to the issue of the impleader motion has been settled and, if not, the Parties shall propose a briefing schedule.

SO ORDERED.

Dated:    **February 19, 2025**
          **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**