WESLEY M. MULLEN                                      MULLEN P.C.
745 FIFTH AVENUE | SUITE 500
NEW YORK, NY 10151

February 24, 2025

Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

<u>VIA CM/ECF AND EMAIL (PER INDIVIDUAL RULE 1.A)</u>

      Re:    <u>SVOTHI, Inc. v. Dark Alley Media LLC *et ano.*</u>, 25 CV 0333 (ALC)

Your Honor:

I am counsel to the Plaintiff. I write pursuant to Rules 1.A and 1.D of the Court's Individual Practices to request a 30-day extension of the deadline for Plaintiff to respond to Defendant's Amended Answer with Counterclaims, (ECF Doc. 19), filed February 3, 2025. (*See* Fed. R. Civ. P. 12(a)(1)(B), (b).)

The original deadline for Plaintiff's reply is today, February 24, 2025.

We request that the deadline be extended by 28 days, to and including March 24, 2025.

There has been no previous request to extend this deadline.

Counsel for Defendants consents.

The Court's Order entered February 19, 2025, (ECF Doc. 33), directed the Parties to provide a joint status report on March 6, 2025. Plaintiff anticipates that, unless the matter is settled, the joint status report will propose a briefing schedule on Plaintiff's anticipated motion to dismiss the Defendants' Counterclaims.

Respectfully submitted,

*/s/ Wesley M. Mullen*
Wesley M. Mullen

  cc:    ALCarterNYSDChambers@nysd.uscourts.gov (per Rule 1.A)
        All counsel of record

WMULLEN@MULLENPC.COM | (646) 632-3718