WESLEY M. MULLEN                                    MULLEN P.C.
                                         745 FIFTH AVENUE | SUITE 500
                                                NEW YORK, NY 10151

March 6, 2025

Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

VIA CM/ECF AND EMAIL (PER INDIVIDUAL RULE 1.A)

      Re:    SVOTHI, Inc. v. Dark Alley Media LLC *et ano.*, 25 CV 0333 (ALC)

Your Honor:

I am counsel to the Plaintiff. I write jointly with counsel for the Defendants, and pursuant to the Court's Order dated February 19, 2025 (ECF Doc. 33), to provide a joint status report.

The parties have not settled the case.

The parties have not agreed jointly to request referral to mediation at this time.

The Defendants' proposal to implead or join additional parties remains unresolved. However, Defendants have agreed to furnish drafts of any new or amended pleadings to Plaintiff on or before March 14, 2025. Plaintiff has agreed to inform Defendants on or before March 21, 2025, whether Plaintiff opposes the filing of the proposed new or amended pleadings without leave. If Plaintiff opposes, the parties jointly propose the following briefing schedule:

| | |
|---|---|
| Defendants' motion for leave: | April 8, 2025 |
| Plaintiff's opposition: | April 22, 2025 |
| Defendants' reply: | April 29, 2025 |

We thank the Court for its attention.

Respectfully submitted,

Wesley M. Mullen

  cc:    ALCarterNYSDChambers@nysd.uscourts.gov (per Rule 1.A)
          All counsel of record

WMULLEN@MULLENPC.COM | (646) 632-3718