UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SVOTHI INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>DARK ALLEY MEDIA, LLC and ROBERT FELT,<br><br>            Defendants. | Civil Action No. 25 CV 00333<br><br>**NOTICE OF MOTION FOR STAY PENDING ARBITRATION**<br><br>**9 U.S.C. § 3** |

PLEASE TAKE NOTICE that upon the accompanying Declarations of Ravi Ivan Sharma, Esq., sworn to on April 21, 2025, and Robert Felt, sworn to on April 21, 2025, the exhibits annexed thereto, the Memorandum in Law in Support, dated April 21, 2025, the pleadings and prior proceedings in this action, and all other papers and proceedings herein, Defendants Dark Alley Media, LLC ("DAM"), by its attorneys, will move this Court, at the United States Courthouse located at 40 Foley Square, Courtroom 1306, New York, NY 10007, on a date and time to be determined by the Court, for an Order pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, staying the above-captioned action pending mandatory arbitration.

Respectfully submitted,          SHARMALAW – Ravi Ivan Sharma, P.C.

Dated: New York, NY
April 21, 2025

By:            /s/
         Ravi Ivan Sharma
         26 Broadway, Suite 1108
          New York, NY 10004
         (212) 537-5957
         ravi@sharmalaw.com

         *Counsel for Defendants*