# EXHIBIT 2

⊙ **Release Year:** 2009

⊙ **Director:** Joe Budai

⊙ **Studio:** Dark Alley Media

⊙ **Categories:** 🏷 Bareback   🏷 Fetish   🏷 GangBang   🏷 Pissing

**Watch Bred In Captivity Now** ⤴

These studs at Dark Alley Media know their shit. They slap a title on their videos and that's exactly what you get. In this case, Bred in Captivity is just that ' a hardcore video running about 72 minutes of pure master/sub sex that will teach even a hardened master a thing or two about this popular fetish. There's bareback sex, lots of fucking, sucking, licking, rimming, some wet pissing and lots of rough play to fill out your kinky fantasies.

James Jones is the star of this video ' chained up and used up by 11 of the hottest, most hung euro studs that Dark Alley Media could round up to teach this sub a lesson. Things pick up speed instantly when one of these bulky fuckers starts off spitting in James' mouth in order to shove as many fingers down his throat ' a pre-mouth stretching exercise? Perhaps. You'll have to keep on watching to find out.

**Cookie Consent**

Hi, we use cookies to ensure the website's proper operation, to analyze traffic and performance, and to provide social media features.

One kinky scene leads to another as a gangbang soon starts to form. By the end of this suck/fuck fest James is unchained but completely covered in man cum before he's slapped silly by his master. He gets a little bit of rest when one of the top fuckers walks in



# Load Factory



Reviewed on: June 19, 2009 • NSFW.ARMY





- ⦿ Release Year: **2009**
- ⦿ Director: **Owen Hawk**
- ⦿ Studio: **Dark Alley Media**
- ⦿ Categories:  🏷 Bareback    🏷 Fetish    🏷 Leather    🏷 Orgies

**Watch Load Factory Now ⤴**

Adam Burr, Ben Armstrong, and Aiden Shaw are all put to the test when these cum hungry bottoms are fed to the wolves. Actually, not so much wolves as voracious tops with an appetite for ass destruction. The action in this film is incredibly intense, and it's made even more so by the fact that the dudes getting fucked have very innocent faces. Of course, when their clothes come off their inner pigs come out.

Director Owen Hawk issues a challenge to all the tops saying that he'll give each of them an additional five hundred dollars every time they breed one of the boys' buttholes. This of course is after they've already shot their loads once, but fear not because these tops rise to the challenge beautifully.

Along with all the raw fucking action, there is plenty of hardcore action as well. One scene has one of the tops stretching the bottom's hole as far as it will go with not one but both fists in the dude's ass. The fisting is enough to make even the most prepared bottom

**Cookie Consent**

Hi, we use cookies to ensure the website's proper operation, to analyze traffic and performance, and to provide social media features.



# Bareback Frathouse Dungeon



Reviewed on: January 23, 2010 • NSFW.ARMY



## Cookie Consent

Hi, we use cookies to ensure the website's proper operation, to analyze traffic and performance, and to provide social media features.

**Cookie Settings**

Accept all          Accept necessary

- Release Year: **2009**
- Director: **Owen Hawk**
- Studio: Dark Alley Media
- Categories: Bareback    Fetish    Fratboys    Hardcore

Watch Bareback Frathouse Dungeon Now ⤴

You can never go wrong with a kinky frat theme. All the testosterone running rampant in a frathouse is enough to make you bust a load at an hourly rate. Add a dark element of B&D hazing rituals and you've got yourself a winner! This bareback title takes the familiar premise of eager frat boys willing to do just about anything to be accepted into a fraternity and gives it a hot new twist. The pledgemasters have set up a dungeon in the basement of their frat house where just about anything can happen.

There are plenty of hot guys in the four scenes that make up this video. Each one is hung, good looking, and multi-talented. In the basement of the frat house, the sex intensifies with each scene and culminates in a wicked finale between Chad Manning and a hot Latino by the name of Eru. Anal action is a recurring theme as each pledge gets a handful of action through the back door to prove his loyalty and to test his mettle. As part of the initiation process, these helpless studs have no choice but to endure the anal assaults if they ever hope to be a part of the fraternity. Without giving anything away, we'll just say

**Cookie Consent**

Hi, we use cookies to ensure the website's proper operation, to analyze traffic and performance, and to provide social media features.