# EXHIBIT 3

# Load Factory
## Raw Fuck Club

Movie Studios / Raw Fuck Club / Page 2 / Load Factory



Studio: **Raw Fuck Club**
Category: **Gay**
Director: **Owen Hawk**
Starring: **Aiden**, **Austin Shadow**, **Lars Svenson**, **James Roscoe**, **Adam Burr**, **Ben Armstrong**, **Sebastian Carle**
Release Date: 2/6/2009

large cover

## New DVD

| Seller | Base Price | Total Price | |
|---|---|---|---|
|  | $24.99 +Free Shipping | $24.99 | Shop |
|  | $42.78 +$3.85 shipping | $46.63 | Shop |

Prices do not include any sales or VAT taxes
☐ Use International Shipping Rates

## Related Movies


Call Of Buty: Black Tops


Gangbang Squad 1: Owen Hawk


Atlanta Loads

XL Kings

Gangbang Lottery

 About     Email     Twitter

Copyright © 1999 - 2025 AdultDVDTalk.com

Terms of Service    Privacy Statement

Adult DVD Talk earns commission on many of the shopping links on the site.
Thank you for using our links to **buy porn!**