# EXHIBIT 10

damian.j.todaro  8/27/2020, 3:52:04 PM
i have 3 US corps already

damian.j.todaro  8/27/2020, 3:51:53 PM
s

damian.j.todaro  8/27/2020, 3:51:52 PM
my running costs are higher than your

damian.j.todaro  8/27/2020, 3:51:45 PM
the rest i took out because cash flow was meh

getfelt  8/27/2020, 3:51:42 PM
corp

getfelt  8/27/2020, 3:51:35 PM
so you opening a US copr?

damian.j.todaro  8/27/2020, 3:51:33 PM
half of it is still there

damian.j.todaro  8/27/2020, 3:51:16 PM
its all a huge waste of time

getfelt  8/27/2020, 3:51:15 PM
what happeend to that money you had stashed in Belize

damian.j.todaro  8/27/2020, 3:51:10 PM
notarized docs and shit

damian.j.todaro  8/27/2020, 3:51:02 PM
which takes me a few days

damian.j.todaro  8/27/2020, 3:50:59 PM
and more due diligence

getfelt  8/27/2020, 3:50:54 PM
ewww

damian.j.todaro  8/27/2020, 3:50:48 PM
they now need financials and nevis tax returns etc

getfelt  8/27/2020, 3:50:43 PM
so youre gonna be what now

damian.j.todaro  8/27/2020, 3:50:33 PM
but because nevis is changing all their rules for corps

damian.j.todaro  8/27/2020, 3:50:13 PM
not because of eric

damian.j.todaro  8/27/2020, 3:50:07 PM
im closing down videoapp

damian.j.todaro  8/27/2020, 3:50:01 PM
and i swear to Allah this is the truth and nothing but the truth

damian.j.todaro  8/27/2020, 3:49:35 PM
BTW