# EXHIBIT 12

**getfelt** 6/6/2019, 9:51:07 PM
Red tape bullshit it's like getting a mortgage to get your own money

**damian.j.todaro** 6/6/2019, 9:51:06 PM
just so annoying

**damian.j.todaro** 6/6/2019, 9:51:02 PM
anyway

**damian.j.todaro** 6/6/2019, 9:51:01 PM
ugh

**damian.j.todaro** 6/6/2019, 9:50:57 PM
like... why svothi? is the 1984

**damian.j.todaro** 6/6/2019, 9:50:44 PM
proof of good standing for SVOTHI and VIDEOAPP

**getfelt** 6/6/2019, 9:50:38 PM
Lord

**damian.j.todaro** 6/6/2019, 9:50:33 PM
ugh

**damian.j.todaro** 6/6/2019, 9:50:31 PM
i wanted non-americans at the time for some other easons

**damian.j.todaro** 6/6/2019, 9:50:22 PM
i had listed him as a shareholder at the time

**getfelt** 6/6/2019, 9:50:17 PM
What

**damian.j.todaro** 6/6/2019, 9:50:09 PM
they are asking for a notarized color copy of jeffrey horwitz's passport

damian.j.todaro 6/6/2019, 9:49:46 PM

**damian.j.todaro** 6/6/2019, 9:49:46 PM
keep in mind i did an entire audit in 2016 with literally dozens of notarized documents and shit...

**getfelt** 6/6/2019, 9:49:41 PM
Thats too much crap

**getfelt** 6/6/2019, 9:49:21 PM
Yeahhh no

**damian.j.todaro** 6/6/2019, 9:49:00 PM
so the bank in belize got back to me... with a list of documentation requirements. this is fucking ridiculous. plus 3-4 weeks to send the wire. i need to shut this shit down.