# EXHIBIT 15

---------- Forwarded message ----------
From: **Cynthia** <cynthia@videoapp.net>
Date: Wed, Feb 8, 2017 at 12:43 PM
Subject: Re: Eric Deal
To: Robert Felt <robert@darkalleymail.com>

TD Bank

Routing: 026013673

Acct: 4283407744

Thanks--let me know when you make the payment.

Cynthia

On 2/7/2017 12:00 PM, Robert Felt wrote:
> Thanks!
>
> Can you gimme your ACH details again. thx
>
>> On Feb 7, 2017, at 10:12 AM, Cynthia <cynthia@videoapp.net> wrote:
>>
>> I'll arrange payments tomorrow and that should put them in your account on the 9th or 10th!
>>
>> Cyn
>>
>>> On 2/6/2017 2:25 PM, Robert Felt wrote:
>>> no worries, we are working on the contract now
>>>
>>> Would it be possible to receive our ACH this month by the 10th? We have a TON of production going on concurrently and I could use the funds by that date.
>>>
>>> thanks
>>>
>>> rob
>>>
>>>> On Feb 6, 2017, at 9:28 AM, Damian Todaro <damian@videoappmail.com> wrote:
>>>>
>>>> my apologizes for the confusion. rob, please put on your to-do list the agreement. i'd like to get that executed this week.
>>>>
>>>>> On Sun, Feb 5, 2017 at 1:09 PM, Cynthia <cynthia@videoapp.net> wrote:
>>>>> Hi Rob,
>>>>>
>>>>> Sorry for presenting a different arrangement--I was not aware of any agreement or details.
>>>>>
>>>>> My apologies.
>>>>>
>>>>> Send an ACH per the agreement you worked out with Damian.
>>>>>
>>>>> Take care,
>>>>>
>>>>> Cynthia
>>>>>
>>>>>> On 2/3/2017 2:04 PM, Robert Felt wrote:
>>>>>> Hey Cynthia, nice to hear from you. My agreement with Damian was that I would pay half of the 5000 on the receipt of the signed contract with him stipulating him assigning us the distribution rights for the DVDs. The second half would be paid upon receipt of the first set of a
>>>>>>
>>>>>> Best,
>>>>>>
>>>>>> Rob
>>>>>>
>>>>>>> On Feb 3, 2017, at 12:42 PM, Cynthia <cynthia@videoapp.net> wrote:
>>>>>>>
>>>>>>> Hi Rob,
>>>>>>>
>>>>>>> Damian informed me that you and he have bought the rights to his content and that you agreed to cover 5000 Euros ($5400 US).
>>>>>>>
>>>>>>> I wanted to confirm that I will hold back $2700 this month from your revenues and $2700 next month.
>>>>>>>
>>>>>>> Please let me know if you are in agreement. Or can I do all $5400 this month???
>>>>>>>
>>>>>>> Let me know what you prefer.
>>>>>>>
>>>>>>> Thanks,
>>>>>>>
>>>>>>> Cynthia
>>>>>>>
>>>>>>>
>>>>>>> --
>>>>>>> Specialized Managed Web Services for Online Entertainment
>>>>>>> Video App, Inc.
>>>>>>> www.videoapp.net
>>>>>>> ———————————————————————————————————————
>>>>>>> Damian Todaro
>>>>>>> w. 646.395.1227 x469    f. 877.682.7814
>>>>>>> damian@videoapp.net
>>>>>>> AIM / Yahoo / GoogleTalk / MSN: videoapp003
>>>>>>> ———————————————————————————————————————
>>>>>>> PGP Key ID: 0x6FCF412A
>>>>>>> Key Server: http://keyserver.pgp.com
>>>>>>> Fingerprint: D901 67B2 2F5C 833F AB15
>>>>>>> A6D7 188A 0953 6FCF 412A
>>>>>>> ———————————————————————————————————————
>>>>>>> This email message, including any attachments, is for the sole use of the intended recipient (s) and may contain information that is confidential, proprietary, legally privileged, or otherwise protected by