# EXHIBIT 2

# SHARMALAW

Law Offices of Ravi Ivan Sharma, P.C.

26 Broadway, Suite 1108, New York, New York 10004

**212 537 5957**
Facsimile 212 537 5956
Voice Mail 213 537 5953
RAVI@SHARMALAW.COM

January 16, 2025

**BY OVERNIGHT EXPRESS MAIL: 9470111206211161722509**

VideoApp, Inc.
228 Park Avenue South, PMB 40543 New York, NY 10003

**BY EMAIL: wmullen@mullenpc.com**

Wesley M. Mullen
Mullen P.C.
745 Fifth Avenue, Suite 500
New York, NY 10151

**TO VIDEOAPP, INC.:**

In accordance with the arbitration agreement contained in the Joint Venture Agreement dated January 1, 2019, between Dark Alley Media, LLC and VideoApp Inc., and in accordance with the JAMS Comprehensive Arbitration Rules & Procedures, please find attached the Demand for Arbitration initiating arbitration proceedings in this matter.

As required, a copy of this Notice has been filed with JAMS with proof of service. Please note that under JAMS Rule 5(c), you have 14 calendar days from receipt of this notice to submit a response to JAMS and serve it on all parties.

**RAVI IVAN SHARMA, P.C.**

# Demand For Arbitration - Dark Alley Media, LLC vs. VideoApp Inc. #5425003243

Submission Date: 1/16/2025

## 1. JAMS Local Center

JAMS resolution center        Requested Hearing Location

New York, New York

## 2. Rules & Fees

Arbitration Rules

JAMS Comprehensive Arbitration Rules and Procedures

Filing & Submission Fees

⊙ Two-party matter: $2,000.

---

| 3.Claimant(s) | Claimant Representatives |
|---|---|
| 1. Dark Alley Media, LLC<br>133 West 136th Street, 1A<br>10030 New York NY<br>robert@darkalleymail.com | A. Ravi Sharma<br>Sharmalaw - Ravi Ivan Sharma, P.C.<br>2392082NY<br>26 Broadway, Suite 1108<br>10004 New York NY<br>212-537-5957<br>ravi@sharmalaw.com |

---

| 4.Respondent(s) | Respondent Representatives |
|---|---|
| 1. VideoApp Inc.<br>228 Park Avenue S, Unit 40543<br>10003 New York NY<br>damian@ppvnetworks.com | A. Wesley Mullen<br>Mullen P.C.<br>4576716<br>745 Fifth Avenue, Suite 500<br>10151 New York NY<br>(646) 632-3718<br>wmullen@mullenpc.com |

---

## 5. Nature of Dispute

As per the attached Joint Venture Agreement (JVA) and correspondence, Dark Alley Media, LLC (DAM) claims that VideoApp, Inc. dba PPVNetworks (PPVN) breached the JVA between the parties by failing to make due payments, provide real-time reports, and maintain industry standards. DAM claims PPVN owes at least $146,959 in unpaid royalties and other amounts. Despite DAM's termination of the JVA on December 4, 2024, PPVN continues to exploit DAM's intellectual property and has failed to return DAM's assets as per the JVA. Svothi Inc., dba PPVNetworks, the alter-ego of PPVN, operating out of the same New York address, is also falsely claiming ownership of the RFC trademarks contributed by DAM under the JVA. DAM demands immediate cessation of PPVN's unauthorized use of its trademarks and content, the return of all digital and intellectual property , and payment of all outstanding amounts, damages, costs, and legal fees. DAM reserves the right to seek further legal remedies available under law.

Amount in Controversy  $ 500000

- [RFC JV agreement.pdf](RFC JV agreement.pdf)   Exhibits
- [Letter to Wesley Mullen 2024-11-01.pdf](Letter to Wesley Mullen 2024-11-01.pdf)   Exhibits
- [Letter to Wesley Mullen 2024-12-04.pdf](Letter to Wesley Mullen 2024-12-04.pdf)   Exhibits
- [Letter to Wesley Mullen - 2025-01-15.pdf](Letter to Wesley Mullen - 2025-01-15.pdf)   Exhibits

## 6. Agreement

Page 11, Paragraph 9.7

☑ By checking the box to the left, Claimant requests that the Expedited Procedures described in JAMS Comprehensive Rules 16.1 and 16.2 be applied in this matter. Respondent shall indicate not later than seven (7) days from the date this Demand is served whether it agrees to the Expedited Procedures.

- [RFC JV agreement.pdf](RFC JV agreement.pdf)   Exhibits

## 7. Consumer & Employment

◉ NO, this is not a CONSUMER ARBITRATION
◉ Decline to state

## 8. Submission information

Name      Ravi Sharma
Address   26 Broadway, Suite 1108

Zip Code   10004
City   New York
State   NY
Phone   (212) 537-5957
E-mail   ravi@sharmalaw.com