UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

SVOTHI, INC.,

                **Plaintiff**

     -against-                               25-cv-00333 (ALC)

DARK ALLEY MEDIA AND ROBERT FELT,                   **ORDER**

                **Defendants.**
-------------------------------------------------------------

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' correspondence regarding premotion conferences in advance of Defendant's anticipated motion to stay the case pending arbitration (ECF Nos. 39, 40, 41) and Plaintiff's anticipated motion to dismiss Defendant's amended counterclaims (ECF Nos. 42, 47). The Court **DENIES** the Parties' requests for premotion conferences.

      With respect to Defendant's motion to stay, the Court notes Defendant's filing of its motion (ECF No. 43) without leave to do so. The Court **DENIES** Defendant's motion without prejudice and **GRANTS** Defendant leave to refile its motion to stay, waiving the requirement for a premotion conference. The Parties shall adhere to the following briefing schedule:

- June 13, 2025: Opening Brief due;

- June 27, 2025: Opposition due;

- July 7, 2025: Reply, if any, due.

      With respect to Plaintiff's anticipated motion to dismiss Defendant's amended counterclaims, Plaintiff will be permitted to file a renewed request for a premotion conference if the motion to stay is denied.

      The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 42 and 43.

**SO ORDERED.**

Dated:   May 23, 2025
              New York, New York

                                                                 **ANDREW L. CARTER, JR.**
                                                                  **United States District Judge**