MEMO ENDORSED

Case 1:25-cv-00333-ALC   Document 51   Filed 06/04/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/2025

**WESLEY M. MULLEN**

745 FIFTH AVENUE
NEW YORK, NY 10151

June 4, 2025

Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

<u>VIA CM/ECF AND EMAIL (PER INDIVIDUAL RULE 1.A)</u>

      Re:    <u>SVOTHI, Inc. v. Dark Alley Media LLC *et ano.*</u>, 25 CV 0333 (ALC)

Your Honor:

I am counsel to the Plaintiff. I write jointly with counsel for the Defendants, and pursuant to Rules 1.A and 1.D of the Court's Individual Practices, to propose a stipulated briefing schedule on Defendants' anticipated motion to stay the action.

By Order dated May 23, 2025, (ECF Doc. 48), the Court set a motion briefing schedule under which the Defendants' Opening Brief is due June 13, 2025; Plaintiff's Opposition is due on June 27, 2025; and Defendants' Reply is due on July 7, 2025. Given prior commitments of counsel, the parties jointly request that the Court approve briefing on the following revised schedule:

| | |
|---|---|
| Defendant's Opening Brief: | June 20, 2025 |
| Plaintiff's Opposition: | July 10, 2025 |
| Defendants' Reply, if any: | July 24, 2025 |

There has been no prior request to modify the briefing schedule set by the Court in its May 23, 2025 Order.

We jointly thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Wesley M. Mullen*

Wesley M. Mullen

    cc:    ALCarterNYSDChambers@nysd.uscourts.gov (per Rule 1.A)
            All counsel of record

SO ORDERED:

*/s/ Andrew L. Carter*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

New York, NY
June 4, 2025

WMULLEN@MULLENPC.COM | (646) 632-3718