

# SHARMALAW

LAW OFFICES OF RAVI IVAN SHARMA, P.C.

26 BROADWAY, SUITE 1108, NEW YORK, NEW YORK 10004

**212 537 5957**

Facsimile 212 537 5956

Voice Mail 213 537 5953

RAVI@SHARMALAW.COM

June 20, 2025

**VIA ECF and EMAIL: ALCarterNYSDChambers@nysd.uscourts.gov**

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     **RE:** *Svothi Inc. v. Dark Alley Media*, **25 CV 0333 – Joint Notice of Settlement in Principle and Request for Stay Pending Drafting of Settlement Documentation**

Dear Judge Carter,

We represent Defendants Dark Alley Media, LLC ("DAM") and Robert Felt and write jointly with counsel for Plaintiff to (a) report that the parties have reached a settlement in principal and (b) respectfully request the Court stay this matter in its entirety (including the pending briefing schedule as to defendants proposed motion to stay) so that the parties may focus their resources on finalizing the settlement documentation.

  Respectfully submitted,

Ravi Ivan Sharma

SHARMALAW – Ravi Ivan Sharma, P.C.

26 Broadway, Suite 1108

New York, NY 10004

(212) 537-5957

ravi@sharmalaw.com

*Attorneys for Defendants*

cc. Marms@mullenpc.com, wmullen@mullenpc.com; vfitzpatrick@mullenpc.com