WESLEY M. MULLEN                                                    MULLEN P.C.
745 FIFTH AVENUE | SUITE 500
NEW YORK, NY 10151

July 23, 2025

Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

<u>VIA CM/ECF AND EMAIL (PER INDIVIDUAL RULE 1.A)</u>

      Re:    <u>SVOTHI, Inc. v. Dark Alley Media LLC et al.</u>, 25 CV 0333 (ALC)

Your Honor:

I am counsel to the Plaintiff. I write pursuant to Rules 1.A and 1.D of the Court's Individual Practices to request a 30-day extension of the deadline to restore the action pursuant to the Court's conditional Order of Discontinuance entered June 23, 2025. ([ECF Doc. 53.](#))

The deadline to restore the action is Wednesday, July 23, 2025. There has been no prior request for an extension.

The parties jointly request that the deadline be extended by 30 days, to and including August 22, 2025, to allow the parties sufficient time to finalize their definitive settlement agreement. The parties continue to negotiate in good faith and believe this extension will facilitate resolution without the need for further Court intervention.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Wesley M. Mullen*
Wesley M. Mullen

cc:    ALCarterNYSDChambers@nysd.uscourts.gov (per Rule 1.A)
        All counsel of record

WMULLEN@MULLENPC.COM | (646) 632-3718