# EXHIBIT K

## Proof of Mailing

Certified Mail Receipt for filing sent to:

United States District Court for the Southern District of New York

500 Pearl Street / 40 Foley Square

New York, NY 10007

Postmarked: July 23, 2025

Tracking No.: 9590 0730 5270 5270 2659 69

Submitted in connection with:

Motion to Restore Case to Active Docket and Objection to Proposed Settlement

Case No. 1:25-cv-00333 (ALC)

Respectfully submitted,

/s/ Marc Edisad

Marc Edisad

70 Wyckoff Avenue, Apt. 2K

Brooklyn, NY 11237

646-683-8672

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

New York, NY 10007

OFFICIAL USE

Certified Mail Fee $5.30

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $0.00
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $0.00

Postage $10.95

Total Postage and Fees $16.25

Postmark Here: USPS WYCKOFF BROOKLYN NY 11237 JUL 23 2025

Sent To: N.Y.S Southern Dist Court
Street and Apt. No., or PO Box No.: 40 Foley Square
City, State, ZIP+4®: N.Y. N.Y. 10007

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

Tracking numbers (visible on receipt edges):
9589 0710 5270 2672 6040 49
9589 0710 5270 2672 6040 10
9589 0710 5270 2672 6041 18

Visit https://www.usps.com/tracking
Text and email alerts available