UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

SVOTHI, INC.,

        **Plaintiff**

    -against-

**DARK ALLEY MEDIA AND ROBERT FELT,**

        **Defendants.**

-------------------------------------------------------- x

25-cv-00333 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of a letter motion dated July 23, 2025 and filed by Marc Edisad, a purported 50% shareholder of Defendant Dark Alley Media, LLC who seeks to restore the case to the active docket and objects to the settlement reached in this action. *See* ECF No. 57. Mr. Edisad appears *pro se*.

    The Court **ORDERS** the Parties (including Mr. Edisad) to appear before the Court for an **IN-PERSON** status conference on **Tuesday, August 26, 2025 at 2 p.m.** The Parties shall appear in Courtroom 444, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Dated:    August 1, 2025
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**