**WESLEY M. MULLEN**

MULLEN P.C.
745 FIFTH AVENUE | SUITE 500
NEW YORK, NY 10151

August 5, 2025

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

<u>VIA CM/ECF AND EMAIL (PER INDIVIDUAL RULE 1.A)</u>

     Re:    <u>SVOTHI, Inc. v. Dark Alley Media, LLC</u> *et ano.*, 25 CV 0333 (ALC)

Your Honor:

I am counsel to the Plaintiff.

By Order dated August 1, 2025, the Court set an in-person status conference to occur on August 26, 2025 at 2 p.m. (ECF Doc. 58.) I will be unable to attend due to a pre-planned family vacation, and I therefore write to request a brief adjournment to a date of the Court's convenience after Labor Day.

Counsel for Defendant Dark Alley Media, LLC consents to the request. Mr. Sharma advises that the Defendant would prefer a date as soon after Labor Day as possible, and that he is not available on September 2, 5, 8, or 17, 2025.

Mr. Edisad, the *pro se* non-party who filed a letter docketed on July 23, 2025, (ECF Doc. 57), has not yet responded to my email and voicemail requesting consent.

We jointly thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Wesley M. Mullen*

Wesley M. Mullen

  cc:    ALCarterNYSDChambers@nysd.uscourts.gov (per Rule 1.A)
          Marc Edisad (via First Class Mail per Fed. R. Civ. P. 5(b)(2)(C))
          marc.edisad@gmail.com (via CM/ECF)
          All counsel of record

WMULLEN@MULLENPC.COM | (646) 632-3718