**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SVOTHI, INC.,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>DARK ALLEY MEDIA, LLC and ROBERT FELT,<br><br>    Defendants-Counterclaim Plaintiffs. | No. 25 CV 0333 (ALC)<br><br>**PROOF OF SERVICE** |

I, Wesley M. Mullen, declare as follows pursuant to 28 U.S.C. § 1746

    On August 5, 2025, I caused to be served a true and correct copy Plaintiff's the letter request to adjourn the in-person status conference scheduled for August 26, 2025 (ECF Doc. 59) upon Mr. Marc Edisad via First Class mail to 70 Wyckoff Avenue, Apt 2K Brooklyn, NY 11237, which is the address indicated in Mr. Edisad's letter filed July 23, 2025 (ECF Doc. 57).

Dated:    August 6, 2025

                                                Wesley M. Mullen