WESLEY M. MULLEN                                    MULLEN P.C.
                                                    745 FIFTH AVENUE | SUITE 500
                                                    NEW YORK, NY 10151

August 21, 2025

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

VIA CM/ECF AND EMAIL (PER INDIVIDUAL RULE 1.A)

Re:    SVOTHI, Inc. v. Dark Alley Media, LLC *et ano.*, 25 CV 0333 (ALC)

Your Honor:

I am counsel to the Plaintiff.

This case is conditionally dismissed pending settlement under the Court's conditional dismissal order entered June 23, 2025, (ECF Doc. 53), as extended July 23, 2025, (ECF Doc. 56). The deadline to restore the action is tomorrow, August 22, 2025. (*Id.*)

Plaintiff maintains its desire to finalize the settlement in principle described in the joint letter filed by Defendant on June 20, 2025. (ECF Doc. 52.) We therefore request that the deadline to restore the action be extended by a further 31 days, to September 22, 2025.

This is the second request for an extension of the deadline to restore; the prior joint request was granted. (ECF Doc. 56.) Counsel for Defendant has not yet responded to my email requesting consent to this application.

The case will be discontinued by operation of the Court's prior orders unless an application to restore is made by the deadline to restore. (ECF Docs. 53, 56.) For that reason, in the alternative and solely for protective purposes should the Court deny Plaintiff's request to extend the deadline, Plaintiff requests that the case be restored to the calendar, with case management issues to be taken up at the forthcoming in-person status conference on September 4, 2025 at 2 p.m. (*See* ECF Doc. 61.)

We jointly thank the Court for its consideration of this matter.

Respectfully submitted,

Wesley M. Mullen

 cc:    ALCarterNYSDChambers@nysd.uscourts.gov (per Rule 1.A)
        Marc Edisad (via First Class Mail per Fed. R. Civ. P. 5(b)(2)(C))
        marc.edisad@gmail.com (via CM/ECF)
        All counsel of record

WMULLEN@MULLENPC.COM | (646) 632-3718