# EXHIBIT 2

VINCENT R. FITZPATRICK III                    MULLEN P.C.
                                              745 FIFTH AVENUE | SUITE 500
                                              NEW YORK, NY 10151

August 20, 2025

WMM Holdings, LLC d/b/a AEBN
   Attn: DMCA Agent
   Attn: Legal Department
4201 Stuart Andrew Boulevard, Suite B
Charlotte, NC 28217

F: 704.644.2099

legal@aebn.net

<u>VIA FEDEX, FACSIMILE AND EMAIL</u>

    Re:   <u>Request for Removal of Infringing Content</u>

Sir or Madam:

My Firm is legal counsel to SVOTHI, Inc. ("<u>SVOTHI</u>"), the exclusive owner of the common law trademarks "RFC"; "RFC.com"; "Raw Fuck Club"; "rawfuckclub.com" and (together, the "<u>RFC Marks</u>"). For years, SVOTHI has used the RFC Marks in connection with the marketing and distribution of high-quality adult video content.

It has come to my client's attention that unauthorized third parties, including parties with whom SVOTHI is engaged in federal trademark infringement litigation, are improperly using the RFC Marks without permission on and through AEBN's Platform.[1] That third-party conduct constitutes unlawful trademark infringement under the Lanham Act and applicable state law; violates AEBN's Terms and Conditions; and, failing AEBN's prompt attention to and removal of the infringing content, may render AEBN liable for, among other harms, contributory infringement. *See, e.g., Tiffany (NJ) Inc. v. eBay, Inc.*, 600 F.3d 93, 107 (2d Cir. 2010).

    **A.**    **Infringing studio: "Raw Fuck Club"**

One of the "studios" publishing content on AEBN's Platform has, without authorization from SVOTHI, adopted the RFC Marks in connection with the publication of adult video content.[2]

---

[1] For purposes of this letter, references to "<u>AEBN</u>" and "<u>AEBN's Platform</u>" include all urls, websites and other digital distribution channels operated by and associated with WMM Holdings, LLC d/b/a AEBN and its affiliates, including but not limited to: aebn.com; gay.aebn.com; vod.aebn.com; straight.aebn.com; falconstudios.com; hothouse.com; ragingstallion.com; pornotube.com; and nakedsword.com.

[2] The "studio" page for the infringing Raw Fuck Club studio operating on and through AEBN's Platform states: "This is rough breeding action with a kinky twist from Dark Alley Media." [link]. Dark Alley Media, LLC and its proprietor are defendants in a trademark infringement lawsuit filed by SVOTHI and now pending in federal District Court for the Southern District of New York. *SVOTHI, Inc. v. Dark Alley Media, LLC et ano.*, 25 CV 0333 (ALC).

MULLEN P.C.

AEBN
August 20, 2025
Page 2 of 4

The infringing studio labels itself "Raw Fuck Club" in violation of SVOTHI's exclusive rights in that very mark.

A link to the infringing Raw Fuck Club studio page offering infringing content on and through one url associated with AEBN's Platform is:

>   https://gay.aebn.com/gay/studios/21699/raw-fuck-club

The same AEBN webpage linked above indicates that the infringing studio has published 148 movies and 548 scenes on and through AEBN's Platform. All or substantially all of that content bears infringing reproductions of SVOTHI's graphical marks; the entirety of the content is published under the infringing studio name Raw Fuck Club. The publication of such content without authorization or permission from SVOTHI constitutes trademark infringement because, *inter alia*, it is "likely to … deceive [consumers] as to the affiliation, connection, or association of" the infringing studio with SVOTHI and its affiliates, and because it is "likely to cause confusion … or deceive … as to the origin, sponsorship, or approval" of the infringing studio's content by SVOTHI and its affiliates. 15 U.S.C. § 1125(a)(1)(A) (Lanham Act § 43(a)(1)(A)).

We note also that the infringing studio's conduct violates AEBN's own Terms and Conditions. Under §§ 3.8.13 and 4.11.8 of those Terms and Conditions, AEBN prohibits content that violates or infringes "any rights of any person or entity, including without limitation … trademark rights … [or] infringement." Under § 3.15, third parties using the AEBN site are responsible for their own legal compliance, including with respect to "laws pertaining to intellectual property rights, including … trademark rights … ."

### B.   Infringing studio: Dark Alley Media

In addition to the infringing "Raw Fuck Club" studio identified above, the AEBN-listed studio "Dark Alley Media" has misappropriated the RFC Marks in video and other content made available on and through AEBN's digital Platform. A link to the infringing Dark Alley Media studio page offering infringing content is:

>   https://gay.aebn.com/gay/studios/20168/dark-alley-media

The same infringing "Dark Alley Media" studio has published 316 movies and 1,335 scenes on and through AEBN's Platform. All or substantially all of that content bears infringing reproductions of SVOTHI's graphical **RFC** mark; other content on infringing studio's channel also bears SVOTHI's "Raw Fuck Club" and "rawfuckclub.com" marks.[3]

---

[3] *E.g.*, https://gay.aebn.com/gay/movies/253244/desert-dick-pigs#scene-1098713; https://gay.aebn.com/gay/movies/275230/meat-market#scene-1167018; https://gay.aebn.com/gay/movies/259534/pussyboi-gang-bang; https://gay.aebn.com/gay/movies/132576/slut-bangers.

vfitzpatrick@mullenpc.com | (646) 632-3718

MULLEN P.C.

AEBN
August 20, 2025
Page 3 of 4

Below, a redacted screenshot (from the AEBN website) showing the Dark Alley Media studio page demonstrates that content offered by that studio incorporates without authorization SVOTHI's graphical **RFC** mark (indicated by red arrows):



Here too, the infringing studio's unauthorized use of RFC Marks in connection with adult video content published on AEBN's Platform threatens to confuse and to deceive consumers as to the origin and affiliation of that content. 15 U.S.C. § 1125(a) (Lanham Act § 43(a)). It also violates AEBN's Terms and Conditions. *See* Terms and Conditions §§ 3.8.13, 3.15, 4.11.8.

    **C.**    **Request for compliance**

For the reasons described above, SVOTHI requests that AEBN immediately:

(i) remove, and cease and desist from publishing, all content associated with the infringing and unauthorized "Raw Fuck Club" studio on AEBN's Platform;

(ii) remove, and cease and desist from publishing, all content associated with the infringing "Dark Alley Media" studio on AEBN's Platform that incorporates the RFC Marks or any confusingly similar mark; and

(iii) take appropriate steps to protect against the publication of additional infringing content on and through AEBN's Platform.

My client respects AEBN's standing in the industry, and presumes that AEBN would not knowingly assist in, or contribute to, unlawful infringement. We are therefore hopeful that compliance with this request will render further action unnecessary. Please confirm receipt of this letter and compliance with these requests.

In the meantime, my client respectfully reserves all rights. Should you have any questions, please do not hesitate to contact me.

Sincerely,

*/s/ Vincent R. FitzPatrick III*

Vincent R. FitzPatrick III