# EXHIBIT 1

MULLEN P.C.
THE METLIFE BUILDING
200 PARK AVENUE | SUITE 1700
NEW YORK, NY 10166

**PRIVILEGED & CONFIDENTIAL**

June 12, 2020

Damian Todaro
VideoApp, Inc. d/b/a PPVNetworks
9450 SW Gemini Drive
Unit 40543
Beaverton, OR 97008-7105

damian@ppvnetworks.com

Robert Felt
Dark Alley Distribution, LLC
2316 NW 6th Ave.
Wilton Manors, FL 33311

robert@darkalleymail.com

VIA E-MAIL ONLY

    Re:   Engagement Letter for Legal Services

    Re:   EMBV Media, S.A. v. VideoApp, Inc. et al., No. 20 CV 4228

Gentlemen:

I am pleased to furnish you with this letter of engagement confirming the terms on which Mullen P.C. (the "Firm") offers to represent each of Mr. Todaro and Mr. Felt in his personal capacity; VideoApp, Inc. d/b/a PPVNetworks; Dark Alley Distribution LLC; and such other persons and entities as you may authorize us to represent (together, "You"), in connection with the matter or matters described below. The purpose of this letter is to set forth the terms of a proposed attorney-client relationship, and to communicate understandings about this Firm's services and charges.

This is a joint representation. Joint representation carries certain risks that are described below and that we have discussed. Each of the persons and entities represented is individually responsible to the Firm for all obligations hereunder.

WMULLEN@MULLENPC.COM | (646) 632-3718

DocuSign Envelope ID: 08177193-EB93-47A6-BC57-B5ED9E31A67C

Messrs. Todaro and Felt
June 15, 2020
Page 2 of 7

SCOPE OF REPRESENTATION

Based on our discussions, the Firm will provide you with legal advice and representation incident to defense of the matter captioned EMBV Media, S.A. v. VideoApp, Inc. et al., No. 20 CV 4228, now pending in United States District Court for the Southern District of New York.

This firm has in the past represented Mr. Todaro and VideoApp, Inc. in a prior and related litigation commenced by the same Plaintiff.

Unless separately agreed in writing, this Firm will represent the persons and entities party to this agreement and no other persons or entities.

The scope of this representation specifically excludes litigation of any matter except those noted above.  It also excludes appeal of any matter.

Where questions arise about the scope of representation under this engagement letter, you and we will use best efforts to resolve those questions by seeking an agreement or other clarification in writing.

The services provided are solely for your benefit.  There is no other intended beneficiary of the Firm's services with regard to this engagement.

FEES, EXPENSES and BILLING PRACTICE

Our fees are ordinarily based primarily on hourly rates. My ordinary hourly rate is $600.00, but it will be discounted by 25% (to $450.00 per hour) as per the Firm's preexisting arrangement with Mr. Todaro.  Other attorneys with appropriate expertise, including associate attorneys with lower billing rates, and attorneys of counsel to the Firm, may be used where appropriate.  Such attorneys' rates are currently between $300 and $450 per hour.

**The Firm requires an initial retainer of $10,000.00,** due upon signing this engagement letter and prior to the commencement of representation, which sum will be held in the Firm's account and applied to fees and expenses incurred pursuant to this letter.  The retainer is "evergreen" in that the balance must be maintained to ensure continued representation.  When the amount of the retainer drops below $5,000.00, we will request additional payment from you to restore the balance.  This arrangement

WMULLEN@MULLENPC.COM | (646) 632-3718

DocuSign Envelope ID: 08177193-EB93-47A6-BC57-B5ED9E31A67C
Case 1:25-cv-00333-ALC    Document 65-1    Filed 08/25/25    Page 4 of 8

Messrs. Todaro and Felt
June 15, 2020
Page 3 of 7

will continue until our attorney-client relationship is terminated, or until you and the Firm agree otherwise.

We will endeavor to submit bills to you no less frequently than every 30 days.

Hourly rates change from time to time. Although at a client's request we may attempt to estimate the fees for an engagement, legal representations often involve variables that make it difficult or impossible to estimate fees accurately.

Disbursements for some items, such as filing fees and travel expenses, are usually advanced by us and then billed to clients. We sometimes ask providers, such as court reporters and expert witnesses, to submit certain substantial charges directly to clients. Our service charges for such items as facsimile service, printing, and computerized research will be billed to you at the Firm's cost. You are responsible for costs but we will discuss with you before incurring them.

Any breach of your obligation to pay professional fees as they come due is grounds for termination of this agreement by the Firm, including, in some circumstances, the Firm's withdrawal as counsel in pending litigation. If you fail to meet your obligations under this agreement, the Firm may request the Court's permission to withdraw as counsel if such permission is required.

RETENTION OF RECORDS

Our policy is to deliver to clients promptly following the conclusion of a matter or representation all original documents, materials and information that the client has provided to us, as well as all documents, materials and information prepared as part of the representation that are necessary for the client to have.

Except as required by law or as agreed upon in a writing signed by us, and subject to lien rights that the Firm may have, this Firm will not retain physical copies of any document or information related to this engagement, whether provided to the Firm by you or by a third party.

ADVANCE CONSENT TO WAIVER OF CERTAIN CONFLICTS

By signing this letter, you indicate your agreement that the Firm may represent other parties in connection with matters outside the scope of this representation, even

WMULLEN@MULLENPC.COM | (646) 632-3718

DocuSign Envelope ID: 08177193-EB93-47A6-BC57-B5ED9E31A67C
Case 1:25-cv-00333-ALC   Document 65-1   Filed 08/25/25   Page 5 of 8

Messrs. Todaro and Felt
June 15, 2020
Page 4 of 7

though such other parties may be adverse to you in those matters outside the scope of this representation. In addition, in matters outside the scope of this representation, the Firm may represent parties who are adverse to you in connection with the engagement described herein. Such agreement is made on the following understandings. <u>First</u>, the Firm will never use your confidential information in a manner that is or may be harmful to you, nor will the Firm divulge your confidential information to another client without your consent. <u>Second</u>, the Firm will not represent a party adverse to you on a subject matter substantially related to the subject matter on which the Firm represented you. <u>Third</u>, while the Firm is representing you, the Firm will not undertake litigation in which you are a directly adverse party. <u>Fourth</u>, the individual lawyers personally involved in representing you will not personally be involved in representing parties adverse to you without first obtaining your consent.

<u>CONSENT TO JOINT REPRESENTATION</u>

Mr. Todaro, Mr. Felt and I have discussed the possibility that my concurrent representation of you may constitutes a conflict of interest. In my opinion, no actual conflict exists at this time. This is because both of you share a common interest in defense, or settlement on favorable terms, of the litigation in which you are co-defendants.

In undertaking the concurrent representation of each of you, I cannot and will not advise either of you as to any matters as to which an actual conflict of interest develops among you. In the event that any conflict, dispute or disagreement arises between you as to your respective rights and defenses, we shall decline to represent you in any manner in connection with that dispute or disagreement.

There are various ways in which a future conflict of interest could arise. For example, if we receive conflicting instructions from you, we will be placed in a position in which we could not follow one set of instructions without violating our professional obligations to the other of you. This situation, if not resolved, could create a conflict of interest which would require us to withdraw from representation and which would require us to withdraw from representation and which would require each of you to seek new counsel. Therefore, we will require that during your engagement of us that you provide us with common instructions as to the purchase transaction, in order to prevent such a potential conflict.

WMULLEN@MULLENPC.COM | (646) 632-3718

Case 1:25-cv-00333-ALC   Document 65-1   Filed 08/25/25   Page 6 of 8

Messrs. Todaro and Felt
June 15, 2020
Page 5 of 7

Additionally, in the event that you develop inconsistent objectives, such that one of you wishes us to pursue an objective which would adversely affect the interests of the other, a conflict would arise which would require us to withdraw as counsel for any of you in your respective individual capacities.  Thus we will make every effort during the course of representation to confirm that each of you have a commonality of interest in connection with the positions asserted on your respective behalves.  If your interests diverge during the course of representation, further disclosure and waiver of the conflict, or withdrawal from representation, will ensure.

You should also consider that, as among you, there may be limited or no right to assert the attorney-client privilege as to communications we receive by any of you in connection with this concurrent representation.  You further acknowledge that, assuming information learned from any of you is significant, we may have an ethical duty to disclose that information to the other.

ARBITRATION OF DISPUTES

In the event a dispute arises between us relating to our fees, you may have the right to arbitration of the dispute pursuant to Part 137 of the Rules of the Chief Administrator of the Courts of the State of New York, a copy of which will be provided to you upon request.

CONFIDENTIALITY OF EMAIL COMMUNICATIONS

During the course of this representation, the Firm may receive, store and create documents and information (including in electronic forms) that contain sensitive and confidential information.  As privacy lawyers, we are familiar with various security and encryption methods that can reduce the risk of breach or interception of sensitive materials.  It is the Firm's opinion, based on our discussions to date, that the use of unencrypted email to communicate with You regarding this matter is appropriate given the low cost of such communication and the relatively limited risk, in terms of both likelihood and potential for harm, of breach or interception.  By signing below you so agree.  If you wish to discuss the costs and benefits of other more secure methods of communication, please let us know.

SIGNATURE AND ELECTRONIC SIGNATURE

```
                                          Messrs. Todaro and Felt
                                                    June 15, 2020
                                                      Page 6 of 7
```

If you agree to these terms, please countersign this letter below and return it at your convenience.  By signing below, you represent that you have authority to bind the persons, entities or organizations that are parties to this agreement.

You may sign this document electronically by affixing to it an electronic signature of your choosing, such as a pictorial representation of your signature, a symbol, or a typographical version of your name preceded by the characters "/s/".  By affixing your electronic signature, you demonstrate your agreement (1) that you have had the opportunity to review the entire document prior to signature; (2) that you intend to be bound by this agreement to the same extent as if you had signed in the traditional manner; and (3) that you have hardware or software needed to retain and access a copy of this signed agreement in electronic form.  In addition, we will be glad to furnish you with a copy of this agreement upon request.


[SIGNATURE PAGE FOLLOWS]

DocuSign Envelope ID: 08177193-EB93-47A6-BC57-B5ED9E31A67C
Case 1:25-cv-00333-ALC    Document 65-1    Filed 08/25/25    Page 8 of 8

Messrs. Todaro and Felt
June 15, 2020
Page 7 of 7

If you have any questions or concerns, please call.  I look forward to representing you.

Kind regards,

DocuSigned by:

*[signature]*
DF4CF61AC1A54B2...

Wesley M. Mullen
MULLEN P.C.

                        I understand and agree to the arrangements stated above.

                        VIDEOAPP, INC.

DocuSigned by: *Damian Todaro*
2C2788DD7733493...

BY:  Damian Todaro

DATE: 6/15/2020

DAMIAN TODARO
DocuSigned by: *Damian Todaro*
2C2788DD7733493...

DATE: 6/15/2020

DARK ALLEY DISTRIBUTION
DocuSigned by: *Robert Felt*
1BA357C2847F49E...

BY:  Robert Felt

DATE: 6/15/2020

ROBERT FELT
DocuSigned by: *Robert Felt*
1BA357C2847F49E...

DATE: 6/15/2020