MARTIN J.E. ARMS                                      MULLEN P.C.
                                              745 FIFTH AVENUE | SUITE 500
                                                    NEW YORK, NY 10151

August 26, 2025

Hon. Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

VIA CM/ECF AND EMAIL (PER INDIVIDUAL RULE 1.A)

      Re:    SVOTHI, Inc. v. Dark Alley Media, LLC *et ano.*, 25 CV 0333 (ALC)

Your Honor:

We represent the Plaintiff in this Action. I write pursuant to Rules 1.A, 1.D and 2.A of the Court's Individual Practices to request that the deadline to respond to Defendants' August 25, 2025 letter request for a pre-motion conference, (ECF Doc. 65), be extended to Tuesday, September 2, 2025.

The reason for the request is that my partner Mr. Mullen (lead trial counsel for Plaintiff) is on vacation this week, as he previously informed counsel and the Court. (ECF Doc. 59.) Defendants' letter proposing a motion to disqualify Mr. Mullen (or our Firm) as counsel for Plaintiff may require Plaintiff to respond to assertions in the letter about: (i) Mr. Mullen's purported conflicts of interest; and (ii) Defendants' summary of confidential settlement negotiations that involved Mr. Mullen. We therefore ask that Plaintiff be permitted to respond after Mr. Mullen has returned to the office.

The original date to respond is Thursday, August 28, 2025, as per the Court's Individual Practices Rule 2.A. There has been no prior request.

Counsel for Defendants opposes this extension, having conditioned consent on Plaintiff agreeing to an adjournment of the in-person appearance before the Court scheduled for September 4, 2025. Plaintiff respectfully believes that it makes sense for the in-person appearance to proceed and suggests that if the Court deems a conference warranted with respect to Defendants' August 25, 2025 letter, that it be conducted at the in-person appearance already scheduled for September 4, 2025.

Respectfully,

*/s/ Martin J.E. Arms*
Martin J.E. Arms

  cc:    ALCarterNYSDChambers@nysd.uscourts.gov (per Rule 1.A)
           Marc Edisad (via First Class Mail per Fed. R. Civ. P. 5(b)(2)(C))
           marc.edisad@gmail.com (via CM/ECF)
           All counsel of record