UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SVOTHI, INC.,**
Plaintiff,

-against- Case No. 1:25-cv-00333 (ALC)

**DARK ALLEY MEDIA, LLC, et al.,**
Defendants.



LETTER TO THE COURT

Honorable Judge Carter:

I write as a self-represented defendant and 50% owner of Dark Alley Media, LLC, in response to Mr. Mullen's filing of August 21, 2025.

First, I respectfully object to any settlement proposed by Plaintiff's counsel and my business partner that purports to resolve this matter without my consent. I am a 50% owner of Dark Alley Media, LLC, and any such settlement would unlawfully deprive me of my ownership rights.

Second, Plaintiff has alleged in its Complaint that my partner is the sole owner of Dark Alley Media, LLC. That assertion is false. It is directly contradicted by the 2004 Shareholders Agreement, which establishes my 50% ownership, and it is denied in the Defendants' own Answer. While I have already filed the Shareholders Agreement, I respectfully request a short extension of time to re-submit it under the proper docket number, together with other supporting exhibits, so the Court may review the ownership structure without any possible confusion.

Third, I also have reason to believe that ongoing company revenues are being received from **AEBN (Adult Entertainment Broadcast Network), NakedSword, and possibly other sources unknown to me**, in the low thousands of dollars per month. These revenues have not been shared with me despite my 50% ownership interest. While relatively modest compared to the larger assets and revenues controlled by Sfothi and Mr. Todaro, this fact underscores both that Dark Alley Media remains an active business and that I have been improperly excluded from its affairs.

For these reasons, I respectfully request that the Court:
1. Take notice of my objection to any settlement excluding me;
2. Grant me several days' extension to re-submit the Shareholders Agreement and related exhibits under the correct docket reference; and
3. Allow this matter to proceed to the September 4th conference, where these issues may be addressed in more detail.

Respectfully submitted,

Marc Edisad
70 Wyckoff Avenue, Apt. 2K
Brooklyn, NY 11237
Tel: 646-683-8672
Email: marc.edisad@gmail.com

## TO THE CLERK OF COURT

Re: **Svothi, Inc. v. Dark Alley Media, LLC, et al.**
Case No. 1:25-cv-00333 (ALC)

Dear Clerk:

Enclosed please find a letter to the Court from Defendant **Marc Edisad** in the above-referenced matter. I respectfully request that this letter be filed on the docket and forwarded to Honorable Judge Carter for review.

Due to my financial hardship, I am filing this letter directly with the Clerk of Court. I understand that once docketed, it will be available to all parties through the ECF system.

Thank you for your assistance.

Respectfully,

Marc Edisad
70 Wyckoff Avenue, Apt. 2K
Brooklyn, NY 11237
Tel: 646-683-8672
Email: marc.edisad@gmail.com

FROM:

**UNITED STATES POSTAL SERVICE** — Retail

US POSTAGE PAID
$4.47
Origin: 11237
08/22/25
3509930353-21

USPS MEDIA MAIL®

0 Lb 0.10 Oz
RDC 01

Pro Se

C099

SHIP TO:
500 PEARL ST
NEW YORK NY 10007-1316

USPS TRACKING® #
9549 0152 6492 5234 1219 70

Expandable
9 3/4" x 12 1/4"

RECEIVED AUG 25 2025 — PRO SE OFFICE SDNY

Marc Edisad
70 Wyckoff Avenue, Apt. 2K
Brooklyn, NY 11237

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street, Room 200
New York, NY 10007-1312
Attn: Judge Andrew L. Carter, Jr.
Case No. 1:25-cv-00333 (ALC)