**MEMO ENDORSED**



# SHARMALAW
LAW OFFICES OF RAVI IVAN SHARMA, P.C.
26 BROADWAY, SUITE 1108, NEW YORK, NEW YORK 10004

**212 537 5957**
Facsimile 212 537 5956
Voice Mail 213 537 5953
RAVI@SHARMALAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/27/2025__

August 26, 2025

**VIA ECF and EMAIL: ALCarterNYSDChambers@nysd.uscourts.gov**

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **RE: *Svothi Inc. v. Dark Alley Media*, 25 CV 0333 –Defendants' Response to Plaitiff's Request to Extend Time For Plaintiff's Letter Response to Defendants' Request For a Pre-Motion Conference and/or briefing schedule as to Motion to Disqualify Counsel for Plaintiff.**

Dear Judge Carter,

    I write on behalf of Defendants Dark Alley Media, LLC and Robert Felt in response to Plaintiff's August 26, 2025, letter (ECF Doc. 66) requesting an extension of time to respond to Defendants' pre-motion conference letter regarding the anticipated motion to disqualify Plaintiff's counsel (ECF Doc. 65).

    **Plaintiff's Request**. Plaintiff's counsel correctly notes that Defendants did not consent to the requested extension. Although Plaintiff's response would be due only two days before the September 4th conference, Plaintiff's counsel indicated a preference to combine the conference—originally scheduled to address Mr. Edisad's letter—with the pre-motion conference on Defendants' anticipated motion to disqualify. Accordingly, Defendants requested that any joint request for an extension of Plaintiff's time also include a request to adjourn such conference to allow adequate time to review submissions and prepare for a potential dual-purpose pre-motion conference. Plaintiff's counsel rejected this request.

    **Concerns Regarding the Shortened Timeline.** If the September 4th conference is also to serve as the pre-motion conference on Defendants' anticipated motion (as Plaintiff requests), the compressed schedule requested by Plaintiff leaves insufficient time to review and address Plaintiff's anticipated arguments, particularly given the complexity and significance of the disqualification issues.

    **Status of Settlement and Mr. Edisad's Request**. As set forth in Defendants' August 25, 2025 letter (ECF Doc. 65), the settlement in principle has lapsed and no definitive agreement

exists. Accordingly, the basis for Mr. Edisad's request to restore the case is now likely moot, or at least not ripe. The primary issue before the Court should now be Defendants' anticipated motion to disqualify Plaintiff's counsel, which will affect all subsequent proceedings.

**Request for Adequate Runway**. Defendants respectfully request that, if the Court is inclined to grant Plaintiff's extension, the September 4th conference— whether to address Mr. Edisad's letter, the pre-motion conference, or both—be adjourned to a later date to allow adequate time for all parties to prepare.

We appreciate and thank you for your attention to these scheduling and procedural concerns..

Respectfully submitted,

Ravi Ivan Sharma
SHARMALAW – Ravi Ivan Sharma, P.C.
26 Broadway, Suite 1108
New York, NY 10004
(212) 537-5957
ravi@sharmalaw.com
*Attorneys for Defendants*

cc. Marms@mullenpc.com, wmullen@mullenpc.com; vfitzpatrick@mullenpc.com

---

The Court has reviewed the Parties' correspondence in connection with Defendant's pre-motion conference to disqualify Plaintiff's counsel. The Court **GRANTS** Plaintiff's requested extension for responding to Defendant's letter.

Further, the Court shall convert the September 4 in-person status conference into a pre-motion and status conference so as to hear the Parties as to (1) the status of this case following Mr. Edisad's application to reinstate this case to the Court's docket and (2) Defendant's anticipated motion to disqualify Plaintiff's counsel. The Clerk of Court is respectfully directed to terminate the pending motions at ECF Nos. 64, 65, and 66.

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 27, 2025
New York, NY

2