WESLEY M. MULLEN

MULLEN P.C.
745 FIFTH AVENUE | SUITE 500
NEW YORK, NY 10151

September 4, 2025

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

<u>VIA CM/ECF AND EMAIL (PER INDIVIDUAL RULE 1.A)</u>

      Re:    <u>SVOTHI, Inc. v. Dark Alley Media, LLC *et ano.*</u>, 25 CV 0333 (ALC)

Your Honor:

I represent Plaintiff SVOTHI, Inc.

Last night, following the CM/ECF docketing of Mr. Edisad's most recent letter, (ECF Doc. 71), I spoke with Mr. Edisad by phone and corresponded with him by email.

As a courtesy to Mr. Edisad as a *pro se* non-party I agreed to convey the following request to the Court on his behalf:

> Mr. Edisad requests to appear by telephone at the status conference to be held today, September 4, 2025, at 2 p.m. if the Court will permit a telephonic appearance; if the Court denies or fails to act on the request, he intends to appear in person.

Plaintiff takes no position on Mr. Edisad's request. Plaintiff's corporate representative and counsel intend to appear in person as earlier directed by the Court. Given the late hour I have not been able to obtain Defendants' position.

Should the Court act on Mr. Edisad's request, I or one of my colleagues will promptly transmit any such information to Mr. Edisad by email to marc.edisad@gmail.com.

Respectfully,

*/s/ Wesley M. Mullen*
Wesley M. Mullen

  cc:    ALCarterNYSDChambers@nysd.uscourts.gov (per Rule 1.A)
           Marc Edisad (marc.edisad@gmail.com)
           All counsel of record (via CM/ECF)

MARMS@MULLENPC.COM | (646) 632-3718