UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------    x

SVOTHI, INC.,

        **Plaintiff**

    -against-

**DARK ALLEY MEDIA AND ROBERT FELT,**

        **Defendants.**

-----------------------------------------------------------    x

**25-cv-00333 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

    In follow-up to the in-person conference that took place on September 4, 2025, the Court respectfully directs the Clerk of Court to reopen this case, which has now been restored to the Court's active docket. The Court further reminds the parties that the joint status report as to the status of settlement discussions between the parties is due on **October 7, 2025.** The status report should also indicate whether the parties seek the Court's referral to mediation and, if the parties do not agree that settlement or mediation would be fruitful at this time, the status report should also indicate whether the court should enter the briefing schedule for Defendant's motion to disqualify Plaintiff's counsel as was discussed during the September 4 conference.

Dated:    **September 8, 2025**
               **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**