

# SHARMALAW

LAW OFFICES OF RAVI IVAN SHARMA, P.C.

26 BROADWAY, SUITE 1108, NEW YORK, NEW YORK 10004

**212 537 5957**
Facsimile 212 537 5956
Voice Mail 213 537 5953
RAVI@SHARMALAW.COM

October 6, 2025

**VIA ECF and EMAIL: ALCarterNYSDChambers@nysd.uscourts.gov**

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: *Svothi Inc. v. Dark Alley Media*, 25 CV 0333 – Defendants' Status Report re Court's Order of September 9, 2025 requesting status report as to settlement and if parties request a settlement conference.**

Dear Judge Carter,

We write on behalf of Defendants Robert Felt and Dark Alley Media LLC in response to the Court's Order of September 9, 2025 ([ECF Doc. 75](#)), requesting a joint status report as to the status of settlement discussions and if the Parties request a settlement conference.

Unfortunately, and with my apology, after trading proposed edits, present counsel for the parties are unable to agree on joint language given disagreement as to the extent of the directives in your Order.

Based on my reading of your Order, Defendants report that (1) there has been no progress on settlement discussions since the September 4, 2025, conference, and (2) Defendants hereby request—and/or will join Plaintiff in requesting—a referral to the Magistrate Judge for a settlement conference.

Respectfully submitted,

Ravi Ivan Sharma
SHARMALAW – Ravi Ivan Sharma, P.C.
26 Broadway, Suite 1108
New York, NY 10004
(212) 537-5957
ravi@sharmalaw.com
*Attorneys for Defendants*

cc. Marms@mullenpc.com, wmullen@mullenpc.com; vfitzpatrick@mullenpc.com