WESLEY M. MULLEN

MULLEN P.C.
745 FIFTH AVENUE | SUITE 500
NEW YORK, NY 10151

October 7, 2025

Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

VIA CM/ECF AND EMAIL (PER INDIVIDUAL RULE 1.A)

      Re:    SVOTHI, Inc. v. Dark Alley Media LLC *et ano.*, 25 CV 0333 (ALC)

Your Honor,

I represent the Plaintiff. I write in partial compliance with the Court's order that the parties file a joint status report by October 7, 2025, (ECF Doc. 75), indicating "whether the parties seek the Court's referral to mediation" and "whether the [C]ourt should enter the briefing schedule for Defendant's motion to disqualify Plaintiff's counsel as was discussed during the September 4 conference." (*Id.*)

Defendants filed a separate letter yesterday, October 6, 2025, in response to the same Order. (ECF Doc. 76.)

**A.**    **Settlement**

Despite Plaintiff's efforts, there has been no progress on settlement since the Court's intervention at the September 4, 2025 conference.

Plaintiff therefore joins Defendants' request for referral to Magistrate Judge Stein for a settlement conference at the Court's earliest convenience. (*Id.*)

**B.**    **Briefing Schedule**

Since the September 4, 2025 conference, Defendants have moved to disqualify Plaintiff's counsel in two related actions pending in New York state court.[1]

*Dark Alley Media, LLC et ano. v. VideoApp Inc. et al.*, No. 151501/25, is a defamation case. Defendant Dark Alley Media and Defendant Mr. Felt commenced that action against VideoApp, its principal Mr. Todaro, and other affiliates of Plaintiff shortly after Plaintiff filed this case.

In that the defamation case, Justice James G. Clynes signed an Order to Show Cause on October 2, 2025, directing the filing of any opposition to the Defendants' motion to disqualify counsel on or before October 24, 2025. Counsel for all parties to that case

---

[1] *Dark Alley Media, LLC et ano. v. VideoApp Inc. et al.*, No. 151501/25 (Sup. Ct. N.Y. Cty.); *VideoApp, Inc. v. Dark Alley Media, LLC*, No. 650680/25 (Sup. Ct. N.Y. Cty.).

WMULLEN@MULLENPC.COM | (646) 632-3718

25 CV 0333 (ALC)<br>
October 7, 2025<br>
Page 2 of 2

will appear for a hearing on the disqualification motion on November 6, 2025 at 9:30 a.m. (NYSCEF Doc. 174.)

The Defendants' motion to disqualify Plaintiff's counsel in the state court defamation case — on grounds essentially identical to those set forth in Defendants' pre-motion letters to this Court, (ECF Docs. 69, 72) — is likely to be fully briefed and heard before Defendants file their opposition under the schedule discussed at the Court's September 4, 2025 conference.[2]

To minimize duplicative proceedings, to avoid a risk of inconsistent rulings, and to allow time for a settlement conference before the Magistrate Judge unencumbered by potentially tactical attacks on the identity of counsel, (*see* ECF Doc. 70 (citing *Board of Ed. of the City of New York v. Nyquist*, 590 F.2d 1241, 1246 (2d Cir. 1979)); ECF Doc. 76), Plaintiff requests that the Court defer setting a briefing schedule on Defendants' proposed motion to disqualify Plaintiff's counsel until after the earlier of (i) the conclusion of the settlement conference before Judge Stein; or (ii) the hearing and determination of the Defendants' parallel state court motions to disqualify counsel.

We thank the Court for its continued attention.

Respectfully submitted,

*/s/ Wesley M. Mullen*

Wesley M. Mullen

cc: ALCarterNYSDChambers@nysd.uscourts.gov (per Rule 1.A)
    All counsel and parties of record

---

[2] Likewise, *VideoApp, Inc. v. Dark Alley Media, LLC*, No. 650680/25 (Sup. Ct. N.Y. Cty.) is a special proceeding to stay arbitration under Article 75 of the New York C.P.L.R. VideoApp commenced that proceeding in response to a JAMS arbitration that Defendants purported to commence against Plaintiff's affiliates days after this case was filed. In the special proceeding, Justice Gerald Lebovits signed a similar Order to Show Cause this morning, directing that any opposition to Defendant Dark Alley Media's motion to disqualify counsel be filed on or before October 27, 2025 (*See* NYSCEF Doc. 292.)