

# SHARMALAW

LAW OFFICES OF RAVI IVAN SHARMA, P.C.
26 BROADWAY, SUITE 1108, NEW YORK, NEW YORK 10004

**212 537 5957**
Facsimile 212 537 5956
Voice Mail 213 537 5953
RAVI@SHARMALAW.COM

October 8, 2025

**VIA ECF and EMAIL: ALCarterNYSDChambers@nysd.uscourts.gov**

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:** *Svothi Inc. v. Dark Alley Media*, 25 CV 0333 – Objection to Mullen Participation.

Dear Judge Carter,

    We write on behalf of Defendants Robert Felt and Dark Alley Media LLC in response to Plaintiff's counsel's October 6, 2025, letter to the Court ([ECF Doc 77](#)) requesting a delayed briefing schedule and in so doing requesting the Court allow his firm to participate in a settlement conference even though he may be ruled disqualified from doing so in by other courts in the meantime. We disagree with Mr. Mullen that the Court should wait to adjudicate an important issue affecting these proceedings just because other courts have determined to do so, yet still move ahead.

    As much as Defendants are willing to participate in settlement discussions with Plaintiff before the Magistrate, Defendants object to doing so with their former attorney and law firm working against them during the process.

    Accordingly, unless Plaintiff will appear with new counsel, we request that the Court stay these proceedings pending the determination of the disqualification of Mr. Mullen and his firm upon whatever briefing schedule the Court deems appropriate under the circumstances.

Respectfully submitted,

Ravi Ivan Sharma
SHARMALAW – Ravi Ivan Sharma, P.C.
26 Broadway, Suite 1108
New York, NY 10004
(212) 537-5957
ravi@sharmalaw.com
*Attorneys for Defendants*

cc. Marms@mullenpc.com, wmullen@mullenpc.com; vfitzpatrick@mullenpc.com