**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| **SVOTHI INC.,** | : | |
| | : | |
| Plaintiff, | : | 1:25-cv-0333 (ALC) |
| | : | |
| -against- | : | **ORDER** |
| | : | |
| **DARK ALLEY MEDIA** | : | |
| | : | |
| Defendants. | : | |
| | : | |

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On October 7, 2025, Plaintiff filed a letter with the Court seeking referral to Judge Stein for a settlement conference. Plaintiff also informed the Court about a pending motion by Defendants to disqualify Plaintiff's counsel in state court, for which a hearing is set on November 6, 2025. ECF No. 77. Defendants indicated to this Court previously that they wanted to file a Motion to Disqualify Plaintiff's counsel. ECF No. 69, 72.

On October 8, 2025, Defendants responded to Plaintiff's letter, stating that, given the unresolved disqualification issue, at this time, they do not want to be referred to Judge Stein for a settlement conference. ECF No. 78.

In light of the state court proceedings on the issue of disqualification, this Court will wait to refer the Parties to Judge Stein for a settlement conference. The Parties are ordered to file a joint status report on November 20, 2025 with the status of the disqualification motion in state court and settlement discussions.

**SO ORDERED.**

**Dated:** October 27, 2025

    **New York, New York**　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**