

# SHARMALAW

LAW OFFICES OF RAVI IVAN SHARMA, P.C.
26 BROADWAY, SUITE 1108, NEW YORK, NEW YORK 10004

**212 537 5957**
Facsimile 212 537 5956
Voice Mail 213 537 5953
RAVI@SHARMALAW.COM

November 11, 2025

**VIA ECF and EMAIL: ALCarterNYSDChambers@nysd.uscourts.gov**

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      **RE:** *Svothi, Inc. v. Dark Alley Media, LLC*, 25-CV-0333 (ALC) – Defendants' Notice of Related-Case Order Disqualifying Counsel

Dear Judge Carter,

Defendants notify the Court of a related-case decision issued November 6, 2025, in advance of the joint status letter due November 20, 2025.

On October 2, 2025, Justice Clynes of the New York Supreme Court signed an Order to Show Cause directing oral argument on Defendants' motion to disqualify Mullen P.C. from representing Videoapp Inc. and Damian Todaro in *Dark Alley Media, LLC, et. al. v. Videoapp Inc. et al.*, Index No. 151501/2025, to be held on November 6, 2025. The motion was predicated on Mullen P.C.'s prior joint representation of Mr. Felt, Dark Alley Distribution LLC, Videoapp Inc., and Damian Todaro under the June 12, 2020, engagement letter that prohibited adverse representation.

On October 24, 2025, Mullen P.C. filed its memorandum of law and affirmation in opposition. Filed with such papers and annexed as an exhibit to Wesley Mullen's affirmation was a consent-to-change-attorney form substituting Joseph S. Gallagher, Esq., as counsel for Videoapp and Todaro. The opposition argued that the substitution rendered the motion moot and, in the alternative, that the motion should be denied on the merits. Mr. Gallagher filed his notice of appearance on October 27, 2025.

Following oral argument on November 6, 2025, Justice Clynes rejected the mootness argument and granted the disqualification motion on the merits, issuing a decision and order that directed compliance with the engagement letter's prohibitions on adverse representation. See **Exhibit A**, Order entered November 6, 2025.

On November 7, 2025, Defendants notified Justice Lebovits of the New York Supreme Court of this development. Justice Lebovits is presiding over the related Article 75 proceeding, *Videoapp Inc. v. Dark Alley Media, LLC*, Index No. 650680/2025. Motions to compel arbitration and to disqualify Mullen P.C. are fully briefed and submitted before Justice Lebovits. Defendants will provide a comprehensive status update in the joint letter due November 20, 2025.

Respectfully submitted,

Ravi Ivan Sharma
SHARMALAW – Ravi Ivan Sharma, P.C.
26 Broadway, Suite 1108
New York, NY 10004
(212) 537-5957
ravi@sharmalaw.com
*Attorneys for Defendants*

cc. Marms@mullenpc.com, wmullen@mullenpc.com; vfitzpatrick@mullenpc.com

# EXHIBIT A

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | |
|---|---|
| PRESENT: **HON. JAMES G. CLYNES** *Justice* | PART 39M |

-----------------------------------------X

DARK ALLEY MEDIA, LLC, ROBERT FELT,

           Plaintiff,

- v -

VIDEOAPP INC., ANDRE COSTA-KLEIN, ELVIS TAOUIL, DAMIAN TODARO, DOES 1 THROUGH 10

           Defendant.

-----------------------------------------X

| | |
|---|---|
| INDEX NO. | 151501/2025 |
| MOTION DATE | 10/01/2025 |
| MOTION SEQ. NO. | 004 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 004) 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 172, 173, 174, 175, 176, 178, 179, 180, 181, 182, 183, 184, 188

were read on this motion to/for       **DISQUALIFY COUNSEL**.

    Upon the foregoing documents, it is ordered that Plaintiff's motion by order to show cause seeking an Order a) Disqualifying Wesley Mullen, Esq. and the appearing law firm of Mullen P.C. as counsel for Defendants Damian Todaro, and Videoapp Inc. d/b/a PPVNetworks; and (b) Directing Videoapp Inc. to appear with new counsel; and (c) granting such other and further relief as this Court may deem just and proper is decided as follows.

    The motion is granted and Wesley Mullen, Esq. and the appearing law firm of Mullen P.C. is required to abide by the terms of the engagement letter (NYSCEF DOC NO 163) including the prohibitions therein, and in this case, to refrain from any representation of the defendants in or out of court including communication of Plaintiffs' confidential information.

    This constitutes the Decision and Order of the Court.

| 11/6/2025 | | | JAMES G. CLYNES, J.S.C. |
|---|---|---|---|
| DATE | | | |

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
| | ☐ GRANTED    ☐ DENIED | ☐ GRANTED IN PART | ☒ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

151501/2025 DARK ALLEY MEDIA, LLC ET AL vs. VIDEOAPP INC. ET AL
Motion No. 004

Page 1 of 1

1 of 1