AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SVOTHI, Inc. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 25-cv-0333 |
| Dark Alley Media, LLC and Robert Felt | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff SVOTHI, Inc.

Date:   11/19/2025

/s/ Joseph Gallagher
*Attorney's signature*

Joseph Gallagher (Bar No. JG2581)
*Printed name and bar number*

40 Wall Street, 53rd Floor
New York, NY 10005

*Address*

jgallagher@hs-law.com
*E-mail address*

(212) 397-3370
*Telephone number*

(212) 202-6206
*FAX number*