

November 20, 2025

**BY ECF**

Hon. Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 444
New York, NY 10007

Re: *SVOTHI, Inc. v. Dark Alley Media, LLC et al.*, Case No. 25-cv-00333

Dear Judge Carter:

Pursuant to Your Honor's Order dated October 27, 2025 (ECF No. 79), Plaintiff SVOTHI, Inc. ("SVOTHI") and Defendants Dark Alley Media, LLC ("DAM") and Robert Felt (together, "Defendants") submit this joint status report regarding (i) the status of the disqualification motions filed in state court and (ii) settlement discussions.

**Disqualification**: As reported to the Court via Mr. Sharma's November 11, 2025 letter, Justice Clynes granted Defendant's motion to disqualify SVOTHI's counsel at Mullen, P.C. (now Mullen, FitzPatrick & Arms LLP) (the "Mullen Firm") from representing defendants Videoapp, Inc. and Damian Todaro, in *Dark Alley Media, LLC, et. al. v. Videoapp Inc. et al.*, Index No. 151501/2025 ("DAM v. Videoapp"). DAM's disqualification motion before Judge Lebovits in *Videoapp Inc. v. Dark Alley Media, LLC*, Index No. 650680/2025 (Sup. Ct., N.Y. Cnty.) (the "Article 75 Proceeding") remains submitted and pending.

Undersigned counsel at Harris St. Laurent & Wechsler LLP ("HSW") have filed Notices of Substitution to replace the Mullen Firm in both DAM v Videoapp and the Article 75 Proceeding, and have noticed appearances for SVOTHI in this matter. *See* ECF Nos. 81 and 82.

HSW anticipates that the Mullen Firm will be filing a letter motion regarding substitution in this matter shortly. Plaintiff therefore submits that any concern Defendants have regarding the Mullen Firm's representation of SVOTHI has been mooted and the Court need not enter a briefing schedule on Defendants' requested motion to disqualify. Defendants disagree with Plaintiff's position that mere substitution moots all issues and reserve their right to continue to seek disqualification should the Mullen Firm fail to withdraw and/or nonetheless continue to assist Plaintiff in this matter.

JOSEPH GALLAGHER    JGALLAGHER@HS-LAW.COM    DIRECT (917) 512-9464

HS-LAW.COM    MAIN (212) 397-3370 | FAX (212) 202-6206 | 40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005

Hon. Andrew L. Carter
Page 2 of 2
November 20, 2025

**Settlement**: The undersigned counsel have recently had preliminary conversations about restarting settlement discussions.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Joseph Gallagher*
Joseph Gallagher

*Counsel for Plaintiff SVOTHI, Inc.*


*/s/ Ravi Ivan Sharma*
Ravi Ivan Sharma


*Counsel for Defendants Dark Alley Media, LLC and Robert Felt*
