# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SVOTHI, INC., <br><br> Plaintiff, <br><br> v. <br><br> DARK ALLEY MEDIA, LLC, ET AL. <br><br> Defendants. | Case No. 1:25-cv-00333 <br><br> **STIPULATION OF** <br> **SUBSTITUTION OF COUNSEL** |

IT IS HEREBY STIPULATED AND CONSENTED by the undersigned, pursuant to L. R. Civ. P. 1.4(b)(2), that HARRIS ST. LAURENT & WECHSLER LLP be substituted as attorneys of record for Plaintiff SVOTHI, INC. in the above-captioned action in place and stead of the undersigned retiring attorneys as of the date hereof.

Dated: November 19, 2025
New York, New York

Signed by:
Wesley M. Mullen
Wesley M. Mullen
Martin J.E. Arms
Vincent Robert Fitzpatrick, III
MULLEN P.C.
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel.: (646) 632-3718
wmullen@mullenpc.com

*Retiring Attorneys for SVOTHI, Inc.*

DocuSigned by:
Joseph Gallagher
Joseph Gallagher
HARRIS ST. LAURENT & WECHSLER LLP
40 Wall Street, 53rd Floor
New York, NY 10005
Tel.: (212) 397-3370
jgallagher@hs-law.com

*Incoming Counsel for SVOTHI, Inc.*

CONSENTED TO and ACKNOWLEDGED this 19th day of November 2025:

**SVOTHI, INC.**

DocuSigned by:
Damian Todaro