```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SVOTHI INC.,                                        :
                                                    :
                            Plaintiff,              :
                                                    :         25-CV-333 (ALC)
              -against-                             :
                                                    :         ORDER GRANTING
DARK ALLEY MEDIA LLC,                               :         MOTION TO WITHDRAW
                                                    :
                            Defendants.             :
                                                    :
------------------------------------------------------------------ x
```

**ANDREW L. CARTER, JR., District Judge:**

On November 20, 2025, Mullen P.C. wrote to the Court, pursuant to Local Civil Rule 1.4(b) to withdraw as counsel for Plaintiff SVOTHI, Inc. Plaintiff's counsel has provided a sufficient basis to withdraw. The motion for leave to withdraw as counsel is hereby **GRANTED.**

**SO ORDERED.**

Dated:    New York, New York
          November 24, 2025

                                                    _____
                                                        **ANDREW L. CARTER**
                                                    **United States District Judge**