**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x

SVOTHI INC.,                                          :
                                                      :
                              **Plaintiff,**          :
                                                      :         **25-CV-333 (ALC)**
           **-against-**                              :
                                                      :         **ORDER**
DARK ALLEY MEDIA LLC,                                 :
                                                      :
                              **Defendants.**         :
                                                      :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court schedules a telephonic conference for April 7, 2026 at 10 AM. The Parties

should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

           **SO ORDERED.**


**Dated:        April 1, 2026**
               **New York, New York**

                                                    **ANDREW L. CARTER**
                                                    **United States District Judge**