UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

SVOTHI INC.,                                          :
                                                      :
                              Plaintiff,              :
                                                      :        25-CV-333 (ALC)
            -against-                                 :
                                                      :        **<u>AMENDED ORDER</u>**
DARK ALLEY MEDIA LLC,                                 :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

  The Court schedules a telephonic conference for April 14, 2026 at 2 PM. The Parties

should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

  **SO ORDERED.**

**Dated:**  **April 6, 2026**
    **New York, New York**

                 **ANDREW L. CARTER**
              **United States District Judge**