**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SVOTHI INC.,

                Plaintiff,

         v.

DARK ALLEY MEDIA, LLC and
ROBERT FELT,

                Defendants.

Civil Action No. 25 CV 00333

**STIPULATON TO EXEND
BRIEFING SCHEDULE
AND
[PROPOSED] ORDER**

The parties in the above-captioned action, by and through their respective undersigned counsel, hereby stipulate and state as follows:

1. On April 14, 2026, the Court held a conference at which it directed Defendants to file a letter brief, not to exceed five (5) pages, regarding the applicability of the JV Agreement's mandatory arbitration provision by April 28, 2026, and directed Plaintiff to file a letter-brief opposition, not to exceed five (5) pages, by May 12, 2026.

2. The parties have conferred and have begun the process of re-opening settlement discussions and believe that additional time to pursue those discussions may conserve judicial and party resources.

3. Subject to the Court's approval, the parties therefore jointly request a brief extension of ten (10) days of the existing deadlines for the contemplated letter briefs, if such filings are still necessary after further settlement efforts, such that:

    a. Defendants' letter brief would be due on or before May 8, 2026; and

    b. Plaintiff's letter-brief opposition would be due on or before May 22, 2026.

4. This stipulation is without prejudice to any party's rights, claims, defenses, or arguments in this action and is submitted solely to facilitate ongoing settlement discussions.

WHEREFORE, the parties respectfully request that the Court "So Order" this Stipulation and extend the deadlines as set forth above.

Dated: New York, New York

    April 22, 2026

SHARMALAW - RAVI IVAN SHARMA P.C.   HARRIS ST. LAURENT LLP

/s/                     /s/
Ravi Ivan Sharma               Joseph Gallagher
26 Broadway Suite 1108          Tina Lapsia
New York, NY 10004             40 Wall Street, 53rd Floor
Tel.: (212) 537-5957             New York, NY 10005
ravi@sharmalaw.com           Tel.: (212) 397-3370
                          jgallagher@hs-law.com
*Attorneys for Defendants*       tlapsia@hs-law.com

                          *Attorneys for Plaintiff*

SO ORDERED:

_____
Hon. Andrew L. Carter, Jr., U.S.D.J.

Dated: _____, 2026

2