# EXHIBIT B



# SHARMALAW
LAW OFFICES OF RAVI IVAN SHARMA, P.C.
26 BROADWAY, SUITE 1108, NEW YORK, NEW YORK 10004

**212 537 5957**
Facsimile 212 537 5956
Voice Mail 213 537 5953
RAVI@SHARMALAW.COM

April 7, 2025

**BY CERTIFIED MAIL RETURN RECIEPT REQUESTED: 9589071052702102591377**

**Svothi, Inc.**
**228 Park Ave South Unit 40543**
**New York, NY 10003**

Subject: Demand to Arbitrate Pursuant to Joint Venture Agreement Dated January 1, 2019.

TO SVOTHI, INC.,

This letter serves as a formal demand to Svothi, Inc. to arbitrate pursuant to the Joint Venture Agreement dated January 1, 2019, between Dark Alley Media, LLC and VideoApp Inc. (the "JVA").

Dark Alley Media, LLC asserts that Svothi Inc. is the principal of and/or the alter ego of Videoapp, Inc. and is therefore bound by the arbitration clause contained in the Joint Venture Agreement. The arbitration clause provides for the resolution of disputes arising under or related to the Agreement through binding arbitration under the laws of the State of New York.

The dispute concerns both Svothi, Inc. and Videoapp Inc., and their breach of the JVA. Dark Alley Media, LLC demands that this matter be submitted to arbitration in accordance with the terms of the JVA.

Please be advised that if you fail to respond to this demand within 20 days, Dark Alley Media, LLC reserves the right to proceed with arbitration and seek all available remedies.

The arbitration is to be conducted before JAMS in accordance with its rules and procedures in JAMS matter previously noticed upon Videoapp, Inc. Please confirm Svothi Inc.'s agreement to proceed with arbitration.

Should you have any questions or wish to discuss this matter further, please do not hesitate to contact me.

Very truly yours,

Ravi Ivan Sharma

ALERT: WINTER WEATHER IN THE SOUTHWEST, GREAT PLAINS, MIDWEST, GREAT LAKES, O...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702102591377

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 10:36 am on April 9, 2025 in NEW YORK, NY 10003.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**

NEW YORK, NY 10003
April 9, 2025, 10:36 am

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
April 7, 2025, 10:48 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|



CERTIFIED MAIL ®

SHARMALAW
RAVI IVAN SHARMA, P.C.
26 BROADWAY STE 1108
NEW YORK NY 10004-1813

9589 0710 5270 2102 5913 77



$9.64
US POSTAGE
FIRST-CLASS
FROM 11215
APR 07 2025

**stamps**
endicia

062S9382914

Return Receipt Requested

SVOTHI, INC.
228 PARK AVE S PMB 40543
NEW YORK NY 10003-1502

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Svotti, Inc.
228 Park Ave S. #40543
New York, NY 10003

║║║║║║║║║║║║║║║║║║║║║║║║║║║║║

9590 9402 9053 4122 6236 14

2. Article Number *(Transfer from service label)*

9589 0710 5270 2102 5913 77

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt