UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SVOTHI, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br> DARK ALLEY MEDIA, LLC and ROBERT FELT,<br><br>                    Defendants. | 1:25-cv-00333 (ALC)<br><br>**MOTION TO WITHDRAW AS<br>COUNSEL OF RECORD** |

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, attorney Tina Lapsia of Harris St. Laurent LLP ("HS") moves to withdraw as an attorney of record for Plaintiff SVOTHI, Inc. ("SVOTHI") in the above-captioned matter, on the grounds that lead attorney for SVOTHI, Joseph Gallagher, has left HS and has joined the law firm of Glenn Agre Bergman & Fuentes LLP ("Glenn Agre").

Mr. Gallagher and Glenn Agre will continue to represent SVOTHI in this matter and no party will be prejudiced if this Motion is granted.

The undersigned does not assert a retaining or charging lien.

WHEREFORE, the undersigned counsel respectfully requests that the Court permit Tina Lapsia to withdraw as counsel for SVOTHI in this matter.

Dated: New York, New York
        May 22, 2026

*/s/ Tina Lapsia*
Tina Lapsia
HARRIS ST. LAURENT LLP
40 Wall Street, 53rd Floor
Phone: (212) 397-3370
Email: tlapsia@hs-law.com

*Counsel for Plaintiff SVOTHI, Inc.*

## CERTIFICATE OF SERVICE

I, Tina Lapsia, hereby certify that on May 22, 2026, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on May 22, 2026, caused a true and correct copy of the foregoing to be served upon SVOTHI, Inc. by email and by mail.

May 22, 2026
New York, New York

/s/ Tina Lapsia
Tina Lapsia

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

5/26/26