**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x

SVOTHI INC.,

                        Plaintiff,

       -against-

DARK ALLEY MEDIA LLC,

                   Defendants.

———————————————————————— x

**25-CV-333 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of the Parties' letters filed May 8, 2026 and May 22, 2026. The Court orders a joint status report with the status of settlement by June 9, 2026. The Court encourages the Parties to diligently work toward settlement and the Parties can ask for more time if it is helpful in achieving a resolution.

    Notwithstanding issues of estoppel and waiver, Defendants are ordered to address whether Svothi can enforce the arbitration agreement by June 11, 2026. Plaintiff can respond by June 15, 2026. These letters should not exceed 3 pages.

             **SO ORDERED.**

Dated:    June 3, 2026
          New York, New York

                           **ANDREW L. CARTER**
                           **United States District Judge**