# GLENN AGRE BERGMAN & FUENTES ❯

Joseph Gallagher
jgallagher@glennagre.com
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
(212) 970-1608

June 9, 2026

**VIA ECF**

Hon. Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 444
New York, NY 10007

　　　　**Re:** *SVOTHI, Inc. v. Dark Alley Media, LLC et al.,* **Case No. 25-cv-00333**

Your Honor:

　　　　Pursuant to the Court's June 3, 2026 order (Dkt. No. 99), Plaintiff SVOTHI, Inc., with the permission of Defendants' counsel, respectfully submits this status report regarding settlement. The parties have made some progress during settlement talks and discussions remain open and ongoing.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　Joseph Gallagher