UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

SVOTHI INC.,

                Plaintiff,

    -against-

DARK ALLEY MEDIA LLC,

               Defendants.

———————————————————— x

            25-CV-333 (ALC)

            **ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Parties are ORDERED to appear for an in--person conference on July 7, 2026 at 10 AM at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444.

SO ORDERED.

Dated:    June 26, **2026**
          **New York, New York**

                              **ANDREW L. CARTER**
                          **United States District Judge**