UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x

SVOTHI INC.,

                              Plaintiff,

            -against-

DARK ALLEY MEDIA LLC,

                            Defendants.

        25-CV-333 (ALC)

        **ORDER**

--------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Parties are ORDERED to file a joint status report with the status of settlement by July 21, 2026. If the Parties need assistance and want to be referred to the court-annexed mediation program or a magistrate judge, please indicate as such.

**SO ORDERED.**

Dated:     July 7, 2026
            New York, New York

                        **ANDREW L. CARTER**
                        **United States District Judge**