# GLENN AGRE BERGMAN & FUENTES >

Joseph Gallagher
jgallagher@glennagre.com
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
(212) 970-1608

July 21, 2026

**VIA ECF**

Hon. Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 444
New York, NY 10007

   **Re:** *SVOTHI, Inc. v. Dark Alley Media, LLC et al.,* **Case No. 25-cv-00333**

Your Honor:

   Pursuant to the Court's July 7, 2026 order (Dkt. No. 106), the parties submit this status report regarding settlement.

   On July 14, 2026, Justice Clynes of the Supreme Court of the State of New York dismissed all claims (including for defamation and various business torts) against VideoApp, Inc. and Damian Todaro in *Dark Alley Media, LLC et al. v. VideoApp Inc. et al.*, Index No. 151501/2025 (the "Dismissal Order"). Plaintiff has informed Defendants that it is evaluating the impact of the Dismissal Order on any potential settlement.

   Plaintiff attaches a copy of the Dismissal Order as Exhibit A. Defendant objects to this attachment as unnecessary.

   The parties jointly request the Court's intervention via reference to a magistrate judge for a settlement conference to be held after August 17, 2026.

       Respectfully submitted,

       */s/ Joseph Gallagher*

       Joseph Gallagher

Encl.