UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SVOTHI INC.

                                **Plaintiffs,**

       **-against-**

DARK ALLEY MEDIA LLC ET AL
                            **Defendants.**
------------------------------------------------------------------- x

25-CV-333 (ALC)

**ORDER OF REFERENCE**

**ANDREW L. CARTER, JR., District Judge:**

The above-captioned action is referred to Magistrate Judge Gary Stein for the following purpose[s]:

|  | | | |
|---|---|---|---|
|  | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| — | Specific Non-Dispositive Motion/Dispute | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br> Purpose: <br> _____ |
|  | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: <br> _____ |  | Habeas Corpus |
| X | Settlement: Parties looking for a conference after 8/17/26 | ___ | Social Security |
| _ | Inquest After Default/Damages Hearing | _ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) <br> Particular Motion: |

**SO ORDERED.**

**Dated:**      **July 22, 2026**
                **New York, New York**

_____
         **HON. ANDREW L. CARTER, JR.**
         **United States District Judge**