**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SVOTHI, INC.,

                       Plaintiff,

         -against-

DARK ALLEY MEDIA, LLC, *et al.,*

                    Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

|  |  |
|---|---|
|  | **25 Civ. No. 0333 (ALC)** |
|  | <u>**PRE-SETTLEMENT**</u><br><u>**CONFERENCE ORDER**</u> |

      This action is scheduled for a Pre-Settlement Conference Call on **<u>Thursday, September 3, 2026 at 12:00 p.m.</u>**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 628 667 245#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
            August 4, 2026

                                     _____
                                     The Honorable Gary Stein
                                     United States Magistrate Judge